IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF GEORGIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEKALB COUNTY, GEORGIA, <br><br> Defendant. | Civil Action <br> No. 1:10-cv-04039-WSD |

## **PLAINTIFFS' MOTION TO REOPEN AND ASSIGN THE ABOVE-STYLED CASE**

Plaintiffs United States of America and the State of Georgia, acting through their undersigned counsel, respectfully move to reopen this case and assign it to a judge for further proceedings.

In support of this motion, Plaintiffs state as follows:

1. On December 20, 2011, the Honorable William S. Duffey, Jr. entered a Consent Decree between Plaintiffs the United States and the State of Georgia and Defendant DeKalb County, Georgia in the above-captioned case. (*See* Docket Entry 39.)

2. On December 20, 2011, this case was administratively closed, as reflected on the docket.

1

3. The Consent Decree states that the Court retains jurisdiction over certain matters. Paragraph 104 of the Consent Decree provides:

> The Court shall retain jurisdiction over this case until termination of this Consent Decree, for the purpose of resolving disputes arising under this Consent Decree or entering orders modifying this Consent Decree, pursuant to Sections XII [Dispute Resolution] and XIX [Modification], or effectuating or enforcing compliance with the terms of this Consent Decree.

4. The Consent Decree remains in effect and has not been terminated pursuant to Section XX (Termination) of the Consent Decree.

5. On July 1, 2018, Judge Duffey resigned from the bench, and this case has remained unassigned since that date.

6. On September 24, 2019, citizens of DeKalb County, Georgia filed a private environmental lawsuit against Defendant DeKalb County in the U.S. District Court for the Northern District of Georgia captioned, *South River Watershed Alliance, Inc. and Jacqueline Echols v. DeKalb County, Georgia*, No. 1:19-cv-04299-SDG (the "Citizen Suit"). The Citizen Suit has been assigned to U.S. District Judge Steven D. Grimberg. The plaintiffs identified the Citizen Suit and the above-styled action as related cases when they filed their Complaint in September 2019. Because the Citizen Suit involves the same issue of fact or arises out of the same event or transaction in the above-styled case, the Plaintiffs in this case agree that the two cases are related. *See Frazier v. Williams Fund Private Equity Grp.*, No. 1:06-

CV-100-MHS, 2006 WL 898178, at *2 (N.D. Ga. Apr. 5, 2006), citing Rule 905–2(a), Northern District of Georgia's Internal Operating Procedures (regarding related cases).

7. On March 30, 2020, Plaintiffs filed a Status Report [Doc. 44] in this case informing the Court of negotiations among the parties to the Consent Decree with regard to a possible material modification to the Consent Decree. *See* Doc. 44,[1] attached.

8. Consistent with the Consent Decree, Plaintiffs now move to reopen this case and to request that it be assigned, to apprise the Court of significant developments in this case, in anticipation of possible actions consistent with the Court's retained jurisdiction under Paragraph 104 of the Consent Decree. Because this case is related to the Citizen Suit currently pending before Judge Steven D. Grimberg, principles of judicial economy and efficiency would appear to counsel in favor of the assignment of this case to the same judge as well.

9. The United States has consulted with counsel of record for Defendant in this above-styled case. Defendant consents to this Motion to Reopen and Assign, and states that it agrees with South River Watershed Alliance, Inc. and Jacqueline

---

[1] The March 30, 2020 Status Report [Doc. 44] at footnote 1 had a typographical error in the docket number for the Citizen Suit.

Echols, plaintiffs in the Citizen Suit, and Plaintiffs in this case, that the above-styled action and the Citizen Suit are related cases.

Based on the foregoing, Plaintiffs respectfully request that the Court reopen this case and assign it, so that Plaintiffs may seek appropriate relief.

Respectfully submitted this 29th day of May, 2020.

**ATTORNEYS FOR UNITED STATES OF AMERICA:**

 /s/ *Valerie K. Mann*
Valerie K. Mann
*Trial Attorney*
DC Bar 440744
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
150 M St., NW
Washington, D.C. 20530
Telephone: (202) 616-8756
Facsimile: (202) 514-0097
E-mail: Valerie.mann@usdoj.gov

Of Counsel:
Nathan H. Stopper
Associate Regional Counsel
U.S. EPA Region 6
1201 Elm St.
Dallas, TX 75270

Byung J. Pak
*United States Attorney*

*/s/ Trishanda L. Treadwell*
Trishanda L. Treadwell
*Assistant United States Attorney*
Georgia Bar No. 356896
Richard Russell Federal Building
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6000
Facsimile: (404) 581-6181
Email: Trish.treadwell@usdoj.gov

**ATTORNEYS FOR STATE OF GEORGIA:**

Christopher M. Carr
*Attorney General*

Margaret Kemmerly Eckrote
*Deputy Attorney General*

Robin Leigh
*Senior Assistant Atorney General*

*/s/ Suzanne Success Osborne*
Suzanne Success Osborne
Georgia Bar No. 143137
*Senior Assistant Attorney General*
40 Capitol Square SW
Atlanta GA, 30334-1300
Telephone: 404-656-7618
Email: sosborne@law.ga.gov

## **CERTIFICATE OF SERVICE**

      I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to all attorneys of record.

      This 29th day of May, 2020.

                                        */s/ Valerie K. Mann*
                                        Valerie K. Mann