IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>and the STATE OF GEORGIA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>DEKALB COUNTY, GEORGIA )<br>)<br>Defendant. )<br>_____ ) | Civ. No. 1:10-cv- 04039-WSD |

## PLAINTIFFS' STATUS REPORT

Plaintiffs, the United States of America and the State of Georgia, submit this Status Report to the Court to advise the Court of the status of Defendant DeKalb County, Georgia's (the "County", and collectively with Plaintiffs, the "Parties") compliance with the deadline for completion of the Priority Areas Sewer Assessment and Rehabilitation Program ("PASARP") of the Consent Decree in this action and of ongoing negotiations between the Parties with respect to, among other things, this deadline. This case pertains to the County's alleged violations of the Federal Water Pollution Control Act, also known as the Clean Water Act (the "CWA"), 33 U.S.C. § 1251 *et seq.*, the Georgia Water Quality Control Act, O.C.G.A. § 12-5-21 *et seq.*

1

("GWQCA"), and the corresponding regulations relating to the County's unpermitted discharge of wastewater from its Wastewater Collection and Transmission System ("WCTS") into waters of the United States and/or the State.[1]

Under the Consent Decree, which the Court entered on December 20, 2011, the County is required to take numerous steps, including the assessment and rehabilitation of its WCTS, with the stated goals of eliminating Sanitary Sewer Overflows ("SSOs") and fully complying with the CWA, the GWQCA, and its regulations. Under the Consent Decree, the County paid Plaintiffs a civil penalty of $453,000, and, to date, stipulated penalties totaling $798,000 for discharges of wastewater from the WCTS that reached waters of the United States or the State and for failing to timely submit certain reports.

The PASARP is one of the central programs of the Consent Decree and requires the County to assess and rehabilitate priority areas comprising approximately one-third of the County's WCTS—selected primarily due to infrastructure age and condition, history and risk of future of SSOs, and inflow and infiltration of rainwater into the WCTS—by June 20, 2020. The County has

---

[1] A pending citizen suit against the County, *South River Watershed Alliance, Inc., and Jacqueline Echols v. DeKalb County, Georgia*, Civ. No. 1:19-cv-05299-SDG, asserts on the Civil Cover Sheet, filed in the United States District Court for the Northern District of Georgia on September 24, 2019, that the action is related to this case.

informed Plaintiffs and the public that it will be unable to comply with this deadline, which will expose the County to, among other things, daily stipulated penalties under the Consent Decree. The Parties have been engaging in negotiations with regard to a possible extension of this deadline and additional modifications to the Consent Decree that are in line with the stated goals of the Consent Decree. Under Paragraph 105 of the Consent Decree, if these negotiations result in a "material change" to the Consent Decree, they will be subject to a public notice-and-comment period and, after the termination of such period, will be effective only upon approval by the Court. Plaintiffs are proceeding expeditiously to complete these negotiations and propose they provide the Court with another Status Report no later than June 1, 2020.

Respectfully submitted this 30th day of March, 2020.

**ATTORNEYS FOR UNITED STATES OF AMERICA:**

> */s/Valerie K. Mann*
> VALERIE K. MANN
> *Trial Attorney*
> DC Bar 440744
> Environmental Enforcement Section
> Environment and Natural Resources Division
> United States Department of Justice
> P.O. Box 7611
> Washington, DC 20044-7611
> 150 M St, NW
> Washington, D.C. 20530
> Telephone: (202) 616-8756
> Facsimile: (202) 514-0097
> E-mail: Valerie.mann@usdoj.gov

Of Counsel:
NATHAN H. STOPPER
Associate Regional Counsel
U.S. EPA Region 6
1201 Elm St.
Dallas, TX 75270

        Byung J. Pak
        *United States Attorney*

        *Trishanda L. Treadwell*
        Trishanda L. Treadwell
        *Assistant United States Attorney*
        Georgia Bar No. 356896
        Richard Russell Federal Building
        75 Ted Turner Drive SW
        Suite 600
        Atlanta, GA 30303
        Telephone: (404) 581-6000
        Facsimile: (404) 581-6181
        Email: Trish.treadwell@usdoj.gov

**ATTORNEYS FOR STATE OF GEORGIA:**

        Christopher M. Carr
        *Attorney General*
        Isaac Byrd
        *Deputy Attorney General*
        Margaret Kemmerly Eckrote
        *Senior Assistant Attorney General*
        **Suzanne Success Osborne**
        **Georgia Bar No. 143137**
        *Senior Assistant Attorney General*
        40 Capitol Square SW
        Atlanta GA, 30334-1300
        Telephone: 404-656-7618
        Email: sosborne@law.ga.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

March 30, 2020

/s/ TRISHANDA L. TREADWELL
TRISHANDA L. TREADWELL
*Assistant United States Attorney*
