IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA and the
STATE OF GEORGIA,

    Plaintiffs,

                v.

DEKALB COUNTY, GEORGIA,

    Defendant.

Civil Action No.
1:10-cv-04039-SDG

## ORDER

This matter is before the Court on a *sua sponte* review of the docket. On July 10, 2020, the parties filed a joint status report indicating that they had reached an agreement in principle to modify the Consent Decree entered in this case.[1] The parties stated that they expected to file the proposed modified Consent Decree with the Court after final approval by the appropriate officials from the United States, State of Georgia, and DeKalb County.[2] To date, the parties have not submitted a proposed modified Consent Decree.

As such, the parties are **DIRECTED** to file a second joint status report on or before September 10, 2020. This report should provide an estimated date by which

---

[1]    ECF 53.

[2]    *Id.*

the parties expect to receive the necessary approvals and file their proposed modified Consent Decree for consideration.

SO ORDERED this the 31st day of August 2020.

                                          Steven D. Grimberg
                              United States District Court Judge