IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF GEORGIA,<br><br>Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY, GEORGIA,<br><br>Defendant. | Civil Action<br>No. 1:10-cv-04039-SDG |

## SECOND JOINT STATUS REPORT

On July 10, 2020, Plaintiffs the United States of America and the State of

Georgia and Defendant DeKalb County, Georgia, collectively the "Parties,"

informed the Court that the Parties have reached an agreement in principle to

modify the Consent Decree in this case.[1]  On August 31, 2020, this Court issued an

order directing the Parties to file a second joint status report on or before

September 10, 2020, providing an estimated date by which the Parties expect to

receive the necessary approvals and file the proposed Modification to the Consent

Decree.[2]

---

[1] ECF 53.

[2] ECF 56.

1

Pursuing the requisite approvals for the proposed Modification involves a sequential process.  The Plaintiffs first seek approval.  Only after Plaintiffs' approvals are secured does DeKalb County seek its necessary approvals, which include a vote by the County's Board of Commissioners and final approval of the County's Chief Executive Officer.  The Parties expect these necessary approvals to be completed in the next six weeks and anticipate that the United States will be in position to lodge the proposed Modification with the Court on or before Friday, October 23, 2020.  If the proposed Modification is not lodged by October 23, 2020, the Parties will file an updated status report on or before that date.

After the lodging of the proposed Modification, pursuant to 28 C.F.R. § 50.7, the Department of Justice will publish in the Federal Register a notice of the lodging of the proposed Modification.  The notice will solicit public comments on the proposed Modification for a period of not less than thirty (30) days from the date of publication in the Federal Register.  After the close of the comment period, the United States will evaluate any comments received and will advise the Court as to whether the United States requests that the Modification be entered.

Respectfully submitted this 10th day of September, 2020.

**ATTORNEYS FOR UNITED STATES OF AMERICA:**

       /s/ Valerie K. Mann
       VALERIE K. MANN
       Trial Attorney
       Environmental Enforcement Section
       Environment and Natural Resources Division
       United States Department of Justice
       P.O. Box 7611
       Washington, DC 20044-7611
       150 M St, NW
       Washington, D.C. 20530
       DC Bar 440744
       Telephone:  (202) 616-8756
       Facsimile:  (202) 514-0097
       E-mail:  Valerie.mann@usdoj.gov

Of Counsel:
NATHAN H. STOPPER
Associate Regional Counsel
U.S. EPA Region 6
1201 Elm St.
Dallas, TX 75270

3

Byung J. Pak
*United States Attorney*

Trishanda L. Treadwell
*Assistant United States Attorney*
Georgia Bar No. 356896
Richard Russell Federal Building
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6000
Facsimile:  (404) 581-6181
Email: Trish.treadwell@usdoj.gov

**ATTORNEYS FOR STATE OF GEORGIA:**

Christopher M. Carr
*Attorney General*

Margaret Kemmerly Eckrote
*Deputy Attorney General*

Robin Leigh
*Senior Assistant Atorney General*

 */s/ Suzanne Success Osborne*
Suzanne Success Osborne
Georgia Bar No. 143137
*Senior Assistant Attorney General*
40 Capitol Square SW
Atlanta, GA, 30334-1300
Telephone: 404-656-7618
Email: sosborne@law.ga.gov

**ATTORNEYS FOR DEKALB COUNTY, GEORGIA:**

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 /s/ E. Fitzgerald Veira
E. Fitzgerald Veira
Georgia Bar No. 726726
Byron W. Kirkpatrick
Georgia Bar No. 396394
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308-2216
Telephone:  404.885.3000
fitzgerald.veira@troutman.com
byron.kirkpatrick@troutman.com

## **CERTIFICATE OF SERVICE**

I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to all attorneys of record.

This 10th day of September, 2020.

/s/ Valerie K. Mann