IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF GEORGIA,<br><br>Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY, GEORGIA,<br><br>Defendant. | Civil Action<br>No. 1:10-cv-04039-SDG |

### NOTICE OF LODGING OF MODIFICATION TO 2011 CONSENT DECREE SUBJECT TO PUBLIC COMMENT
(No Action Required)

The United States of America hereby lodges with the Court the attached proposed Modification to the Consent Decree in this case, a Clean Water Act civil action brought by Plaintiffs the United States of America and the State of Georgia against Defendant DeKalb County (the "County").

On December 20, 2011, this Court entered the Consent Decree. See Order at ECF 38, fully executed Consent Decree at ECF 39.[1]  Attached is a proposed

---

[1] The Consent Decree has three (3) appendices: Appendix A is a map of the County's Sewersheds; Appendix B is a map of the Initial Priority Areas; and Appendix C is a description of the Supplemental Environmental Project. See Appendices A-C at ECF 3-2.

1

Modification to that Consent Decree.[2]  Pursuant to Paragraph 105 of the Consent Decree, the Consent Decree may be modified by a subsequent written agreement signed by the United States, the State, and the County, and a material change to the Consent Decree shall be effective only upon approval by the Court.  ECF 39.

Pursuant to 28 C.F.R. § 50.7, the Department of Justice will publish in the Federal Register a notice of the lodging of this proposed Modification.  The notice will solicit public comments on the proposed Modification for a period of not less than thirty (30) days from the date of publication in the Federal Register.  After the close of the comment period, the United States will evaluate any comments received and will advise the Court as to whether the United States requests that the Modification be approved and entered by the Court.

The United States requests that the Court take no action with respect to the Modification until the United States moves for the approval and entry of the Modification or otherwise advises the Court.

Respectfully submitted this 21st day of October, 2020.

---

[2] The proposed Modification has three (3) additional appendices: Appendix D is the Capacity Assurance Program; Appendix E is the Priority Areas Sewer Assessment and Rehabilitation Program (PASARP) Definitions and Schedule; and Appendix F is the Priority Fix List.

**ATTORNEYS FOR UNITED STATES OF AMERICA:**

 /s/ Valerie K. Mann
VALERIE K. MANN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
150 M St, NE
Washington, D.C. 20002
DC Bar 440744
Telephone:  (202) 616-8756
Facsimile:  (202) 514-0097
E-mail:  Valerie.mann@usdoj.gov

Of Counsel:
NATHAN H. STOPPER
Assistant Regional Counsel
U.S. EPA Region 6
1201 Elm St.
Dallas, TX 75270

Byung J. Pak
*United States Attorney*

Trishanda L. Treadwell
*Assistant United States Attorney*
Georgia Bar No. 356896
Richard Russell Federal Building
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6000
Facsimile:  (404) 581-6181
Email: Trish.treadwell@usdoj.gov