APPENDIX D TO CONSENT DECREE MODIFICATION

# Capacity Assurance Program

*Submitted to*

U.S. Environmental Protection Agency
Georgia Environmental Protection Division

*Submitted by*

Department of Watershed
Management
DeKalb County, Georgia

Case No. 1:10 cv 4039-SDG



*Prepared by*

CDPMT

September 2020

# Contents

Section                                                                                                        Page

Acronyms and Abbreviations...................................................................................................iii

Introduction .........................................................................................................................1-1
    1.1    Purpose ....................................................................................................................1-1
    1.2    Authority ..................................................................................................................1-2
    1.3    Related DeKalb County Documents.........................................................................1-2
    1.4    Implementation Schedule........................................................................................1-2

Overview ..............................................................................................................................2-1
    2.1    Description of Wastewater Collection and Transmission System .............................2-1
    2.2    Key Elements of the CAP.........................................................................................2-1
    2.3    Definitions................................................................................................................2-1

Capacity Evaluation Program...............................................................................................3-1
    3.1    Capacity Request Submittal....................................................................................3-1
         3.1.1    Flow Estimates for Additional Flows...........................................................3-1
         3.1.2    Other Required Information........................................................................3-1
    3.2    Capacity Analysis Evaluation ...................................................................................3-2
    3.3    Issuance of Certifications.........................................................................................3-2
    3.4    Minor Sewer Connections........................................................................................3-2
    3.5    Capacity Approval In Lieu of Certification Process ...................................................3-2
         3.5.1    Essential Services .......................................................................................3-3
         3.5.2    Existing Illicit Connections ..........................................................................3-3
    3.6    Temporary Service Lateral Suspensions ..................................................................3-3
    3.7    Issuance of Land Development or Building Permits ..................................................3-3

Capacity Analysis ................................................................................................................4-1
    4.1    Methodology............................................................................................................4-1
         4.1.1    Hydraulic Model..........................................................................................4-1
         4.1.2    System Flows ..............................................................................................4-1
    4.2    Collection Capacity Analysis.....................................................................................4-2
         4.2.1    Procedure....................................................................................................4-2
         4.2.2    Collection Capacity Definition.....................................................................4-2
    4.3    Transmission Capacity Analysis ...............................................................................4-2
         4.3.1    Procedure....................................................................................................4-2
         4.3.2    Transmission Capacity Definition................................................................4-3
    4.4    Treatment Capacity Analysis....................................................................................4-3
         4.4.1    Procedure....................................................................................................4-3
         4.4.2    Treatment Capacity Definition....................................................................4-3
    4.5    New Connection Conditions .....................................................................................4-3
         4.5.1    Procedure....................................................................................................4-3
         4.5.2    New Connection Conditions Definition .......................................................4-3

Banking Credit System .........................................................................................................5-1
    5.1    Capacity Assurance Information Management System...............................................5-1
    5.2    Deposits ...................................................................................................................5-1
    5.3    Capacity Enhancing Projects ....................................................................................5-2

CONTENTS

5.3.1    Offline Storage ................................................................................5-2
5.3.2    Removal of Connections ..................................................................5-2
5.3.3    Gravity Sewer Line Improvements.....................................................5-2
5.3.4    LS Improvements ..........................................................................5-2
5.3.5    Treatment Facility Improvements .....................................................5-2
5.3.6    I/I Reduction Projects ....................................................................5-2
5.3.7    Conditional Reduction in Banking Credit Ratios Used for Gravity Sewer Line Improvement and I/I Reduction ........................................................5-4
5.4    Capacity Approvals In Lieu of Capacity Certification ....................................5-4

References.........................................................................................................6-1

**Appendixes**

**Appendix A Department Watershed Management Organizational Chart**

**Appendix B Sewerbasin Map**

**Appendix C Capacity Evaluation Process Flowchart**

**Appendix D Sewer Capacity Evaluation  Request Form**

**Appendix E Modeling Area Map**

**Appendix F Sewer Lift Station and  Force Main Map**

**Tables**

**Table 1-1. CAP Related Documents**

**Table 5-1. Estimated Peak Flow Reductions for Gravity Sewer Rehabilitation**

**Table 5-2. Estimated Peak Flow Reductions for Storm Drain and Downspout Removal**

**Table 5-3. Estimated Peak Flow Reductions for Vented Manhole Lid Replacement**

**Table 5-4. Earned Base Credits for Repair of Manhole Defects (in gpd)**

# Acronyms and Abbreviations

| | |
|---|---|
| ADWF | average dry-weather flow |
| ASCE | American Society of Civil Engineers |
| CAP | Capacity Assurance Program |
| CD | Consent Decree |
| CDPMT | Consent Decree Program Management Team |
| CFR | Code of Federal Regulations |
| DWM | Department of Watershed Management (DeKalb County) |
| EPA | United States Environmental Protection Agency |
| EPD | Georgia Environmental Protection Division |
| GIS | geographic information system |
| gpd | gallon(s) per day |
| HGL | hydraulic gradeline |
| I/I | infiltration and inflow |
| IMS | information management system |
| LS | lift station |
| MCD | Modification to the Consent Decree |
| MS4 | municipal separate storm sewer system |
| NPDES | National Pollution Discharge Elimination System |
| SSO | sanitary sewer overflow |
| WCTS | wastewater collection and transmission system |
| WEF | Water Environment Federation |
| WWTF | wastewater treatment facility |

SECTION 1

# Introduction

## 1.1   Purpose

On December 20, 2011, DeKalb County (hereafter, the "County") entered into a consent decree with the United States and the State of Georgia (hereafter, the "State"), in the case styled <u>United States of America et al. v. DeKalb County, Georgia</u>, No. 1:10-cv-4039-WSD (hereafter, the "CD"). The Modification to the CD (hereafter, the "MCD") authorizes the implementation of a Capacity Assurance Program (CAP). The County's Department of Watershed Management (DWM) has prepared the following Capacity Assurance Program for review and approval by the United States Environmental Protection Agency (EPA) and the Georgia Environmental Protection Division (EPD), pursuant to paragraph 29 of the MCD.

This CAP will be used to identify each sewershed or part of a sewershed with insufficient capacity under either peak wet weather, or average conditions, or both. It will also be used to analyze all portions of the wastewater collection and transmission system ("WCTS") that hydraulically impact all known sanitary sewer overflows ("SSOs") and to assess peak flow capacity of all major system components for existing and proposed flows.

The CAP ensures that the County will only authorize new sewer service connections, or increases in flow from existing sewer service connections, after the County certifies that the analysis procedures contained in the approved CAP have been used and that the County has determined, based on those procedures, that there is Adequate Treatment Capacity, Adequate Transmission Capacity, and Adequate Collection Capacity as set forth in Section 4 herein. The CAP contains the following components:

- The technical information, methodology, and analytical techniques, including the model or software, to be used by the County to calculate collection, transmission, and treatment capacity;

- The means by which the County will integrate its capacity certification with the issuance of building permits and the acquisition of new or existing sewers from other owners;

- The technical information, methodology, and analytical techniques to calculate the net (cumulative) increase or decrease in volume of wastewater introduced to the WCTS resulting from the County's authorization of new sewer service connections and changes in flow from existing connections and the completion of: a) specific projects that add or restore capacity to the WCTS or the wastewater treatment facility (WWTF) (hereafter, "Capacity Enhancing Projects"), b) specific projects that reduce peak flow through removal of inflow and infiltration (I/I) (hereafter, "I/I Projects"), and c) permanent removal of sewer connections (hereafter, "Removal of Connections");

- A method for information management capable of tracking the accumulation of banked credits from completion of Capacity Enhancing Projects, I/I Projects, and Removal of Connections; the capacity-limited portion of the sewerbasin in which those credits were earned; and the expenditure of such credits; and

- All evaluation protocols to be used to calculate collection, transmission, and treatment capacity including, but not limited to, standard design flow rate, rules of thumb regarding pipe roughness, manhole head losses, as-built drawing accuracy (distance and slope), and water use (gallons per capita per day); projected flow impact calculation techniques; and metering of related existing peak flows (flows metered in support of analysis and/or manual observation of existing peak flows).

SECTION 1

## 1.2    Authority

The County's legal authority for the development and implementation of this CAP is:

- The U.S. Clean Water Act
- Georgia Water Quality Control Act
- The previously discussed modified CD

## 1.3    Related DeKalb County Documents

The County has several documents that are critical to and referenced throughout this CAP. Table 1-1 lists the documents and their locations.

Table 1-1. CAP Related Documents

| Document | Location |
|---|---|
| DeKalb County DWM Water and Sewer Design Standards Manual | DeKalb County DWM website |
| Priority Areas Sewer Assessment and Rehabilitation Program | DeKalb County DWM website |
| System-Wide Flow & Rainfall Monitoring Program | DeKalb County DWM website |
| Sewer Mapping Program | DeKalb County DWM website |
| System-Wide Hydraulic Model | DeKalb County DWM website |
| Infrastructure Acquisitions Program | DeKalb County DWM website |
| Sub-Model Reports | DeKalb County DWM website |

## 1.4    Implementation Schedule

The following is required prior to use of the Fully Developed Dynamic Model for approval of new sewer connections within each Sub-Model Area:

- Completion of submission of Sub-Model to the EPA/EPD for review and comment

- Written approval from the EPA/EPD of the Sub-Model Report

- Entry of the MCD in Federal Court

Until all of the criteria listed above are completed, the County shall continue to use in that area its existing hydraulic models to evaluate, and where appropriate certify, adequate capacity for all new sewer service connections or increases in flow from existing sewer service connections pursuant to the original provisions of Paragraph 28(g) of the CD.

SECTION 2

# Overview

## 2.1 Description of Wastewater Collection and Transmission System

The County owns, operates, maintains, and manages a network of pipes, manholes, lift stations (LS), force mains, and associated appurtenances that transport wastewater from homes, businesses, and industries to the Snapfinger Wastewater Treatment Facility (WWTF), the Pole Bridge WWTF, and to intergovernmental partners' wastewater facilities outside the County. That infrastructure is part of the County's WCTS, as defined in the CD and herein. Property owners own the private service laterals from the served residential, commercial, and industrial structures to the public sewer main in the street or right-of-way, including the connection.

The County's WCTS currently serves approximately 620,000 people in a service area of more than 235 square miles. The WCTS is composed of:

- 2,683 miles of sewers (approximate)
- 70,900 manholes (approximate)
- 64 LSs and force mains
- Two WWTFs

The WCTS is divided into three sewerbasins. Two sewerbasins deliver wastewater to the two WWTFs while the third basin delivers wastewater to neighboring jurisdictions for treatment.

Appendix A provides an organizational chart of DWM, and Appendix B shows a map of the County's WCTS delineated by sewerbasin.

## 2.2 Key Elements of the CAP

The key elements of the CAP are addressed individually as follows:

- Section 3    Capacity Certification Program
- Section 4    Capacity Analysis
- Section 5    Credit Tracking & Banking System

## 2.3 Definitions

For clarity and ease of understanding, definitions for the following terms are provided.

**Capacity Request:** Written submission of a request to DeKalb County for an allotment of sewer capacity.

**Credit:** One unit of flow equivalent.

**Flow Reduction Factor:** The ratio of flow removal to proposed flow increase.

**Force Main**: Sanitary sewer lines that operate under pressure due to pumping of sanitary wastewater at a lift station except for those sanitary sewer lines that serve a private lift station or a single structure or building.

SECTION 2

**Fully Developed Dynamic Model:** A dynamic hydraulic model officially authorized for use by the DeKalb County after it is certified by a professional engineer on the County's behalf as meeting the technical criteria and functions specified in the MCD and the Sub-Model Reports, and is supported by complete documentation of model development, calibration, validation/verification, sensitivity analysis, appropriate flow conditions, and operation, use, and maintenance procedures.

**Gravity Sewer Line:** A pipe that receives, contains, and conveys wastewater not normally under pressure, or head, but is intended to flow unassisted under the influence of gravity.

**Illicit Connection:** Any pipe, open channel, drain, or conveyance, whether on the surface or subsurface, that allows any direct or indirect non-stormwater discharge to the DeKalb County Municipal Separate Storm Sewer System (MS4) including, but not limited to any conveyances which allow any non-stormwater discharge including sewage, process wastewater, and wash water to enter the MS4, regardless of whether such pipe, open channel, drain, or conveyance has been previously allowed, permitted, or approved by a federal, state, or local law enforcement agency.

**Infiltration**: Defined by 40 CFR § 35.2005(b) (20) shall mean water other than wastewater that enters a WCTS (including sewer service connections and foundation drains) from the ground through such means as defective pipes, pipe joints, connections, or manholes.

**Inflow:** Defined by 40 CFR § 35.2005(b)(21) shall mean water other than wastewater that enters a sanitary sewer system (including sewer service connections) from source such as, but not limited to, roof leaders, cellar drains, yard drains, area drains, drains from springs and swampy areas, manhole covers, cross connections between storm sewers and sanitary sewers, catch basins, cooling towers, storm water, surface runoff, street wash waters, or drainage.

**NPDES Permits**: The most recently issued National Pollutant Discharge Elimination System Permits issued to the County for the Pole Bridge WWTF and the Snapfinger WWTF.

**1-Hour Peak Flow:** Per Paragraph 29 of the MCD, the 1-hour peak flow is the greatest flow in a sewer averaged for a 60-minute period at a specific location expected to occur as a result of a representative 2-year, 24-hour storm event.

**Overflow:** A release of wastewater from the WCTS, or from an WWTF, caused by problems in the WCTS, that does not reach waters of the United States or the state.

**Priority Areas:** Portions of the WCTS within Initial or Additional Priority Areas as defined and delineated in the July 2015 Priority Areas Sewer Assessment and Rehabilitation Program Report as referenced in Table 1-1 herein.

**Priority Fix List:** A listing of repeat SSO locations as defined in Section VI, Paragraph 35(j) of the Consent Decree as revised per the MCD.

**Private Lateral**: That portion of a sanitary sewer conveyance pipe, including that portion in the public right of way, that extends from the wastewater main to the single-family, multi-family, apartment or other dwelling unit or commercial or industrial structure to which wastewater service is or has been provided.

**Sanitary Sewer Overflow or SSO:** Spills, overflows, and building backups.

**Sewershed**: The subdivisions of the County's WCTS containing sewers that are primarily hydraulically linked as identified in Appendix A of the Consent Decree.

**Spill:** A discharge of wastewater from the WCTS, or from an WWTF caused by problems in the WCTS, which reaches waters of the United States or the State, including a prohibited bypass, but not including other discharges from a point source that is specified in the NPDES permits.

SECTION 2

**2-year, 24-hour Flow Condition:** The peak hourly flow from a rainfall event 24 hours in duration that has a 50 percent probability of occurring in any one year.

**Wastewater Collection and Transmission Systems:** All wastewater collection and transmission systems, including all pipes, lift stations, force mains, gravity sewer lines, manholes and appurtenances thereto, which are owned or operated by the County, except for those portions of a system or systems for which another entity is legally responsible for maintenance.

**Wastewater Treatment Facility**: Devices or systems used in the storage, treatment, recycling, and reclamation of municipal sewage. This definition includes the following facilities owned, managed, operated, and maintained by the County: the Pole Bridge WWTF and the Snapfinger WWTF.

SECTION 3

# Capacity Evaluation Program

The CAP will analyze portions of the WCTS that are indicative of being hydraulically limited including: 1) identifying each sewerbasin or part of a sewerbasin with temporarily insufficient capacity under either 1-hour peak flows, or average conditions, or both; 2) analyzing the portions of the WCTS that hydraulically impact known SSOs; and 3) assessing the peak or average flow capacity of all major system components for existing and proposed flows.

The CAP provides a process for the County to determine whether there is adequate treatment, transmission, and collection capacity before it authorizes a new sewer service connection in the WCTS, or additional flow from an existing sewer service connection in the WCTS, as set forth in this section.

Appendix C provides a flowchart that provides an overview of the capacity evaluation process. The steps are further described throughout this section and the following sections of this document.

Certifications will be made by a professional engineer registered in the state of Georgia and reviewed and approved by an authorized representative of the County.

## 3.1    Capacity Request Submittal

An entity requesting connection to the WCTS, or an increase in flow, will be required to submit a Sewer Capacity Evaluation Request Form. The request will be submitted through the Planning & Development Division of DWM at the beginning stages of development. Appendix D provides an example Sewer Capacity Evaluation Request Form.

### 3.1.1    Flow Estimates for Additional Flows

Flow estimates shall be provided by the requestor and included in the Sewer Capacity Evaluation Request Form. Estimated flows from new sewer service connections or estimated increases in flow from existing sewer service connections shall be based upon the latest approved table of standard design flow rates which are included as an attachment to the County's Sewer Capacity Evaluation Request Form. Alternative flow contribution rates shall be considered with supporting information.

### 3.1.2    Other Required Information

Other information on the Sewer Capacity Evaluation Request Form shall include the following:

- Location Address
- Intended Tie-In Manhole
- Project Name
- Type of Development
- Land Lot and Parcel ID
- County District
- Developer Contact Information
- Engineering Firm Contact Information
- Geographic Information System (GIS) Site Plan
- Proposed Utility Plan (if available)

Within 60 days of entry of the MCD, the County shall establish a list with detailed information of authorized new connections to the sewer system from date of entry of the MCD and increases in flow from existing connections from which the flows have not yet been introduced into the WCTS. The information shall include the address, average daily flow, peak flow, sewershed, Wastewater Treatment Facility (WWTF), date authorized, and estimated month/quarter when flow will begin.

## 3.2    Capacity Analysis Evaluation

DWM will perform the capacity analysis with the provided information from the Sewer Capacity Evaluation Request Form. The detailed process of performing this analysis is described in Section 4.

## 3.3    Issuance of Certifications

Upon approval of new connection or additional flow request, the County will provide the requestor with a completed Sewer Capacity Letter stating approval for connection. The date will be documented and updated in the County's tracking system.

## 3.4    Minor Sewer Connections

Minor sewer connections are defined in this CAP as connections in which the average daily flow is not to exceed 2,500 gpd. For minor sewer connections, the County may elect to perform a monthly capacity analysis for each sewershed or part of a sewershed to verify that the sewershed or part of a sewershed has adequate capacity as defined in Section 4 for all sewer connections approved in the previous month as well as for additional flows generated by all anticipated minor sewer connections in the subsequent month. The County shall evaluate proposed new minor connections on a monthly basis to certify adequate capacity for the total anticipated one-hour peak flow from all minor connections and shall include this anticipated one-hour peak flow in all capacity evaluations.  The County will validate the prior month's flow estimate for anticipated minor sewer connections at the beginning of the following month and adjust capacity evaluations accordingly.  If the County uses the credit bank described in Section 5 to approve any minor sewer connections, the subtraction from the credit bank shall not result in a negative balance of banking credits.

## 3.5    Capacity Approval In Lieu of Certification Process

The County may authorize new sewer service connections or additional flow from an existing connection even if it cannot satisfy the requirements of Section 3.2 and 3.3, provided the County complies with the following provisions and a Professional Engineer certifies and stamps, prior to the authorization, that all applicable provisions are satisfied:

- The County is in substantial compliance with the Consent Decree as modified by the MCD;

- The sewer lines that will convey the proposed additional flow from new or existing sewer service connections have not experienced dry weather SSOs resulting from inadequate capacity within the previous 12 months or the County has certified the causes of any dry weather SSOs due to inadequate capacity have been eliminated;

- The County has identified the sewer line segment(s), LS(s), and/or wastewater treatment systems that do not meet the conditions for certification of adequate treatment, transmission, or collection capacity; and

SECTION 3

- The County may authorize a new sewer service connection or increase in flow to an existing connection prior to the completion of a necessary added capacity or peak flow reduction project, but the project must be completed prior to the time that the new sewer service connection or flow increase is introduced to the WCTS (the credit tracking system is described in Section 5)

### 3.5.1    Essential Services

Notwithstanding the provisions of Section 3.2 and 3.3, the County may authorize a new sewer service connection, or additional flow from an existing sewer service connection, even if it cannot certify that it has adequate treatment, transmission, or collection capacity, for the following:

- health care facilities, public safety facilities, public schools, and, subject to EPA/EPD review and approval, government and other facilities

- cases where a pollution or health or safety condition exists, as determined by the DeKalb County Health Department or its regulatory successor, as the result of a discharge of untreated wastewater from an onsite septic system or other discharge point

For new service connections, or additions to flow from an existing connection, the County will make the appropriate subtraction to the balance in the credit bank described in Section 5. The subtraction may result in a negative balance in the credit bank if sufficient credits are not available to offset the flow increase.

### 3.5.2    Existing Illicit Connections

Notwithstanding the other provisions of Section 3, the County may authorize a new sewer service connection, or additional flow from an existing sewer service connection, even if it cannot certify that it has adequate treatment, transmission, or collection capacity for any illicit connections or discharge of wastewater to the stormwater system or to waters of the state. For such new service connections or additions to flow from an existing connection the County will make a subtraction from the balance in the credit bank described in Section 5. The subtraction may result in a negative balance in the credit bank if sufficient credits are not available to offset the flow increase.

## 3.6    Temporary Service Lateral Suspensions

The County may reconnect, without certifying Adequate Capacity, any connection that is temporarily suspended from the WCTS in order to complete work to replace or repair the service lateral.  The term "temporarily suspended" as it applies to this section refers only to service lateral connections that are suspended while work is actively pursued to replace or repair the service lateral.

## 3.7    Issuance of Land Development or Building Permits

The County and City ordinances stipulate that a land development permit is required if any part of the development involves land disturbance, as well as a building permit is required for a new development and for redevelopment of an existing property. The permitting process requires a certification that the WCTS has adequate capacity or an approval in lieu of the certification as described in this Section in order to accept the development's new sewer service connection or additional flow to an existing sewer service connection.

SECTION 4

# Capacity Analysis

## 4.1    Methodology

The WCTS is divided into three major sewerbasins, which are further divided into 35 individual sewersheds. Three of the 35 sewersheds have no sewer service and thus the remaining 32 sewersheds are subject to capacity analysis. Appendix B presents a map of the sewersheds.

Two sewerbasins convey wastewater to County-operated WWTFs: Pole Bridge WWTF and Snapfinger WWTF, which are operated in accordance with their respective NPDES permits. The third sewerbasin conveys wastewater primarily to the City of Atlanta but to a lesser extent also to Clayton County, Fulton County, and Gwinnett County; discharge of this wastewater is governed by Intergovernmental Agreements, which dictate capacity analysis beyond the County's system.

### 4.1.1    Hydraulic Model

The above major sewerbasins were divided into seven modeling areas which are hydraulically independent and are shown in Appendix E. Fully developed dynamic models for each of these areas, which are herein described as Sub-Models, are to be completed using available collection system data that included survey data, existing GIS databases, record drawings, site visits, and engineering judgment and per the schedule and requirements set forth in Paragraph 28 of the MCD.

To calibrate each Sub-Model, the County conducted a system-wide flow and rainfall monitoring program. Model calibration consists of comparing model simulated output to monitored flow and adjusting model parameters until model simulated data correlated with measured data. The Sub-Models will be re-validated periodically and, if merited, re-calibrated as necessary to take into account updates to the WCTS.

The model will be used to simulate system response to a representative 2-year, 24-hour storm event and the results will be used to evaluate system capacity and provide a baseline for the credit banking system described in Section 5.

Sound engineering judgment shall be employed in the use of the hydraulic model and in the analysis of the model results for determining whether the WCTS has adequate capacity to authorize new sewer service connections, or increases in flow from existing sewer service connections.

### 4.1.2    System Flows

Rainfall data, diurnal flow patterns, and boundary conditions are incorporated into the hydraulic model. Based on flow monitoring results, dry- and wet-weather periods are identified. Dry-weather days were extracted from the flow survey data to calculate the average dry-weather flow (ADWF), which repre-sents the average sewage loading that occurs on a daily basis. Wet-weather events were analyzed based on the system response and hydrologic characteristics associated with precipitation and the resulting runoff.

The model will be calibrated and validated for both dry- and wet-weather flow periods for reliability under both conditions.

# 4.2     Collection Capacity Analysis

## 4.2.1     Procedure

Proposed increases in flow and additional connections to the existing WCTS will be entered into the hydraulic model to simulate the proposed flow scenario. A hydraulic model analysis will be performed using the InfoWorks ICM software for the design storm, and the hydraulic gradeline (HGL) will be developed. The HGL will be compared to target system capacity requirements to determine if the increase in flow will violate capacity assessment criteria. The model will predict locations of capacity deficits and the County can then address those areas. The analyses will include documentation and supporting information regarding model outputs and any necessary potential variations as well as consider real-world conditions and engineering judgment.

## 4.2.2     Collection Capacity Definition

Adequate collection capacity will require that every gravity sewer line in the WCTS, through which the proposed additional flow from new or existing connections would pass, has the capacity to carry the following flows without causing a surcharge condition. The analyses shall confirm that the following flow conditions do not cause surcharge:

- existing 1-hour peak flow passing though the gravity sewer line

- the addition to the existing 1-hour peak flow from the proposed connection

- the addition to the existing 1-hour peak flow predicted to occur from all other authorized sewer service connections that have not begun to discharge into the WCTS

For the purposes of this paragraph, a surcharge condition shall mean the condition that exists when the supply of wastewater resulting from the 1-hour peak flow is greater than the capacity of the pipes to carry it and the surface of the wastewater in manholes rises to an elevation greater than the top of the pipe. However, if the County has identified sewer line segments which have been specifically designed and constructed to operate under surcharge conditions and has identified the level of surcharge for those segments, the identified level of surcharge shall be used. Notwithstanding the immediately preceding sentence, any rise in elevation above the top of the pipe shall be considered a surcharge condition if the manhole has experienced a capacity-related SSO since December 20, 2017 (excluding those SSOs caused by severe natural conditions such as hurricanes, tornados, widespread flooding, earthquakes, and other similar natural conditions) unless the County can certify that the cause of the SSO has been corrected through improvements to the WCTS.

# 4.3     Transmission Capacity Analysis

## 4.3.1     Procedure

The design hydraulic capacities of each LS in the system are represented in the hydraulic model. Confirmation of the effective LS capacities are determined using flow monitoring data or performed through wet well drawdown tests. Appendix F shows sewer LS and force main locations. The analyses will include documentation and supporting information regarding model outputs and potential variations or adjustments as necessary and consider real-world conditions and engineering judgment.

SECTION 4

### 4.3.2    Transmission Capacity Definition

Adequate transmission capacity means that each LS through which the proposed additional flow from new or existing sewer service connections would pass to the WWTF has the capacity to transmit, with its largest pump out of service, the following flows:

- existing 1-hour peak flow passing through the LS

- the addition to the existing 1-hour peak flow predicted to occur from the proposed connection

- the addition to the existing 1-hour peak flow predicted to occur from all other authorized sewer service connections that have not begun to discharge into the WCTS

## 4.4    Treatment Capacity Analysis

### 4.4.1    Procedure

The Pole Bridge Basin flows to the Pole Bridge WWTF and the Snapfinger Basin drains to the Snapfinger WWTF. Treatment capacity will be analyzed to ensure that both facilities operate in accordance to their respective NPDES permits.

### 4.4.2    Treatment Capacity Definition

Adequate treatment capacity means that, at the time the WWTF receives the flow from a proposed sewer service connection(s) or increased flow from an existing sewer service connection(s), when combined with the flow predicted to occur from all other authorized sewer service connections (including those that have not begun to discharge into the WCTS), the WWTF will not be in "non-compliance" for quarterly reporting, as defined in 40 CFR Part 123.45, Appendix A.

## 4.5    New Connection Conditions

### 4.5.1    Procedure

The County may also authorize new sewer service connections or increases in flow from existing connections where the New Connection Conditions defined below are satisfied and where adequate transmission capacity and adequate treatment capacity is available as determined per Sections 4.3 and 4.4 above.

### 4.5.2    New Connection Conditions Definition

New Connection Conditions are defined by the following:

- The dynamic hydraulic model does not predict any overflows from the new sewer service connections and/or increases in flow from the existing sewer service connections

- The dynamic hydraulic model does not predict that, after adding the new sewer service connections and/or increases in flow from the existing sewer service connections to all existing and authorized sewer connections, the wastewater in any manhole from the 1-hour peak flow resulting from a representative 2-year, 24-hour storm event will rise to an elevation within two (2) feet of ground surface at any location in the WCTS through which the proposed additional flows from the new or

existing connection would pass. However, for manholes within 350 feet of the entrance to or exit from aerial crossings (at locations including creeks, dry beds, stormwater ditches and conveyances, and intermittent and ephemeral streams) with less than two (2) feet of ground cover over their connecting pipes, the wastewater predicted as described above shall not rise to an elevation of within two (2) feet of the manhole rim.

- All capacity-related locations on the Priority Fix List downstream of the proposed new sewer service connection or proposed increase in flows from an existing sewer service connection have been adequately rehabilitated, relieved, fixed, or otherwise addressed ("Adequately Fixed") and either:

    o At least one (1) year has passed since completion of such Adequate Fix without a capacity-related SSO occurring at any such location (excluding those SSOs caused by severe natural conditions such as hurricanes, tornados, widespread flooding, earthquakes, and other similar natural conditions)

    o Or, each such location has experienced a 2-year, 24-hour storm event (or a 24-hour storm event of greater size) without a capacity-related SSO

- Any location that has experienced a capacity-related SSO (excluding those SSOs caused by severe natural conditions such as hurricanes, tornados, widespread flooding, earthquakes, and other similar natural conditions) within the previous two (2) years downstream of the proposed new sewer service connection or proposed increase in flow from an existing sewer service connection has been adequately rehabilitated, relieved, fixed, or otherwise addressed ("Adequately Fixed") and either:

    o At least one (1) year has passed since completion of such Adequate Fix without a capacity-related SSO occurring at any such location (excluding those SSOs caused by severe natural conditions such as hurricanes, tornados, widespread flooding, earthquakes, and other similar natural conditions)

    o Or, each such location has experienced a 2-year, 24-hour storm event (or a 24-hour storm event of greater size) without a capacity-related SSO

SECTION 5

# Banking Credit System

As part of the Capacity Approval in Lieu of Certification Process described in Section 3.5, the County may use a "banking credit system" for the sewer line segment(s), LS(s), and/or WWTF for which the County is unable to certify adequate capacity.

The addition of sewer capacity and/or reduction in 1-hour peak flows from Capacity Enhancement Projects which are completed and in-use may be accumulated in the form of credits in the banking credit system in accordance with this document. The County may earn banking credits for phased Capacity Enhancement Projects, where permanent capacity is added to the WCTS from completion of a phase of such projects. For example, if a project has 10 phases, the County may earn banking credits upon completion of the first phase to the extent that permanent capacity is added to the WCTS based on that phase of the overall project. Credits from the banking credit system may then be used for authorization of new sewer service connections or increases in flow from existing connections within the hydraulically independent Sub-Model area where the project that earned the credits occurred.

The banking credit system may only be used after the County certifies to the EPA and EPD that the Information Management System described in Section 5.1 below is operational. Capacity Enhancement Projects completed after entry of the MCD may earn credits in the credit banking system as well as those Capacity Enhancement Projects completed after April 29, 2019.

## 5.1    Capacity Assurance Information Management System

The Capacity Assurance Program will utilize an information management system comprised of the County's CityWorks Computerized Maintenance Management System, the GIS, and other software to track and report sewer capacity request information. Additionally, the information management system will manage the recording and reporting of earned banking credits and the subsequent expenditure of those credits.

As part of the documentation to the EPA and EPD certifying that the information management system is operational, the County will provide a representative report of the data recorded from sewer capacity requests and from the banking credit system for EPA and EPD review.

As the County implements the information management system, the County may develop additional software solutions to further streamline and automate recording and reporting of CAP information.

## 5.2    Deposits

Capacity improvement documentation will be completed to deposit credits from projects as described in this section into the banking credit system. The guidelines presented in Section 5.3 shall be used along with engineering judgment when depositing credits into the system.

Within 12 months following approval of the CAP, and annually thereafter as necessary, the County shall perform a review of specific Capacity Enhancement Projects to determine if actual added capacity and peak flow reductions are in line with the County's original estimation for such projects. The County will use the results of this review to adjust future estimates as necessary.

SECTION 5

# 5.3    Capacity Enhancing Projects

## 5.3.1    Offline Storage

Offline storage projects will add capacity credits equal to the volume of the storage constructed unless the project is located within a Priority Area in which case the credit shall be equal to the volume of the storage constructed divided by a factor of 2.

## 5.3.2    Removal of Connections

Removal of connections may add capacity credits equal to the estimated flow that the connections previously produced unless the project is located within a Priority Area in which case the credit shall be equal to the estimated flow that the connections previously produced divided by a factor of 2.

## 5.3.3    Gravity Sewer Line Improvements

Gravity sewer line improvements will add capacity credits equal to the added capacity resulting from such projects divided by a factor of 3 unless the improvements are located within a Priority Area in which case the credit calculated shall be divided by a factor of 4. See Section 5.3.7.

## 5.3.4    LS Improvements

Lift Station ("LS") improvement projects will add capacity credits equal to the volume of additional storage in the wet well. If the LS has been a restriction, then the County will analyze the increased LS capacity prior to including any additional system credits.  If the LS improvement project is located within a Priority Area, the capacity credit calculated per above shall be divided by a factor of 2.

## 5.3.5    Treatment Facility Improvements

Treatment facility improvement projects will add capacity credits equal to the volume of additional storage available in the facility and/or equal to the additional discharged flow that meets the requirements of the current NPDES permit.

## 5.3.6    I/I Reduction Projects

The estimated flow reductions resulting from completion of I/I reduction projects will add capacity credits equal to the estimated amount of the flow reduction divided by a factor of 3 unless the project is located within a Priority Area in which case the estimated amount of flow reduction shall be divided by a factor of 4. See Section 5.3.7.

### 5.3.6.1    Rehabilitation of Gravity Sewers

The estimated rate of flow reduction will be determined based on Table 5-1 or actual flow data and/or engineering analysis dependent on the defects observed and the actual rehabilitation work to be completed.

SECTION 5

**Table 5-1. Estimated Peak Flow Reductions for Gravity Sewer Rehabilitation**

| Rehabilitation Method | Earned Base Credits per inch-diameter-mile rehabilitated |
|---|---|
| **Riparian Zone** – Piping is within 50 feet horizontally of a stream or water body. | 34,000 gpd |
| **Non-riparian Area** – Piping is not located within the Riparian Zone. | 60 gpd |

### 5.3.6.2   Storm Drain and Downspout Removal and Cleanout Cap Replacement

Depending on the location and size of the drain, the flow estimation can be either calculated using standard engineering practices or it can be estimated using the values from Table 5-2.

**Table 5-2. Estimated Peak Flow Reductions for Storm Drain and Downspout Removal**

| Drain | Earned Base Credits per Drain Removed |
|---|---|
| Storm Drain <10" diameter | 7,000 gpd |
| Storm Drain >10" diameter | To be calculated |
| Downspout | 5,000 gpd |
| Cleanout Cap Replacement | 250 gpd |

### 5.3.6.3   Foundation Drain Pump Removal

Disconnecting foundation drain sump pumps from the WCTS is estimated to reduce peak flows by approximately 4,000 gpd per sump pump removed.

### 5.3.6.4   Replacement of Vented Manhole Lids

Table 5-3 lists the base credits for vented manhole lid replacement prior to the factor reductions.

**Table 5-3. Estimated Peak Flow Reductions for Vented Manhole Lid Replacement**

| Manhole Location | Earned Base Credits |
|---|---|
| **Riparian Zone** – Manhole is within 50 feet horizontally of a stream or water body. Manhole is assumed to be subject to 1 inch of inundation if located within the riparian zone. | 40,000 gpd |
| **Paved Area** – Manhole is located in a paved, curbed area at a distance from the curb that is less than one-fourth of the total roadway width. Manhole is assumed to be subject to one-eighth of an inch inundation if located within the paved area. | 9,000 gpd |
| **Non-riparian Area** – Manhole does not fall into one of the other categories listed above but are flush with the ground surface is assumed to be subject to "splash" conditions. | 2,500 gpd |

### 5.3.6.5   Repair of Manhole Defects

Table 5-4 provides the base credits for manhole defect repair prior to the factor reductions.

SECTION 5

Table 5-4. Earned Base Credits for Repair of Manhole Defects (in gpd)

| Manhole Component | Minor I/I | | | Moderate I/I | | | Heavy I/I | | | Severe I/I | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R | P | N | R | P | N | R | P | N | R | P | N |
| Frame Seal | 864 | 78 | 328 | 1,728 | 156 | 656 | 3,456 | 311 | 1,313 | 6,912 | 622 | 2,626 |
| Chimney | 864 | 78 | 328 | 1,728 | 156 | 656 | 3,456 | 311 | 1,313 | 6,912 | 622 | 2,626 |
| Cone | 864 | 78 | 328 | 1,728 | 156 | 656 | 3,456 | 311 | 1,313 | 6,912 | 622 | 2,626 |
| Wall | 432 | 39 | 164 | 864 | 75 | 328 | 1,728 | 156 | 656 | 3,456 | 311 | 1,313 |
| Pipe Seal | 432 | 39 | 164 | 864 | 75 | 328 | 1,728 | 156 | 656 | 3,456 | 311 | 1,313 |
| Bench | 432 | 39 | 164 | 864 | 75 | 328 | 1,728 | 156 | 656 | 3,456 | 311 | 1,313 |
| Channel | 432 | 39 | 164 | 864 | 75 | 328 | 1,728 | 156 | 656 | 3,456 | 311 | 1,313 |

Source: Adapted from Table 4-1 of The American Society of Civil Engineers, Manual of Practice No. 92
Notes:
R = Riparian
P = Paved
N = Non-riparian

### 5.3.7    Conditional Reduction in Banking Credit Ratios Used for Gravity Sewer Line Improvement and I/I Reduction Projects

Upon the County's timely completion of its obligation to adequately fix 50% of the Priority Fix List locations identified in Appendix F to the MCD (within two (2) years from the Date of Entry of the MCD), the banking credit ratios provided in Sections 5.3.3 and 5.3.6 (above) will be adjusted for gravity sewer line improvement projects and for I/I reduction projects.  The banking credit ratios will be adjusted, as follows:

- Gravity sewer line improvements (Section 5.3.3 above) will add capacity credits equal to the added capacity resulting from such projects divided by a factor of 2 unless the improvements are located within a Priority Area in which case the credit calculated shall be divided by a factor of 3.

- The estimated flow reductions resulting from completion of I/I reduction projects (Section 5.3.6 above) will add capacity credits equal to the estimated amount of the flow reduction divided by a factor of 2 unless the project is located within a Priority Area in which case the estimated amount of flow reduction shall be divided by a factor of 3.

In the event that the County fails to meet any deadline for adequately fixing any Priority Fix List location, as provided in Paragraph 35(j) of the MCD, the banking credit ratios for gravity sewer line improvement projects and for I/I reduction projects will revert to the ratios provided for in Sections 5.3.3 and 5.3.6.

## 5.4    Capacity Approvals In Lieu of Capacity Certification

For new or additional flow contributions from sewer service connections that have been authorized in lieu of capacity certification, capacity credits equal to the estimated amount of the proposed new or additional flow will be withdrawn from the credit banking system balance at the time of authorization. The Capacity Approval In Lieu of Capacity Certification process is further described in Section 3.5.

SECTION 6

# References

American Petroleum Institute (API). 2009. *Piping Inspection Code: In-service Inspection, Rating, Repair, and Alteration of Piping Systems (API 570)*. February.

American Society of Civil Engineers (ASCE). 2009. *Manual of Practice No. 92 Manhole Inspection and Rehabilitation*. August 12.

DeKalb County Department of Watershed Management. 2017. *Design Standards Manual: Potable Water Main, Gravity Sanitary Sewer, Sanitary Sewer Pumping Station and Force Main Design Standards.*

Hughes, John. 2009. *Manhole Inspection and Rehabilitation (ASCE Manuals and Reports on Engineering Practices No. 92)*. July 1.

Meyer, Jack. M. Neenah Foundry Company. 1976. *A Report on Inflow of Surface Water Through Manhole Covers.*

National Association of Corrosion Engineers (NACE). 2010. *Pipeline External Corrosion Direct Assessment Methodology (ANSI/NACE SP0502)*. June 24.

National Association of Sewer Service Companies (NASSCO). 2018. *Pipeline Assessment & Certification Program (PACP) v7.0.3*.

Wastewater Committee of the Great Lakes--Upper Mississippi River Board of State and Provincial Public Health and Environmental Managers. 2014. *Recommended Standards for Wastewater Facilities (Ten States Standards).*

Water Environment Federation (WEF). 1993. *Design of Wastewater and Stormwater Pumping Stations (Manual of Practice FD-4)*. January.

Water Environment Federation (WEF). 2013. *Guide for Municipal Wet Weather Strategies*. July 22.

Water Environment Research Foundation (WERF). 2010. *Inspection Guidelines for Wastewater Force Mains 04-CTS-6URa.*

Appendix A
Department Watershed Management
Organizational Chart



# DEPARTMENT OF WATERSHED MANAGEMENT
## ORGANIZATION CHART

**DeKalb County** GEORGIA

**WATER** Matters

DCOO/Infrastructure

Director

**ENGINEERING AND CONSTRUCTION MANAGEMENT**
- CIP
- Construction Management
- Engineering Design
  - Modeling
  - GIS

**FINANCE/ ADMINISTRATION**
- Budget
- Accounting
- IT
- Procurement

**ADMINISTRATIVE SERVICES**
- Human Resources
- Employee Training

**OPERATIONS**
- Treatment Plants
- Construction and Maintenance
- Customer Response Dispatch
- Meter & Field Services
- Facilities/Fleet

**COMPLIANCE**
- FOG
- Industrial Pretreatment
- Laboratories
- Flow and Rainfall Monitoring
- Infrastructure Acquisitions Program
- CMOM

Appendix B
Sewerbasin Map



Legend

Basin

Sewersheds

# Appendix B - Sewerbasin Map

DeKalb County GEORGIA

WATER Matters

0 0.8 1.6 2.4 Miles

N

Appendix C
Capacity Evaluation Process Flowchart

# Sanitary Sewer Capacity Protocol Flow Chart



Appendix D
Sewer Capacity Evaluation
Request Form



# SEWER CAPACITY EVALUATION REQUEST

## Department of Watershed Management

**Project Information:**

| | |
|---|---|
| **Project Address:** | **Project Name:** |
| | **Type of Development:** |
| *(City, State, Zip Code)* | *(Private or Government)* |
| **Intended Tie-In Manhole:** | **Land Lot and Parcel ID:** |
| **Total Peak Flow Requesting:** _____ GPD | **County District:** |
| *(Calculated Peak Flow - Existing Peak Flow)* | |

**Developer's Information:**

| | |
|---|---|
| **Company's Name:** | **Address:** |
| **Contact Name:** | **City, State, Zip Code:** |
| **Phone Number:** | **Email Address:** |

**Engineering Firm's Information:**

| | |
|---|---|
| **Company's Name:** | **Address:** |
| **Contact Name:** | **City, State, Zip Code:** |
| **Phone Number:** | **Email Address:** |

**Please include the following items in your submittal package:**

- ☐ Proposed Peak Daily Flow Calculation based on attached guidelines *(See Appendix A)*
  - ☐ Existing Developments     ☐ New Conditions
- ☐ Separate detailed calculation sheet signed by the owner or owner's representative for each project *(See Appendix B)*
- ☐ Estimate of anticipated peak hour flow and instantaneous peak hour flow for each industrial, commercial, and mixed-use project, and for each residential project that is over four stories in height
- ☐ Geographical Information System (GIS) map clearly showing the proposed site (s) surrounds areas, and utilities
- ☐ Proposed utility plan, if available

| | |
|---|---|
| **Name:** | **Date:** |
| **Signed:** | |

*Capacity Evaluation Request will not be accepted until form is fully completed and all supplemental information is attached. Once Capacity Request Package has been reviewed and accepted by our internal staff, a letter will be completed within 60 days.*

**Internal Use Only**

| | |
|---|---|
| **Date Capacity Request Reviewed and Accepted:** | **Received By:** |
| | **Signed:** |

Appendix E
Modeling Area Map



Legend

☐ Basin

**Appendix E - Modeling Area Map**

# Appendix F
# Sewer Lift Station and
# Force Main Map



L Lift Stations
Gravity Mains >= 15"
Force Mains
Sewersheds
Basins

# Appendix F - Sewer Lift Station Map

DeKalb County GEORGIA
WATER Matters

Miles
0 0.8 1.6 2.4

N