APPENDIX E TO CONSENT DECREE MODIFICATION

# Initial and Additional Priority Areas:

*Certain Definitions, Minimum Linear Footage, and Projects to be Completed by December 31, 2021*

*Submitted to*

## U.S. Environmental Protection Agency
## Georgia Environmental Protection Division

*Submitted by*

## Department of Watershed Management
## DeKalb County, Georgia



Case No. 1:10 cv 4039-SDG

September 2020

APPENDIX E TO CONSENT DECREE MODIFICATION

# Initial and Additional Priority Areas:
## *Certain Definitions, Minimum Linear Footage, and Projects to be Completed by December 31, 2021*

## Part 1 – Definitions

For clarity and ease of understanding, definitions for the following terms are provided.

**Project Categories:** The four project categories of "Simple Pipe Review," "Simple Pipe Rehabilitation," "Complex Pipe Design," and "Complex Pipe Rehabilitation."

**Simple Pipe Review:** Visual review of pipeline assessment certification program coded closed circuit television video and development of Simple Pipe Rehabilitation recommendations to address severe defects noted during condition assessment.

**Simple Pipe Rehabilitation:** Sewer rehabilitation to address structural issues identified during Simple Pipe Review.  This can include point repairs, pipe lining, same size pipe replacement, and manhole lining.

**Complex Pipe Design:** Process to determine how to address capacity limitations within the WCTS, utilizing the hydraulic model and growth projections, among other tools, to determine the extent of comprehensive rehabilitation needed to reduce I/I alone or in conjunction with adding capacity through increasing pipe conveyance capacity or adding storage.  Design may include any permitting, land/easement acquisition, surveying, geotechnical studies, equipment acquisition, engineering plans, etc.

**Complex Pipe Rehabilitation**: Sewer rehabilitation that addresses capacity issues within the system.  This can be addressed through comprehensive rehabilitation to reduce I/I through pipe lining, point repairs, same size pipe replacement, manhole lining, vented manhole lid replacement, cleanout replacement, lateral connection rehabilitation and lower lateral lining/replacement.  In conjunction with comprehensive rehabilitation or alone, capacity relief projects can be constructed including pipe upsizing, construction of new relief sewers, or inline or offline storage.

**Minimum Linear Footage of Pipe Review, Design, and Rehabilitation:** Minimum amount of linear footage to be (a) reviewed for a Simple Pipe Review project, (b) designed for a Complex Pipe Design project, or (c) rehabilitated for a Simple Pipe Rehabilitation or Complex Pipe Rehabilitation as those Project Categories are listed in Table E-1 of this Appendix E.  The initial estimate of the minimum amount of linear footage to be completed in the Project Categories specified in Table E-1 of this Appendix E along with each corresponding year shall be used to determine compliance, notwithstanding a difference with the actual footage after project completion.

## Part 2 – Minimum Linear Footage Interim Milestones

| Table E-1. Interim Milestone Dates, Minimum Linear Footage by Year[1] | | | | |
|---|---|---|---|---|
| **Year** | **Simple Pipe Review** | **Simple Pipe Rehabilitation** | **Complex Pipe Design** | **Complex Pipe Rehabilitation** |
| **2019/2020** | 80,000 | 60,000 | 80,000 | 40,000 |
| **2021** | 700,000 | 325,000 | 20,000 | 18,000 |
| **2022** | 50,000 | 200,000 | 45,000 | 20,000 |
| **2023** | 15,000 | 110,000 | 50,000 | 35,000 |
| **2024** | 10,000 | 60,000 | 40,000 | 45,000 |
| **2025** | - | 50,000 | 25,000 | 40,000 |
| **2026** | - | 40,000 | 10,000 | 25,000 |
| **2027** | - | 10,000 | - | 15,000 |

---

[1]   Additional linear footage of rehabilitation work of a particular Project Category completed in a given calendar year beyond the minimum requirement for that particular calendar year shall be counted toward the subsequent year or years.

## Part 3 – Projects to be Completed by December 31, 2021

| Table E-2. Simple Pipe Review & Complex Pipe Design Summary Through December 31, 2021 | | | | |
|---|---|---|---|---|
| Task No. | Finish[2] | Description | Approximate Simple LF | Approximate Complex LF |
| 1 | 2019 | 2438 Kings Court (PASARP SS0) (DB 2) | 697 | - |
| 2 | 2019 | I-IG11 (DB 2) | 1,821 | - |
| 3 | 2019 | 2860 Buford Highway (OSARP SSO) (DB 2) | 1,192 | - |
| 4 | 2019 | 2737 Winding Lane (PASARP SSO) (DB 2) | 1,838 | - |
| 5 | 2019 | 408 South Susan Creek Drive (OSARP SSO) (DB 2) | 884 | - |
| 6 | 2019 | Jolly Avenue (OSARP SSO) (DB 2) | 687 | - |
| 7 | 2019 | 108 East Ponce DeLeon (OSARP SSO) (DB 2) | 771 | - |
| 8 | 2019 | Pole Bridge 7 (DB 1) | - | 597 |
| 9 | 2019 | 2692 Caladium Drive (DB 1) | 689 | 1,826 |
| 10 | 2019 | Pole Bridge 6 (DB 1) | - | 521 |
| 11 | 2020 | I-IG10 (DB 2) | 5,444 | 125 |
| 12 | 2020 | 2659 Mill Court (PASARP SSO) (DB 2) | 1,376 | - |
| 13 | 2020 | 5139 North Peachtree Road (OSARP SSO) (DB 2) | 1,230 | - |
| 14 | 2020 | Valley View (CIP Project) (DB 2) | 499 | 1,396 |
| 15 | 2020 | Lindsey Drive (DB 1) | 151 | - |
| 16 | 2020 | Pole Bridge 8 (DB 1) | - | 3,596 |
| 17 | 2020 | 1576 Nantahalla Court (EPA) (DB 3) | 328 | - |
| 18 | 2020 | 608 S McDonough Street (DB 3) | 3,497 | 897 |
| 19 | 2020 | A-IG2 (DB 2) | 6,953 | 2,872 |
| 20 | 2020 | 1676 Frazier Road (DB 1) | 718 | - |
| 21 | 2020 | 1760 Mason Mill Road (OSARP SSO) (DB 2) | 339 | 2,473 |
| 22 | 2020 | 3924 Roman Court (DB 1) | 1,057 | - |
| 23 | 2020 | 3597 Sunderland Circle, 1083 Wimberly Rd, A-IG4 (EPA, OSARP SSO) (DB 3) | 4,660 | - |
| 24 | 2020 | 2312 Clairmont Rd, A-IG6 (EPA) (DB 3) | 2,177 | - |

[2] Estimate based on currently available information. *See also*, Footnote #1 above.

| Table E-2. Simple Pipe Review & Complex Pipe Design Summary Through December 31, 2021 | | | | |
|---|---|---|---|---|
| Task No. | Finish[2] | Description | Approximate Simple LF | Approximate Complex LF |
| 25 | 2020 | A-IG6 (DB 3) | 9,438 | 670 |
| 26 | 2020 | 215 Beaumont Avenue (EPA) (DB 3) | 724 | 1,608 |
| 27 | 2020 | Package 6 Complex | - | 7,221 |
| 28 | 2020 | Pole Bridge 4 (DB 1) | - | 760 |
| 29 | 2020 | Package 8 Complex | - | 15,886 |
| 30 | 2020 | 4367 Buford Highway (DB 1) | 667 | - |
| 31 | 2020 | Package 7 Complex | - | 30,530 |
| 32 | 2020 | 121 Lucerne Street (DB 1) | 454 | - |
| 33 | 2020 | ASF1 (DB 1) | 11,668 | 2,192 |
| 34 | 2020 | Pole Bridge 1 (DB 1) | - | 11,526 |
| 35 | 2020 | Snapfinger Woods Dr (OSARP SSO) (DB 3) | - | 10,421 |
| 36 | 2020 | 854 Sheppard Rd, A-SF2 (OSARP SSO) (DB 3) | 112 | - |
| 37 | 2020 | Nancy Creek Branch 2 (DB 2) | - | 6,198 |
| 38 | 2020 | Package 5 | 80,000 | 42,671 |
| 39 | 2020 | In-house review / rehab recommendation | 700,000 | - |
| 40 | 2020 | 161 Hood Circle (DB 1) | - | 2,997 |
| 41 | 2020 | Nancy Creek Branch 1 (DB 2) | 249 | 9,415 |
| 42 | 2021 | A-SF7 (DB 2) | 3,889 | 4,656 |
| 43 | 2021 | A-SF2 (DB 3) | 7,482 | - |
| **Total Footage to be Designed by 12/31/2021** | | | **851,691** | **161,054** |

| Table E-3. Construction Through December 31, 2021 ||||| 
|---|---|---|---|---|
| Task No. | Finish[3] | Description | Approximate Simple LF | Approximate Complex LF |
| 1 | 2019 | 2438 Kings Court (PASARP SS0) (DB 2) | 697 | |
| 2 | 2019 | I-IG11 (DB 2) | 1,821 | - |
| 3 | 2019 | 2860 Buford Highway (OSARP SSO) (DB 2) | 1,192 | - |
| 4 | 2019 | 2737 Winding Lane (PASARP SSO) (DB 2) | 1,838 | - |
| 5 | 2019 | 408 South Susan Creek Drive (OSARP SSO) (DB 2) | 884 | - |
| 6 | 2019 | Jolly Avenue (OSARP SSO) (DB 2) | 687 | - |
| 7 | 2019 | 108 East Ponce DeLeon (OSARP SSO) (DB 2) | 771 | - |
| 8 | 2020 | Pole Bridge 7 (DB 1) | - | 597 |
| 9 | 2019 | 2692 Caladium Drive (DB 1) | 689 | 1,826 |
| 10 | 2019 | Pole Bridge 6 (DB 1) | - | 521 |
| 11 | 2020 | I-IG10 (DB 2) | 5,444 | 125 |
| 12 | 2020 | 2659 Mill Court (PASARP SSO) (DB 2) | 1,376 | - |
| 13 | 2020 | 5139 North Peachtree Road (OSARP SSO) (DB 2) | 1,230 | - |
| 14 | 2020 | Valley View (CIP Project) (DB 2) | 499 | 1,396 |
| 15 | 2020 | Lindsey Drive (DB 1) | 151 | - |
| 16 | 2019 | Pole Bridge 8 (DB 1) | - | 3,596 |
| 17 | 2020 | 1576 Nantahalla Court (EPA) (DB 3) | 328 | - |
| 18 | 2020 | 608 S McDonough Street (DB 3) | 3,497 | 897 |
| 19 | 2020 | A-IG2 (DB 2) | 6,953 | 2,872 |
| 20 | 2019 | 1676 Frazier Road (DB 1) | 718 | - |
| 21 | 2020 | 1760 Mason Mill Road (OSARP SSO) (DB 2) | 339 | 2,473 |
| 22 | 2019 | 3924 Roman Court (DB 1) | 1,057 | - |
| 23 | 2020 | 3597 Sunderland Circle, 1083 Wimberly Rd, A-IG4 (EPA, OSARP SSO) (DB 3) | 4,660 | - |
| 24 | 2020 | 2312 Clairmont Rd, A-IG6 (EPA) (DB 3) | 2,177 | - |
| 25 | 2020 | A-IG6 (DB 3) | 9,438 | 670 |

[3] Estimate based on currently available information.  *See also*, Footnote #1 above.

| Table E-3. Construction Through December 31, 2021 ||||| 
|---|---|---|---:|---:|
| Task No. | Finish[3] | Description | Approximate Simple LF | Approximate Complex LF |
| 26 | 2020 | 215 Beaumont Avenue (EPA) (DB 3) | 724 | 1,608 |
| 27 | 2019 | Pole Bridge 4 (DB 1) | - | 760 |
| 28 | 2019 | 4367 Buford Highway (DB 1) | 667 | - |
| 29 | 2020 | 121 Lucerne Street (DB 1) | 454 | - |
| 30 | 2019 | ASF1 (DB 1) | 11,668 | 2,192 |
| 31 | 2019 | Pole Bridge 1 (DB 1) | - | 5,526 |
| 32 | 2021 | Snapfinger Woods Dr (OSARP SSO) (DB 3) | - | 9,421 |
| 33 | 2020 | 854 Sheppard Rd, A-SF2 (OSARP SSO) (DB 3) | 112 | - |
| 34 | 2021 | Nancy Creek Branch 2 (DB 2) | - | 6,198 |
| 35 | 2020 | 161 Hood Circle (DB 1) | - | 2,997 |
| 36 | 2021 | Nancy Creek Branch 1 (DB 2) | 249 | 9,415 |
| 37 | 2021 | A-SF7 (DB 2) | 3,889 | 4,656 |
| 38 | 2021 | A-SF2 (DB 3) | 7,482 | - |
| 39 | 2020 | Package 9 (AWS - Contractor 1) | 81,996 | - |
| 40 | 2020 | Package 9 (AWS - Contractor 2) | 7,493 | - |
| 41 | 2020 | Package 9 (AWS - Contractor 2 CO) | 82,897 | - |
| 42 | 2021 | Package 9 (Co-op #1) | 73,392 | - |
| 43 | 2021 | Package 9 (Co-op #2) | 67,222 | - |
| **Total Footage to be Constructed by 12/31/2021** ||| **384,691** | **57,746** |