APPENDIX F TO CONSENT DECREE MODIFICATION

# Priority Fix List

*Submitted to*

## U.S. Environmental Protection Agency
## Georgia Environmental Protection Division

*Submitted by*

## Department of Watershed Management
## DeKalb County, Georgia



Case No. 1:10 cv 4039-SDG

September 2020

APPENDIX F TO CONSENT DECREE MODIFICATION

Table 1.    Priority Fix List (PFL)

| PFL Site # | Address | Capacity Related (Yes/No) | Priority Area | Sub-Model Area |
|---|---|---|---|---|
| 1 | 1078 BEECH HAVEN ROAD | Yes | N/A | North Fork Peachtree Creek |
| 2 | 125 BEAUMONT AVENUE | No | N/A | South Fork Peachtree Creek |
| 3 | 1313 STONE MILL WAY | No | N/A | Snapfinger |
| 4 | 1433 DEERWOOD DRIVE, DECATUR | Yes | I-SF3 | Snapfinger |
| 5 | 1440 SOWELL ESTATE | Yes | N/A | South Fork Peachtree Creek |
| 6 | 1462 LIVELY RIDGE ROAD | No | I-IG16 | South Fork Peachtree Creek |
| 7 | 1496 COUNTRY SQUIRE DRIVE, DECATUR | Yes | I-IG13 | South Fork Peachtree Creek |
| 8 | 157 HOOD CIRCLE | Yes | A-SF6 | Intrenchment Creek |
| 9 | 1600 AUTUMN HURST COURT | No | N/A | Snapfinger |
| 10 | 161 HOOD CIRCLE | Yes | A-SF6 | Intrenchment Creek |
| 11 | 1615 MELANIE COURT | Yes | I-SF3 | Snapfinger |
| 12 | 1707 CHILDERLEE LANE | Yes | N/A | North Fork Peachtree Creek |
| 13 | 1787 WHITEHALL FOREST COURT | No | A-SF9 | Snapfinger |
| 14 | 1942 EAST STARMOUNT WAY | Yes | N/A | Intrenchment Creek |
| 15 | 1964 EAST STARMOUNT WAY | Yes | N/A | Intrenchment Creek |
| 16 | 1970 EAST STARMOUNT WAY | Yes | N/A | Intrenchment Creek |
| 17 | 2052 GRAND PRIX DRIVE | Yes | I-IG14 | North Fork Peachtree Creek |
| 18 | 2060 KEHELEY DRIVE | Yes | N/A | Intrenchment Creek |
| 19 | 2089 GARDEN CIRCLE | Yes | N/A | Intrenchment Creek |
| 20 | 2301 MOUNTAIN INDUSTRIAL BLVD | No | N/A | South Fork Peachtree Creek |
| 21 | 2480 MIRIAM LANE | Yes | I-SF3 | Snapfinger |
| 22 | 2562 TILLY MILL ROAD | Yes | I-IG2 | Nancy Creek |
| 23 | 2804 MILLWOOD WAY, DECATUR | Yes | I-IG13 | South Fork Peachtree Creek |
| 24 | 2967 HENDERSON MILL ROAD | No | N/A | North Fork Peachtree Creek |
| 25 | 307 2ND AVENUE | Yes | A-SF6 | Intrenchment Creek |
| 26 | 3075 THRASHER CIRCLE, DECATUR | Yes | I-SF3 | Snapfinger |
| 27 | 3230 BORING ROAD, DECATUR | Yes | I-SF2 | Snapfinger |
| 28 | 3330 NORTHLAKE PARKWAY | No | I-IG12 | North Fork Peachtree Creek |
| 29 | 3433 BROOKFIELD LANE, DECATUR | Yes | I-SF2 | Snapfinger |
| 30 | 3449 BROOKFIELD LANE, DECATUR | Yes | I-SF2 | Snapfinger |
| 31 | 3488 KESWICK DRIVE | No | A-IG3 | Nancy Creek |
| 32 | 3496 PANTHERSVILLE ROAD, DECATUR | Yes | N/A | Snapfinger |
| 33 | 3540 BUFORD HIGHWAY | No | A-IG5 | North Fork Peachtree Creek |

| PFL Site # | Address | Capacity Related (Yes/No) | Priority Area | Sub-Model Area |
|---|---|---|---|---|
| 34 | 3831 EAST AVENUE | No | A-SF1 | Snapfinger |
| 35 | 3892 BUFORD HIGHWAY | No | A-IG5 | North Fork Peachtree Creek |
| 36 | 3924 ROMAN COURT, TUCKER | Yes | N/A | South Fork Peachtree Creek |
| 37 | 3954 MEMORIAL COLLEGE AVENUE | No | N/A | Snapfinger |
| 38 | 4004 GLADESWORTH LANE | No | I-SF2 | Snapfinger |
| 39 | 4075 MEMORIAL DRIVE | No | I-SF2 | Snapfinger |
| 40 | 4124 FLAKES MILL ROAD, ELLENWOOD | Yes | N/A | Snapfinger |
| 41 | 4347 FLAT SHOALS PARKWAY | Yes | I-SF2 | Snapfinger |
| 42 | 4437 WESLEYAN POINTE, DECATUR | Yes | N/A | Snapfinger |
| 43 | 4557 MEADOW CREEK PATH, LITHONIA | Yes | N/A | Snapfinger |
| 44 | 4664 FLAT BRIDGE ROAD, LITHONIA | No | N/A | Pole Bridge |
| 45 | 4776 SNAPFINGER WOODS DRIVE | No | N/A | Snapfinger |
| 46 | 4900 CENTRAL DRIVE | No | N/A | Snapfinger |
| 47 | 4905 WIND COVE COURT | No | N/A | Snapfinger |
| 48 | 5459 BUNKY WAY, DUNWOODY | No | N/A | Miscellaneous |
| 49 | 5726 SOUTHLAND DRIVE | No | A-PB1 | Pole Bridge |
| 50 | 583 RAYS ROAD | No | N/A | Snapfinger |
| 51 | 607 3RD AVENUE | Yes | A-SF6 | Intrenchment Creek |
| 52 | 608 SOUTH MCDONOUGH STREET, DECATUR | Yes | I-SF3 | Snapfinger |
| 53 | 6545 SWIFT CREEK DRIVE, LITHONIA | No | N/A | Pole Bridge |
| 54 | 6591 TRIBBLE STREET | No | N/A | Pole Bridge |
| 55 | 101 GREEN STREET | Yes | I-SF3 | Snapfinger |
| 56 | 1580 ROADHAVEN DRIVE | No | N/A | South Fork Peachtree Creek |
| 57 | 1635 SUGAR DOWNS COURT | No | N/A | Snapfinger |
| 58 | 1831 BRIARCLIFF CIRCLE | No | A-IG5 | North Fork Peachtree Creek |
| 59 | 217 GREEN STREET | Yes | I-SF3 | Snapfinger |
| 60 | 2190 MEADOWCLIFF DRIVE | No | A-IG5 | North Fork Peachtree Creek |
| 61 | 2396 MIRIAM LANE | No | I-SF3 | Snapfinger |
| 62 | 3546 STANFORD CIRCLE | No | N/A | Snapfinger |
| 63 | 3731 BUFORD HIGHWAY | No | A-IG5 | North Fork Peachtree Creek |
| 64 | 4980 HAMMERMILL ROAD | No | N/A | South Fork Peachtree Creek |
| 65 | 8304 UNION GROVE ROAD | No | A-PB3 | Pole Bridge |
| 66 | 1397 WITHAM DRIVE | No | N/A | Miscellaneous |
| 67 | 1430 COUNTRY SQUIRE DRIVE | Yes | I-IG13 | South Fork Peachtree Creek |
| 68 | 2005 BENCAL DRIVE | Yes | N/A | Intrenchment Creek |
| 69 | 2311 DUNWOODY CROSSING | No | N/A | Nancy Creek |
| 70 | 294 PINE TREE CIRCLE | No | N/A | Snapfinger |

| PFL Site # | Address | Capacity Related (Yes/No) | Priority Area | Sub-Model Area |
|---|---|---|---|---|
| 71 | 3360 MOUNTAIN DRIVE | No | N/A | Snapfinger |
| 72 | 3408 MILL CREEK ROAD | No | A-IG4 | Nancy Creek |
| 73 | 3528 MISTY VALLEY ROAD | Yes | I-SF2 | Snapfinger |
| 74 | 3643 GLENWOOD ROAD | No | I-SF3 | Snapfinger |
| 75 | 3724 EAGLES BEEK CIRCLE | No | N/A | Snapfinger |
| 76 | 4203 CLEVEMONT ROAD | No | N/A | Snapfinger |
| 77 | 4495 VILLAGE SPRING RUN | No | N/A | Nancy Creek |
| 78 | 4711 BISHOP MING BLVD | No | N/A | Snapfinger |
| 79 | 506 SOUTH MCDONOUGH STREET | Yes | I-SF3 | Snapfinger |
| 80 | 5083 BIFFLE ROAD | No | N/A | Snapfinger |
| 81 | 6701 PEACHTREE INDUSTRIAL BLVD | No | N/A | Nancy Creek |
| 82 | 2902 MOUNT OLIVE DRIVE | No | I-IG17 | South Fork Peachtree Creek |
| 83 | 1410-1416, 1422 COBB BRANCH DRIVE | Yes | I-SF2 | Snapfinger |
| 84 | 1420 SOUTH HAIRSTON ROAD | No | N/A | Snapfinger |
| 85 | 1690 CHANTILLY DRIVE | No | N/A | North Fork Peachtree Creek |
| 86 | 2000, 2200 LITHONIA INDUSTRIAL BOULEVARD, LITHONIA | No | N/A | Pole Bridge |
| 87 | 2175 LAWRENCEVILLE HIGHWAY | No | I-IG17 | South Fork Peachtree Creek |
| 88 | 2277 MUNDAY DRIVE | No | I-IG6 | North Fork Peachtree Creek |
| 89 | 2614 LAKE ERIN DRIVE | Yes | N/A | North Fork Peachtree Creek |
| 90 | 2711 FAIRLEE DRIVE | Yes | I-SF3 | Snapfinger |
| 91 | 3037 TONEY DRIVE | Yes | I-SF3 | Snapfinger |
| 92 | 3046 EAST PONCE DE LEON AVENUE | No | I-IG19 | South Fork Peachtree Creek |
| 93 | 352 NORTHERN AVENUE | No | I-SF1 | Snapfinger |
| 94 | 3548 BROOKFIELD LANE | Yes | I-SF2 | Snapfinger |
| 95 | 3549 PANTHERSVILLE ROAD | Yes | N/A | Snapfinger |
| 96 | 3765 FOXFORD DRIVE | No | N/A | North Fork Peachtree Creek |
| 97 | 3907 JERUSALEM COURT | Yes | N/A | South Fork Peachtree Creek |
| 98 | 3911 ROMAN COURT | Yes | N/A | South Fork Peachtree Creek |
| 99 | 4561 AMBERLY COURT SOUTH | No | N/A | Nancy Creek |
| 100 | 4584 LAWRENCEVILLE HIGHWAY | No | N/A | Miscellaneous |
| 101 | 4948 ARDSLEY DRIVE | No | N/A | Snapfinger |
| 102 | 5495 EAST MOUNTAIN STREET | No | N/A | Snapfinger |
| 103 | 5557 MARTINA WAY | No | N/A | Miscellaneous |

Table 2.    21 Priority Fix List (PFL) Locations Subject to Request for Additional Time to Adequately Fix

| PFL Site # | Address | Capacity Related (Yes/No) | Priority Area | Sub-Model Area |
|---|---|---|---|---|
| 4 | 1433 DEERWOOD DRIVE, DECATUR | Yes | I-SF3 | Snapfinger |
| 7 | 1496 COUNTRY SQUIRE DRIVE, DECATUR | Yes | I-IG13 | South Fork Peachtree Creek |
| 11 | 1615 MELANIE COURT | Yes | I-SF3 | Snapfinger |
| 14 | 1942 EAST STARMOUNT WAY | Yes | N/A | Intrenchment Creek |
| 15 | 1964 EAST STARMOUNT WAY | Yes | N/A | Intrenchment Creek |
| 16 | 1970 EAST STARMOUNT WAY | Yes | N/A | Intrenchment Creek |
| 19 | 2089 GARDEN CIRCLE | Yes | N/A | Intrenchment Creek |
| 21 | 2480 MIRIAM LANE | Yes | I-SF3 | Snapfinger |
| 23 | 2804 MILLWOOD WAY, DECATUR | Yes | I-IG13 | South Fork Peachtree Creek |
| 26 | 3075 THRASHER CIRCLE, DECATUR | Yes | I-SF3 | Snapfinger |
| 27 | 3230 BORING ROAD, DECATUR | Yes | N/A | Snapfinger |
| 32 | 3496 PANTHERSVILLE ROAD, DECATUR | Yes | N/A | Snapfinger |
| 40 | 4124 FLAKES MILL ROAD, ELLENWOOD | Yes | N/A | Snapfinger |
| 41 | 4347 FLAT SHOALS PARKWAY | Yes | N/A | Snapfinger |
| 42 | 4437 WESLEYAN POINTE, DECATUR | Yes | N/A | Snapfinger |
| 43 | 4557 MEADOW CREEK PATH, LITHONIA | Yes | N/A | Snapfinger |
| 67 | 1430 COUNTRY SQUIRE DRIVE | Yes | I-IG13 | South Fork Peachtree Creek |
| 89 | 2614 LAKE ERIN DRIVE | Yes | N/A | North Fork Peachtree Creek |
| 90 | 2711 FAIRLEE DRIVE | Yes | I-SF3 | Snapfinger |
| 91 | 3037 TONEY DRIVE | Yes | I-SF3 | Snapfinger |
| 95 | 3549 PANTHERSVILLE ROAD | Yes | N/A | Snapfinger |