IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF GEORGIA,<br><br>    Plaintiffs,<br><br>                  v.<br><br>DEKALB COUNTY, GEORGIA,<br><br>    Defendant. | Civil Action No.<br>1:10-cv-04039-SDG |

### **ORDER**

This matter is before the Court on a *sua sponte* review of the docket. On October 21, 2020, the United States of America filed a Notice of Lodging of Modification to 2011 Consent Decree Subject to Public Comment [ECF 61]. The United States of America stated that the Department of Justice will publish in the Federal Register a notice of the lodging of the proposed modification soliciting public comments on the proposed modification for a period of not less than thirty (30) days from the date of publication.

The parties are **DIRECTED** to file a third joint status report on or before May 10, 2021 and indicate whether the Department of Justice has published the notice in the Federal Register and the status of its review of comments, if any.

**SO ORDERED** this the 13th day of April 2021.

                                                  Steven D. Grimberg
                                    United States District Court Judge