# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF GEORGIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEKALB COUNTY, GEORGIA, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:10-cv-04039-SDG |

# EXHIBIT 1
# PROJECT SCHEDULE FOR THE SECOND MODIFICATION TO THE CONSENT DECREE

*Table 1.1: Projects to Address PFL Sites Associated with Sewer Capacity Issues*

| PFL No. | PFL Address | Project | Projected Project Completion |
|---|---|---|---|
| 12 | 1707 Childerlee Lane | Package 7 Component 4 Upsizing Project | 7/31/2027 |
| 40 | 4124 Flakes Mill Road | Snapfinger AWTF 3A,3B, 3C (New 160 MGD Influent Pump Station (IPS), Buildout of 100 MGD Membrane Bioreactor System (MBR)) and Shoal Creek Trunk Section 1 | 6/30/2029 |
| 42 | 4437 Wesleyan Pointe | | |
| 43 | 4557 Meadow Creek Path | | |
| 95 | 3549 Panthersville Road | Doolittle | 3/31/2031 |
| 27 | 3230 Boring Road | Cobb Fowler South | 12/31/2031 |
| 136 | 3391 Warbler Drive | | |
| 11 | 1615 Melanie Court | Shoal Creek Trunk Section 3A | 6/30/2034 |
| 90 | 2711 Fairlee Drive | | |
| 26 | 3075 Thrasher Circle | | |
| 21 | 2480 Miriam Lane | | |
| 91 | 3037 Toney Drive | | |
| 59 | 217 Green Street | Shoal Creek Trunk Section 3B | 6/30/2037 |
| 160 | 255 South Columbia Drive | | |
| 247 | 1431 Conway Road | | |

3

*Table 1.2: Projects to Address Trunk Sewer Capacity Restrictions in Priority Areas and Not Associated with PFL Sites*

| Project | Projected Project Completion |
|---|---|
| Cobb Fowler North Trunk Project | 9/30/2033 |
| North Fork Peachtree Creek Trunk Project | 12/31/2033 |
| Upper Snapfinger Section 1 Trunk Project | 6/30/2034 |
| Upper Snapfinger Section 2 Trunk Project | 3/31/2036 |