# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
and the STATE OF GEORGIA,

     Plaintiffs,

v.

DEKALB COUNTY, GEORGIA,

     Defendant.

CIVIL ACTION NO.

1:10-cv-04039-SDG

## DECLARATION OF BRAD KLECKLEY

I, Brad Kleckley, declare pursuant to 28 U.S.C. § 1746:

1.     I am over the age of eighteen and am competent to testify as to the matters contained herein.

2.     I have personal knowledge of the facts set forth in this Declaration or have reviewed the applicable business records.

3.     I am a civil engineer with 30 years of experience, currently employed as a Senior Technologist at Jacobs Engineering ("Jacobs").

4.     Through my role at Jacobs, I also serve as the Principal Technologist for DeKalb County's Consent Decree Program Management Team, a position I have held since November 2016. In this capacity, I support DeKalb County, Georgia (the

1

"County") in the assessment and hydraulic modeling of the wastewater collection system, as well as in reporting and capacity assurance.

## Consent Decree

5.    Under the Consent Decree, as the County began assessing Priority Areas and implemented its Capacity, Maintenance, Operations, and Management ("CMOM") Programs, it discovered that rather than mainly suffering SSOs caused by maintenance issues like blockages from fats, oils, and grease, its existing wastewater system was actually significantly more capacity limited than previously realized.

## Anticipated Timeline

6.    Large, complex projects like the County's system often require shifting construction timelines and project designs based on new information.

7.    The County is cognizant of the 2027 and other interim deadlines and is committed to Adequately Fixing as many Priority Fix List ("PFL") sites by those deadlines as possible. As of the date of this declaration, the County has adequately fixed 185 out of 255 total PFL sites, and 51 out of the 70 remaining are anticipated to meet their MCD deadlines.  The County is on track to meet deadlines for 236 of 255 (93%) PFL sites and has exceeded its annual Minimum Linear Footage ("MLF") commitment every year to date.

Progress

8.      The County has removed approximately 1,882,964 gallons per day of infiltration and inflow (I/I) in 2025. Since 2017, the County has removed approximately 33,211,865 gallons per day of I/I.

9.      The County has repaired 38,205 total feet system wide, including 11,460 feet of minimum linear footage in Priority Areas in 2025.

Plan Under the MCD

10.     The County's WCTS is the largest public wastewater utility in Georgia, comprising over 2,690 miles of gravity sewer pipes. Portions of the system run through dense urban and residential areas, beneath buildings, and across streams, streets, highways, and interstates, making rehabilitation efforts especially challenging. Initially, the County estimated that 100,000 linear feet ("LF") of trunk sewer projects would be required to address PFL sites and Priority Areas. However, by early 2021, a dynamic hydraulic model revealed that capacity limitations extended further than anticipated, expanding the required scope to 147,200 LF.

11.     At the time the MCD was entered, optimization studies determined that the best solution for the Snapfinger Basin trunk sewer PFL sites required: (1) comprehensive rehabilitation of trunk and smaller diameter sewer to reduce infiltration and inflow; (2) construction of parallel relief sewers to increase capacity;

3

and (3) in-basin storage facilities to handle wet weather flows. Based on this approach, the County requested extensions, seeking to extend their deadlines to the end of the MCD (December 20, 2027). Because an extension has not been granted, 13 sites have a current due date of September 22, 2025, and one site has a due date of January 9, 2026.

Plan for Increasing Capacity

12.     When the County and the Agencies negotiated the MCD in 2020 and 2021, it was understood that the seven-and-a-half year extension to complete the rehabilitation under the PASARP would be sufficient, given plans to address capacity-limited trunk sewers by constructing parallel relief sewers and at least one in-basin storage tank.

13.     To memorialize this understanding, the County prepared a Summary of Process for Assessing Modified Consent Decree Schedule technical memo ("Schedule TM") and provided that document to the U.S. Environmental Protection Agency ("EPA") and Georgia Environmental Protection Division ("EPD") in June 2020. *See* ECF No. 125-1 at 61.

14.     The Schedule TM identified that the seven-and-a-half year timeframe for the MCD was based on a best case scenario and did not include a margin for error

4

or additional time to address currently unplanned conditions, which may be discovered as project planning continues.

15.    By way of example, the Schedule TM identified that the Shoal Creek Trunk, deemed the "critical path" because it would take the longest to construct, would take three-and-a-half years to complete, involving upsizing the sewer, constructing parallel relief sewers, and constructing storage.

16.    Parallel relief sewers are new sewers constructed in a separate trench alongside existing infrastructure and meant to be operated with the existing infrastructure, allowing all segments of the relief sewer to be built concurrently. When constructing parallel relief sewers, the contractor does not require bypass pumping to allow conveyance of flow while the parallel relief sewer is being constructed.

17.    The parallel relief sewer projects would have Adequately Fixed several capacity-limited sites and completion of the projects would have contributed to MLF commitments. These projects would have allowed Shoal Creek trunk sewer improvements to begin in 2025, before completion of the previously proposed downstream in-basin storage tank. The relief sewers would have remained offline until the tank was ready, enabling concurrent construction rather than a sequential,

downstream-to-upstream approach. This would have allowed the Shoal Creek trunk sewer project to be completed in 2.75 years by the end of 2027.

18.    However, since 2021, the County has determined through the engineering design process that parallel relief sewers are not recommended for any of the Shoal Creek trunk sewer projects due to pipe condition, alignment issues, slope, site constraints and soil cover.  Insufficient soil cover can lead to erosion, causing pipes to be vulnerable to structural failure.

19.    This information was unknown and could not have been known back in 2020-2021 because field investigations to assess the constructability of parallel relief sewers, which were conducted as part of the engineering design, had not yet taken place. The construction schedule was based on information available in 2020-2021. As is typical in the design process, the County obtained additional information about construction requirements along the trunk sewers, which had not been available previously.

20.    The County has collaborated with more than 20 engineering and construction firms, many of which are nationally recognized. Program Managers AECOM and Jacobs, as well as numerous engineers developed the current plan through extensive modeling and evaluation.

21.     In 2017, the County completed a tiered assessment of sewer lines in the PASARP. The tiered assessment, an approach which was approved by Agencies, identified potential structural concerns; however, the full scope of the pipe condition was not determined until after the engineering designers completed their condition assessment to include field verifications and accounting for issues such as slope, site constraints, and soil cover. Preliminary design efforts completed around the second quarter of 2023 revealed several issues that would prevent the construction of parallel relief sewers. A review of internal pipe conditions by the designers indicated that existing, capacity-constrained trunk sewers were in poor condition due to pipe degradation and structural defects. Field investigations to assess the constructability of parallel relief sewers also identified significant issues related to alignment, slope, site constraints, and soil cover.

22.     Rehabilitation of large diameter sewers to address poor internal conditions offers less of a cost advantage over replacement than it does for smaller diameters.

23.     The alignment of the existing trunk sewers failed to meet sewer design standards—such as the Guidelines for Sewage Collection Systems (2010, EPD) and the DeKalb County DWM's Potable Water Main, Gravity Sanitary Sewer, Sanitary Sewer Pumping Station and Force Main Design Standards (2018, DeKalb). Issues

7

included sewer lines with flat or reverse grades, sewer lines traversing wetlands, sewer lines under or adjacent to buildings, and aerial crossings of creeks and streams.

24.    Additionally, during the design process it was discovered that the new trunk sewer could not be constructed without impacting the existing trunk and therefore would require sequential construction.

25.    For the new alignment, site constraint issues include adjacent streams, nearby buildings, and steep slopes. As an example, site constraints resulted in the design for Shoal Sections 3A and 3B to cross the existing trunk sewer in multiple locations and, in other locations, be constructed in the same trench.

26.    In combination, these issues precluded the construction of parallel relief sewers without in some cases demolishing structures, placing the sewer within or along the streambed, and implementing substantial slope excavation and stabilization measures, which were deemed impractical by the design engineers.

27.    For these reasons, parallel relief sewers were deemed unfeasible and are not a viable option for any of the trunk sewers in Priority Areas. The design engineers recommended increasing capacity by replacing the existing trunk sewers with larger diameter pipes, rather than rehabilitating them along with constructing parallel relief sewers. This approach will require longer individual project timelines and sequential, downstream-to-upstream construction.

28.     Given the required re-alignment, segments of the Shoal Creek trunk sewer cannot be constructed concurrently and must instead be completed sequentially. As a result, the County estimates a total project duration of 11.5 years for the Shoal Creek trunk sewer project (9.5 years after the MCD deadline), for an ultimate completion date of June 30, 2037.

<u>Trunk Sewer Projects to Address 14 Snapfinger Basin PFL Sites</u>

29.     To address the trunk sewers associated with the PFL sites, the County's new plan includes reusing an existing 20-million-gallon storage tank at the Snapfinger Advanced Wastewater Treatment Facility ("AWTF") for wet weather storage, constructing a new 160 million gallon per day ("MGD") influent lift station, and completing a buildout of the AWTF's membrane bioreactor system. Additionally, the County's new plan includes replacing six existing trunk sewer sections (totaling approximately 103,300 LF) with upsized pipes. Replacement of the existing trunk sewer sections will proceed downstream-to-upstream to avoid exacerbating downstream capacity issues.

<u>Trunk Sewer Projects to Complete Rehabilitation of the PASARP</u>

30.     In addition to the six trunk sewer projects to Adequately Fix the PFL sites, there are five projects to complete rehabilitation requirements of the PASARP. This includes four trunk sewer segments (totaling approximately 43,800 LF) with

9

upsized pipes as well as approximately 200,000 LF of comprehensive rehab to reduce I/I.

31.    The engineering design process concluded that parallel relief sewers were unfeasible and that the Shoal Creek Trunk would require sequenced rather than concurrent construction, pushing the completion date projected for the Shoal Creek Trunk to June 30, 2037.  The County has evaluated, and continues to evaluate, potential avenues to compress that timeline, but given the best professional judgment of the County and its contracted engineers, this is the timeline that is feasible for the Shoal Creek Trunk due to sequencing requirements.  The County, in consultation with its engineers, has not identified any opportunities for this trunk sewer to be constructed in time to meet the September 22, 2025, PFL site deadlines or the December 20, 2027 deadline to complete rehabilitation of the PASARP.

32.    The County's expected completion date to complete the rehabilitation of the PASARP is June 30, 2037, given that the Shoal Creek trunk sewer is the critical path. Under the MCD, starting this September, the County could begin accruing in the range of $100 million in stipulated penalties on PFL sites alone by the time construction is complete. Violation of the PASARP and MLF deadlines could accrue more than $20 million in additional stipulated penalties.

<u>Wet Weather Solution</u>

10

33.     In 2020, the County anticipated needing at least one in-basin storage tank to divert and store wet weather flow, which would need to be sited along the Shoal Creek trunk.

34.     However, further study revealed that the only hydraulically suitable sites for in-basin storage were located in highly residential areas, raising concerns about placing an in-basin storage tank near homes. As a result, the County began evaluating alternative wet-weather storage solutions.

35.     Ultimately, the County determined that utilizing the existing 20-million-gallon storage tank located at the Snapfinger AWTF was the most practical and effective solution for wet weather storage because it offers enhanced system resiliency, future expansion flexibility, minimized environmental and community impact, and was less expensive than other alternatives examined.

<u>Interim Relief and Temporary Measures</u>

36.     To provide interim relief from SSOs until trunk sewer projects addressing PFL sites are completed, the County proposes to construct temporary offline storage at certain PFL sites, add pumping capacity and accelerate improvements at the Snapfinger AWTF, increase trunk sewer inspection and maintenance, and expand rehabilitation activities beyond those required under the MCD.

11

37.    These proposed temporary measures are the result of a fast-tracked analysis conducted by multiple engineering firms including Jacobs, AECOM, CDM Smith, Brown and Caldwell, and Atkins in conjunction with the County's technical team. As the County moves forward with their implementation, the specific scope and schedule of these initiatives may see minor adjustments, but any such changes are not anticipated to significantly alter their overall impact or timelines.

38.    The County anticipates that by accelerating upgrades and adding pumping capacity at the AWTF, it will be able to Adequately Fix three PFL sites (No. 40 Flakes Mill Road; No. 42 Wesleyan Pointe; and No. 43 Meadow Creek Path) by December 31, 2027. Sites No. 42 and 43, which are within 500 feet of each other, have collectively historically experienced the largest volume of SSOs. The County projects that Adequately Fixing Site Nos. 42 and 43 will result in an approximate 9,203,300-gallon reduction in SSOs annually. The County projects that Adequately Fixing Site No. 40 will result in an approximate 1,266,000-gallon reduction in SSOs annually.

39.    Temporary offline storage options include: (1) above-ground storage tanks and bypass pumping systems; and (2) below-ground offline pipe storage. Based on preliminary estimates of feasible offline storage volumes, eight PFL sites (No. 59 Green Street, No. 160 South Columbia Drive; No. 247 Conway Road; No.

11 Melanie Court; No. 90 Fairlee Drive; No. 21 Miriam Lane; No. 26 Thrasher Circle; and No. 91 Toney Drive) may be suitable for offline storage. On Shoal Section 3B, PFL site Nos. 59, 160, and 247 are projected to be Adequately Fixed with these interim measures. On Shoal Section 3A, PFL Nos. 11, 90, 21, 26, and 91 are projected to experience interim relief with full containment of most, but not all, SSOs. These PFL sites may not be Adequately Fixed until they are relieved by permanent construction.

40.     These temporary offline storage options are impractical for three PFL sites (No. 27 Boring Road; No. 136 Warbler Drive; and No. 95 Panthersville Road) due to the presence of wetlands and/or nearby development, which limit the maximum feasible storage capacity. Also, storage at these sites would be insufficient to prevent most of the SSOs that have occurred in recent years.

41.     In addition to the accelerated improvements and temporary measures at the Snapfinger AWTF and the implementation of offline storage, the County will also visually reinspect the trunk sewers beginning from each trunk sewer PFL site downstream to the Snapfinger AWTF. This reinspection will determine whether any critical defects require urgent repair prior to completion of the trunk sewer projects and whether the buildup of fats, oils, and grease, roots, and/or debris warrants cleaning to improve hydraulic performance.

42.    In addition to the other interim relief measures, the County will also complete additional system rehabilitation beyond that required by the MCD.  This targeted work, scheduled for completion by December 31, 2027, will focus upstream of specific PFL sites to reduce I/I that contributes to high flows and SSOs during wet weather.  The final scope of this additional rehabilitation will be determined by the timeline of other interim relief measures and the extent of pipe most likely to contribute significant I/I volumes.  The County anticipates targeting the majority of this additional rehabilitation upstream of PFL sites No. 27 Boring Road; No. 136 Warbler Drive; and No. 95 Panthersville Road.

43.    The County anticipates the cost of the interim relief measures to be approximately $30 million.

Submittals and Meetings with the Agencies

44.    As ordered by the Court, the County submitted to the U.S. Environmental Protection Agency and Georgia Environmental Protection Division (together "the Agencies") an Updated Plan and Request for Additional Time to Adequately Fix 14 Priority Fix List Locations Associated with the Snapfinger Basin ("8(j) Plan") on March 10, 2025.  The 8(j) Plan was accompanied by sixty-eight supporting documents, which were cited as supporting material in the 8(j) Plan.

45.     On April 14, 2025, the Agencies and the County met to discuss the 8(j)

Plan, and the Agencies announced their intent to disapprove the 8(j) Plan at the start

of the meeting before any substantive discussion occurred.  On April 15, 2025, the

Agencies sent the County a letter disapproving the 8(j) Plan solely because the

schedule extended beyond the December 20, 2027 deadline.  This letter is attached

to this declaration as Attachment A.  The Agencies expressly stated they "take no

position at this time on the technical merits of the County's proposed project to

adequately fix the 14 PFLS" but noted that the project may require modification of

the County's National Pollutant Discharge Elimination System ("NPDES") permit,

and that the proposed timeline "appears not to be expedited to meet MCD deadlines,

and, in several respects, lacks technical justification."

46.     On May 22, the Agencies provided a list of questions to the County's

technical team, which were discussed in subsequent technical meetings on June 3

and June 12, 2025.  This list is attached to this declaration as Attachment B.

47.     Notably, the issues the Agencies raised regarding Shoal Trunk Section

2 and concurrent construction were issues identified in the corresponding the

documents accompanying the 8(j) Plan.  Specifically, the 100% design drawings for

the Shoal Creek trunk showed a large number of locations where the new trunk sewer

would cross both the existing trunk sewer and collector sewers, making long-term

bypass pumping an infeasible solution to enable concurrent construction. The notes summarizing the June 3 meeting, which the Agencies emailed to the County, states that "DeKalb claims there are more crossings than listed in the March 2025 Atkins memo. The agencies do not have all of those details." These notes are attached to this declaration as Attachment C. In the June 12 technical meeting with the Agencies, the County provided summary maps highlighting those crossings, using details from the 100% design drawings, which were provided to the Agencies with the 8(j) Plan. The slide deck from this meeting is attached to this declaration as Attachment D.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2025

Brad Kleckley

ATTACHMENT A



**REGION 4**

ATLANTA, GA  30303

April 15, 2025

Mr. Reginald D. Wells, Director
DeKalb County Department of Watershed Management
1580 Roadhaven Drive
Stone Mountain, Georgia 30083

Re:     Request for Extension of Time to Adequately Fix 14 PFL locations under Paragraph 8(j) of
Modified Consent Decree entered in U.S. District Court Civil Action No. 1:10-CV-4039-SDG

Dear Mr. Wells,

On Wednesday March 12, 2025, DeKalb County Department of Watershed Management
submitted a request pursuant to Paragraph 8(j) of the Modification to Consent Decree (MCD),
and in response to the Court's Minute Order of January 30, 2025 for additional time to address
the 14 Priority Fix List Sites (Request).  The Request details the County's proposal for addressing
14 Priority Fix List (PFL) Sites impacted by sewer capacity limitations in the Snapfinger Sewer
Basin.

EPA and GAEPD hereby disapprove the Request.  Paragraph 8(j) of the MCD requires that any
request for additional time to address PFL sites include a schedule "which must not extend
beyond December 20, 2027."  The Request does not meet the requirements of the MCD
because it proposes a schedule that extends until June 30, 2037.

EPA and GAEPD take no position at this time on the technical merits of the County's proposed
project to adequately fix the 14 PFLs. However, we note from our review of the materials
submitted as part of the  Request that: (1) the proposed project is not the most expeditious way
to adequately fix the 14 PFLs, (2) the proposed project may require modification of the County's
NPDES permit; and (3) the proposed timeline appears not to be expedited to meet MCD
deadlines and, in several respects, lacks technical justification.

If you have questions, please contact Marzieh Shahbazaz of EPD at
Marzieh.Shahbazaz@dnr.ga.gov or Tristan Odekirk of EPA at Odekirk.Tristan@epa.gov .

Sincerely,

*Johanna Smith*

Johanna Smith, P.E.
Program Manager
Watershed Compliance Program
Environmental Protection Division


Jairo Castillo (Apr 15, 2025 14:54 EDT)

Jairo Castillo, P.E.
Chief, Wastewater Enforcement Section
Enforcement & Compliance Assurance Division
Environmental Protection Agency, Region 4

ATTACHMENT B

**ENFORCEMENT CONFIDENTIAL- EPA/EPD Proposed Technical Questions for DeKalb County Meeting:**

1. Snapfinger AWTF Plant Expansion
   - Please explain why Sections 1 and 2 cannot be commenced earlier, in conjunction with the Snapfinger AWTF expansion work. Please include updated modeling results if necessary.
     - Please explain why PFL remediation delays are necessary to allow the Plant expansion to be completed first.
   - Provide documentation, including a solids inventory and other equipment evaluations, confirming that the proposed plant upgrades to 100 MGD are sufficient to store, treat, and properly dispose of the expected increased flow and solids.
   - Please explain how the capacity needs of 160 MGD for a new influent pump station was determined and confirm whether a capacity evaluation of the collection system has been completed to indicate the percentage of overflows attributable to I/I vs. capacity issues.

2. Permitting Questions
   - What is status of the permitting needed for the proposed construction (local, state, federal)?
   - If a new or modified NPDES permit is not required for the Snapfinger AWTF, please provide documentation to confirm that the existing permitted capacity will be sufficient to accommodate the additional flows proposed to transmit directly to the plant.

3. PFL Site Identification
   - The County identifies 20 PFL sites that will need an extension via CD modification in its April 30 presentation. Please identify the 4 additional sites not included in the 16 sites previously discussed and how they will be addressed.
   - The last PFL sites proposed to be addressed in the 8(j) Plan are as follows:
     - PFL Site No. 4, at 1433 Deerwood Drive: This PFL site has not reported an SSO in the past five (5) years.
     - PFL Site No. 160, at 255 South Columbia Drive: This PFL site was not added to the list until after the MCD was filed and, according to the Plan, "only experiences SSOs during extreme rainfall events, such as those classified as Severe Natural Conditions."
     - PFL Site No. 59, at 217 Green Street: This location was originally listed on the PFL when the MCD was entered and later removed from the list. This site has again been included and is proposed to be fixed with the completion of the Shoal Creek Trunk Sec. 3B project.
     - PFL Site No. 247, at 1431 Conway Road: This PFL site has now been recognized due to the denial of a Severe Natural Conditions request.

   Please explain why PFL sites No. 4 and No. 160 are still on the PFL and how their statuses have informed the potential interim fixes proposed during the April 30 MCD Status Conference. If DeKalb proceeds as proposed in the 8(j) Plan, completion of Shoal Creek Trunk Section 3B will extend the total project timeline by 3 years to address two sites that rarely overflow and two other sites (PFL # 59 and 247) that have been identified by DeKalb as candidates for interim fixes to reduce SSOs.

4.   Project Sequencing and Timing

- The February 18 Atkins memo states that "the sequencing and logistics of the temporary bypass pumping operations requires further evaluation." What is being considered? How does it compare to previous bypass pumping considerations?

- Beyond the 8(j) Plan/framework of replacing the trunk system, please provide location-by-location analysis, including but not limited to proactive sewer cleaning, maintenance, etc., for each of the 16 noted PFLs to determine which interim projects or corrective actions, if any, are feasible to eliminate specific PFL locations or reduce volume and frequency of overflows at the locations.

- Has the County analyzed to what extent achieving reduced I/I upstream will reduce risk of SSOs downstream?  How will projected peak flows change when trunk replacement is complete, and I/I have been reduced?

- Has the County analyzed the increased risk of SSOs from waiting several years to replace Section 2 and 3 trunks, if they are in such bad shape that they currently need to be replaced?

ATTACHMENT C

**Notes from EPA/EPD Meeting with DeKalb County**

EPA and EPD (the Agencies) met with DeKalb County on 6/3/2025 to discuss the technical details of the submitted 8(j) Plan. The county referenced slides it submitted to the agencies in two separate presentations. One was submitted a day before the meeting on 6/2/2025 and the other was submitted 10 minutes prior to the meeting on 6/3/2025.

1. Snapfinger AWTF Plant Expansion
    a. Why can Shoal Sections 1 and 2 not be completed concurrently?
        i. Pointing to slide 3 of the 6/3/2025 slide deck, Shoal Section 1 and plant are being completed concurrently. DeKalb stated that the issue with the Shoal Section 2 being built concurrently is that it requires sequencing.
        ii. Dekalb referenced slide 4 of the 6/3/2025 slide deck showing the need to complete certain segments of the Shoal sewer trunk Section 2 before others.
        iii. Dekalb claims there are more crossings than listed in the March 2025 Atkins memo. The agencies do not have all of those details.
        iv. DeKalb discussed that concurrent construction may be technically possible but claims it is infeasible due to complex logistics.
        v. Issues raised about the need to acquire additional easements for bypass pumps needed to perform Section 1 and 2 simultaneously.
        vi. Dekalb has offered contractors additional financial incentives to find faster solutions to complete the trunk sewer projects.
        vii. DeKalb said they will look closer at the possibility of implementing concurrent construction in Shoal Sections 1 and 2.
        viii. The county jumped ahead to slide 13 in the 6/3/2025 slide deck to state that the 8(j) plan addresses bypass pumping in section 2.g.2. They added that individual bypass pumping would be left to the discretion of the contractors.
    b. Capacity needs for 160MGD
        i. DeKalb used 10-year and 25-year, 24-hr storms in model to analyze flows to plant
        ii. Planning for future I/I and growth
        iii. DeKalb engineers did not take into account I/I reductions as they are difficult to model and want to remain conservative for capacity growth and future I/I in the system.
        iv. DeKalb stated that modeling results showed the WWTP meeting weekly and monthly average flows of the current permit and that it did not need to modify the Snapfinger WWTP permit.
    c. Documentation for solids inventory
        i. Was not addressed in the meeting, nor answered in either provided presentation.

2. Permitting questions

    a. Slide 5 of the 6/3/2025 slide deck states that by 2027, DeKalb should be able to resolve the 3 largest PFLs with interim measures, which includes bypass pumping to manage wet weather flows.

    b. New pump station of 160MGD is under way. DeKalb claim that interim measures to expand current pump station capacity to 100 MGD will resolve the PFLs SSOs by 2027 and upgrades will ensure they remain resolved going forward

        i. Interim fixes at WWTP

            1. Shoal Section 3B – use of storage to contain SSOs associated with PFLs

            2. Maintenance measures

            3. Performing additional rehab upstream of the sites

    c. References design documents (ILS pump station requirements, model results)

    d. Permitting questions

        i. DeKalb stated that required permits are in process. DeKalb also believes that they don't need a modification of the NPDES permit for the WWTP.

        ii. Benoit (EPD Municipal Permitting Unit) stated they need to submit design documents prior to approving construction at the plant

3. PFL site id

    a. Adequately fixed two sites

        i. 1433 Deerwood drive (PFL #4)

        ii. 4347 Flat shoals (last SSO in 2019) (PFL #41)

    b. 4-5 new sites

        i. 2nd and 3rd ave to be finished by EOY 2025

        ii. 3924 and 3911 Roman court (2 sites, PFL #36 and #98) to be finished by March of 2026

        iii. 1707 Childerlee lane (PFL #12) – still exploring solutions

4. County claims it is actively assessing assets with CCTV for proactive maintenance

    a. Further, not taking I/I reductions into account for project design. Remaining conservative to handle flow, including existing and future I/I.

    b. Complex pipe rehab

        i. Anticipates being 3,000-4,000LF short of CD requirement for 2025.

ATTACHMENT D

**CIP 2024**

# DeKalb County
# MCD Update to EPA/EPD

DeKalb County
Contractor
New Day Project

June 12, 2025

PAGE 2

# Agenda

1. DeKalb County Spill Electronic Reporting (Agencies)

2. Shoal Section 2 Bypass Crossings Information (Agencies)

3. Solids Inventory Information for Snapfinger AWTF (Agencies)

4. Review of Quarterly/Annual Reports (Agencies)

5. Addition of PFL Locations (Agencies)

6. PFL Updates (DeKalb County)

7. Any other updates not previously discussed? (DeKalb County)

June 12 2025

PAGE 3

# 1. DeKalb County Spill Electronic Reporting

## Agency agenda item

June 12 2025

# 2. Shoal Section 2 Bypass Crossings Information



Cobb Fowler Trunk Sewer:
Existing Peak Flow = 14.7 MGD
Cobb South Peak Flow = 19.3 MGD

East Parallel Trunk Sewer:
Existing Peak Flow = ~ 12 MGD

Shoal Creek Trunk Sewer:
Existing Peak Flow = 13.5 MGD
Shoal 2 Peak Flow = 41.3 MGD

Doolittle Trunk Sewer:
Existing Peak Flow = 11.8 MGD
Doolittle Project Peak Flow = 30 MGD

West Parallel Trunk Sewer:
Existing Peak Flow = ~ 12 MGD
Shoal Section 1 Capacity > 80 MGD

- Peak flows in the trunk system will increase after completion of trunk sewer projects

- Completion of Shoal Section 2 will redirect flow from East Parallel Trunk Sewer to the West.

- Until Shoal Section 1 is online, the capacity limitations of the East Parallel Trunk Sewer would result in additional surcharging beyond current conditions (also increased peak flows from Section 2 will make surcharging worse)

# 2. Shoal Section 2 Bypass Crossings Information



- Shoal Section 2 crosses existing trunk sewer at 5 locations.
- Shoal Section 2 crosses existing collector sewers at 13 locations

*Information taken from 100% Design drawings provided in March 24, 2025 submittal

# 3. Solids Inventory Information for Snapfinger AWTF

| | Flow (MGD) | July - Sept Max Week Mass (LBs/day) | Required Effective concentration (mg/l) |
|---|---|---|---|
| 100 MGD (over 24 hrs) | | | |
| NH3 (ammonia) | 100 | 321 | 0.385 |
| P (phosphorus) | 100 | 115 | 0.138 |

**Based on input from Snapfinger AWTF operations management, the effective nutrient limits shown to the left are achievable.**

Note: some chemical polishing (alum/ferric chloride) will be required to ensure compliance. Existing systems are already in place to accomplish this nutrient removal polishing effort.

# 4. Review of Quarterly/Annual Reports

## Agency Agenda Item

# 5. Addition of PFL Locations

## Sites added to PFL 1Q2025

| PFL Site # | Address | Date Added to PFL |
|---|---|---|
| 247 | 1431 CONWAY ROAD | 03/14/25 |
| 248 | 2829 DRESDEN DRIVE | 01/07/25 |
| 249 | 3052 WELLS STREET | 01/10/25 |
| 250 | 773 SHADOW LAKES DRIVE | 02/04/25 |
| 251 | 3001 MCCALL DRIVE | 02/10/25 |
| 252 | 5100 EAST PONCE DE LEON AVE | 02/19/25 |
| 253 | 1302 MANNBROOK DRIVE | 02/27/25 |
| 254 | 1529 HARBOUR OAKS ROAD | 03/22/25 |
| 255 | 400 PERIMETER CENTER TERR | 03/31/25 |

## PFL Sites Adequately Fixed 1Q2025

| PFL Site # | Address |
|---|---|
| 4 | 1433 DEERWOOD DRIVE |
| 22 | 2562 TILLY MILL ROAD |
| 218 | 3045 WADSWORTH MILL PLACE |
| 220 | 1442 CANOOCHEE DRIVE |

June 12 2025

# 6. PFL Updates (DeKalb County)

## 1. Priority Fix List

- **103 sites on original PFL included in MCD**
- **152 sites have been added to the original 103**
- **Total of 255 PFL sites, 183 are Adequately Fixed**
- **Of the 72 remaining PFL sites, 35 rely on capacity improvement projects**



Priority Fix List

Number of PFL Sites

109 — 66 sites are Adequately Fixed (Added since DOE)

43 — 42 sites are Adequately Fixed (Added at DOE)

103 — 75 sites are Adequately Fixed (In MCD)

# 7. Other – Footage Commitments

## MLF Footage as of 6/9/25

☐ **Simple Pipe Rehabilitation**
  ○ 2025 commitment: 805,000 LF (855,000 LF total commitment)
  ○ To date actual: 783,494 LF
  ○ 21,506 LF remains for 2025, 71,506 LF total remaining for total commitment

☐ **Complex Pipe Design**
  ○ 2025 commitment: 260,000 LF (270,000 LF total commitment)
  ○ To date actual: 352,531 LF
  ○ 92,531 LF over for 2025, 82,531 LF over total commitment.

☐ **Complex Pipe Rehabilitation** *(includes OSARP PFL project – Sowell Est 4,022 LF and 447 for Keheley Dr)
  ○ 2025 commitment: 198,000 LF (238,000 LF total commitment)
  ○ To date actual: 175,788 LF
  ○ 22,212 LF remains for 2025; 62,212 LF total remaining for MLF.

June 12 2025

# 7. Other - Footage Commitments

| Complex by Year | To go this year - w/o OSARP | 26,681 |
|---|---|---|
| | With OSARP | 22,212 |
| Footage on 12/31/2024 | without OSARP | 162,845 |
| | with OSARP | 166,867 |
| | In progress | |

Key:

| Package (LF) | Component (LF) | MCD Credit (LF) | Contractor | Status | 2025 through 6/9/2025 | Additional by 12/31/2025 198,000 (LF) |
|---|---|---|---|---|---|---|
| 4 | 1 Upsize | 5,048 | TBD | w/Shoal 3B | | |
| 4 | 1 Design | | TBD | w/Shoal 3B | | |
| 5 | 3 Upsize | 3,228 | KEMI | Active | 0 | 3,228 |
| 5 | 3 Design | 2,738 | KEMI | Active | 0 | 2,738 |
| 5 | 12 - Right | 4,698 | RGI | Active | 0 | 0 |
| 5 | 12 - Left | 15,564 | GS | Active | 1,782 | 822 |
| 7 | 4 | 5,366 | Ruby | Active | 0 | 350 |
| 7 | 9 | 2,682 | KEMI | Easements | 1,350 | 1,332 |
| 8 | 5 | 4,511 | KEMI | Complete | 45 | 0 |
| NA | 2nd/3rd Ave | 2,302 | KEMI | Easements | 0 | 1,792 |
| Roman Court | | 4,048 | KEMI | Easements | 0 | 4,048 |
| Sowell Estates | | 4,471 | RGI | Active | 0 | 449 |
| Keheley Drive | | 1,120 | GS | Active | 447 | 673 |
| **COMPREHENSIVE REHAB** | | 38,933 | | | 5,296 | |
| Upper Snapfinger | | | ITI and SAK | Active | | 12,379 |

# 7. Other – Update on Trunk Sewer Projects

PAGE 12

| Trunk | Length (LF) | Design Consultant | Status |
|---|---|---|---|
| Shoal Creek Trunk | | Atkins | |
| Section I | 19,843 | | 41/62 Easements |
| Section II | 14,548 | | 19/25 Easements |
| Section IIIa | 14,189 | | 0/35 Easements |
| Section IIIb | 25,106 | | 0/180 Easements |
| Upper Snapfinger | | Stantec | |
| Section I | 15,352 | | 29/70 Easements |
| Section II | 12,214 | | 1/68 Easements |
| Cobb Fowler North | 10,271 | CDM Smith | 0/85 Easements |
| Cobb Fowler South | 14,835 | Gresham | 5/105 Easements |
| Doolittle+Blue+Sugar | 11,754 | FN | 0/19 Easements |
| NFPC/SFPC | 10,629 | Barge | 0/46 Easements |

# 7. Other – Update on Trunk Sewer Projects

1. **Shoal Creek Section 1**
   - 41/62 easements
   - 19,755 LF of 72-inch gravity sewer
   - OPCC by EOR – $72M
   - Planned advertisement June/July
   - 40-month substantial completion, 42-month final completion from NTP
   - Plan to include early completion bonus for contractor $/day completion prior to 40-month SC, capped at $5M (200 days early)
   - CM Services RFP specific to this contract is advertising now and due 6/26/25



Property Map
Shoal Creek Section I

Acquisition Status
● Completed
● In Progress



# 2. Shoal Section 2 Bypass Crossings Information



# 2. Shoal Section 2 Bypass Crossings Information



Shoal Section 2
Trunk Sewer Project
Conflicts with Existing Sewer
Sheet 2

# 2. Shoal Section 2 Bypass Crossings Information



# 2. Shoal Section 2 Bypass Crossings Information

