# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF GEORGIA, | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:10-cv-04039-SDG |
| DEKALB COUNTY, GEORGIA, | |
| Defendant. | |

## DECLARATION OF GREG HARRISON

I, Greg Harrison, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen and am competent to testify as to the matters contained herein.

2. I have personal knowledge of the facts set forth in this Declaration or have reviewed the applicable business records.

3. I am a civil engineer with over 29 years of experience, currently employed as a Senior Project Manager at AECOM.

4. Through my role at AECOM, I also serve as the Program Manager for DeKalb County's Capital Improvement Projects Program Management Team ("CIPPMT"), a position I have held since September 2024. Prior, I served as the

Deputy Program Manager for DeKalb County's CIPPMT from September 2015 until September 2024. In the role of Program Manager, I support DeKalb County, Georgia (the "County") in overseeing the CIPPMT, which directs project controls, community outreach, project management, and risk management for all water and sewer infrastructure projects in the County.

### Childerlee Lane PFL Site

5. The County encountered significant changed circumstances at the Childerlee Lane PFL Site No. 12, located at 1707 Childerlee Lane ("Childerlee Lane PFL Site"), which is associated with the completion of a small diameter project to increase capacity. This PFL site is not associated with Priority Area trunk sewer construction.

6. The County was aware that the Childerlee Lane PFL site project would occur in a developed area but was unaware of several issues regarding the designed alignment. The first alignment was designed to go through an apartment complex property managed by a national property management company. The apartment complex hired an attorney, who denied the County access to the property because the first alignment design would significantly impact the residents.

7. After discussions with the apartment complex owners and after determining the route would also require removing a significant amount of rock, the County worked on a second alignment, which required access to a data center

parking lot. The data center owners indicated they would not permit the County to construct the sewer pipe on their property because of the sensitive nature of the data center servers.

8.  Due to these issues, the County designed a third and final alignment and now anticipates acquiring easements without further issues.

9.  This final alignment will encounter large amounts of unanticipated rock. Section 1A, which is 331 linear feet, will require hand tunnelling, which the contractor determined was the best way to get through the depth and amount of rock based on geotechnical borings. Section 1B, which is 2,602 linear feet, will require use of a tunnel boring machine. Section 1B will also use 124 linear feet of open cut construction. Phase II of the project will include 1,490 linear feet of a mix of open cut, tunnel construction, and pipe bursting. The existing pipe is 12 inches in diameter and will be upsized to 16 and 24 inches in diameter.

10.  Because of these compounding conditions, the Childerlee Lane PFL site is projected to be Adequately Fixed by July 31, 2027.

## Minimum Linear Footage

11.  The County has exceeded the MLF requirements in 2019/2020, 2021, 2022, 2023, and 2024, exceeding the 2027 milestones for simple pipe review and complex pipe design several years ahead of schedule.

12. As of June 9, 2025, the County has completed 783,494 linear feet of simple pipe rehabilitation, with 21,506 linear feet remaining for 2025. The County anticipates meeting all simple pipe rehabilitation MLF commitments.

13. The County interprets the MLF commitments to include linear footage in the non-Priority areas that are associated with PFL sites. The County believes this is the correct method to calculate MLF because, while MLF commitments were inserted in the Priority Area Sewer Assessment and Rehabilitation Program ("PASARP") section of the Modified Consent Decree ("MCD"), the first two years of milestone commitments (2019/2020 and 2021) included rehabbed linear footage from nine projects outside of the PASARP but that addressed PFL sites.

14. The Agencies disagree and instead only consider work in the PASARP to apply to MLF commitments. In March 2025, the Agencies sent a letter to the County stating that only work in the PASARP will apply to MLF requirements of the MCD, which is attached to this declaration as Attachment A.

15. Under the Agencies' interpretation of MLF, the County anticipates it will miss the 198,000 linear feet requirement for 2025 for complex rehab by approximately 4,000 linear feet, by completing a total of 193,939 linear feet.

16. Under the County's interpretation of MLF, the County is projected to surpass the requirement by 3,554 linear feet, by completing a total of 201,554 linear feet.

17. Under the Agencies' interpretation of MLF, after 2025, the only work remaining under the MCD that would satisfy complex pipe rehabilitation commitments is associated with the remaining large diameter trunk sewer projects and Childerlee Lane PFL Site.

Trunk Sewer Work in Priority Areas and Associated with PFL Sites

18. To complete all rehabilitation required by the PASARP and to address the PFL sites, the County must construct approximately 155,278 LF (29.4 miles) of large diameter trunk sewer construction, impacting approximately 178 acres of property; 680 easements, affecting 680 properties; 19 street, 6 highway, and 3 interstate crossings, requiring permitting, and most will require subsurface construction (tunneling or jack-and-bore); 98,816 cubic yards (CY) of rock excavation (equivalent in volume to 30 Olympic-sized swimming pools) and the removal of 11,123 8" diameter at breast height ("DBH") trees, with additional smaller trees to be removed as necessary.

19. To complete rehabilitation required under the PASARP that is not associated with PFL sites, the schedule is largely driven by contractor capacity. There are a limited number of contractors capable of managing large-scale projects, and the County is competing with other sewer systems in the Southeast for these contractors. The schedule is also driven by subcontractor capacity and project

management capacity due to multiple large-scale projects with overlapping schedules.

20. Work under the MCD was projected to cost approximately $1 billion. The County has spent more than $570 million on consent decree projects to date. The County projects that to complete the work required under a second modification will cost approximately an additional $1.5 billion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2025

*Greg Harrison*
Greg Harrison

# ATTACHMENT A



## REGION 4
ATLANTA, GA 30303

Mr. Reginald Wells
Director
DeKalb County Department of Watershed Management
1580 Roadhaven Drive
Stone Mountain, Georgia 30083
rdwells@dekalbcountyga.gov

Re: U.S. District Court Civil Action No. 1:10-CV-4039-SDG
    DeKalb County Consent Decree

Dear Mr. Wells:

On June 24, 2024, DeKalb County ("the County") sent a letter to the United States Environmental Protection Agency (USEPA) and the Georgia Environmental Protection Division (GAEPD) requesting that projects that are not associated with the Priority Areas Sewer Assessment and Rehabilitation Program (PASARP) pursuant to the above-referenced Consent Decree (CD), but are associated with rehabilitation of Priority Fix List (PFL) Locations outside of "Priority Areas", as that term is defined in the Consent Decree, be counted towards annual minimum linear footage (MLF) rehabilitation requirements established in the Modified Consent Decree (MCD) entered on September 22, 2021.

Paragraph 35 of the CD as originally entered on December 20, 2011, established the PASARP pursuant to which the County was required to assess and rehabilitate "Priority Areas" by December 20, 2020. Priority Areas refers collectively to "Initial Priority Areas" listed in Appendix B to the CD, and "Additional Priority Areas" identified by the County pursuant to Paragraph 35(b) of the CD. When entered on September 22, 2021, the MCD extended the deadline to complete assessment and rehabilitation of Priority Areas until December 20, 2027. In addition to extending the PASARP deadline, the MCD added a variety of increased interim rehabilitation and reporting measures to better ensure that adequate progress would be made towards compliance with ultimate rehabilitation deadlines. These measures include the MLF requirements of the MCD.

The MLF provisions establish "Minimum Linear Footage of Pipe Review, Design, and Rehabilitation" requirements in four (4) "Project Categories" to be completed in the Priority Areas each calendar year until completion of the PASARP. The Project Categories, which are defined in Appendix E to the MCD, are: (1) Simple Pipe Review, (2) Simple Pipe Rehabilitation, (3) Complex Pipe Design, (4) and Complex Pipe Rehabilitation. By the clear terms of Paragraph 35(i) of the CD, as modified in Paragraph 7 of the MCD, the MLF requirements must be met through work within the Initial and Additional Priority Areas. This does not include work to address PFL locations outside of these Priority Areas. Accordingly, USEPA

and GAEPD do not concur with your request to count linear feet of pipe rehabilitation completed outside of Priority Areas for projects associated with PFL locations.

Given the above analysis of the CD and MCD language, and the purpose of the MLF provisions, the USEPA and GAEPD do not find it consistent with the MCD to count linear feet of pipe rehabilitation completed outside of the PASARP area to address PFL locations towards the MLF requirements of the MCD. If there are any questions, you may contact Mr. Tristan Odekirk at (404) 562-9295, or via email at Odekirk.Tristan@epa.gov, or Samantha Parker at (470) 966-7578 or via email at Samantha.Parker@dnr.ga.gov. Please confirm receipt of this correspondence by emailing Odekirk.Tristan@epa.gov and Samantha.Parker@dnr.ga.gov.

Sincerely,

**JAIRO CASTILLO**  Digitally signed by JAIRO CASTILLO
Date: 2025.03.14 12:43:20 -04'00'

Jairo Castillo, P.E.
Chief
Wastewater Enforcement Section
Water Enforcement Branch
Enforcement and Compliance Assurance Division

**Johanna D. Smith, P.E.**  Digitally signed by Johanna D. Smith, P.E.
Date: 2025.03.14 13:10:09 -04'00'

Johanna Smith, P.E.
Program Manager
Watershed Compliance Program
Environmental Protection Division

cc: Christopher Held, Ga AG's office
    Peggy Eckrote, GAEPD
    Patricia Hurst, USDOJ

2