# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF GEORGIA, <br><br>    Plaintiffs, <br><br> v. <br><br> DEKALB COUNTY, GEORGIA, <br><br>    Defendant. | CIVIL ACTION NO. <br><br> 1:10-cv-04039-SDG |

**DECLARATION OF DR. IRIS TIEN, PhD**

I, Iris Tien, PhD, declare pursuant to 28 U.S.C. § 1746:

1.   I am over the age of eighteen and am competent to testify as to the matters contained herein.

2.   I have personal knowledge of the matters set forth in this Declaration or have reviewed the applicable business records.

3.   I am an Associate Professor with tenure at the Georgia Institute of Technology's School of Civil and Environmental Engineering and have held this position since 2020. I was an Assistant Professor at the Georgia Institute of Technology's School of Civil and Environmental Engineering between 2014 and 2020.

4. My research specialty is developing probabilistic methods for modeling and reliability assessment of civil infrastructure systems.

5. I also conduct research in risk analysis; structural and infrastructure health monitoring; sensing and data analytics, signal processing, machine learning; stochastic processes; decision making under uncertainty; and smart cities, interdependent systems, and resilient communities.

6. My work has been published in many engineering journals including in the American Society of Civil Engineers Journal of Infrastructure Systems and the American Society of Civil Engineers—American Society of Mechanical Engineers Journal of Risk and Uncertainty in Engineering Systems. A list of all publications authored by me in the previous 10 years is attached to this declaration as Attachment A.

7. I have worked with engineers and scientists throughout my career and am familiar with design plans, engineering studies, and modeling used to support large, complex infrastructure projects.

8. I am a consulting expert for DeKalb County (the "County") and was engaged to review and assess the County's options and selected technical plan to prevent recurring sanitary sewer spills at the fourteen sites in the Snapfinger Basin, in connection with the County's compliance with the so called, "modified consent

decree" between the United States of America, the State of Georgia, and the County ("MCD"). I am being paid $500 per hour for my work on this matter.

9. I have reviewed the August 20, 2024 Summary of Options Explored to Meet MCD Schedules ("August 2024 Technical Memorandum"), the March 10, 2025 Updated Plan and Request for Additional Time to Adequately Fix 14 Priority Fix List Locations Associated with the Snapfinger Basin ("8(j) Plan"), and the underlying technical documents in support of the 8(j) Plan and trunk sewer schedule in preparing this opinion. I also discussed these documents with the County's Consent Decree Program Management Team (CDPMT) and the County's Capital Improvement Program Management Team (CIPMT).

**General Engineering and Construction Processes in Sanitary Sewer Projects**

10. I understand that the County's design process for the trunk sewer projects included several components: dynamic modeling, preliminary and final designs, conceptual studies, optimization studies, field assessments and verifications, and a constructability analysis.

11. Based on my experience, the County's design process for the trunk sewer projects followed typical industry standards and practices.

12. Based on my experience, large, complex sanitary sewer wastewater system construction projects carry inherent risks that can cause a project's design or construction timeline to shift. These risks include difficult geological and site

3

conditions, permitting challenges, easement acquisitions, supply chain disruptions, limited contractor availability, community opposition, and cost constraints.

13. It is common for engineering designs and construction timelines of multifaceted sanitary sewer system projects to evolve due to newly identified information throughout the course of a project, and adjustments to the design, plans, and timeline are often required to address changes in circumstances due to those risk factors.

### Assessment of the County's 8(j) Plan

14. It is my understanding that DeKalb County's wastewater collection and transmission system is more than 2,600 miles in length. In my opinion, when planning construction projects for a large, complex system of this size, it is typical for new facts to arise that ultimately require changes to construction plans, budgets, and schedules.

### Parallel Relief Sewers

15. It is my understanding that after the dynamic model identified an expanded scope of work, the County conducted optimization studies, running various modeling scenarios to identify the most efficient and effective balance of capacity improvement solutions among several project alternatives. At that time, the optimization study for Snapfinger Basin determined that the most time- and cost-efficient solution to address sanitary sewer system capacity and remedy sanitary

sewer overflows ("SSOs") would involve a combination of comprehensive rehabilitation of sewer pipe, trunk sewer upsizing through parallel relief sewers, and in-basin storage facilities.

16. Based upon my review, in 2020-2021, the County believed that the existing sewers were in sufficient condition to allow for construction of parallel relief sewers.

17. In my opinion, when the optimization studies were performed in 2020-2021 and given that the trunk sewer projects had not yet undergone any engineering design work, it was reasonable that the County anticipated it could complete the parallel relief sewers by the 2027 deadline.

18. In my opinion, field assessments conducted as part of the engineering design work ultimately revealed that parallel relief sewers were not a viable solution, and these field investigations to assess the constructability of parallel relief sewers could not be completed until after the County contracted for the engineering design work.

19. The field assessments identified existing trunk sewer alignments below design standards and site constraints including adjacent streams, nearby buildings, and steep slopes.

20. In my opinion, the alignment issues and site constraints made constructing parallel relief sewers unfeasible.

21. In my opinion, replacing existing trunk sewers with larger trunk sewers is the more practical approach, which ultimately creates a more resilient system.

## Sequencing

22. I understand that upgrades to Shoal Section 1 trunk sewers may be constructed simultaneously to the upgrades at the Snapfinger Advanced Wastewater Treatment Facility ("AWTF") because Shoal Section 1 will be connected after the AWTF upgrades are completed. I also understand that the other trunk sewer projects cannot begin construction until after Shoal Section 1 and the Snapfinger AWTF upgrades are complete because of the complex and impractical project-level bypass pumping that would be required to enable concurrent construction.

23. Because the Snapfinger AWTF upgrades are necessary to increase conveyance capacity, it is reasonable that the largest SSO sites associated with Snapfinger and Shoal Section 1 will not be addressed until the Snapfinger AWTF upgrades are complete. It is also reasonable that other upstream projects cannot begin until the Snapfinger AWTF upgrades and Shoal Creek 1 projects are completed as earlier construction could exacerbate overflow issues.

24. In my experience, this type of large, complex sanitary sewer improvement often necessitates sequential, downstream to upstream construction, and, thus, completion of these sanitary sewer projects from downstream to upstream is reasonable.

25. In my opinion, completing the trunk sewer projects out of this sequence would likely result in higher flows, leading to more frequent and larger SSO occurrences while the trunk sewers are being constructed. Additionally, to avoid those SSO occurrences, completing trunk sewer projects out of sequence would require a large, complex network of project-level bypass pumping, which would require acquiring additional easements, tunnelling under roads, tree removal, and maintenance of the system for the duration of construction, which is scheduled to be more than a year. Therefore, completing these projects out of sequence or concurrently is impractical.

26. The County's anticipated construction timeline and project sequencing for these PFL sites, as set forth in the 8(j) Plan, is practical, reasonable, and based on sound engineering principles.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2025   _____
                              Iris Tien, PhD

# ATTACHMENT A

The following is a list of all publications I have authored in the previous ten years:

1. Herndon, H., and Tien, I., "Creating a First-Pass Algorithm for Corrosion Assessment in Bridge Inspections Using Machine Learning and UAV-Collected Imagery Data," *Structure and Infrastructure Engineering*, pp. 1-15, 2025.

2. Hyde, A., Alemdar, M., O'Connell, K., Omunga, P., Reckner, M., Loukissas, Y., Tien, I., Yousufi, M., Botchwey, N., Chatman, O., Clayton, K., McClain, M., Shabazz, M., and Branch, B., "Promoting Youth Advocacy for Resilience to Disasters: A Pilot Study," *Gender and Development*, Vol. 32, No. 3, pp. 749-772, 2024.

3. Xu, L., Taylor, J., and Tien, I., "Micromobility vs. Driving: How Air Quality Alerts Impact Transportation Choices," ASCE Journal of Management in Engineering, Vol. 41, No. 1, 2024.

4. Lozano, J., Tien, I., Nichols, E., and Frost, J., "Impact of Ground Motion Uncertainty Evolution from Post-Earthquake Data on Building Damage Assessment," *Earthquake Spectra*, Vol. 40, No. 4, p. 2430-2455, November 2024.

5. Reckner, M., Tien, I., Smith, S., Omunga, P., Alemdar, M., and Hyde, A., "The Impact of Youth Education on Green Stormwater Infrastructure Recommendations to Increase Equity and Resilience in Marginalized Flood-Prone Communities," *ASCE Journal of Water Resources Planning and Management*, Vol. 150, No. 9, September 2024.

6. Salley, C., Mohammadi, N., Xie, J., Tien, I., and Taylor, J., "Assessing Community Needs in Disasters: Transfer Learning for Fusing Limited Georeferenced Data from Crowdsourced Applications on the Community Level," *ASCE Journal of Management in Engineering*, Vol. 40, No. 6, pp. 1-16, 2024.

7. Lozano, J., Nichols, E., Frost, J., and Tien, I., "Spatial and Temporal Evolution of Post-Disaster Data for Damage Assessment of Civil Infrastructure Systems," *Geomatics, Natural Hazards and Risk*, Vol. 14, No. 1, 2023.

8. Vargas, P., and Tien, I., "Impacts of 5G on Cyber-Physical Risks for Interdependent Connected Smart Critical Infrastructure Systems," *International Journal of Critical Infrastructure Protection*, Vol. 42, September 2023.

9. Lozano, J., and Tien, I., "Data Collection Tools for Post-Disaster Damage Assessment of Building and Lifeline Infrastructure Systems," *International Journal of Disaster Risk Reduction*, Vol. 94, August 2023.

10. Tien, I., Lozano, J., and Chavan, A., "Locating Real-Time Water Level Sensors in Coastal Communities to Assess Flood Risk by Optimizing Across Multiple Objectives," *Nature Communications Earth and Environment*, Vol. 4, No. 96, pp. 1-12, 2023.

11. Al-Hasani, L., Perez, G., Herndon, H., Park, J., Poole, J., Tien, I., Washburn, N., Cho, Y., Gentry, T., and Kurtis, K., "Prediction of Heat of Hydration of Cementitious Systems Using Gaussian Process Regression Enables Mass Concrete Thermal Modeling, *Materials and Structures*, Vol. 56, No. 45, 2023.

12. Reckner, M., and Tien, I., "Community-Scale Spatial Mapping to Prioritize Green and Grey Infrastructure Locations to Increase Flood Resilience," *Sustainable and Resilient Infrastructure*, Vol. 8, No. S1, pp. 289-310, 2023.

13. Elliott, S., Shields, A., Klaehn, E., and Tien, I., "Identifying Critical Infrastructure in Imagery Data Using Explainable Convolutional Neural Networks," *Remote Sensing*, Vol. 14, No. 21, pp. 1-15, 2022.

14. Lee, C., and Tien, I., "Impacts of Varying Network Parameters on the Vulnerability and Resilience of Interdependent Critical Infrastructure Systems," *Sustainable and Resilient Infrastructure*, Vol. 7, No. 6, pp. 984-1007, 2022.

15. Zhang, Y., and Tien, I., "Conjugate Bayesian Updating of Analytical Fragility Functions Using Dynamic Analysis with Application to Corroded Bridges," *Computers and Structures*, Vol. 270, pp. 1-20, October 2022.

16. Xu, L., Taylor, J., and Tien, I., "Assessing the Impacts of Air Quality Alerts on Micromobility Transportation Usage Behaviors," *Sustainable Cities and Society*, Vol. 84, pp. 1-8, September 2022.

17. Tien, I., "Recommendations for Investing in Infrastructure at the Intersection of Resilience, Sustainability, and Equity," *ASCE Journal of Infrastructure Systems*, Vol. 28, No. 2, June 2022.

18. Vargas, P., and Tien, I., "Methodology to Quantitatively Assess Impacts of 5G Telecommunications Cybersecurity Risk Scenarios on Dependent Connected Urban Transportation Systems," *ASCE-ASME Journal of Risk and Uncertainty in Engineering Systems*, Vol. 8, No. 2, June 2022.

19. Tong, Y., and Tien, I., "Time Series Prediction in Nodal Networks Using Recurrent Neural Networks and a Pairwise-Gated Recurrent Unit Approach," *ASCE-ASME Journal of Risk and Uncertainty in Engineering Systems*, Vol. 8, No. 2, June 2022.

20. Zhang, Y., and Tien, I., "Combined Effects of Soil Stress History and Scour Hole Dimensions on Laterally and Axially Loaded Piles in Sand and Clay under Scour Conditions," *ASCE Journal of Geotechnical and Geoenvironmental Engineering*, Vol. 148, No. 5, May 2022.

21. Zhang, Y., and Tien, I., "Methodology to Account for the Impact of Stress History in Layered Soils for Seismic Vulnerability Assessment of Scoured Bridges," *Structure and Infrastructure Engineering*, Vol. 18, No. 5, pp. 653-677, December 2020.

22. Zhang, Y., and Tien, I., "Methodology for Regularization of Force-Based Elements to Model Reinforced Concrete Columns with Short Lap Splices," *ASCE Journal of Engineering Mechanics*, Vol. 146, No. 7, July 2020.

23. Tong, Y., and Tien, I., "Probability Propagation Method for Reliability Assessment of Acyclic Directed Networks," *ASCE-ASME Journal of Risk and Uncertainty in Engineering Systems*, Vol. 5, No. 3, September 2019.

24. Zhang, Y., DesRoches, R., and Tien, I., "Impact of Corrosion on Risk Assessment of Shear-Critical and Short Lap-Spliced Bridges," *Engineering Structures*, Vol. 189, pp. 260-271, June 2019.

25. Tong, Y., and Tien, I., "Analytical Probability Propagation Method for Reliability Analysis of General Complex Networks," *Reliability Engineering and System Safety*, Vol. 189, pp. 21-30, 2019.

26. Applegate, C., and Tien, I., "Framework for Probabilistic Vulnerability Analysis of Interdependent Infrastructure Systems," *ASCE Journal of Computing in Civil Engineering*, Vol. 33, No. 1, January 2019.

27. Lee, C., and Tien, I., "Probabilistic Framework for Integrating Multiple Data Sources to Estimate Disaster and Failure Events and Increase Situational Awareness," *ASCE-ASME Journal of Risk and Uncertainty in Engineering Systems*, Vol. 4, No. 4, December 2018.

28. Smith, S., Kurtis, K., and Tien, I., "Probabilistic Evaluation of Concrete Freeze-Thaw Design Guidance," *Materials and Structures*, Vol. 51, No. 5, pp. 124-137, October 2018.

29. Saini, A., and Tien, I., "Methodology for Real-Time Prediction of Structural Seismic Risk Based on Sensor Measurements," *Structural Safety*, Vol. 73, pp. 54-63, July 2018.

30. Tien, I., "Resilient by Design: The Case for Increasing Resilience of Buildings and Their Linked Food-Energy-Water Systems," *Elementa: Science of the Anthropocene*, Vol. 6, No. 18, pp. 1-12, 2018.

31. Johansen, C., and Tien, I., "Probabilistic Multi-Scale Modeling of Interdependencies between Critical Infrastructure Systems for Resilience," *Sustainable and Resilient Infrastructure*, Vol. 3, No. 1, pp. 1-15, 2018.

32. Tien, I., and Der Kiureghian, A., "Reliability Assessment of Critical Infrastructure Using Bayesian Networks," *ASCE Journal of Infrastructure Systems*, Vol. 23, No. 4, December 2017.

33. Tong, Y., and Tien, I., "Algorithms for Bayesian Network Modeling, Inference, and Reliability Assessment for Multistate Flow Networks," *ASCE Journal of Computing in Civil Engineering*, Vol. 31, No. 5, September 2017.

34. Saini, A., and Tien, I., "Framework for Probabilistic Assessment of Maximum Nonlinear Structural Response Based on Sensor Measurements: Discretization and Estimation," *ASCE Journal of Engineering Mechanics*, Vol. 143, No. 9, September 2017.

35. Saini, A., and Tien, I., "Impacts of Climate Change on the Assessment of Long-Term Structural Reliability," *ASCE-ASME Journal of Risk and Uncertainty in Engineering Systems*, Vol. 3, No. 3, September 2017.

36. Johansen, C., Horney, J., and Tien, I., "Metrics for Evaluating and Improving Community Resilience," *ASCE Journal of Infrastructure Systems*, Vol. 23, No. 2, June 2017.

37. Tien, I., and Der Kiureghian, A., "Algorithms for Bayesian Network Modeling and Reliability Assessment of Infrastructure Systems," *Reliability Engineering and System Safety*, Vol. 156, pp. 134-147, December 2016.

38. Tien, I., Pozzi, M., and Der Kiureghian, A., "Probabilistic Framework for Assessing Maximum Structural Response Based on Sensor Measurements," *Structural Safety*, Vol. 61, pp. 43-56, July 2016.

39. Tien, I., Musaev, A., Benas, D., Ghadi, A., Goodman, S., and Pu, C., "Detection of Damage and Failure Events of Critical Public Infrastructure Using Social Sensor Big Data," *Proceedings of the International Conference on Internet of Things and Big Data (IoTBD 2016)*, Rome, Italy, pp. 435-440, April 23-25, 2016.

40. Tien, I., and Der Kiureghian, A., "Compression and Inference Algorithms for Bayesian Network Modeling of Infrastructure Systems," In T. Haukaas, ed., *Proceedings of the 12th International Conference on Applications of Statistics and Probability in Civil Engineering*, Vancouver, Canada, July 12-15, 2015.

41. Tien, I., Pozzi, M., and Der Kiureghian, A., "A Dynamic Bayesian Network Framework for Risk Assessment of Systems Based on Sensor Measurements," In T. Haukaas, ed., *Proceedings of the 12th International Conference on Applications of Statistics and Probability in Civil Engineering*, Vancouver, Canada, July 12-15, 2015.