# Exhibit 1

# Jacobs, Optimization Study Technical Memorandum (Aug. 7, 2020)

INFORMATIONAL TECHNICAL MEMORANDUM



# Dekalb County Snapfinger Alternative Analysis Optimization

| | |
|---|---|
| **PREPARED FOR:** | DeKalb County Department of Watershed Management |
| **PREPARED BY:** | Jacobs |
| **DATE:** | August 7, 2020 |
| **PROJECT NUMBER:** | |

## Background

- Background on Dekalb Program
- Describe Snapfinger basin

The following technical memorandum summarizes the evaluation of a range of wet-weather alternatives to improve capacity in the Snapfinger basin. The evaluation was performed using an optimization approach.

## Optimization Approach

Optimization is a structured process for systematically evaluating a broad range of wet-weather improvements and combinations of improvements. It is similar in concept to a traditional alternatives analysis where potential system improvements are modeled for one or more storm events and benefits are calculated and weighed against cost in the effort to identify a robust, cost-effective solution that meets study objectives. Optimization, however, extends a traditional alternatives analysis in two key ways:

1. Evaluation of more alternatives: By automating simulation runs, a much broader set of alternatives can be defined. Evaluating more alternatives increases the odds of finding high-performing solutions and helps more comprehensively define tradeoffs between expected benefits and cost.

2. Structured scoring approach: Automation requires a consistent approach for scoring and costing alternative, forcing the project team and stakeholders to reach a consensus on clear definitions of alternative options, performance criteria, and the weighting of importance of performance criteria.

An overview of the optimization process is shown in Figure 1. As the optimization progresses, increased understanding is developed regarding the best-performing alternatives and how the system responds to particular combinations of alternatives.

**Figure 1: Optimization Overview Figure**



INFORMATIONAL TECHNICAL MEMORANDUM

**JACOBS**®

*Optimization Framework*

The optimization process is set up and performed using a framework that links the input data (alternatives, performance criteria, costing data, system model, etc.) to mechanisms that automate model simulations, optimization algorithms, and/or standardized post-processing steps. The framework used for this task was SimLink, an in-house model automation and optimization tool developed by Jacobs.

*Input Data*

The quality and value of the optimization analysis depends on accurate input data, including a calibrated hydraulic model, a defined set of alternatives and meaningful performance criteria.

**Hydraulic Model**

The hydraulic model is the basis of evaluation for system performance, both baseline and with alternatives. The dynamic hydrologic and hydraulic model of Snapfinger basinhosted in Infoworks CS was used for this analysis (CDPMT, Dec 2019). The capacity assessment model was updated with any planned capacity improvement projects. The model was run using the 2-year 24-hour rain event and the 2020 development projections.

The optimization process involves running a large number of alternative scenario simulations and a short model runtime is preferred. The Snapfinger model was split into two smaller sub-models, East and West, referring to the two 60" trunk sewers directly upstream of the Advanced Wastewater Treatment Facility (AWTF). Conley Creek, Blue Creek, Sugar Creek, Doolittle Creek, Shoal Creek and Cobb Fowler Creek all drain to the west trunk or are within the West Sub-Model, while Upper Snapfinger Creek, Indian Creek, Barbashela Creek and Lower Snapfinger Creek drain to the eastern trunk sewer or are within the East Sub-Model.  The two smaller models have no hydraulic connection except that they both drain to the same AWTF. We performed the optimization analysis on two sub-models separately because of the reduced runtime from 13.3 minutes to 4.9 and 2.7 minutes for the East and West sub-models respectively.

The AWTF has a peak treatment capacity of 70 mgd with a 20 MG equalization tank for storage in excess of the treatment rate. The AWTF is represented in the model as two 60" sewers to an outfall.  The optimization analysis assumed that flow reaching the AWTF could be managed by the treatment rate or the storage and therefore did not include any additional restriction at the AWTF.

**Alternative Components**

An alternative component refers to a specific technology or intervention in a geographically specific location that serves as the building blocks for specific individual alternative scenarios. In order to meet Dekalb's capacity goals, three types of alternative technologies were considered, as summarized in Table 1. Figure 2 shows the alternatives spatially. Planning-level construction costs were used for each alternative technology.

**Table 1 – Summary of the Alternative Technologies Considered**

| Technology | Conveyance | Storage | RDII Reduction |
|---|---|---|---|



INFORMATIONAL TECHNICAL MEMORANDUM

| Description | Upsizing existing sewers | New wet-weather tanks | Sewer rehabilitation to reduce rainfall-derived inflow and infiltration (RDII) on a metershed-scale* |
|---|---|---|---|
| Identification | Any sewer downstream of a baseline capacity issue | At sewer confluences or areas of high capacity issues | All 70 metersheds |
| Modeling Approach | Change the width of existing sewers. Inverts, roughness, and other conduit attributes remain the same as baseline | Set weir crest level at storage location to allow flow to exist system | Remove 10%, 20%, 30%, or 40% of subcatchments' impervious area, corresponding to the reduced runoff generated from rehabilitation of 30%, 60%, 80% or 100% of the collection system, respectively |
| Costing | Unit cost curves based on sewer depth, diameter and length shown in Figure 3 | $6 per gallon, assuming tanks are larger than 2 MG | $109,625 per inch-diameter-mile of rehabilitation |

Notes:
*Metershed boundaries are from the 2018/2019 Flow Monitoring Program. RDII response was measured during this program and incorporated in the calibration of the hydraulic model (CDPMT, Dec 2019).

Table 2 quantifies the alternatives by technology. Since there is a large number of pipes within the over 130 miles of potential conveyance improvements identified, pipes were grouped into more manageable sized components that the optimization tool upsized them together. Groupings consisted of nearby pipes of similar size and slope. Pipe groupings can lead to unnecessary pipes upsizing. For example, a grouping includes 5 pipes and the most downstream pipe is undersized, but the four other pipes have capacity. Therefore, after the optimization analysis narrows in on one solution, a manual review of the solution must occur and the extents of conveyance improvements will be vetted.

**Table 2 – Number of Alternatives by Sub-Model**

| Alternative Technology | West Sub-Model | East Sub-Model |
|---|---|---|
| Conveyance | 381,130 ft (or 72.2 miles) of sewer separated into 280 groupings | 308,410 ft (or 58.4 miles) of sewer separated into 223 groupings |
| Storage | 33 tanks | 10 tanks |
| RDII Reduction | 41 metersheds | 29 metersheds |

**Figure 2 – Overview of Alternative Locations**

INFORMATIONAL TECHNICAL MEMORANDUM





INFORMATIONAL TECHNICAL MEMORANDUM

**JACOBS®**

**Figure 3 - Unit cost curves for pipe upsizing categorized by depth**

**Performance Criteria**



Dekalb County's primary performance goal for their system is to maintain a peak hydraulic grade line (HGL) of less than 24" from the rim for the 2-year 24-hour rain event. For every simulation run, the optimization framework extracts each manhole's peak HGL and returns a penalty value if the peak HGL is greater than the capacity threshold defined for Dekalb County. The total of all manhole penalties is summed across the basin and used as a measurement of overall system performance.

*Penalty = 2-year 24-hour Simulation Peak HGL – (Manhole Rim – 2')*

Under baseline conditions, Snapfinger has a total of 958 ft of penalties, also shown spatially in Figure 4. In addition to tracking the peak HGL at each node, the peak flow rate to the AWTF was tracked and limited to 70 mgd.

*Alternative Scenario Definition*

An alternative scenario is a unique combination of infrastructure alternatives and/or sizing. It represents a set of system improvements to potentially meet performance objectives. Through the optimization approach, hundreds of different alternative scenarios were evaluated. Each scenario was defined and run in Infoworks CS for the 2-year 24-hour event, results were extracted, and performance criteria processed using the optimization framework. The process is highly iterative. After one batch of scenarios are defined, run and processed, engineers carefully review results and then define a new batch of scenarios built on an enhanced understanding of alternative system performance.

Considering the high number of alternative components (over 610 summarized in Table 2), there are many potential alternative scenarios. In order to assess this large solution space, the analysis was broken up strategically into two phases. The first phase was to only consider conveyance and storage alternatives. Initially, scenarios were evaluated to understand how specific technologies or strategies impact the system. For example, for the conveyance alternatives, scenarios were run that upsized all sewers by incremental size increases, upsized only upstream reaches, or upsized only downstream reaches, while for storage alternatives, each tank was run independently at various sizes to understand its impact.

**Figure 4 – Baseline Capacity Penalties**

INFORMATIONAL TECHNICAL MEMORANDUM 



**Baseline 2-year 24-hour Capacity Penalties**

These initial scenarios provided great insights into where storage and conveyance improvements provide the largest reduction in penalties. Based on these initial scenario results, more specific sets of



scenarios were defined and run to find cost effective solutions. Through this highly iterative process of scenario definition, hundreds of different potential systems were evaluated and judged based on system performance and cost. Eventually, after many rounds of scenario definition, running and result reviewing, high-performing alternatives (HPAs) were selected due to their ability to achieve system performance goals at or near the lowest costs.

The second phase of this analysis was to include RDII reduction alternatives. RDII reduction alternatives were evaluated on their ability to remove proposed conveyance and storage infrastructure from the HPAs defined in the first phase. Due to the large number of alternatives (70 metersheds with 4 different implementation levels), a screening process took place to narrow down the number of RDII reduction metersheds to consider. The screening process evaluated each metershed on their ability to independently reduce baseline penalties for each implementation level. In general, the metersheds with the most cost-effective flood reduction were then applied to the HPAs. The selected metersheds were then added to the HPA to evaluate where RDII reduction could replace the recommended conveyance and storage.

The sequencing of scenario development allowed an early understanding of which technologies and strategies reduced capacity penalties in a cost-effective manner. Through iterative refinement and the addition of RDII reduction alternatives, several high-performing solutions were defined to meet Dekalb County's capacity goals.

## Results

The following section summarizes the results of the optimization analysis, first of the baseline conditions and then for the East and West Sub-models. The output of the optimization analysis is primarily presented as tradeoff curves. Tradeoff curves are scatter plots where each dot represents a specific alternative scenario run.  Although the tradeoff curves provide insight into the level of penalty reduction achievable at range of cost, the main objective of this analysis is to understand the infrastructure required to remove capacity penalties. Therefore, several specific strategies, represented by the HPAs, are mapped and described in detail in this section as well.

**JACOBS**®

INFORMATIONAL TECHNICAL MEMORANDUM

*Baseline*

The Snapfinger basin has substantial capacity issues for the 2-year 24-hour event. Figure 5 summarizes the penalties by sub-model and by sewersheds. The majority of capacity issues are concentrated in the upstream reaches of the system, specifically in Shoal, Cobb Fowler and the Upper SF sewersheds.



Figure 5 - Baseline Penalties by Sub-Model and Sewershed

*Western Sub-Model*

Over 1,800 alternative scenarios were simulated for the West sub-model. Figure 6 shows a dot for every run completed, with call-outs to represent HPAs or scenarios that provide a good reference of alternative system performance. General findings for this sub-model are listed below.

- Most upstream trunk sewers have capacity limitations, resulting in the need for large-scale conveyance improvements in most of Shoal, Cobb Fowler, Doolittle and Sugar sewersheds.
- Storage tanks independently are most effective in the upper reaches of Shoal and Cobb Fowler sewersheds due to the high-level of baseline penalties there. In most cases, conveyance improvements upstream of the tanks are also needed to overcome sewer capacity issues upstream of the tank locations.
- A tank at the confluence of Shoal, Cobb Fowler and Doolittle sewersheds is a critical storage location since it prevents major upsizing of the dual trunk sewers in the Conley sewershed from this point to the AWTF.
- System-wide implementation of rehabilitation reduces RDII and has the potential of reducing capacity penalties by over 50%, but is more than 8 times more costly.

Two HPAs, summarized in Table 3, were selected that have varied approaches to reaching near zero capacity penalties.  Both include upsizing many of the trunk sewers and a 3 MG storage tank in Sugar Creek. HPA #1 has more pipe upsizing recommended throughout Shoal and Cobb Fowler and brings flow to a large 17 MG tank at the major sewershed confluence. HPA #2 upsizes less sewers in Shoal and Cobb Fowler and uses 4 storage tanks distributed upstream to remove penalties. Both HPAs have some minor capacity penalties remaining that will likely be improved with some manual refinement. Although the distributed storage HPA has a lower construction cost estimate, the high number of storage tanks could cause operational costs or concerns that make this scenario unfavorable for Dekalb County.

**Figure 6– Tradeoff Curve West Sub-Model**



The grey dots in Figure 6 refer to results of scenarios that only include RDII, while the blue dots refer to scenarios where selected RDII reduction metersheds were added to HPA #1 and HPA #2 to try and reduce the amount of storage and conveyance infrastructure. The RDII reduction metersheds that were applied to the HPAs were primarily selected based on their individual performance. Each metershed was run for the different reduction levels to assess the amount of penalty reduction. Figure 7 summarizes the results of these runs for the 40% RDII reduction. The map shows both the East and West Sub-Model results. Metersheds are colored by the cost of sewer rehab over the feet of total penalty reduction. If a metershed is red, this metershed has minimal independent impact on capacity penalties and/or is costly to implement for the amount of penalties it reduces.

From these results, as well as the results of the other 3 implementation levels, RDII metersheds were selected to further analyze with HPA #1 and HPA #2. 5 metersheds were selected for the West sub-model, as shown with a purple border in Figure 7. Some metersheds that are "green" were not brought forward based on detailed review of the results. For example, SHO7 and SHO8 impact a similar area and do not have additive benefits. Since SHO7 showed larger penalty reduction, it was selected over SHO8.

**Figure 7 – Selected RDII Reduction Metersheds and Performance Summary for 40% RDII Reduction**

INFORMATIONAL TECHNICAL MEMORANDUM





The 5 metersheds were included in both HPAs and storage and conveyance alternatives were removed or reduced when they were no longer necessary to meet the capacity goal. This resulted in two new

INFORMATIONAL TECHNICAL MEMORANDUM                                    **JACOBS**®

HPAs, scenarios 15324 and 15332, as summarized in Table 3 and shown in Figures 10 and 11. Overall the HPAs with RDII reduction resulted in lower penalties, a higher cost estimate, around 10% less pipe upsizing, and over 2 MG less of total storage.

**Table 3 – West Sub-Model HPA Summary**

| Scenario ID | Scenario Label | Penalty | Construction Cost | Alternatives | | |
|---|---|---|---|---|---|---|
| | | | | Conveyance | Storage | RDII |
| - | Baseline | 681.0 ft | $0.0 M | - | - | - |
| 15225 | West HPA #1 – High Conveyance | 7.9 ft | $191.6 M | 237.1 k ft | 2 tanks with total 15.6 MG storage | - |
| 15344 | West HPA #2 – Distributed Storage | 8.2 ft | $172.2 M | 190.6 k ft | 5 tanks with total 17.7 MG storage | - |
| 15324 | West HPA #1 – High Conveyance with RDII | 3.2 ft | $219.4 M | 211.0 k ft | 2 tanks with total 14.3 MG storage. | Rehab of all pipes within metersheds CBF7, Conley2, Dol5, Sho2 and Sho7 |
| 15332 | West HPA #2 – Distributed Storage with RDII | 5.2 ft | $196.3 M | 167.8 k ft | 5 tanks with total 15.0 MG storage | Rehab of all pipes within metersheds CBF7, Conley2, Dol5, Sho2 and Sho7 |

**Figure 8 – Scenario 15225 Performance Summary**

INFORMATIONAL TECHNICAL MEMORANDUM

**JACOBS**®





**Figure 9 – Scenario 15344 Performance Summary**

INFORMATIONAL TECHNICAL MEMORANDUM





**Figure 10 – Scenario 15324 Performance Summary**

INFORMATIONAL TECHNICAL MEMORANDUM

**JACOBS**





**Figure 11 – Scenario 15332 Performance Summary**

INFORMATIONAL TECHNICAL MEMORANDUM





**JACOBS**®

INFORMATIONAL TECHNICAL MEMORANDUM
*East Sub-Model*

The tradeoff curve shown in Figure 12 summarizes the performance of the 500 alternative scenarios evaluated for the Eastern sub-model. The curve shows several overall findings about the eastern sewersheds:

- Upper Snapfinger Creek contains the vast majority of the penalties, therefore adding alternatives in this area (upsizing all trunk sewers and tanks 4, 5, and 6) provide large penalty reduction.
- RDII Reduction is more expensive than the storage and conveyance alternatives. System-wide RDII reduction by 10% reduces penalties by 17%, but is over 4 times more expensive than a conveyance-only alternative with the same performance level.
- Lower Snapfinger trunk sewer generally has capacity and few penalties. The lower cost scenarios did not include upsizing any sewers in this area and instead stored flow upstream.

Through several iterations of alternative scenarios definition and simulation, scenario 451 was selected as the highest performing scenario with the lowest cost, or HPA. Figure 13 shows the alternatives included in this strategy. The lowest cost scenario primarily includes upsizing trunk sewers in Upper Snapfinger and conveying flow to a 4.8 MG tank at the confluence of Upper Snapfinger Creek and Barbashela. The tank at this location reduces the HGL along the Barbashela trunk as well and prevents having to upsize the Lower Snapfinger trunk sewer and convey this flow to the AWTF during the peak of a storm event.

With the same methodology as the West Sub-Model, RDII reduction metersheds were screened and the results are shown in Figure 7. Six metersheds were selected for the East Sub-Model to evaluate with the East HPA, scenario 451. These six metershed were applied to the East HPA and several iterations of runs were performed to reduce the recommended conveyance and storage alternatives originally included. However, the six metersheds resulted in a large increase in cost (over $50M) with not a minimal reduction in recommended infrastructure. Therefore, the RDII reduction metersheds were screened further to only include USF12 and USF 11. Rehabilitation of sewers in these two metersheds resulted in over 8% less pipe upsizing for an additional cost of approximately $15.4 M in comparison to Scenario 451.



INFORMATIONAL TECHNICAL MEMORANDUM

**Figure 12 – Tradeoff Curve East Sub-Model**



**Table 4 - East Sub-Model HPA Summary**

| Scenario ID | Scenario Label | Penalty (ft) | Construction Cost ($M) | Alternatives | | |
|---|---|---|---|---|---|---|
| | | | | Conveyance | Storage | RDII |
| - | Baseline | 277.5 | 0.0 | - | - | - |
| 451 | East HPA | 10.0 | $70.5 M | 118 k ft | 4.8 MG tank | - |
| 829 | East HPA with RDII | 12.9 | $85.9 m | 107.4 k ft | 4.7 MG 5ank | Rehab of 100% pipes in USF12 and 30% in USF11 |

INFORMATIONAL TECHNICAL MEMORANDUM 

**Figure 13 – Scenario 451 Performance Summary**





INFORMATIONAL TECHNICAL MEMORANDUM
**Figure 14 - Scenario 829 Performance Summary**



**JACOBS**®

INFORMATIONAL TECHNICAL MEMORANDUM

## Recommended Solution

Two HPAs for the West Sub-model and one HPA for the East Sub-model were selected as the highest performing and lowest-cost solutions for the Snapfinger basin. The HPAs demonstrate the benefits of upstream storage locations and the need to upsize many sewers to meet Dekalb's system goals. Since Dekalb County likely does not want a high number of tanks within their system, HPA #1, scenario 15225, is recommended for the West sub-model. Combined with the East HPA, the recommended solution has a total construction cost estimate of approximately $262M and consists of 3 storage tanks and over 355,000 feet of conveyance improvements.

The following section describes additional considerations for the recommended solution, including capacity at the AWTF, the impact of RDII reduction for HPAs, manual refinements done outside of the optimization analysis, and remaining penalties.

### Capacity at the AWTF

The proposed improvements recommended will alter the amount of flow reaching the AWTF and requiring storage. As mentioned earlier in this TM, the AWTF has two incoming trunk sewers, one each serving the West and East Sub-Models, with a total peak treatment capacity of 70 mgd and a 20 MG equalization tank. The West HPA #1 and the East HPA were evaluated considering different limiting treatment rates to determine the amount of storage required from the equalization tank. A peak rate of 40 mgd from the West trunk and 30 mgd from the East trunk results in the least amount of of storage required at the AWTF, as summarized in Figure 15. If 15 MG of the 20 MG equalization tank is not available for wet-weather storage, additional storage will be required near the AWTF to meet the basin's capacity goal.

**Figure 15 – Storage necessary at the AWTF for various allowable peak rates from the East and West sub-models**



INFORMATIONAL TECHNICAL MEMORANDUM 

*RDII Reduction*

Rehabilitation of sewers to reduce RDII in specific metersheds proved to be effective at reducing some capacity issues, but resulted in an increased cost. Although the analysis showed that rehabilitation can reduce 12% of conveyance and storage (44.4 thousands of ft of pipe upsizing and 2 MG of storage), the overall construction cost increase of 14% ($37 M) when comparing the HPAs with and without RDII reduction alternatives. Rehabilitation in the specific metersheds shown in scenarios 829 and 15324 provide an alternative to upsizing sewers if rehabilitation of sewers is preferred by the County.

*Manual Review and Refinements*

The recommended solution was reviewed in further detail and the proposed infrastructure improvements refined, particularly locations where grouping pipes led to upsizing more sewers than necessary to meet capacity goals. Figure 16 compares the infrastructure recommended for the Refined Solution with the solution produced directly from the optimization tool. Figure 16 shows the extents of the sewer upsizing was reduced, particularly in the upstream extents. In addition, the following other refinements were made (Note the numbers below refer to locations of the refinements labeled in Figure 16):

1. Replaced pipe upsizing recommendations greater than 48" with parallel sewer of equivalent diameter

2. Added cross-connection sewers between parallel sewers in the upstream extents of Cobb Fowler enabling only one of the parallel sewers to be upsized rather than both

3. Replaced the 3 MG tank at Sugar Creek with 6,000 feet of conveyance improvements sending more flow to the tank at the confluence of Doolittle, Shoal, and Cobb Fowler sewersheds

4. Increased the tank size at confluence from 12.8 to 18.4 MG

As expected, the extent of conveyance improvements decreased during the manual refinement mainly due to revising the extents of the pipes upsized and including cross-connections. Despite the decrease in conveyance costs, the storage cost increased due to consolidating the Sugar Creek tank into the tank at the upstream end of Conley Creek sewershed. Table 5 compares the proposed infrastructure and cost between the two scenarios.



INFORMATIONAL TECHNICAL MEMORANDUM

**Figure 16 – Proposed Infrastructure Refinements based on Manual Review**





INFORMATIONAL TECHNICAL MEMORANDUM

**Table 5 – Proposed Infrastructure and Construction Comparison**

| Scenario | Conveyance | Upstream Storage | Storage at AWTF* | Total Construction Cost |
|---|---|---|---|---|
| **Optimization** | 355.1 k ft of improvements ($139.7) | 3 tanks with 20.4 MG volume ($122.4) | 14.0 MG | $262.1 |
| **Refined** | 338.0 k ft of improvements ($136.8) | 2 tanks with 23.8 MG volume ($142.2) | 15.4 MG | $279.0 |

*Storage at AWTF is not included in the Total Construction Cost because there is a 20 MG tank already existing at AWTF.

*Remaining Penalties*

The final solution includes some remaining penalties totaling 6.4 feet, reduced from the baseline 958' penalties, across 19 modeled nodes. Table 6 summarizes the remaining penalties over 0.3', all of which are due to pipes with low ground cover. For each of these locations, surveying the rim elevation to confirm the rim elevation is recommended and potentially sealing the manhole.

**Table 6 – Remaining Capacity Issues Summary**

| Model Node | Description | Penalty (ft) |
|---|---|---|
| 15-227-s070 | Located on stream bank of Snapfinger Creek northeast of Roweland road and South Indian Creek Drive intersection. Modeled ground cover is ~2.9'. | 2.0 (Over rim) |
| 15-029-s186 | Located on the stream banks of South River northwest of Natalie Ct. and Natalie Tri. Modeled ground cover is ~1.3' | 0.90 |
| 15-228-s409 | Located on 27-inch sanitary sewer along Snapfinger Creek northeast of Roweland road and South Indian Creek Drive intersection. Two residential properties drain to sanitary. Modeled ground cover is ~3.25'. | 0.68 |
| 18-067-p004 | Located on Debella Ct on an 8-inch pipe. Modeled ground cover is ~1.2'. | 0.38 |
| 18-126-s009 | Located on James B Rivers Memorial Drive in a 8-inch pipe. Modeled ground cover is ~1.3'. | 0.33 |
| 15-247-s060b | Located on Hillyer Pl. north of East Howard Ave. in a 10-inch pipe. Modeled ground cover is ~1.0'. | 0.32 |

## Conclusion

The optimization analysis provided a broad and deep understanding of how potential system improvements would function together to reduce capacity issues within the Snapfinger basin. Over 2,300 distinct alternatives scenarios were evaluated and from the solution set, multiple high-performing solutions were selected based on their ability to reduce capacity penalties to near zero at the lowest cost.  The comparison of these HPAs demonstrate the multiple different strategies available for reaching the County's capacity goals, including upsizing most trunk sewers, adding distributed storage tanks in upstream locations or rehabbing sewers to reduce RDII in select metersheds. Once the optimization

INFORMATIONAL TECHNICAL MEMORANDUM 

analysis provided strategies to meet the County's capacity goals, the solutions were reviewed and refined to further meet the County's preferences.