# Exhibit 2
# (Part 1 of 4)

# Atkins, Basis of Design Report

# (May 12, 2023)





Member of the SNC-Lavalin Group

# Shoal Creek Trunk Sewer Relief Project

Basis of Design Report
DeKalb County

**May 12, 2023**









P81630_2022.12_TH

# Notice

This document and its contents have been prepared for, and are intended solely as information for, the Department of Watershed Management, DeKalb County, Georgia, and for its use in relation to the Shoal Creek Trunk Sewer Relief Project. Atkins North America, Inc., assumes no responsibility to any other party in respect of, or arising out of, or in connection with this document and its contents.

## Document History

| Client: | DeKalb County, Georgia |
|---|---|
| Project: | Shoal Creek Trunk Sewer Relief Project |
| Document title: | Basis of Design Report |
| Job number: | 100081630 |
| Date: | May 4, 2023 |

| Revision | Purpose description | Originated | Checked | Reviewed | Authorized | Date |
|---|---|---|---|---|---|---|
| 1.0 | 60% BDR Submittal | SS | WL | AP | TH | 12/12/2022 |
| 1.1 | 100% BDR Submittal | SS/SC | WL | MH&JH | TH | 5/12/2023 |
| 1.2 | 100% BDR Submittal | SC | RW | RH&SS | TH | 8/15/2023 |
| | | | | | | |
| | | | | | | |

# Contents

Page

Acronyms and Abbreviations ................................................................................................ x

Executive Summary .......................................................................................................... 1-1

1. Introduction ............................................................................................................. 1-5
   1.1. Purpose of Document ...................................................................................... 1-5
   1.2. Background ...................................................................................................... 1-5
   1.3. Project Description .......................................................................................... 1-6
   1.4. Project Objectives .......................................................................................... 1-8

2. Basis of Design and Construction Alternatives ..................................................... 2-1
   2.1. Design Standards ........................................................................................... 2-1
   2.2. Hydraulic Design Criteria ............................................................................... 2-1
       2.2.1. Scenario 1: Implementation of the EQ Tank ...................................... 2-2
       2.2.2. Scenario 2: EQ Tank Not Implemented ............................................. 2-3
       2.2.3. Scenario 3: Connection to 72-inch Sewer ......................................... 2-3
   2.3. Layout and Configurations ............................................................................. 2-4
       2.3.1. Alignment .......................................................................................... 2-4
       2.3.2. Depth of Bury .................................................................................... 2-5
       2.3.3. Easements ......................................................................................... 2-6
       2.3.4. Crossings ........................................................................................... 2-6
   2.4. Pipe Material .................................................................................................. 2-6
   2.5. Proposed Construction Methods and Materials ............................................. 2-7
       2.5.1. Open-Cut & Trenchless Pipeline Replacement Methods ................. 2-8
           Open Cut | Replace-in-Place ............................................................ 2-8
           Micro-Tunnelling ............................................................................... 2-2
           Jack and Bore ................................................................................... 2-2

3. Existing Condition Assessments ........................................................................... 3-1
   3.1. Condition Summary ........................................................................................ 3-1
       3.1.1. Section 1 Condition Assessment Summary ....................................... 3-2
       3.1.2. Section 2 Condition Assessment Summary ....................................... 3-5
       3.1.3. Section 3 Condition Assessment Summary ....................................... 3-9
       3.1.4. Conclusion ......................................................................................... 3-12

4. Project Conceptual Design .................................................................................... 4-1
   4.1. Section 1 - Flat Shoals Parkway to Snapfinger Creek AWTF ......................... 4-1
       4.1.1. Section 1 Project Overview ................................................................ 4-4
       4.1.2. Section 1 Alternative 1 – Replacement in New Alignment ................ 4-4
           Engineering Considerations .............................................................. 4-5
           Environmental Considerations .......................................................... 4-7
           Property/Easement Considerations ................................................... 4-10
           Permitting    4-11
       4.1.3. Section 1 Alternative 2 – Parallel Relief Sewer ................................ 4-11
       4.1.4. Section 1 Alternative 3 – Rehabilitation ............................................ 4-11
   4.2. Section 2 – Highway I-20 to Flat Shoals Parkway ......................................... 4-11
       4.2.1. Section 2 Project Overview ................................................................ 4-13

Page

4.2.2.  Section 2 Alternative 1 – Replacement in New Alignment ...................... 4-13
Engineering Considerations .......................................................... 4-13
4.2.3.  Section 2 Alternative 2 – Parallel Relief Sewer ................................ 4-22
4.2.4.  Section 2 Alternative 3 – Replacement in Same Alignment ............................. 4-22
4.3.  Section 3 – South Columbia Drive to Highway I-20 .................................. 4-22
4.3.1.  Section 3 Project Overview .............................................. 4-24
4.3.2.  Section 3 Alternative 1 – Replacement in Same Alignment ....................... 4-25
4.3.3.  Section 3 Alternative 2 – Replacement in New Alignment ........................ 4-27
4.3.4.  Section 3 Alternative 3 – Rehabilitation ................................... 4-29
5.  Alternatives Comparison and Recommendations ........................................... 5-1
5.1.  Section 1 Recommendations .................................................. 5-1
5.2.  Section 2 Recommendations .................................................. 5-2
5.3.  Section 3 Recommendations .................................................. 5-2
6.  Project Implementation Strategy ...................................................... 6-1
6.1.  Project Delivery Methods ................................................... 6-1
6.2.  Project Prioritization and Sequencing ......................................... 6-1
6.3.  Opinion of Probable Construction Cost ......................................... 6-1
6.4.  Project Schedule .......................................................... 6-2
6.5.  Risk Management ........................................................... 6-3
7.  Permitting, Easements, and Land Acquisitions Methodology .............................. 7-1
7.1.  Permitting ................................................................ 7-1
7.1.1.  USACE Nationwide Permit ................................................ 7-1
Nationwide Permit 3 Maintenance ....................................... 7-1
Nationwide Permit 13 Bank Stabilization ................................ 7-2
Nationwide Permit 58 Utility Line Activities for Water and Other Substances .... 7-2
7.1.2.  Georgia Stream Buffer Variance .......................................... 7-2
7.1.3.  Georgia EPD Construction Permit ......................................... 7-2
7.1.4.  Georgia NPDES Permit ................................................... 7-3
7.1.5.  Georgia DOT Permits .................................................... 7-3
7.1.6.  Local Environmental Permits and Ordinances .............................. 7-4
7.2.  Easement and Land Acquisition .............................................. 7-6
7.2.1.  Determination of Required Easements ..................................... 7-6
7.3.  Public Outreach ........................................................... 7-7
7.3.1.  Brief Look at the Need for Public Outreach for Easements and Land
Acquisition .......................................................... 7-7
7.3.2.  Why Public Outreach .................................................... 7-7
8.  Additional Needs ..................................................................... 8-1
8.1.  Geotechnical .............................................................. 8-1
8.2.  Survey .................................................................... 8-1

Appendixes:
A    Proposed Alignment Drawings
B    Additional Reference Tables
C    Risk Register
D    Existing Condition CCTV Analysis

Page

E    Opinion of Probable Construction Cost
F    Hydraulic Analysis Technical Memo
G    Shoal Creek Trunk Sewer Relief Project RFP Exhibit V
H    Project Schedule as of April 2023

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia                                                                          Contents

## List of Tables

Page

Table 1-1: Existing Sewer Characterization .................................................................................... 1-6
Table 3-1: Existing Sewer Characterizations ................................................................................. 3-1
Table 4-1: Existing Pipe Diameter Characterization of Section 1 ................................................. 4-1
Table 4-2: Pipe Diameter Characterization of Section 2 ................................................................ 4-12
Table 4-3: Total Length and Existing Pipe Size Range for Section 3 ............................................ 4-24
Table 4-4: IPBA Pipe Bursting Difficulty Rating Criteria ............................................................... 4-30
Table 4-5: Section 3 Eligibility and Difficulty Classification .......................................................... 4-32
Table 5-1: Trunk Sections Alternatives Heat Map ........................................................................ 5-1
Table 6-1: OPCC for Recommended Alternatives* ....................................................................... 6-2
Table 6-2: Project Sections ........................................................................................................... 6-2
Table 7-1: Road Crossings per Section ........................................................................................ 7-3

## List of Figures

Figure 1-1: Overall Trunk Sections ....................................................................................1-7

Figure 1-2: Existing Doolittle, Cobb-Fowler, and Shoal Creek Gravity Sewer Main Confluence .............1-8

Figure 2-1 - Typical Open Cut Installation .......................................................................2-8

Figure 2-2: Micro-Tunnelling ..........................................................................................2-2

Figure 2-3: Jack and Bore ..............................................................................................2-2

Figure 2-4: Pipe Bursting ...............................................................................................2-2

Figure 3-1 - Existing Sewer Characterizations Graph ........................................................3-1

Figure 3-2: Section 1 Pipe/Stream Buffer Overlaps...........................................................3-3

Figure 3-3: Section 1 with Poor Slopes ...........................................................................3-4

Figure 3-4: Section 2 Void Covered by Wood ..................................................................3-5

Figure 3-5: Section 2 Pipe Relative to the Stream buffer and Existing Properties ...................3-6

Figure 3-6: Section 2 with Poor Slopes Highlighted in Red ................................................3-7

Figure 3-7: Section of Exposed Pipe Near MH 15-121-S033 .............................................3-8

Figure 3-8: Evidence of Infiltration Along Pipe Connection (at Stream Crossing).....................3-8

Figure 3-9: Section 3, Line B.1: Manhole Exposed in Creekbank .........................................3-9

Figure 3-10: Section 3, Line B.2: Existing Sewer Alignment Conflict with Structure (Residence)...........3-10

Figure 3-11: Inadequate Cover of Exiting Pipe .................................................................3-11

Figure 3-12: Inadequate Slope for Existing Pipe ...............................................................3-12

Figure 4-1: Existing Pipe Diameter Characterization of Section 1 ........................................4-2

Figure 4-2: Simplified Proposed Preliminary EQ Tank Location & Diversion Pipe Routes .....................4-3

Figure 4-3: Section 1 Critical Areas .................................................................................4-5

Figure 4-4: GIS of Section 1 Crossing under Flakes Mill Road .............................................4-7

Figure 4-5: GIS of Section 1 Crossing under Waldrop Road.................................................4-7

Figure 4-6: Section of Sewer Entering Stream Buffer .........................................................4-8

Figure 4-7: Profile of Proposed Segment in Section 1 ........................................................4-9

Figure 4-8: Proposed Pipe Crossing Shoal Creek at the End of Section 1 ..............................4-10

Figure 4-9: Pipe Diameter Characterization of Section 2 ....................................................4-12

Figure 4-10: Overall Section 2 ........................................................................................4-14

Figure 4-11: Proposed Profile to Eliminate Aerial Crossing.................................................4-15

Figure 4-12: GIS Image of Existing Section 2 Crossing under Flat Shoals Parkway ..............................4-16

Figure 4-13: GIS Image of Existing Section 2 Crossing under I-285 .....................................4-17

Figure 4-14: GIS Image of Existing Section 2 Crossing under Rainbow Drive.........................4-18

Figure 4-15: GIS Image of Existing Section 2 Crossing under Ember Drive ............................4-18

Figure 4-16 - Section 2 Proposed I-20 Crossing ...............................................................4-19

Figure 4-17: Section of Sewer Entering Wetlands ..............................................................4-20

Figure 4-18: Non-viable Buried Stream Crossing Along Section 2.........................................4-21

Figure 4-19: Section 3 Line Segments .............................................................................4-23

Figure 4-20: Wetland Areas of Section 3 .........................................................................4-26

Figure 4-21: Section 3 Pipe Burst IPBA Difficulty Classification ..........................................4-31

Figure 7-1: Parcel Overlay for Overall Trunk Sewer ..........................................................7-8

# Acronyms and Abbreviations

|         |                                                          |
|---------|----------------------------------------------------------|
| AACE    | Association for the Advancement of Cost Engineering       |
| Arch    | Archaeological Preservation                               |
| AWTF    | Advanced Wastewater Treatment Facility                    |
| BDR     | Basis of Design Report                                    |
| CCTV    | Closed-circuit television                                 |
| CDPMT   | Consent Decree Program Management Team                    |
| CIP PMT | Capital Improvement Program Management Team               |
| DBH     | Diameter at breast height                                 |
| DIP     | Ductile iron pipe                                         |
| DWM     | (DeKalb County) Department of Watershed Management        |
| EQ Tank | Equalization tank                                         |
| FAQ     | Frequently asked question                                 |
| ft      | Foot/feet                                                 |
| GA EPD  | Georgia Environmental Protection Division                 |
| GDOT    | Georgia Department of Transportation                      |
| GESA    | Georgia Erosion and Sedimentation Act of 1975             |
| GIS     | Geographic Information System                             |
| HDPE    | High-density polyethylene                                 |
| I&I     | Inflow and infiltration                                   |
| J&B     | Jack and bore                                             |
| LDP     | Land Disturbance Permit                                   |
| LOC     | Limits of Construction                                    |
| LOD     | Limit-of-disturbance                                      |
| MCD     | Modified Consent Decree                                   |
| MG      | Million gallons                                           |
| MGD     | Million gallons per day                                   |
| NASSCO  | National Association of Sewer Service Companies           |
| NOI     | Notice of Intent                                          |
| NPDES   | National Pollutant Discharge Elimination System          |
| NWP     | Nationwide Permit                                         |
| OPCC    | Opinion of Probable Construction Cost                     |
| OSHA    | Occupational Safety and Health Administration             |
| PACP    | Pipeline Assessment Certification Program                 |
| PASARP  | Priority Areas Sewer Assessment and Rehabilitation Program |
| PCN     | Pre-Construction Notification                             |
| PE      | Permanent Easement                                        |

| | |
|---|---|
| PVC | Polyvinyl chloride |
| R2T | River to Tap (Subconsultant) |
| RCP | Reinforced concrete pipe |
| ROE | Right of easement |
| ROW | Right of way |
| S404 | Section 404 |
| SBV | Stream buffer variance |
| SSO | Sanitary sewer overflow |
| TCE | Temporary construction easement |
| TO | Tree Ordinance |
| TS | Trunk Sewer |
| UE | Utility Encroachment |
| USEPA | U.S. Environmental Protection Agency |
| WCTS | Wastewater collection and transmission system |
| WOTUS | Waters of the United States |

# Executive Summary

The DeKalb County, Georgia, Department of Watershed Management owns and operates an expansive WCTS. The Shoal Creek Trunk Sewer Relief Project (the Project) is an effort to meet the standards of the Consent Decree, Civil Action File No. 1:10-CV-4039-SDG, entered into by DeKalb County on December 20, 2011. The Consent Decree was later amended on September 22, 2021, also known as the Modified Consent Decree (MCD), to reflect additional discoveries and subsequent schedule modifications necessary to return the system to compliance.

This project is divided into three sections:

- **Section 1**: Flat Shoals Parkway to Snapfinger Creek AWTF
- **Section 2**: Highway I-20 to Flat Shoals Parkway
- **Section 3**: South Columbia Drive to Highway I-20

## Condition Assessment

A condition assessment was conducted via CCTV review and found that 22,870 feet (4.33 miles) of pipe are in poor condition: 15,018 feet (2.84 miles) of pipe are within a stream buffer zone, 24,940 feet (4.72 miles) of pipe do not meet minimum slope requirements, and 27,240 feet (5.16 miles) of pipe do not meet cover requirements or are exposed.



**Condition Assessment Summary Graph**

## Construction Alternatives Evaluation

For each section, three alternatives and their ability to meet County objectives were evaluated as shown in the below heat map. See Section 5 for additional detail on the evaluation performed and recommendations provided.

**Evaluation Summary Heat Map**



| Sections | Alternatives | Recommended Alternative | Minimize Community Impacts | Schedule Adherence | Cost Adherence | Safety and Sustainability | Coordination and Collaboration |
|---|---|---|---|---|---|---|---|
| 1 | 1: Pipe Replacement New Alignment | X | Fair | Fair | | Good | Good |
| | 2: Parallel Relief Sewer | | Poor | Poor | Poor | Poor | Poor |
| | 3: Pipe Rehabilitation | | Poor | Poor | Poor | Poor | Poor |
| 2 | 1: Pipe Replacement New Alignment | X | Fair | Fair | | Good | Good |
| | 2: Parallel Relief Sewer | | Poor | Poor | Poor | Poor | Poor |
| | 3: Pipe Replacement Same Alignment | | Poor | Poor | Poor | Poor | Poor |
| 3 | 1: Pipe Replacement Same Alignment | X | Fair | Fair | | Poor | Fair |
| | 2: Pipe Replacement New Alignment | | Poor | Fair | Poor | Poor | Fair |
| | 3: Pipe Rehabilitation | | Fair | Fair | | Fair | Good |

**Key:** ▉ Good   ▉ Fair   ▉ Poor

Section 1 contains the largest diameter pipe, which ranges from 36 to 42 inches, and is mostly reinforced concrete. There are many segments that do not meet one or more of the DWM Design Standards of overlapping with the stream buffer, not meeting minimum slope requirements, and not meeting minimum cover requirements. There are also multiple sections of the pipe that cannot remain in service due to poor existing conditions. While installing a parallel relief sewer or rehabilitating the pipe may increase capacity, it will not address the close proximity to the stream bank or shallow pipe slope. The recommended solution for Section 1 is Alternative 1, replacing the pipe in a new alignment. This alternative will increase flow capacity to meet required future projections, while providing the opportunity to bring the trunk sewer into compliance with DWM Design Standards.

Section 2 pipe diameters range from 21 to 36 inches and includes PVC or PVC-lined pipe. This section also has multiple segments that do not meet DWM Design Standards and is also in very poor condition, like Section 1. While installing a parallel relief sewer may increase flow capacity, it would not alleviate issues with stream buffer proximity or slope. Therefore, the recommended alternative for Section 2 is Alternative 1, replacing the pipe in a new alignment.

Section 3 is the most expansive and complicated area of this project due to the branching segments and a more densely populated area. Pipe diameters range from 8 to 24 inches. This section is undersized, has poor existing pipe condition, and has reoccurring pipe and lining failure, which

results in SSO. There are also pipes and manholes exposed in the stream bank. This area of the project is divided into two subsections, 3A and 3B, to help condense the schedule for bidding and construction. The recommended alternative for a majority of Section 3 is Alternative 1, replacing the existing pipe in the same alignment with spot rehabilitation. Alternative 2 will be used when Alternative 1 is not feasible, and Alternative 3 will be used when neither of the first two alternatives can be implemented.

## Easement and Land Acquisition

A challenge for this project is easement and land acquisition. A majority of the parcels that overlap with the proposed alignment do not have existing easements, so permanent easements will need to be purchased before temporary construction easements can be acquired. Easement acquisition may take 1 to 2 years and should begin immediately after the alignment and permanent easements have been finalized. At the time of this BDR development, there are approximately 269 parcels that could be affected by this project, including 30 that are owned by DeKalb County. Due to the large number of private property owners that may be affected, a concerted public outreach effort will be made to keep residents informed and up-to-date on this project.



**Parcels Impacted by Project**

## Permitting

For permitting, this project is located close to the South River and Shoal Creek, as well as passes through several wetlands and State waters. It also crosses into the incorporated cities of Decatur and Avondale Estates. Therefore, multiple permits will be required. The following table shows which permits could be needed for each section of the project.

**Permitting Requirements for Preferred Alternatives**

| Regulatory Agency | Permit | Section 1 | Section 2 | Section 3 |
|---|---|:---:|:---:|:---:|
| DeKalb County | LDP, TO | ● | ● | ● |
| City of Decatur | LDP, TO | - | - | ● |
| City of Avondale Estates | LDP, TO | - | - | ● |
| U.S. Army COE | S404 | ● | ● | ● |
| Georgia EPD | SBV | ● | ● | ● |
| Georgia DOT | UE | ● | ● | ● |
| MARTA | UE | - | - | - |
| CSX/Railroad | UE | - | - | - |
| GA State Historic Preservation Office | Arch | - | - | - |

LDP – Land Disturbance Permit
TO – Tree Ordinance
S404 – Section 404
SBV – Stream Buffer Variance
UE – Utility Encroachment
Arch – Archaeological Preservation

## Opinion of Probable Construction Cost

An OPCC has been prepared based on the recommended alternatives. The full cost breakdown can be found in Appendix E, but a summary is shown below. The OPCC was developed using the AACE Model Level 3, which has an estimated cost range of -10% to +30%. At the time of this BDR, this OPCC does not include easement and acquisition costs.

**OPCC for Recommended Alternatives**

| Section | Length (ft) | Cost per LF | Base OPCC | Low (-10%) | High (+30%) |
|:---:|:---:|:---:|:---:|:---:|:---:|
| 1 | 20,000 | 2,700 | $55,361,000 | $49,825,000 | $71,969,000 |
| 2 | 13,000 | 3,900 | $52,604,000 | $47,344,000 | $68,385,000 |
| 3A | 15,000 | 2,400 | $36,533,000 | $32,879,000 | $47,492,000 |
| 3B | 21,000 | 1,600 | $33,524,000 | $30,171,000 | $43,581,000 |
| Totals | 69,000 | 2,600 | $178,022,000 | $160,219,000 | $231,427,000 |

\* Project cost estimate at project mid-point of May 2023.

## Project Schedule

The project schedule has a required completion date of December 20, 2027, per the Modified Consent Decree. Given the size of the project and need to compress the schedule, efforts have been made to optimize the schedule to be as efficient as possible. Including dividing the Shoal Creek Trunk project into four segments for procurement: Section 1, 2, 3A, and 3B. This will allow for simultaneous construction of the various segments and minimize impactful delays. The schedule as of April 2023 has been approved by DWM, Appendix H.

# 1. Introduction

The Shoal Creek Trunk Sewer Relief Project will increase the capacity of approximately 13.3 miles of gravity sewer, beginning at the Snapfinger Creek AWTF and extending up Shoal Creek to the incorporated areas of Decatur and Avondale Estates. Services for this project will be performed under County Contract 1296151 and managed by the Department of Watershed Management. Atkins North America, Inc. (Atkins) was retained by DeKalb County (the County), Georgia, to provide design, permitting, bidding, and construction services for the Project.

This BDR is based upon the available information at the time of its completion in May 2023.

## 1.1. Purpose of Document

The purpose of the Basis of Design Report is to establish design concepts and associated technical criteria for the project. The report documents the technical components of the existing infrastructure, reviews alternative solutions, and provides improvement recommendations to meet the project objectives and requirements. It also documents the design criteria, probable regulatory requirements, land acquisition needs and methodology, and project implementation strategy for the recommended improvements. This document serves as the basis of design for the project and is intended for use by design professionals and DeKalb County's DWM management.

## 1.2. Background

The DeKalb County DWM owns and operates an expansive wastewater collection and transmission system. This system consists of 2,683 miles of sewer, 64 lift stations, 70,900 manholes, and two AWTFs – all of which serve approximately 620,000 DeKalb County residents. The county is divided into three sewer basins – Intergovernmental Basin, Snapfinger Basin, and Pole Bridge Basin – which consist of 35 sewersheds. DWM only provides wastewater treatment in the Snapfinger and Pole Bridge Basins, which contain the Snapfinger and Pole Bridge AWTFs, respectively.

The Snapfinger Creek AWTF is the County's largest wastewater treatment plant and has been treating wastewater from Southwest DeKalb County since 1963. In 1983, the plant was expanded to treat 36 MGD. The plant is currently being upgraded and expanded to provide an ultimate treatment capacity of 56 MGD. This will be accomplished in part by converting the biological treatment technology to membrane bioreactors. The Snapfinger Creek AWTF is fed by the convergence of the Doolittle Trunk Sewer and Shoal Creek-Cobb-Fowler Trunk sewer, which are a focus point of this project. Both the Snapfinger and Pole Bridge facilities discharge treated effluent to the South River.

The County's WCTS has experienced significant SSOs over the past several years. The SSOs are a result of infiltration and inflow of non-wastewater into the WCTS, which is caused by poor pipe conditions. As a result, DeKalb County entered a Consent Decree with the USEPA on December 20, 2011 (Civil Action File No. 1:10-CV-4039-SDG), to address deficiencies in its WCTS. The Consent Decree was later amended on September 22, 2021, also known as the Modified Consent Decree (MCD), to reflect additional discoveries and subsequent schedule modifications necessary to return the system to compliance.

The Project has been identified by the County as an important Capital Improvement Project to foster Consent Decree compliance as well as provide additional conveyance capacity to the Snapfinger AWTF. The project must be substantially completed by December 20, 2027, for the County to meet the most recent Consent Decree schedule. Failure to meet this timeframe could result in significant financial penalties to DeKalb County.

## 1.3.    Project Description

The Project, as shown in Figure 1-1, involves approximately 13.3 miles of gravity sewer, which begins at the Snapfinger AWTF, then extends upstream through unincorporated DeKalb County and into the city limits of Decatur and Avondale Estates. It has been identified by the County as a critical project to address seven repeat SSO areas documented as part of the Consent Decree efforts. The seven areas include the following locations:

- 1433 Deerwood Drive
- 1615 Melanie Court
- 2480 Miriam Lane
- Thrasher Circle
- 3230 Boring Road
- 4345 Flat Shoals Parkway
- 4124 Flakes Mill Road

The County has divided the project into three sections as summarized in the following table:

**Table 1-1: Existing Sewer Characterization**

| Section No. | Length (ft) | Ex. Pipe Diam. (in) | Downstream MH | Upstream MH | Description |
|---|---|---|---|---|---|
| 1 | 19,015 | 36 to 42 | 15-030-S005 | 15-070-S050 | Snapfinger Creek AWTF to Flat Shoals Parkway |
| 2 | 14,155 | 21 to 36 | 15-070-S012 | 15-121-S022 | Flat Shoals Parkway to Interstate 20 |
| 3 | 37,150 | 8 to 24 | 15-121-s022 | 15-234-s048 | Interstate 20 to Decatur |

Section 1 consists of the Doolittle Trunk Sewer, which runs parallel to the Shoal Creek-Cobb Fowler trunk sewer, see Figure 1-2. Both pipes are located adjacent to the South River until they converge at a junction box upstream of the Snapfinger Creek AWTF. The existing gravity sewer begins as a 60-inch RCP at the Snapfinger AWTF influent pump station near Flakes Mill Road, then traverses north along the banks of the South River to Flakes Mill Road, where it transitions to a 36-inch RCP. The section of the Shoal Creek-Cobb Fowler trunk sewer which runs parallel to Section 1 is not included in this project. During detailed design phase, there will be coordination with the CD PMT for proposed confluence updates.

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia                                                    1: Introduction



**Figure 1-1: Overall Trunk Sections**



**Figure 1-2: Existing Doolittle, Cobb-Fowler,
and Shoal Creek Gravity Sewer Main Confluence**

Section 2, also called the Shoal Creek Trunk Sewer, begins at Flat Shoals Parkway and traverses north, crossing Interstate 285, towards Interstate 20. The existing pipeline generally runs parallel to Shoal Creek and begins as a 36-inch RCP. After crossing Shoal Creek, the sewer transitions to a 24-inch PVC pipe until its end point at Interstate 20. The pipeline underneath the interstate consists of 21-inch DIP.

Section 3 begins at Interstate 20 as a 24-inch DIP and traverses north along Shoal Creek into the City of Decatur. The pipeline crosses major thoroughfares, including McAfee Road, Glenwood Road, and Memorial Drive. The pipe at its northern most point consists of an 8-inch DIP. The pipeline has major branches at Shoal Creek East Fork and Shoal Creek West Tributary. The former extends into the City of Avondale Estates.

## 1.4.    Project Objectives

The County has identified five objectives as the basis of success for this project as described below:

- **Minimize community impacts** – The project shall minimize impacts to the surrounding communities as much as possible.
- **Schedule adherence** – The project shall achieve the County's milestone dates for design and construction activities. This includes completion of major design activities by December 31, 2023, and construction activities by December 20, 2027.

- **Cost adherence** – The project should be completed within the County's allocated budget and at the least life-cycle cost to its ratepayers to ensure continued and future reliable service.

- **Safety and sustainability** – The project should implement applicable safety and sustainable features by incorporating best industry practices into the design.

- **Coordination and collaboration** – The project shall achieve a high degree of design coordination, establishing a working environment that emphasizes innovation, teamwork, quality, contract compliance, cost savings methodologies, and partnering between all project parties.

Throughout this BDR, these objectives are considered and utilized in assessing different alternative approaches for the design of the trunk sewer.

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia                                1: Introduction

This page intentionally left blank.

# 2. Basis of Design and Construction Alternatives

A prescribed methodology involving qualitative and quantitative criteria was employed to converge on a final recommendation that best meets the Project's objectives and schedule. The development and analysis of concepts and technical alternatives, along with final design activities, references the design criteria prescribed in this section. Each pipeline section is reviewed independently and generally considers the following concepts:

- **Pipe replacement**: This approach involves construction of a new gravity sewer to accommodate flows over a given planning horizon. Typically, the existing pipe in operation will be decommissioned. Pipe replacement can be in the same or new alignment.

- **Parallel relief sewer**: This approach involves either upsizing portions of the existing sewer and/or installing a parallel sewer to accommodate flows when existing pipe capacity is insufficient.

- **Pipe rehabilitation**: This approach involves rehabilitating an existing pipeline to improve the condition of the infrastructure and/or upsize to a level that accommodates its performance requirements. This technique is often combined with other alternatives, depending on the capacity requirements.

## 2.1. Design Standards

This project follows the DeKalb County DWM *Water and Sewer Design Standards Manual* (current 2017 Edition, Version 0 including addenda), except where alternate direction has been given by DWM. Exceptions to the Design Standards will be noted herein.

## 2.2. Hydraulic Design Criteria

DeKalb County has provided proposed pipe diameters required to meet Consent Decree objectives for this project. The proposed pipe diameters were determined using a sewer system hydraulic model prepared and calibrated by the CDPMT using Innovyze Infoworks ICM 2021.9 software. Majority of the pipeline will require upsizing to accommodate revised hydraulic conditions established by the CDPMT. A copy of the latest model scenario for the Snapfinger AWTF collection system service area titled "2050DWF + Preliminary Upsizing" was received from the CDPMT to analyze and confirm that the proposed upsized diameters are capable of conveying existing and future flows without triggering an SSO as prescribed in the Consent Decree. The Consent Decree dictates the following requirements:

- Proposed infrastructure must convey the total wastewater flow from a 2-year, 24-hour storm; surcharging is not allowed.

- SSOs must be eliminated.

- On existing lines, surcharging is acceptable, provided that it does not result in an SSO. A surcharge condition is defined as being ". . . the condition that exists when the supply of

wastewater resulting from the 1-hour peak flow is greater than the capacity of the pipes to carry it and the liquid level of the wastewater in manholes rises to an elevation greater than the top of the pipe."

In addition, DeKalb County is considering a separate project to divert excess flows from the Shoal Creek, Cobb-Fowler, and Doolittle trunk sewers to a new EQ tank to attenuate downstream flows and mitigate SSOs in Section 1 of the trunk sewer. The technical parameters include:

- A 16-MG EQ tank located near the Doolittle trunk sewer.

- An orifice on the downstream end of Section 2 of the Shoal Creek Trunk Sewer and parallel segment of the Cobb-Fowler Trunk Sewer to limit flow into Section 1 of the Shoal Creek Trunk Sewer.

- A diversion structure (variable sluice gate) to divert flow from Section 2 of the Shoal Creek Trunk Sewer and reciprocating parallel segment of the Cobb-Fowler Trunk Sewer.

The proposed EQ tank was included in the model scenario provided by the CDPMT, as it will influence the hydraulic conditions of Section 1 should it be constructed. At the time of preparation of this report, DeKalb County has not made a decision regarding implementation of the EQ tank.

Design flows for the trunk sections are based on flowrates provided by the CDPMT and summarized in the following table. The CDPMT provided only the peak model flows; all other flows in the table were independently determined.

Table 2-1: Basis of Design Flows

| Trunk Section | Existing Average Daily Dry Weather Flow (mgd) | Existing 2-Year Design Storm Peak Flows (mgd) | Future Average Daily Dry Weather Flows (mgd) | | Future 2-Year Design Storm Peak Flows (mgd) | |
|---|---|---|---|---|---|---|
| | | | Scen. 1 | Scen. 2 | Scen. 1 | Scen. 2 |
| 1 | 14.2 | 63.6 | 17.1 | 20.2 | 61.2 | 125.6 |
| 2 | 3.8 | 12.8 | 4.6 | 4.6 | 41.5 | 40.1 |
| 3 | 3.2 | 9.4 | 3.9 | 3.9 | 40.5 | 40.6 |

In addition, the model was updated to reflect the proposed alignment, diameter, and profile information as prescribed in the drawings prepared at 30% completion stage. The scenarios and modeling results are described below, with the detailed analysis included in the appendix.

## 2.2.1.    Scenario 1: Implementation of the EQ Tank

In this scenario, Sections 2 and 3 of the Shoal Creek trunk sewer are upsized, along with Section 2 of the Cobb Fowler Trunk Sewer. At the downstream end of Section 2 of the Shoal Creek, Cobb Fowler and Doolittle trunk sewers, excess peak flows are diverted to a 16 MG EQ tank. Section 1 of the Doolittle and Cobb Fowler trunk sewers are not upsized. The model results observed for this scenario are as follows:

- The model results demonstrate that the proposed lines in Sections 2 and 3, in conjunction with the addition of a 16 MG EQ tank, are adequately sized to convey the 2-year, 24-hour design storm. Surcharging of Section 1 of the Doolittle and Cobb-Fowler trunk sewers occurs, but it does not cause or contribute to SSOs.

- Approximately 2,000 LF of sewer in Section 3 of the Shoal Creek Trunk Sewer should be increased by one pipe diameter over what was initially recommended.

- Section 3.A.2 of the Shoal Creek Trunk Sewer (approximately 1,035 LF) is oversized at 24 inches in diameter and can be reduced to 20 inches.

- The surcharging noted in the downstream segment of the Shoal Creek Section 2 is a backwater condition due to the representation of the diversion structure. It is assumed the designer of the diversion structure and EQ tank will refine this representation to alleviate the backwater condition

- While the model indicates adequate hydraulic capacity within the pipe included in Section 1, it is noted that the existing pipe is in a deteriorated condition and is unable to be rehabilitated in a reasonable and economic manner. Several sections of pipe are exposed along the creek bank and thus a major contributor to inflow and infiltration. It is not recommended that this section of the Doolittle Trunk remain in service in its current condition, and it is highly recommended that the DeKalb County DWM consider replacing this pipe, regardless of whether the EQ tank is implemented.

## 2.2.2.    Scenario 2: EQ Tank Not Implemented

In this scenario, Sections 2 and 3 of the Shoal Creek Trunk Sewer are upsized, along with Section 2 of the Cobb Fowler Trunk Sewer. In addition, Section 1 of the Doolittle Trunk Sewer is abandoned and replaced with a 72-inch trunk sewer, terminating at the Snapfinger AWTF influent pumping station. There is no equalization basin located at the downstream end of Section 2 in this scenario. The model results observed for this scenario are as follows:

- Approximately 2,000 LF of sewer in Section 3 of the Shoal Creek trunk should be increased by one pipe diameter over what was initially recommended.

- Section 3.A.2 of the Shoal Creek trunk sewer (approximately 1,035 LF) is oversized at 24 inches in diameter and can be reduced to 20 inches.

- The proposed improvements reduce the amount of surcharge in Section 1 of the Cobb Fowler trunk sewer; however, this reduction was not to the same degree as predicted in Scenario 1.

- The Snapfinger AWTF influent pumping station capacity for the 2-year, 24-hour storm conditions will also need to be increased, and potentially, flow equalization will be required when the hydraulic capacity of the plant is exceeded. The increase will need to be assessed based on the peak flow rate into the Snapfinger AWTF influent pumping station predicted by the model during the 2-year, 24-hour simulation in Scenario 2, which was 168.7 MGD.

## 2.2.3.    Scenario 3: Connection to 72-inch Sewer

A third scenario was initially considered where the Shoal Creek Trunk Sewer was directly connected to the proposed 72-inch sewer (instead of combining with the Cobb Fowler trunk) to

alleviate surcharging in Section 1 of the Shoal Creek Trunk Sewer. However, after reviewing the vertical alignments, elevation conflicts were observed, and it was deemed not feasible.

The results of both scenarios were reviewed with DeKalb County and CDPMT. It was determined that the conditions prescribed in Scenario 2 will be used as the basis of design, including the upsizing of Section 1. Should the County choose to implement the EQ tank, the basis of design for Section 1 will be revisited.

## 2.3.    Layout and Configurations

### 2.3.1.    Alignment

One of the design goals was to improve access for maintenance or repairs. Considerations for alignment placement included separation from the existing utilities or natural obstacles, pipe slopes, existing grade, and residential and/or industrial properties. For this project, the minimum horizontal and vertical separation from existing potable water and stormwater lines is 10 feet and 18 inches, respectively, per DWM Design Standards. This project is designed to be 15 feet horizontal or greater in most segments. The separation of the pipe allows contractors to utilize either trench boxes or excavation with slopes adhering to OSHA regulations. This separation also allows for adequate space for the construction of proposed large-diameter manholes adjacent to existing 6-foot-diameter manholes.

The existing trunk sewer runs parallel to the South River and Shoal Creek along the outer stream bank at bends. Stream buffers are set by the State at 25 feet from the top of bank of rivers and streams. Construction within the stream buffer requires permitting as it may lead to significant environmental impacts. Additionally, stream banks can be impacted by erosion from surges of water from heavy storms. The existing pipe is at risk of exposure and possible leaks due to erosion if it is not already exposed, resulting insignificant environmental impacts. Given these risks, designing alignments outside the stream buffer is preferred.

Stream crossings also impact alignment design and should occur as perpendicular as possible. It is preferred the pipe cross underneath the stream following DWM Design Standards. However, if crossing below the stream is not possible, an aerial crossing could be implemented. Aerial crossings are not preferred as they expose the pipe but may be unavoidable. If an aerial crossing is proposed, casings, elevations, and bracing will be designed and implemented per the DWM Design Standards to protect the pipe.

The alignment of the pipe is also impacted by the required minimum slope for specific pipe diameters. The minimum slopes for this project will adhere to the DWM Design Standards Table 3.5 from Section III.C.4.a. These minimum slopes are required to ensure that a minimum velocity is maintained that will keep solids suspended in the wastewater and prevent settling and clogs.

**Table 2-2: Gravity Sewer Minimum Slopes
per DWM Design Standards**

| Gravity Sanitary Sewer Minimum Slope | |
|---|---|
| Pipe Size, Inches | Minimum Design Slope, % |
| 6 | 1 |
| 8 | 0.8 |
| 10 | 0.6 |
| 12 | 0.5 |
| 15 | 0.205 |
| 18 | 0.170 |
| 21 | 0.146 |
| 24 | 0.127 |
| 27 | 0.115 |
| 30 | 0.102 |
| 36 | 0.085 |
| 42 | 0.073 |
| 48 | 0.064 |
| 54 | 0.058 |
| 60 | 0.051 |

The location of residential and commercial properties also affects the alignment design. The alignment should avoid passing below any existing buildings. If the alignment must pass through existing properties, then its proximity to existing structures shall be carefully considered.

The LOC also impact alignment design. Per the DWM Design Standards, Table 3.3, the minimum temporary easement widths range from 25 to 50 feet, depending on pipe size and cover. For this project, generally a 60-foot LOC will be applied for sections using larger-diameter pipe due to the size of the trenches, but it will be adjusted accordingly based on a given section's pipe diameter and depth. The proposed LOC/LOD will reflect any recommendations beyond the DWM Minimum guidelines. The proposed LOCs will adhere to Table 3.3 of the Design Standards given pipe size and depth and providing space for construction. The construction space requirement will not only include the width of excavation, but the route for equipment maneuverability and temporary storage.

## 2.3.2.    Depth of Bury

The depth of bury for the design of the trunk sewer depends on the location, grade, slope, and pipe material. For this project, the location, such as proximity to the stream bank and any utility or road crossings, affects depth of bury. Per the DWM Design Standards, any new sewer line installation within 10 feet of the top of bank and parallel to a creek or stream shall be designed such that the crown is a least 1 foot below the bottom of the creek bed. Utility crossings require specific vertical separations such as an 18-inch minimum separation of sewer and potable utilities per the Design

Standards. However, depending on the preferred installation method determined by the county, the minimum separation between the pipe crown and creek or stream bed may be greater. For utilities entering GDOT right-of-way, depth requirements will vary depending on pipe material, installation, and GDOT regulations.

The depth of bury per pipe material used for the project will adhere to the DWM Design Standards. The minimum depth of cover over a sanitary sewer line in un-paved or paved areas shall be four feet for DIP. Cover less than four feet in unpaved or paved areas requires the use of DIP in a steel casing and shall be approved only when the site conditions dictate. Per DWM Design Standards, depth of cover in unpaved areas for PVC must be between 7 and 15 feet in paved and un-paved areas. Cover less than 7 feet within the right-of-way requires the use of DIP and shall be approved only when site conditions dictate.

### 2.3.3.    Easements

The DeKalb County DWM Gravity Sanity Sewer Design Standards Section III.C.1.b notes that a property can be condemned for easements if the gravity sewer line is 8 inches or larger. No permanent structures or trees are allowed in sewer easements. The sanitary sewer line shall be centered within the required permanent easement. Permanent easements shall be a minimum of 20 feet in width. Minimum temporary easement width is shown in Table 2-3.

**Table 2-3: Minimum Temporary Easement Widths
per Main Diameter Table 3.3 of DeKalb County DWM Design Standards**

| Main Diameter | Cover Depth (ft) | Minimum Easement Width (ft) |
|---|---|---|
| 15 inches and less | <8 | 20 |
| 15 inches and less | 8–16 | 20 |
| 15 inches and less | 16–22 | 25 |
| 15 inches and less | 23–30 | 30 |
| 16 to 30 inches | <16 | 25 |
| 16 to 30 inches | 16–22 | 30 |
| 16 to 30 inches | 23–30 | 40 |
| Greater than 30 inches | Any | 50 |

### 2.3.4.    Crossings

Road crossings are an important consideration for this project, as two major interstates, I-20 and I-285, will be crossed. There are also several U.S. State and County highway and roadway crossings. Additionally, DIP is the only pipe material allowed under the ROW at any depth, thus any use of different materials requires DWM approval.

## 2.4.    Pipe Material

Per the DWM Design Standards, the materials for any replacement sanitary sewer should be pressure class 250 DIP with Protecto Wrap CMU100™ coating. However, due to the size of pipe, market

costs, and demand, other pipe materials are evaluated. Table 2-4 evaluates considerations for each piping material. It is important to note that each section of this trunk sewer is unique and therefore, one material should not be chosen for the entire length of the alignment. Material considerations for each Section and major alternative are discussed in Project Conceptual Design. All materials selected will meet DWM Design Standards. This BDR will recommend materials for each of the proposed sections but DWM will have final approval on material selection.

**Table 2-4: Pipe Material Comparison**

| Material | Size Available | Pros | Cons |
|---|---|---|---|
| PVC | 4" – 48" | • Lightweight<br>• Easy to install<br>• Smooth surface reduces friction losses<br>• Flexible<br>• Reduced Infiltration potential | • Requires special bedding<br>• Susceptible to chemical attack<br>• Limited due to buried pipe applications<br>• Contractor to implement UV protection methods to avoid impacting strength |
| HDPE | 4" – 48" | • High resistance to chemicals and corrosion ($H_2S$)<br>• Lightweight<br>• UV-Resistant<br>• Less likely to have issues with infiltration | • High rate of thermal expansion (4.5 to 5 times greater than steel/iron pipes)<br>• Susceptible to fatigue fracture<br>• Requires specialized fusion equipment and labor |
| Concrete (RCP) | 12" – 144" | • Fair corrosion resistance<br>• Widely available<br>• Fair load supporting capacity<br>• Moderately priced | • Susceptible to hydrogen sulfide when not coated<br>• Catastrophic failure without significant warming<br>• Extremely rigid material that does not provide high degree of flexibility for in field adjustments |
| DIP | 4" - 62" | • Good Corrosion Resistance when coated<br>• High strength<br>• Allowed in road ROW | • Expensive when compared to other materials on this table.<br>• Heavy – difficult installation |
| FRP | 18" - 126" | • High strength<br>• Light weight<br>• Corrosion resistant | • Expensive<br>• High installation cost<br>• Experienced FRP contractors required |

## 2.5.    Proposed Construction Methods and Materials

There are principally two construction methods for the replacement of existing sewer lines: open-cut trench and trenchless. Open-cut trench construction methods are the most common, convenient, and usually cost-effective. However, due to the location of some existing sewer lines, such as crossing under major interstates and highways and over streams, the open-cut trench method is not feasible due to significant disturbance in existing level of service. Under certain conditions (i.e. small sized pipe diameters, long segments of pipe installation, areas requiring high

concrete removal replacement) trenchless methods are more cost effective than open-cut methods and depend on project specific conditions that should be further evaluated at a later date. Table 2-6 shows the possible alternatives and their respective construction method.

**Table 2-5: Alternatives with Corresponding Construction Methods**

| Possible Alternative | Possible Construction Method | Comments |
|---|---|---|
| New parallel relief sewer trunk for additional capacity. | Open Cut, Trenchless – Micro Tunneling, or Trenchless – Jack and Bore | |
| New parallel replacement trunk, abandon existing trunk. | Open Cut, Trenchless – Micro Tunneling, or Trenchless – Jack and Bore | |
| Replace existing trunk and install a new replacement trunk within the same trench. | Open Cut | Would require bypass pumping. |
| Upsize and replace existing pipe. | Trenchless – Pipe Bursting | |

## 2.5.1.    Open-Cut & Trenchless Pipeline Replacement Methods

### Open Cut | Replace-in-Place



**Figure 2-1 - Typical Open Cut Installation**

Open-cut trench is considered and utilized for certain areas along the trunk sewer; however, for locations that are too close to existing structures, cross under highways, cross through wetlands, or cross over streams, trenchless methods are considered instead.

Replace-in-place is an open-trench construction method that replaces the existing pipe in the existing trench. Open-trench excavation consists of excavating a trench for the manual installation of each piece of pipe. Due to the location of the pipe, this method may require the removal of street and sidewalk pavement, which could increase the cost of the repair. However, there are instances when open-trench may be a competitive option due to site-specific limitations.

## Micro-Tunnelling

Micro-tunnelling is an underground, trenchless, tunnel construction technique using small boring machines that are controlled remotely from the surface. The machinery will tunnel from one end of the pipe length to the other placing pipe along the route. A minimum of 5 feet of ground cover or a depth-to-diameter ratio of 3 is recommended for micro-tunnelling installations to avoid surface settlement.



**Figure 2-2: Micro-Tunnelling**

## Jack and Bore

J&B, also known as auger boring, is also an underground, trenchless, tunnel construction but utilizes a J&B machine. It is suitable for installing short pipe runs in stable and dry soils without large boulders. Crews dig a sending pit and a receiving pit to install a casing pipe to house the new sewer carrier pipe. The J&B machine is placed in the sending pit and a hole is cut underground horizontally from the sending pit to the receiving pit, without disturbing the surface above. Is it recommended for J&B installations that the top of pipe have a minimum 3 feet cover to avoid conflict with surface structures, like pavement heaving. Hydraulic jacks are used to push the casing pipe through the ground as excavation is taking place. Casing pipes are typically made of steel, with pipe joints welded as the construction progresses. When the carrier pipe is installed inside the casing pipe, casing spacers are used to center the carrier pipe inside the casing and to ease the installation.

A variation of conventional J&B is guided auger boring, or pilot tube guided auger boring. A pilot tube is run in advance of the auger to set the alignment, which increases the accuracy of both line and grade.



**Figure 2-3: Jack and Bore**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia                                                    2: Design Criteria

## Pipe Bursting

Pipe bursting is a trenchless method of replacing buried pipelines without the need of an open trench. As with micro-tunnelling and J&B, launching and receiving pits replace the open trench needed by conventional pipe-laying. A limiting factor of pipe bursting is that it can usually only increase the existing pipe's diameter by one pipe size. The existing pipe is opened and forced outward by a bursting tool. A hydraulic or pneumatic expansion head (part of the bursting tool) is pulled through the existing pipeline, typically by using a cable and winch.

For existing pipes of clay, concrete, and similar low-tensile strength pipe materials, as the expansion head is pulled through the existing pipe, it pushes that pipe radially outward until it breaks apart, creating a space for the new pipe. For existing pipes of cast iron, ductile iron, and similar high-tensile strength pipe materials, a "cutter" is included on the bursting tool. The cutter slices the existing pipe while the bursting tool "lays open" the existing pipe along the cut. This method of utilizing the cutter is sometimes referred to as pipe splitting.

Pipe bursting is generally not recommended for pipe in soils that are rocky or sandy. Pipe bursting frequently uses HDPE pipe as the replacement pipe but DIP and fusible PVC can be considered. Pipe bursting may have vertical depth requirements but is dependent on the depth of the existing line and soil type.



**Figure 2-4: Pipe Bursting**

# 3.  Existing Condition Assessments

## 3.1.  Condition Summary

Each trunk sewer section was evaluated for physical condition, residence within the stream buffer, pipe depth, and pipe slope. Conditions were assessed via CCTV footage and record drawings. The existing condition of the trunk sewer was a major determinant for the design alternative recommendations. Table 3-1 shows the length of pipe not meeting DWM Design Standards or requirements as described in the design criteria.

**Table 3-1: Existing Sewer Characterizations**

|  |  | Poor Pipe Condition | Buffer Overlap | Poor Slope | Too Shallow/ Exposed |
|---|---|---|---|---|---|
| Section 1 | Length of Pipe (ft) | 7,140 | 5,340 | 12,500 | 1,140 |
|  | Percentage of Pipe | 38% | 28% | 66% | 6% |
| Section 2 | Length of Pipe (ft) | 5,840 | 1,898 | 3,150 | 1,950 |
|  | Percentage of Pipe | 44% | 13% | 22% | 14% |
| Section 3 | Length of Pipe (ft) | 9,890 | 7,780 | 9,290 | 24,150 |
|  | Percentage of Pipe | 27% | 21% | 25% | 65% |



**Figure 3-1 - Existing Sewer Characterizations Graph**

To assess the existing physical condition of the trunk sewer, CCTV was reviewed. CCTV was not available for the full length of the alignment, so there are portions with missing data. Additionally, the CCTV footage was not comprehensive, nor did the camera operator tag all the flaws seen on camera, so there may be more deficiencies that were not recorded or spotted by the crawler's sonar. However, it was determined that the footage received was enough to estimate the existing conditions. Table B-1 in Appendix B contains the sections of pipe that were missing CCTV data. Further survey would be required to fully understand the existing condition of the trunk sewer but is not required for this project.

The condition of the trunk sewer was defined via a quick grade using the PACP codes established by the NASSCO. The PACP quick grades provided in this report are not official grades. However, they were useful to determine a baseline for the existing condition of the pipes. Overall, the CCTV determined that the existing sections are in poor condition and if not replaced, would require rehabilitation or point repairs in order to prevent short-term failure or further structural deterioration.

The grades used in the PACP codes are called severity grades. A severity grade is a number, 1-5, which is used to illustrate the condition of the pipe. A severity grade of 1 denotes the pipe is in excellent condition, may only have minor defects, and is unlikely to fail in the foreseeable future. Meanwhile, a grade of 5 represents a pipe that needs immediate attention as it has already failed or is likely to fail within 5 years. When a grade is assigned, the first number is the highest severity grade occurring along the entire length of pipe. The second number is the total number of times that the highest severity grade was noted in all the occurrences along the pipe length. The third number is the second highest severity grade occurring along the pipe length, and the fourth number is the total number of times the second grade was occurred along the total pipe length. If the second or fourth numbers are higher than 9, then a letter is used. For example, with 10 to 14 occurrences, A is used. For 15 to 19, B is used, 20, to 24 would be C, etc. For additional details on the PACP rating system used in this project and CCTV evaluation, see Appendix D.

The pipe depth and slope were determined in a survey prepared independently by DWM. This survey determined that the existing trunk sewer was not meeting depth of bury or slope requirements in some segments, per DWM Design Standards. There are also large portions in the stream buffer that would need to be realigned.

### 3.1.1.    Section 1 Condition Assessment Summary

The CCTV footage for Section 1 reveals pipe segments with root penetrations, leaks, corrosion, FOG (fats, oils & grease) build up, and settled debris. Appendix D contains several photographic examples of these conditions. The PACP grade for Section 1 was determined to be 5243.

Figure 3-2 shows the portions of Section 1 that are within the stream buffer. Figure 3-3 highlights all sections of pipe lengths that do not adhere to the minimum pipe slope standards, shown in red. There are also some segments of the pipe, as shown on Figure 3-2 and Figure 3-3, which follow sharp "U-shaped" curves of the river. Over time, these curves can be sectioned off and become oxbow lakes, as the river will find the shortest route to flow and cut through land. This could result in undercutting the sewer and lead to the pipe failing.

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia                                    3: Existing Condition Assessments

Due to the above finding in Table 3-1, it is determined that Section 1 is at the end of its life cycle and its current alignment does not allow for replacement in the same trench as it will not meet DWM Design Standards.



**Figure 3-2: Section 1 Pipe/Stream Buffer Overlaps**



**Figure 3-3: Section 1 with Poor Slopes**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

3: Existing Condition Assessments

### 3.1.2.    Section 2 Condition Assessment Summary

The CCTV footage reveals pipe segments with root penetration, leaks, corrosion, build up, settled debris, and even a void covered with wood (see Figures 4-14 through 4-18 in Appendix D). The PACP grade for Section 2 is determined to be 5145, with multiple other flaws. The grade 5 flaw is shown below on Figure 3-3, where a portion of the pipe appears to be patched by wood planks.



**Figure 3-4: Section 2 Void Covered by Wood**

Figure 3-4 shows the portions of Section 2 that are within the stream buffer as well as overlapping parcels. Figure 3-5 highlights all sections of pipe lengths that do not adhere to the minimum pipe slope standards, shown in red. Figure 3-6 shows an example of exposed pipe from Section 2 discovered in the field.



**Figure 3-5: Section 2 Pipe Relative to the Stream buffer and Existing Properties**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

3: Existing Condition Assessments



**Figure 3-6: Section 2 with Poor Slopes Highlighted in Red**



**Figure 3-7: Section of Exposed Pipe Near MH 15-121-S033**

Section 2 has two aerial crossings as shown in existing conditions of the proposed plans in Appendix A, sheets C7 and C8. The condition of the higher aerial crossing, which is estimated 20 feet above the ground, is unknown due to the poor footage quality. For the lower of the crossings, it appears to have several deposits ingressed, which will have minimal effect on the pipe's operational condition, provided it is eventually cleaned. Infiltration on an existing pipe section between manholes 15-103-S009 to 15-103-S010 can be seen in CCTV footage. The video shows multiple points with evidence of infiltration along pipe joints as shown on Figure 3-7.



**Figure 3-8: Evidence of Infiltration
Along Pipe Connection (at Stream Crossing)**

### 3.1.3.    Section 3 Condition Assessment Summary

With respect to the design flows provided by DWM in the hydraulic models, all pipes are undersized in Section 3. The existing pipe conditions vary greatly. There are many instances of lining failure, water level sag, alignment deviation, root penetration, and corrosion. The PACP grade for sections 3A and 3B combined is 534B. There are also at least 121 instances of flaws with severity grade 3. The PACP grade for just Section 3A is 534B, which shows that when looking at Section 3, the majority of flaws appear to be present in Section 3A. The quick score for 3B is 3A26. Note that Section 3B had very little CCTV footage relative to the other sections, so more severe flaws may not have been observed.

There are also a few instances of existing manholes that have been exposed in the eroding creekbank, shown on Figure 3-8. Finally, Section 3 also contains occurrences of buildings and/or structures erected above the existing pipe. As such, maintenance and access issues are high risk (Figure 3-9).



**Figure 3-9: Section 3, Line B.1: Manhole Exposed in Creekbank**



**Figure 3-10: Section 3, Line B.2: Existing Sewer Alignment
Conflict with Structure (Residence)**

There are numerous existing segments along the Section 3 pipe alignment that do not meet current depth requirements. There are numerous instances of existing aerial or existing pipe segments exposed in the creek bed when examining Section 3 creek crossings. Figure 3-10 below depicts the existing pipes within Section 3 scope that are either exposed or do not meet minimum cover requirements for some portion of the existing pipe.

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

3: Existing Condition Assessments



**Figure 3-11: Inadequate Cover of Exiting Pipe**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

3: Existing Condition Assessments



**Figure 3-12: Inadequate Slope for Existing Pipe**

## 3.1.4.    Conclusion

The condition assessment and available data indicate that Sections 1 and 2 are in poor condition, require extensive rehabilitation, and even if substantial work was done, the sewer could not be improved to meet DWM Design Standards. Section 3 is in somewhat better condition, but many sections have inadequate hydraulic capacity, and like Sections 1 and 2, cannot be improved to meet the DWM Design Standards. These considerations are carried forward in section 4 of this report that discusses construction alternatives.

This page intentionally left blank.

# 4.  Project Conceptual Design

## 4.1.    Section 1 - Flat Shoals Parkway to Snapfinger Creek AWTF

Section 1, also known as the Doolittle Trunk Sewer Gravity Main (Figures 1-1 and 4-1), starts at the Snapfinger Creek AWTF influent pump station and continues upstream to the confluence of Doolittle, Shoal Creek, and Cobb Fowler Creek trunk sewers (Figure 1-2) near the intersection of Flat Shoals Parkway and Boring Road. No work is to be done on the Shoal Creek-Cobb Fowler line, which runs parallel to Section 1. The interconnection details of Doolittle Trunk to the proposed 72" will be modeled/verified with CD PMT.

The County has stated that a preliminary design for an EQ tank is under evaluation, but the County has not made a final decision regarding this evaluation. A connection diagram showing the proposed EQ tank configuration is shown on Figure 4-2. A further discussion of the EQ tank and its impacts is in Section 6.0, Project Implementation Strategy.

**Table 4-1: Existing Pipe Diameter
Characterization of Section 1**

| Pipe Diameter (in) | Length of Pipe (ft) |
|---|---|
| 30 | 65 |
| 36 | 7,390 |
| 42 | 9,520 |
| 54 | 920 |
| 60 | 1,120 |



**Figure 4-1: Existing Pipe Diameter Characterization of Section 1**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design



**Figure 4-2: Simplified Proposed Preliminary
EQ Tank Location & Diversion Pipe Routes**

### 4.1.1.    Section 1 Project Overview

The County's *2020 Master Plan* has identified this section of the Shoal Creek Trunk Sewer as undersized to carry the anticipated 2050 flow and will require upsizing.

Three alternatives are evaluated to achieve the County's objectives for Section 1:

- **Alternative 1**: Replacement in New Alignment – Abandon existing trunk sewer and replace with an upsized parallel sewer (preferred).

- **Alternative 2**: Parallel Relief Sewer – Install a parallel relief sewer interceptor with existing trunk sewer to remain as is.

- **Alternative 3**: Rehabilitation – Rehabilitate existing sewer.

Each of these strategies presents advantages and disadvantages with respect to engineering and constructability, environmental limitations, property and easement acquisition requirements, permitting, and cost. Section 1 is evaluated based on hydraulic, operational, and logistical viability.

### 4.1.2.    Section 1 Alternative 1 – Replacement in New Alignment

This alternative assesses the replacement of the existing trunk sewer by installation of a new parallel alignment, sized to adequately hold the existing and future flow capacities. The existing pipe will be abandoned in place, and the EQ tank will not be built.

This is the preferred alternative as the existing conditions do not meet the DWM Design Standards and the pipe is in poor condition and unable to be feasibly rehabilitated.



**Figure 4-3: Section 1 Critical Areas**

## Engineering Considerations

Alternative 1 reduces surcharging to acceptable levels by installing a new parallel sewer sized to handle the full capacity of the Doolittle Trunk Sewer Gravity Main. The pipe would be sized at 72 inches in diameter.

## Material Considerations

For Section 1, three materials are evaluated: DIP, RCP, and FRP. Between these materials, DIP is not an option, as it cannot be manufactured larger than 62 inches and is also expensive as compared with RCP and FRP.

RCP is a difficult option, because it would require manholes with a minimum diameter of 10 feet. However, a "tee" may be used in place of regular manholes. Essentially, the pipes would be connected to a 72-x-48-x-72-inch tee, and a manhole cover would be placed on top. This has potential to significantly reduce cost and space. However, a manhole like this has risks of increasing debris accumulation and therefore, maintenance costs, so the County has rejected using this strategy. Additionally, large-diameter RCP for sanitary sewer would require steel end ring joints to prevent I&I. Currently, steel end ring joints are not standard at this diameter and would limit the manufacturers available. Furthermore, if steel end ring joints are not used, then the RCP would need to be wrapped to prevent I&I, and even then, there is still a risk of infiltration occurring after some time.

The recommended material for Section 1 is FRP. FRP is offered in sizes up to 126 inches in diameter and is a relatively common material for large-diameter sewer pipes. Overall, FRP has the advantage of being reasonably priced, corrosion resistant, standard for sanitary sewers, and is strong enough to be buried 15+ feet.

## Profile Considerations

The proposed vertical alignment of the parallel sewer adheres to the design standards meeting minimum depth and slope requirements as discussed in earlier sections. The minimum slope per the Design Standards for a 72-inch pipe is assumed to be the same as the minimum slope of a 60-inch pipe, as Table 3.3 of DWM Design Standards does not list a minimum slope for a 72-inch pipe. However, while the minimum slope per the Design Standards is 0.051%, the new parallel sewer alignment maintains at least a minimum design slope of 0.06%. A slope of 0.06% allows more room for error during construction while remaining within the minimum threshold.

Along with having a steeper slope than the existing trunk sewer, the new parallel alignment also maintains the minimum required depth of bury, except in areas discussed later in this section.

The preliminary proposed alignment can be seen in Appendix A.

## Construction Considerations

The new sewer will be installed utilizing both open cut and J&B construction methods. J&B will occur at all road crossings. During installation, bypass pumping is not required, as the existing sewer stays in service until construction of the new parallel sewer is complete. After construction, the existing trunk sewer is abandoned in place and blocked with flowable fill.

## Road Crossings Considerations

Along trunk sewer Section 1, there are two minor road crossings: Flakes Mill Road and Waldrop Road. These are shown on Figures 4-4 and 4-5. The existing segment running under Waldrop Road does not adhere to the minimum slope requirements, and there is inadequate CCTV footage to further evaluate its condition.

Flakes Mill Road has a gas line that runs nearly perpendicular to the existing and proposed alignments, approximately 20 feet above the proposed pipe. There are also 12- and 16-inch water lines, as can be seen on Figure 4-4, which run along the length of the road. They are shallower than

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design

the existing and proposed sewer lines, resting at approximately 6 to 7 feet above the sewer, so well above the 18-inch minimum requirement of separation. Additionally, the sewer pipe will be encased with a 96-inch steel casing for the road crossing.

Waldrop Road has two existing water lines, which should have a minimal impact on the Project since they both rest about 13 to 14 feet above the proposed and existing sewers.

It is recommended that both road crossings be installed using J&B, with an insertion pit on one end and a receiving pit on the other.



**Figure 4-4: GIS of Section 1 Crossing under Flakes Mill Road**



**Figure 4-5: GIS of Section 1 Crossing under Waldrop Road**

## Environmental Considerations

As stated earlier, the state stream buffer is set at 25 feet off the top of bank of rivers and streams. Alternative 1 places the proposed parallel trunk sewer outside of the buffer, except in sections where this is not possible. Figure 4-6 shows where a section of the proposed alignment crosses

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design

within the stream buffer. Due to how the stream buffer encroaches on private property, if the proposed alignment were to remain outside of the buffer, then it would risk impacting the house of the property owners. Avoiding the buffer also requires the addition of manholes and their added cost. Thus, it is proposed to encroach the stream buffer for approximately 320 LF of the alignment. It is noted that this length is inadequate to meet the requirements for an individual permit.



**Figure 4-6: Section of Sewer Entering Stream Buffer**

In Appendix A on C-13 and C-14, the proposed alignment is shown to cross both the existing Doolittle Trunk Sewer and Shoal Creek/Cobb-Fowler Line. This puts the proposed alignment closer to the State stream buffer, though still outside the buffer. The decision for these crossings was made due to the alignment of the existing sewers in relation to the nearby properties. Continuing to parallel the Shoal Creek/Cobb-Fowler Trunk Sewer, opposite the Doolittle line, would have caused the proposed alignment to pass underneath homes and through the middle of private properties. As shown on the profile of C-13, the proposed alignment crosses closely over the existing Doolittle line. While this close crossing normally requires concrete encasement, as it does not meet the minimum crossing requirements per DWM Design Standards, since the existing Doolittle line will be abandoned and filled with grout, a concrete encasement is not needed. However, further surveying

information is needed to determine the elevation of the Shoal Creek/Cobb-Fowler Trunk Sewer. This surveying information could impact the alignment design in this area.

Figure 4-7 (also shown on C-03 of Appendix A) illustrates another environmental consideration where the trunk sewer cannot adhere to the requirements described in the Design Criteria section. As shown on the figure, the section of pipe entering manhole 13 risks exposure due to crossing below a storm relief culvert. Because of proximity to the Snapfinger Creek AWTF, the elevation of this section of trunk sewer is more rigid. The Snapfinger Creek AWTF lift station connection constraint limits the elevation the trunk sewer can enter. If the invert elevation of the trunk sewer is too low or high, the lift station volume and pump suction and/or discharge could be impacted. The proposed parallel trunk sewer is also already designed at the 0.1% slope, which has been determined to be the minimum constructable slope. Pipe crowns entering the manholes are also necessary to closely match for hydraulic purposes. For these reasons, the section of sewer shown on Figure 4-7 cannot be lowered. Thus, to eliminate the risks associated with exposure, this section of pipe will be concrete encased. The concrete encasement will be designed by a structural engineer with reinforcement. The concrete will also have a rounded and coated exposed surface so as not to critically impact the flow of water over it.



**Figure 4-7: Profile of Proposed Segment in Section 1**

At the end of Section 1, the existing Doolittle Trunk Sewer aerially crosses Shoal Creek. Figure 4-8 (also seen on C-17 of Appendix A) shows how the proposed alignment crosses Shoal Creek. By increasing slopes and burying the sewer line deeper, the proposed alignment tries to eliminate this aerial crossing. However, due to the size of the replacement sewer, the proposed alignment cannot maintain the minimum stream crossing separation. The sewer cannot be buried deeper as it risks impacting the invert at the lift station and the flattening the proposed slope further. While this Section generally trends towards 0.06%, the minimum slope for 72-inch sewer is approximately 0.05% per DWM standards. So, flattening the slope further would leave no room for error during construction and installation. Thus, a section of the pipe will be exposed in the riverbank. This is still preferrable to an aerial crossing as flooding and debris can severely damage a pipe exposed in an aerial crossing. To protect the sewer crossing within the riverbed, it will be concrete encased. The encasement will be designed by a structural engineer with reinforcement. The exposed section

of the encasement will be smooth and coated, similar to a speed bump, to reduce any impact to river water flow.



**Figure 4-8: Proposed Pipe Crossing
Shoal Creek at the End of Section 1**

## Property/Easement Considerations

Per GIS data, no easements are recorded along the existing trunk sewer Section 1 downstream of the confluence. The DWM Design Standards state that permanent easements are to be a minimum of 20 feet in width, with the sewer pipe centered in the easement. Table 3.3 of the Gravity Sewer Design Standards lists the minimum temporary easement width for a pipe greater than 30 inches to be 50 feet. It is likely that any work performed on the existing pipe will require the County to acquire a PE, then TCE for proposed alignments. A ROE may be required for the existing pipe sections requiring abandonment or rehabilitation.

For Alternative 1, the preliminary proposed alignment passes through 47 parcels requiring plats. Each of these plats would require both a PE and TCE, which does pose a risk for schedule delays. The proposed LOD for the proposed alignment also encroaches on 10 parcels, without a sewer. These 10 parcels will require a TCE. The table below lists the affected parcels and the gravity sewer passing through each one. A new PLAT and LEGAL will need to be generated for each property of which the realigned sewer crosses such that DeKalb County DWM can begin the easement acquisition process. See Appendix B, Table B-2, for a list of parcels impacted by sewer crossings.

## Permitting

Any work within the stream buffer that falls within the requirements as stated in the permitting section requires a Nationwide Permit (NWP) and Stream Buffer Variance (SBV). If the work is significant enough, an individual permit authorized by the U.S. Army Corps of Engineers (USACE) is required. The preliminary proposed parallel alignment for Alternative 1 has approximately 320 linear feet crossing through the stream buffer. This level of work within the stream buffer requires a simple SBV and may require a PCN for an NWP. However, it is unlikely an individual permit would be required for the work for Alternative 1, meaning the risk for schedule delay due to permitting is significantly reduced.

### 4.1.3.    Section 1 Alternative 2 – Parallel Relief Sewer

This alternative assesses installation of a parallel relief sewer for Section 1 while leaving the existing Section 1 as is. During the preliminary design phase, a parallel relief sewer was considered a valid alternative until the existing conditions were reviewed, and it has since been determined that the existing trunk sewer cannot remain in the existing condition. While adding a parallel relief sewer adds capacity and eliminates the surcharging, it does not address the existing issues with the pipe's slope, location, and condition. The most concerning of the issues is the pipe's cover, as there are segments which are exposed and cross the stream bank, which may result in the pipe failing and surcharging into the stream. Keeping the existing alignment in operation will result in higher costs, risks, and maintenance.

This alternative is not recommended because the existing trunk sewer cannot remain in its existing conditions.

### 4.1.4.    Section 1 Alternative 3 – Rehabilitation

This alternative addresses the consideration that if the existing trunk sewer is to remain, it cannot remain in its current condition and it will need to be rehabilitated. This alternative also supports installation of the EQ tank. However, rehabilitation does not address the existing conditions that are not meeting DWM Design Standards and would therefore require further point replacements. Rehabilitation has the same risks as Alternative 2, but does not add capacity in the trunk sewer. The EQ tank, to be done by others, addresses capacity issues in the trunk sewer but the sewer still requires rehabilitation.

This alternative is not recommended because the existing trunk sewer cannot remain in its existing alignment due to not meeting DWM Design Standards.

## 4.2.    Section 2 – Highway I-20 to Flat Shoals Parkway

Section 2, shown on Figure 1-1, starts at the confluence of Doolittle, Shoal Creek, and Cobb Fowler Creek trunk sewers near the intersection of Flat Shoals Parkway and Boring Road and continues upstream to I-20 Crossing. This section resides in an area containing a combination of residential and commercial properties along the Shoal Creek floodplain. Section 2 has three road crossings, two highway crossings, and two creek crossings. The size and length of Section 2 piping is shown in Table 4-2 and on Figure 4-9.

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design

**Table 4-2: Pipe Diameter Characterization of Section 2**

| Pipe Diameter (in) | Length of Pipe (ft) |
|---|---|
| 21 | 350 |
| 24 | 4,480 |
| 30 | 55 |
| 36 | 9,270 |



**Figure 4-9: Pipe Diameter Characterization of Section 2**

### 4.2.1.    Section 2 Project Overview

Three alternatives are evaluated to achieve the County's objectives for Trunk Section 2:

- **Alternative 1**: Replacement in New Alignment – Abandon existing trunk sewer and replace with an upsized parallel sewer (preferred).

- **Alternative 2**: Parallel Relief Sewer – Install a parallel relief sewer interceptor with existing trunk sewer to remain as is.

- **Alternative 3**: Replacement in Same Alignment – Replace the existing sewer within the same alignment.

Each of these strategies presents advantages and disadvantages with respect to engineering and constructability, environmental limitations, property and easement acquisition requirements, permitting, and cost. Section 2 is evaluated holistically for each alternative.

### 4.2.2.    Section 2 Alternative 1 – Replacement in New Alignment

This alternative assesses the installation of a parallel pipe, sized to adequately hold existing and future flow capacities. The existing pipe will be abandoned in place.

This is the preferred alternative as the existing conditions do not meet the DWM Design Standards and the pipe is in poor condition and unable to be feasibly rehabilitated.

#### Engineering Considerations

Alternative 1 would mostly eliminate surcharging with a new parallel sewer sized to handle the full capacity of trunk Section 2. This sewer would be 48 inches in diameter.

#### Material Considerations

The recommended pipe material is DIP per DWM Design Standards; however, other materials could be utilized depending on material availability and cost. For example, FRP may still be utilized per the benefits stated in subsection 4.1.2. Alternative pipe material bids could also be allowed for price comparison.

#### Construction Considerations

This alternative allows the existing trunk sewer to stay in service during construction, eliminating any need for bypass pumping. After construction, the existing trunk sewer is abandoned in place and blocked with flowable fill.

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design



**Figure 4-10: Overall Section 2**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design

## Profile Considerations

The proposed vertical alignment of the parallel sewer adheres to the design standards meeting minimum depth and slope requirements as discussed in earlier sections. However, while the minimum slope per the Design Standards is 0.064%, the new parallel sewer alignment will maintain a minimum design slope of 0.1%. Due to the grade along Section 2, a 0.1% slope is mostly able to be maintained. However, at certain points along the sewer line, the line must make a drop. Figure 4-11 (also see Drawing C-07 of Appendix A) illustrates a section of the proposed trunk sewer with a drop. This drop is required to eliminate the aerial crossing between manholes 30 and 31. Because of this drop, a drop structure may need to be considered.



**Figure 4-11: Proposed Profile to Eliminate Aerial Crossing**

Due to this drop, the new parallel alignment proposed for Alternative 1 will be able to maintain the minimum required depth of bury, except where otherwise noted.

## Road Crossing Considerations

The existing Section 2 trunk sewer crosses under I-20, I-285, and five roads shown on Figures 4-12 through 4-15. The existing manhole locations for Flat Shoals Parkway and Columbia Drive crossings (shown on Figures 4-21 and 4-22) are not preferred for access due to being under the pavement and within the ROW.

The proposed alignment runs perpendicular to roadway utilities. There are two telephone lines, but those should pose no issue as they are all 20+ feet above the proposed alignment.

Columbia Drive has two utility lines, one gas and one cable line. The gas line is approximately 3 feet above the proposed alignment while the cable line elevation above the alignment is unknown.

I-285 does not appear to have any utilities at this location.

Rainbow drive does have utilities, two cable lines and one gas, but all three are more than 20 feet above the existing and proposed alignments and will cause no issues.

Finally, Ember Drive has one cable and one gas line running along the road, and both of those lie approximately 6 to 7 feet above the existing and proposed alignments. While that is not a great distance, it should not create any serious issues.



**Figure 4-12: GIS Image of Existing
Section 2 Crossing under Flat Shoals Parkway**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design



**Figure 4-12: GIS Image of Existing
Sewer Crossing under Columbia Drive**



**Figure 4-13: GIS Image of Existing
Section 2 Crossing under I-285**



**Figure 4-14: GIS Image of Existing
Section 2 Crossing under Rainbow Drive**



**Figure 4-15: GIS Image of Existing
Section 2 Crossing under Ember Drive**

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design

The proposed parallel alignment would be installed using J&B at all roadway crossings, except I-285 and I-20. The pipes would run parallel to the existing line, adjusted as needed for the best J&B angles. The new manholes along the alignment would be placed outside the ROWs for maintenance and ease of access. For the crossing under I-285 and I-20, the County has requested microtunneling be used instead of J&B or regular tunneling. Microtunneling is a more conservative trenchless construction method such that it is less likely to have difficulties if the drill bit encounters cobble or a buried tree. Additionally, microtunneling has a much lower chance of collapsing as compared with regular tunneling.



**Figure 4-16 - Section 2 Proposed I-20 Crossing**

## Environmental Considerations

Construction within the stream buffer requires permitting as it may lead to significant environmental impacts. The proposed parallel sewer alignment of Alternative 1 places the trunk sewer outside of the buffer. However, the existing survey provided by DeKalb County shows an area of about 26 acres of wetlands on the Section 2 route. Approximately 415 LF of the existing Section 2 passes through these wetlands. The proposed alignment cannot directly parallel this section of sewer as it will then also cross into the 25-foot stream buffer. Avoiding the wetlands is also not feasible for this section of Alternative 1 as it will cause the sewer to be placed too far into private property. Currently, the proposed alignment of Alternative 1 has 445 LF of pipe passing through the wetlands, which can be seen on Figure 4-16.



**Figure 4-17: Section of Sewer Entering Wetlands**

This section of pipe passing through the wetlands would be installed using J&B. The angle at which the proposed parallel pipe approaches the wetlands allows for the J&B installation. It is recommended that for this section of installation, the thickest pipe casing material be utilized as pipes tend to rise when bored under wetlands. While the preliminary parallel alignment for this location avoids the stream buffer and is best for J&B installation, it will pass through private property, which

currently has no gravity sewer mains passing through it. This alignment route is considered the best route to avoid the stream buffer, install pipe through a wetland, and avoid passing through the middle of properties.

Section 2 has two major river crossings, which are currently aerial crossings. Alternative 1 can eliminate one of these aerial crossings, specifically the crossing described in the existing conditions assessment and shown on Drawing C-07 in Appendix A. The pipe would be installed via open cut method and would be encased in concrete.

The second aerial crossing, shown in the existing survey, cannot be eliminated with the proposed alignment and profile of Alternative 1. This would require the pipe to be buried almost 40 feet below grade to pass below the stream bed. Existing structures in the area also make the construction of 40-foot-deep manholes extremely challenging, as the excavation required for the depth would impact these structures. Thus, this stream crossing will have to be an aerial crossing. This aerial crossing will be approximately 250 feet in length, a detailed design will be submitted to the County per Table 5.3 of the Design Standards. The elevation for this aerial crossing is determined such that the bottom of the pipe is no lower than the 50-year flood plain, though the plans will show the 20-, 50-, and 100-year flood elevations.



**Figure 4-18: Non-viable Buried Stream Crossing Along Section 2**

## Property/Easement Considerations

Per GIS data, Section 2 does have permanent easements along various segments. The existing easements run from the initial confluence to I-285 (except where the sewer crosses two properties after Columbus Drive). From I-285 to Rainbow Road, no easements are recorded. Between Rainbow Road and I-20, a permanent 10-foot easement is recorded along the trunk sewer length.

The proposed parallel trunk sewer would cross 14 parcels, two of which did not previously have a sewer passing through. Table B-3 in Appendix B lists the affected parcels and delineates which sewer crosses through them. The proposed parallel alignment would need a PE and TCE within each of these parcels, which poses a risk to schedule. A new plat will need to be generated for each property of which the realigned sewer crosses such that DeKalb DWM can begin the easement acquisition process.

## Permitting

As with Section 1, Section 2 requires a land disturbance permit from DeKalb County, and since this section does not pass through any incorporated cities, the LDP will only be needed from DeKalb County. Specifically, for this proposed alternative, while the alignment is able to mostly stay out of the stream buffer, there are segments that have to cross over, so a SBV permit from the GAEPD is required. Additionally, since the alignment passes through wetlands, a Section 404 permit is needed from the USACE. Finally, since the alignment will pass under roadways, a GDOT utility encroachment permit is needed for the five road crossings.

### 4.2.3.    Section 2 Alternative 2 – Parallel Relief Sewer

This alternative assesses installation of a parallel relief sewer interceptor for Section 2 while leaving the existing Section 2 as is. During the preliminary design phase, a parallel relief sewer was considered a valid alternative until the existing conditions were reviewed and it has been determined that the existing trunk sewer cannot remain in its current condition. While adding a parallel relief sewer adds capacity and eliminates the surcharging, it does not address the existing issues with the pipe's slope, location, and condition. Keeping the existing alignment in operation may result in higher costs, risks, and maintenance.

This alternative is not recommended because the existing trunk sewer cannot remain in its current condition.

### 4.2.4.    Section 2 Alternative 3 – Replacement in Same Alignment

This alternative assesses installation of an upsized pipe in the current alignment. While upsizing in the current alignment addresses issues with capacity and existing operational condition, it does not address the issues associated with a shallow slope, depth of bury, or proximity to the stream buffer.

This alternative is not recommended because the existing trunk sewer cannot remain in its existing alignment since it does not meet DWM Design Standards.

## 4.3.    Section 3 – South Columbia Drive to Highway I-20

Section 3 comprises the upstream end reaches of the Shoal Creek Trunk Sewer, serving the neighborhoods of Oakhurst, Avondale, Decatur, Belvedere Heights, Candler-McAfee, and large areas of unincorporated DeKalb County. Four of the seven repeat SSO areas identified by the Consent Decree Management Program are located on Section 3: 1433 Deerwood Drive, 1615 Melanie Court, 2480 Miriam Lane, and Thrasher Circle.

Section 3 can be further categorized into two subsections: Section 3A and Section 3B. Section 3A includes all of Section 3 south of Memorial Drive and includes Lines A.1 and A.2. Section 3B includes all of Section 3 north of Memorial Drive and includes Lines B.1, B.2 and B.3.

Section 3 is made up of five converging lines— lines A.1, A.2, B.1, B.2 and B.3. Lines A.1 and B.1 make up the main trunk of Section 3, starting at the intersection of Shoal Creek and I-20 (downstream) and ending at South Columbia Drive in Decatur (upstream). The two lines making up the main trunk of Section 3 are divided by the manhole north of Memorial Drive (MH 15-202-s035), with Line A.1 existing south of MH 15-202-s035 and Line B.1 existing north of MH 15-202-s035. Line A.2 is a shorter run of pipe serving neighborhoods around Shoal Creek Park and feeding into Line A.1 near Glenwood Road. Line B.2 serves the College Heights neighborhood near Agnes Scott College and feeds into Line B.1 near Midway Road. Line B.3 serves Avondale and Midway Woods and meets with Line B.1 near Memorial Drive.



Figure 4-19: Section 3 Line Segments

Table 4-3 summarizes the total lengths of the four lines and the range of existing pipe sizes in each line.

**Table 4-3: Total Length and
Existing Pipe Size Range for Section 3**

| Line | Total Length of Pipe (ft) | Smallest Diameter, Existing (in) | Largest Diameter, Existing (in) |
|---|---|---|---|
| A.1 | 15,270 | 18 | 24 |
| A.2 | 1,030 | 24 | 24 |
| B.1 | 9,830 | 8 | 18 |
| B.2 | 8,540 | 8 | 15 |
| B.3 | 3,860 | 8 | 15 |
| B.4 | 1,000 | 8 | 10 |
| B.5 | 590 | 10 | 12 |
| Total | 40,120 | 8 | 24 |

## 4.3.1.    Section 3 Project Overview

Improving the capacity and condition of Section 3 requires installation of new pipe along the corridor. The County's *2020 Master Plan* has identified pipes along the Shoal Creek Trunk Sewer that are undersized to carry the anticipated 2050 flow and require upsizing. Of the existing 40,000 total feet of trunk sewer in Section 3, over 94% is listed as undersized by the DeKalb County Master Plan. CCTV shows that pipe conditions have deteriorated along Section 3, including instances of lining failure and pipe collapse. Survey efforts have also shown that the alignment, depth, and grading of the existing pipe in Section 3 no longer conform to DeKalb County Gravity Sanitary Sewer standards. At least 25% of the total linear footage of existing pipe in Section 3 does not currently meet minimum slope standards.

Three alternatives are evaluated to achieve the County's objectives for Section 3:

- **Alternative 1**: Replacement in Same Alignment – Replace the existing sewer within the same alignment.

- **Alternative 2**: Replacement in New Alignment – Abandon existing trunk sewer and replace with an upsized parallel sewer.

- **Alternative 3**: Rehabilitation – Rehabilitate existing sewer.

Each of these strategies presents advantages and disadvantages with respect to engineering and constructability, environmental limitations, property and easement acquisition requirements, permitting, and cost. Section 3 is evaluated on a pipe-by-pipe or case-by-case basis with Alternative 1 chosen for the majority of the pipe segments, Alternative 2 chosen for select segments within Section 3, and Alternative 3 was deemed infeasible for Section 3 segments as pipe bursting factors presented unfavorably.

## 4.3.2.    Section 3 Alternative 1 – Replacement in Same Alignment

Alternative 1 is to remove existing pipe and replace it with new pipe in the same trench, resizing and sloping the pipe as necessary to meet DWM Design Standards as well as design capacity. As discussed previously, Alternative 1 is proposed for the majority of the Section 3 pipe segments.

### Engineering Considerations

Removing and replacing existing pipe uses the existing horizontal alignment but requires larger pipe diameters as necessitated by the design flows. Replacement is performed either using open cut or pipe bursting methods. Open cut is the preferred construction method for Alternative 1.

The proposed pipe slopes vary from existing in order to meet minimum depth requirements (4 feet of cover), allow for adequate capacity, and fall within the acceptable velocity range (3 to 9 feet per second). The slopes also vary from existing in order to allow for buried creek crossings with adequate depth of cover between the creek bed and the top of pipe. The slopes also vary from existing to allow for an 18-inch vertical clearance from potable water, as practical.

Bypass pumping is required in all instances of Alternative 1.

There is a low probability of missing a lateral tie-in as the existing pipe will be replaced in the same trench and at the same or greater depths. Any new laterals will be installed perpendicular to the ROW/easement/edge of pavement. Minimum lateral size is 6 inches for residential services and 8 inches for commercial services. Most reinstatements match size to existing. Reinstatement of laterals are mainly made via open cut at each lateral location. Lateral sizes may be 6 inches in the ROW/easement and 4" at the easement/property line.

### Environmental Considerations

All segments of Section 3 are currently located along Shoal Creek and the tributaries to Shoal Creek and wetland areas, which are potentially classified as WOTUS. WOTUS are regulated by the USACE, who has the final judgement towards status of WOTUS, as well as required permits for impacts to WOTUS. Furthermore, streams and open-water areas are also classified as Waters of the State by the GA EPD. The waters of the State have required 25-foot stream buffer identified from the edge of wrested vegetation along the bank of State waters.



**Figure 4-20: Wetland Areas of Section 3**

Existing pipe alignment crosses WOTUS and encroaches on the 25-foot stream buffer area in numerous locations along Shoal Creek and its tributaries within DeKalb County.

The Clean Water Act Section 404 requires that all impacts to WOTUS be approved by the USACE. The USACE has determined that certain impacts to WOTUS are minimal by design, and as such have created Nationwide Permits to streamline the application process. Due to proposed minimal impacts and avoidance to WOTUS, it is expected that permanent impacts will be minor (temporary) within the design. Nonetheless, these temporary impacts still meet the requirements of the Nationwide Permit 58 – Utility Line activities for water and other substances. Permanent impacts are not expected to occur during open cut/fill of new and or removal of pipeline areas within WOTUS. Any areas that will require J&B are not considered impact since fill within WOTUS is a necessity and thus does not require Pre-Construction Notification for Nationwide Permit approval.

## Property/Easement Considerations

Remove and replace takes place along existing pipe alignments, for which the County already owns permanent easements. Therefore, this alternative largely avoids property and easement challenges as related to land acquisition. Construction access will be prioritized in places where public ROW permits access.

## Permitting – Required Permits

**DeKalb County LDP**. The construction of the pipe rehabilitation within unincorporated DeKalb County requires a LDP through the DeKalb County Planning and Sustainability Division. Approval for the LDP will be coordinated with DeKalb County Planning and Sustainability. Requirements of the LDP include a tree survey by a certified arborist and Tree Recompense Plans for all alignments and/or easements outside the existing alignments and/or easements, as well as a DeKalb County Buffer Variance application for any encroachments within the 50-foot stream buffer of DeKalb County.

**Avondale Estates LDP**. The upper portion of Section 3B Line B.2 runs through Avondale Park in the city of Avondale Estates and will require an LDP through Avondale Estates. Approval for this LDP will be coordinated with Avondale Estates.

**Decatur LDP.** A small segment of Section 3 passes through the city of Decatur, so approval of the LDP will be coordinated with the city for this small segment.

**GDOT Utility Encroachment.** Section 3 crosses under numerous roads, so a utility encroachment permit will be coordinated with GDOT.

**GA EPD SBV**. Any clearing and earth disturbing impacts within the 25-foot stream buffer of Shoal Creek or other water of the State will require submittal of a GA EPD SBV and approval of the SBV by GA EPD. Removal and replacement techniques for Alternative 1 requires an open cut trench within the existing sewer easements which will temporarily impact the 25-foot riparian buffer of waters of the State throughout Section 3. These alignments will cause temporary impacts to the 25-foot buffer, which requires notification to GA EPD and approval of a SBV by GA EPD.

**USACE 404 Nationwide Permit 58**. Alternative 1 requires stream crossings along Shoal Creek and other tributaries and/or other WOTUS. These crossings will be temporary in impact, meaning that existing elevation will be returned to the original elevation and temporary construction work such as coffer dams and/or stream rerouting will be removed, and streams will be returned to their natural flow. Any impacts to WOTUS over 0.01 acre of wetland and/or 0.001 acre of stream require a PCN for use of USACE 404 Nationwide Permit 58. It is anticipated that temporary impacts to streams, and potentially wetland areas, along the new alignment and the old existing alignments that will require PCN submittal to the USACE as well as approval of the use of NWP 58 prior to construction of Section 3. It is expected that only one requires PCN submittal to the USACE, and due to the minor nature of the impacts, does not assume the necessity of an Individual Permit for Section 3 temporary impacts.

It is anticipated that all impacts discussed will be permitted within one USACE 404 Nationwide Permit 58 and one GA EPD SBV application.

### 4.3.3.   Section 3 Alternative 2 – Replacement in New Alignment

Alternative 2 abandons the existing sewer in place and places a parallel sewer along a new alignment, sizing and sloping the proposed pipe as necessary to meet DeKalb County Sanitary Sewer Design Standards as well as design capacity. Although Alternative 1 is proposed for the

majority of the Section 3 pipe segments, Alternative 2 is the preferred option in places where Alternative 1 is not feasible.

## Engineering Considerations

Alternative 2 abandons the existing sewer and places a parallel sewer along a new alignment. This method requires a new pipe alignment, as well as reconfigured lateral connections as necessary. Alternative 2 is selected where the existing alignment falls within one of three cases:

1. The existing pipe segments run under major roadways or creek bed that will require J&B, where open cut removal is not feasible.

2. Segments where the existing alignment has been exposed by erosion or has the potential to be exposed by erosion from the adjacent creek and realignment is necessary to meet DeKalb County standards.

3. Segments where the existing alignment runs under a building or permanent structure and cannot be accessed or maintained.

When any of these conditions are present in the existing alignment, Alternative 2 is considered instead. The Tables B-4 through B-8 in Appendix B, sorted by Lines A–D in Section 3, depict each pipe segment proposed for realignment.

Careful consideration needs to be given to this alternative with respect to reconnecting laterals. They will need to be extended to the new realigned pipe.

Existing pipe will be abandoned per DeKalb County Standard VI.13. Each line to be abandoned, at a minimum, shall have a brick bulkhead at each end. Flowable fill shall be pumped into the pipeline from the upstream end with sufficient pressure to ensure that the line is completely filled. The flowable fill requirements shall follow the minimum requirements of GDOT Section 600.

## Environmental Considerations

Environmental concerns for Alternative 2 are similar to Alternative 1. In Alternative 2, however, pipe realignment presents the opportunity to decrease stream buffer impacts wherever it is possible to realign the pipe away from buffer zones.

## Property/Easement Considerations

Alternative 2 requires a more-extensive easement acquisition process than Alternative 1, as new easements will need to be obtained for each property through which the realignment falls. A new plat and legal will need to be generated for each property of which the realigned sewer crosses such that DeKalb DWM can begin the easement acquisition process. Tables C-9 through C-13 in Appendix B, sorted by Lines A–D in Section 3, depict each parcel of which a proposed realignment easement extents falls within the respective parcel boundary.

## Permitting – Required Permits

**DeKalb County LDP**. The construction of the pipe rehabilitation within unincorporated DeKalb County requires an LDP through the DeKalb County Planning and Sustainability Division. There will be efforts to coordinate with DeKalb County Planning and Sustainability for approval of the LDP. Requirements of the LDP include a tree survey by a certified arborist and Tree Recompense Plans for all alignments and/or easements outside of the existing alignments and/or easements, as well as a DeKalb County Buffer Variance application for any encroachments within the 50-foot stream buffer of DeKalb County.

**Avondale Estates LDP**. The upper portion of Section 3B Line B.2 runs through Avondale Park in the city of Avondale Estates and will require an LDP through Avondale Estates. Efforts will be taken to coordinate with Avondale Estates for approval of the LDP for this portion of Section 3.

**GA EPD SBV**. Any clearing and earth disturbing impacts within the 25-foot stream buffer of Shoal Creek or other water of the State require submittal of a GA EPD SBV and approval of the SBV by GA EPD. Although new alignments for Alternative 2 avoid a number of buffer impacts, due to the topography and slope requirements a number of new alignments require an open cut trench method within 25-foot riparian buffer of waters of the State throughout Section 3. These alignments will cause temporary impacts to the 25-foot buffer which will require notification to GA EPD and require approval of a SBV by GA EPD.

**USACE 404 Nationwide Permit 58**. Alternative 2 requires stream crossings along Shoal Creek and other tributaries and/or other WOTUS. These crossings will be temporary in impact, meaning that existing elevation will be returned to the original elevation and temporary construction work such as coffer dams and/or stream rerouting will be removed, and streams will be returned to their natural flow. Any impacts to WOTUS over 0.01 acre of wetland and/or 0.001 acre of stream require a PCN for use of USACE 404 Nationwide Permit 58. R2T anticipates temporary impacts to streams and potentially wetland areas along the new alignment and the old existing alignments, which require PCN submittal to the USACE as well as approval of the use of NWP 58 prior to construction of Section 3. It is expected only one required PCN submittal to the USACE and, due to the minor nature of the impacts, does not assume the necessity of an Individual Permit for Section 3 temporary impacts.

It is anticipated that all impacts discussed will be permitted within one USACE 404 Nationwide Permit 58 and one GA EPD SBV application.

### 4.3.4.    Section 3 Alternative 3 – Rehabilitation

Alternative 3 rehabilitates the pipe with trenchless technology and utilizes pipe bursting to replace and upsize eligible pipes in place, using the methods described earlier. Alternative 3 is considered for locations where open cutting is considered problematic such as high utility congestion or restricted working areas.

During construction, Alternative 3 would require the contractor to implement bypass pumping. Alternative 3 is under consideration for pipe in Section 3 whereas the conditions for pipe bursting are favorable.

## Engineering Considerations

Pipe bursting is used to replace or upsize a pipe along its existing alignment. Therefore, any segment that is proposed to be realigned, either laterally or vertically, is ineligible for pipe bursting. Table B-4 details all the pipe segments that require lateral realignment. Figures 4-19 and 4-20 summarize the existing pipe segments that have inadequate slope or do not have sufficient cover and are proposed to be vertically realigned. Approximately 75% of the total linear footage of Section 3 will be realigned either laterally or vertically as outline in Alternative 1.

Sections of pipe that are eligible for replacement by pipe bursting may not all be feasible. The IPBA *Guidelines for Pipe Bursting* (2012) gives four difficulty classifications (A–D) for pipe bursting based on pipe depth, existing pipe diameter, amount of pipe upsize, pipe length, original pipe trench width, and soil conditions. Difficulty A is minimally feasible, B is moderately feasible, C is comprehensive, and D is developmental—meaning that pipe bursting under these conditions is not currently practicable. Table 4-4 shows the IPBA Criteria for difficulty rating.

**Table 4-4: IPBA Pipe Bursting Difficulty Rating Criteria**

| | Pipe Bursting Difficulty Classification System | | | |
|---|---|---|---|---|
| | **A** | **B** | **C** | **D** |
| | *Minimal* | *Moderate* | *Comprehensive* | *Developmental* |
| **Depth** | <12 feet | 12 to 18 feet | >18 feet | N/A |
| **Existing Pipe Diameter** | <12 inches | 12 to 18 inches | 20 to 36 inches | >36 inches |
| **Upsize** | 0 | 1 | 2 to 3 | >3 |
| **Length** | <350 feet | 350 to 500 feet | 500 to 1,000 feet | > 1,000 |
| **Original Trench Width** | Relatively wide | >4 inches wider than expander head OD | Constricted trench geometry | N/A |
| **Soil Conditions Outside Trench** | Compressible soils outside trench | Moderately compressible soils outside trench | Incompressible soils outside trench | N/A |

Source: IPBA. 2012. *Guidelines for Pipe Bursting.*

Of these criteria, data about depth, pipe diameter, upsize, and length of existing segments are available for analysis. Segments eligible for pipe bursting are evaluated according to the criteria and the available data. Original trench width and soil compressibility are not accounted for in the analysis. Figure 4-22 shows the pipes that are ineligible for pipe bursting and shows the difficulty classification of the eligible segments for Section 3.

Shoal Creek Trunk Sewer Relief Project
Dekalb County, Georgia

4: Project Conceptual Design



**Figure 4-21: Section 3 Pipe Burst IPBA Difficulty Classification**

Table 4-5 shows a summary of the data shown on Figure 4-22, including number of segments and length of pipe that fall into each category.

Table 4-5: Section 3 Eligibility and Difficulty Classification

|  | Number of Segments | % of Segments | Total Pipe Length | % of Total Pipe Length |
|---|---|---|---|---|
| **Not Eligible** | 197 | 92% | 41175 | 94% |
| **Class A (Difficulty)** | 6 | 3% | 625 | 1% |
| **Class B (Difficulty)** | 2 | 1% | 81 | 0% |
| **Class C (Difficulty)** | 5 | 2% | 1353 | 3% |
| **Class D (Difficulty)** | 4 | 2% | 405 | 1% |

As shown on Figure 4-22 and in Table 4-5, most segments are not eligible for pipe bursting. Of the remaining 17 segments that are eligible, only 8 of them are of minimal or moderate difficulty, and 7 are comprehensive or developmental. The difficulty level of these segments is due mostly to the amount of proposed upsizing.

## Environmental Considerations

Environmental concerns exist for Alternative 3 in that the same alignment and construction corridor as existing pipe will be utilized. However, in Alternative 3, trenchless technology presents the opportunity to lessen stream buffer and WOTUS impacts.

## Property/Easement Considerations

Alternative 3, will take place along existing pipe alignments, which the County already owns permanent easements for. Therefore, this alternative will largely avoid property and easement challenges as related to land acquisition. Construction access will be prioritized in places where public ROW permits access.

## Permitting – Required Permits

Alternative 3 is to utilize a trenchless technique and would not require fill into WOTUS. If Alternative 3 was a viable option for the entire project, permitting would not be required for USACE. However, not all areas of sewer rehabilitation are suitable for the trenchless technique. The areas within the trenchless technique would not require USACE or GA EPD permitting. Since this technique is not feasible for all of Section 3, permitting would remain the same for areas not inclusive of the trenchless technique.

This page intentionally left blank.

# 5. Alternatives Comparison and Recommendations

Table 5-1 compares the different alternatives for each trunk section of pipe.

**Table 5-1: Trunk Sections Alternatives Heat Map**



| Trunk Sections | Alternatives | Recommended | Minimize Community Impacts | Schedule Adherence | Cost Adherence | Safety and Sustainability | Coordination and Collaboration |
|---|---|---|---|---|---|---|---|
| 1 | **1: Pipe Replacement New Alignment** | ✓ | 🟨 | 🟨 | 🟨 | 🟩 | 🟩 |
| 1 | 2: Parallel Relief Sewer | | 🟥 | 🟥 | 🟥 | 🟥 | 🟥 |
| 1 | 3: Pipe Rehabilitation | | 🟥 | 🟥 | 🟥 | 🟥 | 🟥 |
| 2 | **1: Pipe Replacement New Alignment** | ✓ | 🟨 | 🟨 | 🟨 | 🟩 | 🟩 |
| 2 | 2: Parallel Relief Sewer | | 🟥 | 🟥 | 🟥 | 🟥 | 🟥 |
| 2 | 3: Pipe Replacement Same Alignment | | 🟥 | 🟥 | 🟥 | 🟥 | 🟥 |
| 3 | **1: Pipe Replacement Same Alignment** | ✓ | 🟨 | 🟨 | 🟨 | 🟥 | 🟨 |
| 3 | 2: Pipe Replacement New Alignment | | 🟥 | 🟨 | 🟥 | 🟥 | 🟥 |
| 3 | 3: Pipe Rehabilitation | | 🟩 | 🟨 | 🟨 | 🟨 | 🟩 |

**Key**: 🟩 Good    🟨 Fair    🟥 Poor

## 5.1. Section 1 Recommendations

**Alternative 1 – Pipeline Replacement & New Alignment**, is the preferred alternative for Section 1, as it achieves all of the County's objectives for the project. This alternative has the predicted lowest impact on community, schedule, cost, safety and sustainability, and coordination and collaboration. This alternative is expected to have minor impacts to the community due to the proposed alignment needing new permanent easements for the new pipe alignment, but reduces the community's risk of SSOs. There are some risks to the schedule, but Alternative 1 is the most desirable of the three alternatives. An advantage to cost is that this alternative does not require bypass pumping as the existing trunk sewer may stay in service during the construction of the parallel line. For safety and sustainability, O&M for the new sewer would be less than that of the existing because the pipe would adhere to the DWM Design Standards. However, it is still recommended the pipe undergo cleanings every 5 years, per USEPA guidelines. Continued monitoring would not be needed as the lifespan of the new pipe would be much greater than the existing trunk sewer. The permitting for this alternative is minimal, though an SBV is required due

to the short run of pipe that passes through the buffer. However, this alternative requires the acquisition of permanent easements along the entire length of the alignment.

This alternative is recommended because the existing conditions do not meet the DWM Design Standards, the pipe is in poor condition and unable to be feasibly rehabilitated, and it has the lowest impact as shown in the above heat map. This alternative could also reduce surcharging in the line regardless of whether the EQ tank is installed.

## 5.2.    Section 2 Recommendations

**Alternative 1 – Pipeline Replacement & New Alignment**, is the preferred alternative for the majority of Section 2, given it achieves all of the County's objectives for the project. This alternative has the predicted lowest impact on community, schedule, cost, safety and sustainability, and coordination and collaboration. Based on the heat map, the estimated cost for this alternative is the lowest since bypass pumping would not be needed. The estimated cost for this alternative would include materials, such as pipe, fittings, etc., and labor for the excavation, then installation of the proposed parallel pipe. The construction schedule for this alternative would be shortest as bypass pumping is not required. The environmental permitting lead time would be the shortest as none of the pipe will be located within the stream buffer. However, permitting is needed for the work through the wetlands. The required O&M would be minimal as the proposed pipe adheres to the minimum design standards and the life cycle of the new pipe would be much longer than Alternative 2. It is still recommended that the section of pipe for the aerial crossing be monitored. However, PEs and TCEs would be required along the full length of the proposed parallel alignment. This could add significant time to the project.

This alternative is recommended because the existing conditions do not meet the DWM Design Standards, the pipe is in poor condition and unable to be feasibly rehabilitated, and it has the lowest impact as shown in above heat map.

## 5.3.    Section 3 Recommendations

**Alternative 1 – Pipeline Replacement & New Alignment**, is the preferred alternative for the majority of Section 3 since it is able to achieve most of the County's objectives for the project. However, Section 3 is branching and encounters many different challenges, so there will be opportunities to utilize replacement, either in the same or new alignment, or rehabilitation. Replacing the pipe in the same alignment is estimated as the middle cost in comparison with Alternative 2 and Alternative 3 of Section 3. Similar to Alternative 3, the existing alignment would be utilized, which allows for savings in easement and land acquisition in comparison to Alternative 2. Under Alternative 1, the site disturbance would be greater during construction versus Alternative 3 and the site may need to be returned to existing conditions. Alternative 1, however, has fewer constraints than Alternative 3 in terms of when it can be implemented. The savings in easement and land acquisition as well as the minimal number of limiting factors present Alternative 1 as the preferred and proposed choice.

# 6.   Project Implementation Strategy

All existing functions and service of the existing sanitary sewer are to remain during construction. There will be significant construction activity within this Project and others in the area, including: the EQ tank, rehab or replacement of the Doolittle, and more.

## 6.1.     Project Delivery Methods

This project will be delivered using a traditional design-bid-build project, delivery model – as determined by DWM. Alternative delivery methods were not considered.

## 6.2.     Project Prioritization and Sequencing

An advantage of the preferred alternatives for this project is that they can be mostly constructed simultaneously. The new alignments for Sections 1 and 2 can be constructed with the existing line remaining in service while Section 3 will require bypass pumping, but all can be constructed simultaneously, if needed. There will also be other projects in the Project vicinity that are expected to be under construction at the same time of this Project. The projects which need to be considered are as follows: EQ tank, Doolittle Trunk Sewer, and Cobb-Fowler Trunk Sewer.

## 6.3.     Opinion of Probable Construction Cost

Table 6-1 contains the estimates for the opinion of probable construction cost, as of May 2023, for the recommended design alternatives for each section. The OPCC was developed using the AACE guidelines. The AACE has guidelines for providing a low/high range for a projected cost based on project completion. As of May 2023, the AACE Level of Project definition is Estimate Class 3 based on the project reaching a 30 to 40% design stage. AACE defines the expected accuracy range for the cost estimate of -10% to +30%.

The values in this OPCC are based on quotes from various material suppliers and contractors, and using previous, similar bids and adjusting them for inflation. However, it is important to note that due to the volatility of the supply chain and current market, material prices and lead times can vary greatly and may be different between the time of this writing and when procurement begins. Additionally, total cost is no accounting for service lateral reconnection and surface restoration.

The full OPCC can be seen in Appendix E; it breaks down the cost of each item by section.

**Table 6-1: OPCC for Recommended Alternatives\***

| Section | Length (ft) | Cost per LF | Base OPCC | Low (-10%) | High (+30%) |
|---------|-------------|-------------|-----------|------------|-------------|
| 1 | 20,000 | 2,700 | $55,361,000 | $49,825,000 | $71,969,000 |
| 2 | 13,000 | 3,900 | $52,604,000 | $47,344,000 | $68,385,000 |
| 3A | 15,000 | 2,400 | $36,533,000 | $32,879,000 | $47,492,000 |
| 3B | 21,000 | 1,600 | $33,524,000 | $30,171,000 | $43,581,000 |
| Totals | 69,000 | 2,600 | $178,022,000 | $160,219,000 | $231,427,000 |

\* Project cost estimate at project mid-point of May 2023.

## 6.4.    Project Schedule

This Project is required to be completed by December 20, 2027 under the terms of the Consent Decree. A firm project schedule has not been established but a general understanding of the schedule as of March 2023 is under consideration by DWM and the CD Program Manager. This schedule is shown in Appendix H.

There are other proposed sewer projects adjacent to Shoal Creek project. Some of these projects might have overlapping construction easements and work areas. Communication and coordination are important to avoid delays on the Shoal Creek project.

The project will be bid in four sections: Section 1, Section 2, Section 3A and Section 3B. The invitation to bid will allow bidders to bid any one or multiple sections. In the sequence of construction, Section 1 must be completed first to increase downstream capacity. Sections 2, 3A and 3B can then proceed simultaneously. Based on this sequence of work, the project construction time is estimated at 30 months.

The schedule as of April 2023 has been approved by DWM, Appendix H.

**Table 6-2: Project Sections**

| Section No. | Length (ft) | Ex. Pipe Diam. (in) | Downstream MH | Upstream MH | Description |
|-------------|-------------|---------------------|---------------|-------------|-------------|
| 1 | 19,015 | 36 to 42 | 15-030-S005 | 15-070-S050 | Snapfinger Creek AWTF to Flat Shoals Parkway |
| 2 | 14,155 | 21 to 36 | 15-070-S012 | 15-121-S022 | Flat Shoals Parkway to Interstate 20 |
| 3 | 37,150 | 8 to 24 | 15-121-s022 | 15-234-s048 | Interstate 20 to Decatur |

## 6.5.    Risk Management

In the Consent Decree, the County has made a commitment to USEPA to complete the Shoal Creek Interceptor Project by December 2027. Project success is largely defined by meeting this requirement. At the same time, the County must complete the Project and satisfy internal and external stakeholder expectations.

Project success is dependent on identifying and managing risk. There are a number of risk categories for the project including: 1) Community/Stakeholder Concerns, 2) Easement Land Acquisition Delays, 3) Cost/Project Budget, 4) Permitting Delays, 4) Regulatory Requirements, 5) Utility Conflicts, and 6) Adjacent sewerline construction projects.

A Risk Register has been prepared to capture project specific risks by categories (Appendix C). During the remainder of the design phase, the impacts of each risk will be evaluated and responses and mitigations will be proposed.

At this stage of the project, risks have been identified which may affect successful project completion: easement acquisitions, permitting, design changes, and bid phase duration. Examples of the risks and possible mitigation measures are as follows:

1. For easement acquisitions, there is risk that it will take longer than expected to negotiate and retain the necessary easements. Additionally, the current easement data available is based on information acquired in GIS and Atlas. To mitigate this risk, it is recommended to obtain a detailed survey prior to the 60% Design Phase.

2. For permitting, there are multiple agencies that will require regulatory approvals prior to construction, with each having their own level of risk that could affect the overall schedule. Mitigation for some of the permitting agencies includes involvement during the design phase with meetings and workshops.

3. Further, if there were any major design changes during the design phase, this would result in design rework that would greatly affect the schedule.

4. Finally, there is potential risk with the bid phase duration, from advertisement to award, that could affect the overall schedule.

This page intentionally left blank.

# 7. Permitting, Easements, and Land Acquisitions Methodology

## 7.1. Permitting

The following sections summarize the requirements for permits normally required prior to construction.

The permitting required for this project will take 9 to 12 months. Some of the permitting can begin prior to completion of 100% design documents, like GDOT road crossing permits, while others will require 100% documents, like for permits with the GAEPD.

### 7.1.1. USACE Nationwide Permit

An NWP is a general permit, issued for no more than 5 years, authorizing activities with minimal individual and cumulative adverse environmental effects. The USACE can issue these permits under Section 404 of the Clean Water Act. In January 2021, USACE reissued and modified 12 of the existing NWPs and issued four new NWPs. A few months later on March 15, 2021, this January 2021 Final Rule went into effect. Per USACE's Savannah District regional regulations, a PCN is required for:

- All uses of NWPs that are within 2,000 feet of an approved mitigation bank.
- Projects that result in temporary and/or permanent adverse effect on 0.1 acre of wetlands and/or 0.01 acre of stream.

A PCN can take up to 45 days for processing. If the project meets all the terms, General Conditions, and Regional Conditions of the NWP and results in no more than minimal individual and cumulative adverse environmental effects, then the USACE will approve the Project work. However, if the Project is deemed to have more than a minimal impact on the environment, an individual permit will be required. The steps for an individual permit include:

- A consultation between the applicant, the USACE, and interested resource agencies.
- A public notice, comment, and response period.
- A possible public hearing.
- A public interest review evaluation.

A pre-application meeting with the USACE was held on January 9, 2023. The USACE project number for the Project is SAS-2023-00028 and the USACE Project Manager is Amy Egoroff. The USACE stated that a NWP 58 would be the main permit type needed for the project, but other permit types could be used depending upon the final design and scope of the project.

### Nationwide Permit 3 Maintenance

Depending on the selected alternatives, some construction activities could require authorization under USACE NWP 3(a) and 3(c). NWP 3(a) authorizes repair, rehabilitation, or replacement work

Case 1:10-cv-04039-SDG    Document 163-3    Filed 07/30/25    Page 86 of 123

Shoal Creek Trunk Sewer Relief Project                          7: Permitting, Easements, and
Dekalb County, Georgia                                          Land Acquisitions Methodology

of previously authorized, currently serviceable structures or fills. NWP 3(c) authorizes temporary structure, fills, and necessary work to conduct maintenance activity. A PCN is not required unless the project work meets USACE's Savannah District regional requirements.

## Nationwide Permit 13 Bank Stabilization

Construction activities that include bank stabilization necessary for erosion control or prevention, provided the activity meets the criteria of the permit, could require authorization under USACE NWP 13. A PCN is required for the use of this permit if:

- the activity involves discharges of dredged or fill material into special aquatic sites;

- is in excess of 100 feet in length;

- will involve the discharge of dredged or fill material greater than an average of one cubic yard per running foot as measured along the treated bank, or

- meets any of the USACE's Savannah District regional requirements.

## Nationwide Permit 58 Utility Line Activities for Water and Other Substances

Utility line construction activities that disturb wetlands and/or streams, would require authorization under USACE NWP 58, provided the activities do not result the loss of 0.5 acre of waters. A PCN is required for the use of this permit if:

- a Section 10 permit is required;

- activities have discharges that result in the loss of great than 0.1 acre; or

- any of the USACE's Savannah District regional requirements are met.

At the end of the project, temporary fills must be removed in their entirety and the affected areas must be returned to pre-construction elevations.

## 7.1.2.    Georgia Stream Buffer Variance

A 25-foot vegetative stream buffer is required along all non-trout State waters that have wrested vegetation by normal stream flow and evidence of interaction with baseflow per the GESA. Any construction related activities performed within the stream buffer requires an SBV prior to beginning construction. Rule 391-3-7-.05 Buffer Variance and Criteria stipulates any exemptions, criteria, and variance review application requirements. The only possible project-specific exemption is stated in Rule 391-3-7.05(1)(a), where stream crossings for water lines or stream crossing for sewer lines occur at an angle, as measured from the point of crossing, within 25 degrees of perpendicular to the stream and cause a width of disturbance of not more than 50 feet within the buffer. The review process to obtain an SBV could take between 60 and 90 days.

## 7.1.3.    Georgia EPD Construction Permit

All sewer extensions and rehabilitations must be reviewed by the Georgia EPD unless the project involves like-for-like replacement of existing lines (i.e., same diameter, alignment, etc.) There are no additional permits or steps required for sewers 36 inches or greater. However, some municipalities are delegated by the EPD to review their own sewer extensions and rehabilitations, and some of

Case 1:10-cv-04039-SDG     Document 163-3     Filed 07/30/25     Page 87 of 123

Shoal Creek Trunk Sewer Relief Project                              7: Permitting, Easements, and
Dekalb County, Georgia                                             Land Acquisitions Methodology

those delegated municipalities may not approve sewers over 36 inches. In that case, the GA EPD will be responsible for review and approval.

In the case with DeKalb County, there is a Memorandum of Understanding where sewer lines larger than 36 inches will need a separate construction permit from the GA EPD. GA EPD need to review and approve the plans for Sections 1 and 2.

## 7.1.4.    Georgia NPDES Permit

A Georgia NPDES General Permit GAR100002 for Stormwater Discharges Associated with Construction Activities is required for stormwater discharges from infrastructure projects that disturb 1 or more acres. Project activities such as clearing, grading, excavating, and stockpiling are covered by this permit. Land disturbance are areas in actual contact or create a connected, uninterrupted area or areas of land disturbances solely separated by drilling and boring activities, waters of the State and adjacent to State-mandated buffers, roadways and/or railways. A NOI must be submitted 14 days prior to the beginning of construction or land disturbing activities. Special conditions and management practices must also be satisfied for this permit where stormwater discharges associated with the construction activity discharge into an Impaired Stream Segment or within 1 linear mile upstream of, and within the same watershed as, any portion of an Impaired Stream Segment as listed on Georgia's most current 305(b)/303(d) List Documents.

## 7.1.5.    Georgia DOT Permits

Any work performed in the ROW of a state route requires a GDOT Utility Facility Encroachment Permit. DWM will be responsible for submitting the GDOT permit applications, and they will be submitted via the Georgia Utility Permitting System and require 2 to 4 weeks for processing. The roads that will be crossed are shown in Table 7-1.

**Table 7-1: Road Crossings per Section**

| Section 1 | Section 2 | Section 3 |
|---|---|---|
| Flakes Mill Rd.<br>Waldrop Rd. | Flat Shoals Pkwy.<br>Columbia Dr.<br>I-285<br>Ember Dr.<br>Rainbow Dr. | I-20<br>Toney Dr.<br>Mcafee Rd.<br>Glenwood Rd.<br>White Oak Dr.<br>Line St.<br>Memorial Dr.<br>Midway Dr.<br>McKinnon Dr.<br>Oldfield Dr.<br>Kirk Rd.<br>Inman Dr.<br>Poplar Cir.<br>Hilldale Dr.<br>S. Columbia Dr.<br>Conway Rd.<br>Veasey Rd.<br>Midway Rd.<br>Forrest Rd.<br>E. Hill St.<br>E. Buchanan Ter. |

## 7.1.6.    Local Environmental Permits and Ordinances

### DeKalb County

#### *Land Disturbance/Development Permit*

Article II, Chapter 14 Environmental Control, Section 14-38 – Soil Erosion and Sedimentation Control – Details the information relevant to obtaining a land disturbance permit. The DeKalb County Soil Erosion and Sedimentation Control Ordinance is applicable to land disturbing activities greater than 1 acre. Best management practices are required for all land-disturbing activities, and the zoning, stormwater management, subdivision, and flood damage prevention ordinances, as well as this subchapter and any other relevant rules or regulations that pertain to development within the jurisdictional boundaries of the local issuing authority must be adhered to. Additionally, there is a 25-foot State buffer along the banks of all State waters, and a 50-foot buffer zone for any waters classified as "trout streams." This buffer is measured horizontally from the wrested vegetation. No land disturbing activities are to occur within the buffer unless the director of the EPD allows for a variance. However, the buffer will not apply to stream crossings for sewer lines, provided they occur at an angle and do not have a width of disturbance of more than 50 feet in the buffer zone. Finally, the owner, developer, and designated planners and engineers must design and review the Project before submittal of the general development plans. The application must be submitted to the development director and must include the erosion and sedimentation control plan with supporting data. Permitting fees may apply, and the County will approve or disapprove the plan within 35 days or receipt. The permit shall be issued or denied within 45 days of the application submittal. Given the maintenance component of this project, exemptions may apply.

#### *Excavations*

Beyond requirements set forth by the Soil Erosion and Sedimentation Control Ordinance, the only requirements for excavation by DeKalb County are that any person making an excavation must adhere to OSHA Standards.

#### *Noise Ordinance*

Article VII, Chapter 16, Section 16.301 – DeKalb County seeks to prevent plainly audible sound from disturbing the County's residents in their homes during typical sleeping hours, as such sound jeopardizes public health, welfare, and safety of the County's residents and degrades the quality of life around the county. This article also applies to unincorporated areas of the county. This article applies to any sound projected, emitted, or transmitted between 11:00 p.m. and 7:00 a.m. such that it is plainly audible anywhere within the interior of a single-family detached sealed dwelling in a residential area. This article further applies to any sound projected, emitted, or transmitted between 11:00 p.m. and 7:00 a.m. such that the sound is plainly audible in a common area of a multifamily dwelling in a residential area. For construction and demolition activity, it may only take place between the hours of 7:00 a.m. and 7:00 p.m. on weekdays, and 8:00 a.m. and 5:00 p.m. on Saturdays. There shall be no construction or demolition activity or deliveries on Sunday, New Year's Day, Thanksgiving Day, Christmas Day, July 4, or Labor Day, unless such activity arises from an emergency that puts the site or neighboring property owners and their property at risk of harm or loss. Given the Shoal Creek Sewer spans across mostly-residential areas, this noise ordinance will be taken very seriously in order to reduce negative impacts on county residents.

Case 1:10-cv-04039-SDG    Document 163-3    Filed 07/30/25    Page 89 of 123

Shoal Creek Trunk Sewer Relief Project                                 7: Permitting, Easements, and
Dekalb County, Georgia                                              Land Acquisitions Methodology

## Tree Protection

Article II, Chapter 13, Section 14.39 – Tree Protection – The purpose of these standards is to facilitate the preservation and/or replacement of trees as a part of land development in the county. The preservation of existing trees is a public purpose that protects the public health, safety, and general welfare and aesthetics of DeKalb County and all its citizens. The requirements of the tree protection ordinance shall apply to any residential or non-residential development that requires the issuance of a land disturbance permit, development permit, or building permit, unless the development qualifies for an exemption. The application requires a pre-application conference to meet with the County arborist to clarify the provisions and procedures of the tree protection ordinance and review applicable standards and guidelines for the submittal of documents and required tree protection, replacement, and maintenance measures. Additionally, a tree survey must be performed, as it is required as part of any application for a land disturbance permit, and the survey will identify all trees 18 inches in DBH and larger. Trees larger than 2 inches DBH may be identified and counted for unit credit on the tree protection plan. A tree protection plan must also be submitted, as well as a final inspection by the County arborist. Only once a tree protection plan has been approved may a land development permit be issued. However, per Section 14-39(c)(8), there is an exemption for approved utility construction within permanent utility easements. Yet given the murky nature of the "existing" easements, this exemption may or may not apply.

## Stream Buffers

Article II, Chapter 14, Section 14.44.1 – Land Development Requirements and Allowable Stream Buffer Encroachments – Stream buffers shall consist of the contiguous undisturbed natural vegetative land a minimum of 75 feet from each stream bank, measured horizontally on both banks of the stream from the top of the bank. Stream buffers shall preserve any existing mature riparian forest that can provide shade, leaf litter, woody debris, and erosion protection to the stream. A stream buffer variance is not required per Section 14-44.2(2), where exemption is provided for public water supply and public wastewater structures constructed by DeKalb County or by a contractor on behalf of DeKalb County.

## City of Avondale Estates

Article VI, Chapter 20, Section 20-301 – Soil Erosion, Sedimentation, and Pollution Control – A land disturbance permit will also be required for the city of Avondale Estates, but the requirements are relatively similar to those of the County. No person shall conduct any land-disturbing activity within the jurisdictional boundaries of the city of Avondale Estates without first obtaining a permit from the city of Avondale Estates to perform such activity and providing a copy of notice of intent submitted to EPD if applicable. Erosion, sedimentation and pollution control plans, together with supporting data, must demonstrate affirmatively that the land disturbing activity proposed will be carried out in such a manner that the stricter requirements for an erosion, sedimentation, and pollution control plan be met, whether the rules come from the City, County, or State. Applications for a permit will not be accepted unless accompanied by nine copies of the applicant's erosion, sedimentation, and pollution control plans. All applications shall contain a certification stating that the plan preparer or the designee thereof visited the site prior to creation of the plan in accordance with EPD Rule 391-3-7-.10. The land disturbance permit shall be issued within 45 days of receipt by the local issuing authority. Permitting fees may apply, and due to the nature of the project, it may qualify for an exemption.

Case 1:10-cv-04039-SDG    Document 163-3    Filed 07/30/25    Page 90 of 123

Shoal Creek Trunk Sewer Relief Project                                7: Permitting, Easements, and
Dekalb County, Georgia                                               Land Acquisitions Methodology

Article X, Chapter 5, Section 5-410 – Tree Protection and Preservation in Non-Single Family Residential Districts – A tree removal permit is required in addition to a land disturbance permit when a land disturbance permit is necessary for a development. A tree removal permit is also required in order to remove a protected tree, or when land disturbance would encroach on more than 20% of the critical root zone of a protected tree. The application for a tree removal permit shall be submitted to the city tree official using forms and fees established from time to time by the board of mayor and commissioners, and the application must contain a tree survey, tree preservation and replacement plan, and other appropriate documentation established by the city tree official.

### City of Decatur

Part IV, Article 9, Section 9.4 – Soil Erosion and Sedimentation Control – The City of Decatur has relatively similar requirements to those of the County, where no person shall conduct any land-disturbing activity within the jurisdictional boundaries of the City without first obtaining a permit from the City to perform such activity and providing a copy of notice of intent submitted to EPD, if applicable. The land disturbance permit is to be submitted to the City of Decatur's Design, Environment, Construction, and Engineering Division. Applications for a permit will not be accepted unless accompanied by five copies of the applicant's soil erosion, sedimentation and pollution control plans. All applications shall contain a certification stating that the plan preparer or the designee thereof visited the site prior to creation of the plan in accordance with EPD Rule 391-3-7-.10. Permitting fees may apply, and upon receipt of the permit application, the city will refer to the Region II DeKalb County Soil and Water Conservation District for review. The application shall be approved or disapproved within 35 days of receipt, and the permit shall be issued no later than 45 days after the receipt of the completed application by the city.

Part IV, Article 9, Section 9.1 – Tree Canopy Conservation – No protected tree shall be removed, destroyed, or disturbed without the written consent of the City Arborist in the form of an approved Tree Conservation Plan or Tree Removal Permit. Plan and permit requirements vary based on the number of trees and critical root zones impacted, but for this project, it is more likely than not that a Tree Conservation Plan, Land Disturbance Permit, and an Arboricultural Tree Prescription will be required.

## 7.2.    Easement and Land Acquisition

### 7.2.1.    Determination of Required Easements

Record easement data has not been provided by the County. All easement information has been determined based on GIS data and data previously gathered by third party surveys outside of the scope of this project. Parcels with no existing records will need acquisition of the PE before a TCE can be acquired. A step-by-step process (provided below) will be followed for determining required easements.

1. Development of LOD. During design, LODs will be determined based on requirements for bypass pumping, excavation, construction methodology, etc. Generally, a 60-foot LOD will be applied to all new alignments.

2. Identify where Construction Easements will be required. To date, for this BDR, parcel boundaries have been identified using GIS. Based on the location of preliminary alignments and LODs, parcels have been quantified and identified that will require either TCEs or PEs.

   a. Sections of existing pipe requiring bypass pumping will only require right-of-entry forms to be signed by the property owners.

   b. Open cut replacement will require TCEs along the full length of pipe to be replaced.

   c. Installation of new pipe along a new alignment will require both TCEs and PEs along the entire length of the pipe.

## 7.3.    Public Outreach

The relief that thousands of DeKalb County residents will experience from persistent SSOs is expected to occur with the installation of approximately 13 miles of trunk line in the Shoal Creek area. Public outreach and community engagement will be an important element at every phase of the project, including obtaining easements on private properties and acquiring land. Following are some public outreach considerations.

### 7.3.1.    Brief Look at the Need for Public Outreach for Easements and Land Acquisition

Along the trunk sewer, there are approximately 269 parcels that will require easements (Figure 7-1). These are parcels through which the trunk will be located. Of the easements needed, one is owned by the DeKalb Board of Education and 16, mostly parks or possibly greenspace, are owned by DeKalb County. The remaining 252 easements are needed from private property owners. Since many of the needed easements may lie in the critical path of construction of the trunk lines, failure to locate and verify legal owners of parcels in a timely manner and reach agreement on easement and land purchases will pose high risk to the construction schedule.

### 7.3.2.    Why Public Outreach

Individual property owners, businesses and communities affected by the installation of trunk lines need to have clear messaging and background information about this Project before being approached to obtain easement, land, or Right of Entry permissions (where required). It is proposed that written materials such a FAQ document and Pre-Construction Letter be prepared for distribution to those from whom these assets are needed. In addition, a pre-construction community meeting involving appropriate personnel from DWM, Atkins, and the construction company should be held.

Due to the major disruptions that businesses, education entities, and citizens at large will incur to their routines and schedules once construction begins, an ongoing robust public outreach effort is necessary.



**Figure 7-1: Parcel Overlay for Overall Trunk Sewer**

A comprehensive public communications and outreach plan should be prepared by and/or in collaboration with the County's Public Outreach Department and construction company to outline key strategies and activities designed to, at a minimum:

- Anticipate and address personal and community concerns about impacts to health, travel to and from work, etc.
- Provide a variety of media and tools to maintain frequent updates about the construction project.

A public-centered plan will keep communication channels open and minimize the risks of delaying or otherwise stopping construction.

This page intentionally left blank.

# 8.  Additional Needs

## 8.1.  Geotechnical

For geotechnical data, a rock profile and geotechnical reports must be completed and included in the bidding documents. Absent this information, contractors' bids may likely include an unnecessary amount of contingency to cover this uncertainty. The additional geotechnical information also reduces claims for unforeseen conditions and time extensions required for the additional rock excavation methods.

## 8.2.  Survey

Additional surveying is also recommended for this project, as the original surveys did not have all the Shoal Creek/Cobb-Fowler line in Section 1, as well as some other details that would be relevant to design and constructability, such as sheds or paths. The Shoal Creek/Cobb-Fowler line is especially important because in some areas, it is very close to the Section 1 Doolittle line, so this could affect proposed alignment and depth.

Furthermore, for Section 3, there is a length of sewer line that was not captured in the original survey, so several manholes need to be verified in future surveys to reduce risk during construction of the proposed design.

Surveying was not complete at the time of writing this report and is proposed to take approximately 8 weeks.

# Appendix A

# Proposed Alignment Drawings

# PROPOSED PLANS
## FOR

# SHOAL CREEK TRUNK SEWER
# RELIEF PROJECT SECTION I

## DEPARTMENT OF WATERSHED MANAGEMENT
## DEKALB COUNTY, GEORGIA

### SEWER NOTES:

* ALL DESIGN AND CONSTRUCTION SHALL COMPLY WITH DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT DESIGN STANDARDS, CURRENT EDITION.
* THE DESIGN STANDARDS CURRENT EDITION IS PROVIDED ON THE DWM ECMS WEBSITE.
* www.dekalbcountyga.gov/watershed-management/office-engineering-construction-management-services
* CONTRACTOR SHALL PROVIDE RECORD DRAWINGS "AS-BUILT PLANS" AND "FINAL PLANS" (IF APPLICABLE) IN HARD COPY AND ELECTRONIC FORMAT (AUTOCAD OR MICROSTATION).
* FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL TO THE DWM CONSTRUCTION MANAGER.
* CONTRACTOR MUST NOTIFY WATER AND SEWER CONSTRUCTION INSPECTOR 72 HOURS PRIOR TO COMMENCING CONSTRUCTION ACTIVITIES.

### NOTES:

1. ALL EROSION AND SEDIMENTATION CONTROLS AND ALL TREE PROTECTION MEASURES SHALL BE INSTALLED PRIOR TO GRADING.

2. CONTACTS:
   DEKALB WATERSHED MANAGEMENT:
   ALIA JOHNSON
   PHONE (770) 414-2389
   (678) 614-9053

   GDOT DISTRICT ACCESS MANAGEMENT ENGINEER:
   CHRISTOPHER McKINNEY, PHONE (770) 986-7070
   GDOT AREA 1 OFFICE, PHONE (404) 299-4381

3. NECESSARY BARRICADES, SUFFICIENT LIGHTS, SIGNS AND OTHER TRAFFIC CONTROL METHODS AS MAY BE NECESSARY FOR THE PROTECTION AND SAFETY OF THE PUBLIC SHALL BE PROVIDED AND MAINTAINED THROUGHOUT WIDENING OF AND CONSTRUCTION ON DEKALB COUNTY ROADS.

4. BEGIN CONSTRUCTION:    33.68296 N, 84.2497 W
   END CONSTRUCTION:    33.66267 N, 84.21861 W

5. PROJECT AREA= 28.43 ACRES
   DISTURBED AREA= 28.43 ACRES
   NPDES FEES= 28.43 x $40.00 = $1137.22
   PAID TO DEKALB COUNTY AND $1137.22 PAID TO EPD.

6. PROJECT INCLUDES 60 PROPOSED MANHOLES.
   19,100  L.F. 72" DIP SANITARY SEWER.
   1560  L.F. 24" DIP SANITARY SEWER.

7. 72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING. http:\\WWW.GEORGIA811.COM

8. DEKALB COUNTY IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS BY ENGINEERS OR OTHER DESIGN PROFESSIONS ON DESIGN OR COUNTY CODE REQUIREMENTS FOR THIS PROJECT.

9. CONTRACTOR SHALL PREVENT TRACKING OR FLOW OF MUD AND/OR SEDIMENT ONTO FLOODWAY, STREETS, AND ADJACENT PROPERTIES. ALL MATERIALS SPILLED, DROPPED, WASHED OR TRACKED FROM VEHICLES OR SITES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED IMMEDIATELY BY THE CONTRACTOR.

10. CONTRACTOR IS RESPONSIBLE OF ACQUIRING RIGHT OF ENTRIES FOR ACCESS/CONSTRUCTION PRIOR TO BEGINNING OF CONSTRUCTION.

11. A PORTION OF THIS PROJECT IS LOCATED WITHIN A 100 YEAR FLOODPLAIN AS SHOWN ON "F.I.A. OFFICIAL HAZARD MAP" COMMUNITY NO. 13089C0167J, DATED 5/16/2013.

12. THERE ARE WETLANDS LOCATED ON OR WITHIN 200 FEET OF THIS PROJECT.

13. ALL STATE WATERS WITHIN 200 FEET OF THIS PROJECT HAVE BEEN DELINEATED.

14. PROJECT IS LOCATED IN CITY OF DECATUR, GEORGIA.

OWNER:
DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT
180 SAMS ST B3200
DECATUR, GEORGIA 30030
CONTACT: ALIA JOHNSON
PHONE (770) 414-2389
(678) 614-9053
ACJOHNSON@DEKALBCOUNTYGA.GOV

OFFICERS:
CHIEF EXECUTIVE OFFICER    MICHAEL THURMOND

DEKALB COUNTY BOARD OF COMMISSIONERS:
DISTRICT 1    ROBERT PATRICK
DISTRICT 2    JEFF RADER
DISTRICT 3    LARRY JOHNSON
DISTRICT 4    STEVE BRADSHAW
DISTRICT 5    MEREDA DAVIS JOHNSON
DISTRICT 6    EDWARD TERRY
DISTRICT 7    LORRAINE COCHRAN-JOHNSON

DEPARTMENT OF WATERSHED MANAGEMENT
DIRECTOR    DAVID HAYES (INTERIM)

DESIGNER    ATKINS, NORTH AMERICA
1600 RIVEREDGE PARKWAY, SUITE 700
ATLANTA, GEORGIA 30328

## DRAWING INDEX

| SHEET | DESCRIPTION |
| --- | --- |
| COV | COVER |
| G-01 | GENERAL NOTES |
| G-02 | LEGEND AND ABBREVIATIONS |
| C-1 | STA 0+00 TO STA 12+00 - PLAN AND PROFILE |
| C-2 | STA 12+00 TO STA 24+00 - PLAN AND PROFILE |
| C-3 | STA 24+00 TO STA 33+00 - PLAN AND PROFILE |
| C-4 | STA 33+00 TO STA 41+00 - PLAN AND PROFILE |
| C-5 | STA 41+00 TO STA 53+00 - PLAN AND PROFILE |
| C-6 | STA 53+00 TO STA 63+00 - PLAN AND PROFILE |
| C-7 | STA 63+00 TO STA 74+00 - PLAN AND PROFILE |
| C-8 | STA 74+00 TO STA 86+00 - PLAN AND PROFILE |
| C-9 | STA 86+00 TO STA 98+00 - PLAN AND PROFILE |
| C-10 | STA 98+00 TO STA 106+00 - PLAN AND PROFILE |
| C-11 | STA 106+00 TO STA 119+00 - PLAN AND PROFILE |
| C-12 | STA 119+00 TO STA 131+00 - PLAN AND PROFILE |
| C-13 | STA 131+00 TO STA 145+00 - PLAN AND PROFILE |
| C-14 | STA 145+00 TO STA 156+00 - PLAN AND PROFILE |
| C-15 | STA 156+00 TO STA 168+00 - PLAN AND PROFILE |
| C-16 | STA 168+00 TO STA 181+00 - PLAN AND PROFILE |
| C-17 | STA 181+00 TO STA 192+00 - PLAN AND PROFILE |
| C-18 | STA 00+00 TO STA 9+00 - PLAN AND PROFILE |
| C-19 | STA 9+00 TO STA 18+00 - PLAN AND PROFILE |
| SD-01 | STANDARD DETAILS - 1 |
| SD-02 | STANDARD DETAILS - 2 |
| SD-03 | STANDARD DETAILS - 3 |
| SD-04 | STANDARD DETAILS - 4 |
| SD-05 | STANDARD DETAILS - 5 |
| SD-06 | STANDARD DETAILS - 6 |
| SD-07 | STANDARD DETAILS - 7 |
| SD-08 | STANDARD DETAILS - 8 |
| SD-09 | STANDARD DETAILS - 9 |
| SD-10 | STANDARD DETAILS - 10 |



TRUNK SEWER

### SITE MAP
SCALE N.T.S.

SITE LOCATION:
SOUTH OF FLAT SHOALS PKWY, NORTH OF WALDROP RD, TO SEWAGE
PLANT SERVICE ROAD NEAR SNAPFINGER WASTEWATER TREATMENT PLANT.



### FEMA / FIRM MAP
SCALE N.T.S.

72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER
BEFORE ANY PLANNED DIGGING.



GEORGIA811
Utilities Protection Center, Inc.
Know what's below.
Call before you dig.


DeKalb County
GEORGIA




ATKINS
1600 Riveredge Parkway, Suite 700
Atlanta, Ga 30328
P: 770-933-0280


RK REEVES
& ASSOCIATES, Inc.

24 HOUR CONTACT: BILL LIVINGSTON 678-581-3494
WILLIAM.LIVINGSTON@ATKINSGLOBAL.COM

I certify under penalty of law that this Plan was prepared after a
site visit to the locations described herein by myself or my authorized
agent, under my supervision.

Professional Engineer
GSWCC Level II Certified Design Professional
Certification # 21845, Expires November 4, 2024

## 30% SUBMITTAL
## FEBRUARY, 2023

GENERAL NOTES FOR SANITARY SEWER RELOCATION

1. A PRECONSTRUCTION CONFERENCE MUST BE HELD WITH MEMBERS OF DEKALB DEPARTMENT OF WATERSHED MANAGEMENT (DWM), AND THE CONTRACTOR OF RECORD BEFORE ANY WORK CAN BE DONE ON SITE. CONTRACTOR TO NOTIFY DEKALB COUNTY PROJECT MANAGER 72 HOURS BEFORE THE BEGINNING OF EACH PHASE OF CONSTRUCTION.

2. ALL WORK SHALL COMPLY WITH THE LATEST EDITIONS OF MASTER SPECIFICATIONS AND DESIGN STANDARDS FOR DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT "POTABLE WATER MAIN, GRAVITY SANITARY SEWER, AND SANITARY SEWER AND FORCE MAIN DESIGN STANDARDS: LATEST EDITION. IN ADDITION TO APPLICABLE STATE, FEDERAL, AND LOCAL CODES, ALL NECESSARY LICENSES AND PERMITS SHALL BE OBTAINED BY THE CONTRACTOR AT HIS OWN EXPENSE UNLESS PREVIOUSLY OBTAINED BY DWM.

3. DEVIATION FROM THESE PLANS WITHOUT THE PRIOR CONSENT OF DWM OR HIS REPRESENTATIVE OR THE ENGINEER MAY BE CAUSE FOR THE WORK COMPLETED TO BE UNACCEPTABLE.

4. IF THE CONTRACTOR DAMAGES ANY EXISTING UTILITIES DURING CONSTRUCTION, HE SHALL, AT HIS OWN EXPENSE, HAVE REPLACED OR REPAIRED THE UTILITIES TO THEIR ORIGINAL OR BETTER CONDITION AND QUALITY, AS APPROVED BY THE REPRESENTATIVE OF THE APPROPRIATE UTILITY COMPANY.

5. CONTRACTOR IS TO MEET ALL LOCAL UTILITY COMPANY REGULATIONS IN ANY READJUSTMENT OR RELOCATION OF EXISTING SERVICES.

6. CONTRACTOR SHALL ADJUST NEW PIPELINE LOCATION BASED ON FIELD CONDITIONS AND FIELD INSPECTOR REQUIREMENTS.

7. INSTALLATION OF EROSION CONTROL MEASURES AND PRACTICES SHALL TAKE PLACE PRIOR TO AND CONCURRENT WITH LAND DISTURBING ACTIVITIES. ALL EROSION AND CONTROL MEASURES SHALL BE MAINTAINED AT ALL TIMES AND SHALL BE INSPECTED REGULARLY USING THE EROSION AND SEDIMENT CONTROL CHECKLIST. ADDITIONAL EROSION AND SEDIMENT CONTROL MEASURES SHALL BE INSTALLED IF DEEMED NECESSARY BY THE OWNER.

8. DRAINAGE SYSTEMS SHALL BE MAINTAINED, KEPT FREE OF DEBRIS, AND IN OPERATING CONDITION AT ALL TIMES DURING CONSTRUCTION OF THIS PROJECT. THIS MAY INCLUDE, BUT NOT BE LIMITED TO, REPLACEMENT OR RECONSTRUCTION OF EXISTING DRAINAGE STRUCTURES THAT HAVE BEEN DAMAGED OR REMOVED OR RE-GRADED AS REQUIRED BY THE ENGINEER. EXCEPT FOR THOSE DRAINAGE ITEMS SHOWN AT SPECIFIC LOCATIONS IN THE PLANS AND HAVING SPECIFIC PAY ITEMS IN THE DETAILED ESTIMATE, NO SEPARATE PAYMENT WILL BE MADE FOR ANY COSTS INCURRED TO COMPLY WITH THIS REQUIREMENT.

9. ALL SIGNS, MAILBOXES, FENCING, LANDSCAPING, ETC. SHALL BE PROTECTED DURING CONSTRUCTION. SHOULD IT BE REQUIRED TO REMOVE OR DISTURB SUCH ITEMS, THE CONTRACTOR SHALL SEEK APPROVAL FROM THE OWNER FIRST AND IF APPROVED, THE REMOVAL OR DISTURBANCE OF SUCH ITEMS WILL BE DONE AT NO ADDITIONAL COST TO THE OWNER. SHOULD THE OWNER DEEM ANY ITEMS AS DAMAGED, THE CONTRACTOR SHALL REPLACE THE ITEM IN LIKE AND KIND AT NO ADDITIONAL EXPENSE TO DEKALB COUNTY. TRANSPLANTED AND/OR REPLACED ITEMS SHALL BE GUARANTEED BY THE CONTRACTOR FOR ONE YEAR AFTER WORK IS COMPLETED. TRAFFIC CONTROL SIGNS AND MAIL BOXES SHALL BE REPLACED THE DAY OF THEIR REMOVAL.

10. CONTRACTOR SHALL FURNISH SUITABLE BORROW MATERIAL FOR THE PROJECT THAT SHALL BE APPROVED BY THE DEKALB DWM INSPECTOR PRIOR TO USE. ALL SOIL MATERIALS, REFUSE, AND DEBRIS SHALL BE REMOVED FROM THE SITE BY THE CONTRACTOR AND LEGALLY DISPOSED OF AT AN APPROPRIATE OFFSITE LOCATION. BURNING OF REFUSE, DEBRIS, OR SPOIL MATERIAL AT THE PROJECT SITE IS NOT ALLOWED.

11. ALL PROJECT SITE AREAS DISTURBED BY CONTRACTOR OPERATIONS SHALL BE STABILIZED WITH PERMANENT GRASSING UNLESS OTHERWISE NOTED. PERMANENT GRASSING SHALL BE SOD UNLESS OTHERWISE SPECIFICALLY NOTED IN THE CONTRACT DOCUMENTS OR APPROVED BY THE OWNER. ANY AREAS OUTSIDE THE PROJECT SITE AREA THAT ARE DISTURBED SHALL BE RESTORED AT THE EXPENSE OF THE CONTRACTOR.

12. THE CONTRACTOR SHALL RESTORE ALL DISTURBED GRAVEL, PAVED, OR CONCRETE ENTRANCES, DRIVES, DRIVEWAYS, AND APRONS TO PRECONSTRUCTION CONDITIONS AND IN ACCORDANCE WITH APPLICABLE DOT AND DEKALB COUNTY STANDARDS AND REQUIREMENTS.

13. THE SIZE, TYPE, MATERIALS, AND LOCATIONS OF EXISTING UNDERGROUND UTILITIES SHOWN ON THE PLANS ARE BASED ON THE BEST AVAILABLE INFORMATION. SUBSURFACE UTILITY INFORMATION SHOWN IS APPROXIMATE ONLY AND NO GUARANTEE IS MADE THAT ALL UTILITIES AND OTHER FEATURES ARE REPRESENTED ON THE PLANS ARE CORRECT. IT IS THE RESPONSIBILITY OF THE CONTRACTOR TO DETERMINE THE LOCATION AND SIZE OF ALL EXISTING UTILITIES PRIOR TO BEGINNING CONSTRUCTION.

14. IF THE CONTRACTOR ENCOUNTERS SUBSURFACE CONDITIONS DIFFERENT FROM THOSE SHOWN ON THE PLANS, HE SHALL IMMEDIATELY NOTIFY THE OWNER AND ENGINEER. NO EXISTING UTILITY SHALL BE DISTURBED WITHOUT PROPER AUTHORITY AND THEN ONLY IN SUCH A MANNER AS PRESCRIBED AND APPROVED BY THE OWNER OF THE EXISTING UTILITY.

15. SHOULD IT BECOME NECESSARY TO DISTURB AN EXISTING UTILITY, THE CONTRACTOR IS TO NOTIFY THE OWNER AND THE OWNER OF THE UTILITY WHEN NECESSARY. CONTRACTOR IS TO CEASE WORK UNTIL SATISFACTORY ARRANGEMENTS HAVE BEEN MADE WITH THE UTILITY OWNER TO PROPERLY CARE FOR AND RELOCATE THE UTILITY. NO CLAIMS SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

16. THE CONTRACTOR SHALL TAKE ALL NECESSARY PRECAUTIONS TO PROTECT EXISTING UTILITIES FROM DAMAGE. ANY DAMAGE TO EXISTING UTILITIES CAUSED BY THE CONTRACTOR SHALL BE REPAIRED AT THE CONTRACTOR'S EXPENSE. EITHER THE CONTRACTOR OR UTILITY OWNER WILL PERFORM THE REPAIR AT THE DISCRETION OF THE UTILITY OWNER. NO CLAIMS FOR DAMAGES SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

17. THE CONTRACTOR SHALL PROVIDE ALL PIPE FITTINGS AND APPURTENANCES REQUIRED FOR THE COMPLETE INSTALLATION OF THE PROPOSED PIPELINE, WHETHER OR NOT SUCH ITEMS ARE SHOWN OR CALLED OUT ON THE PLANS. THE CONTRACTOR IS ADVISED THAT FIELD ADJUSTMENTS MAY BE REQUIRED BASED ON ACTUAL SUBSURFACE CONDITIONS AND LOCATIONS OF EXISTING BURIED UTILITIES ENCOUNTERED DURING CONSTRUCTION. THE CONTRACTOR SHALL NOT RECEIVE ANY ADDITIONAL PAYMENT FOR THE EXTENSION FOR ITEMS NOT BEING SHOWN IN PLANS OR FOR FIELD ADJUSTMENTS MADE DUE TO ACTUAL SUBSURFACE CONDITIONS AND UTILITY LOCATION.

18. AT COMPLETION OF CONSTRUCTION, ALL VALVE BOXES, METERS, AND APPURTENANCES SHALL BE SET FOR PROPER FINISH GRADE. PRECAST STRUCTURES, MANHOLE FRAMES AND COVERS ARE TO BE SET FLUSH WITH FINISHED GRADE UNLESS OTHERWISE INDICATED IN THE PLAN OR SPECIFICATIONS.

19. CONTRACTOR SHALL DISCONNECT ALL SERVICE LATERALS FROM THE EXISTING LINE AND RECONNECT TO THE NEW PROPOSED SEWER.

20. CONTRACTOR SHALL INSTALL CONSTRUCTION FENCING ALONG THE LIMITS OF DISTURBANCE.

21. ALL EXISTING LINES UNDER ROADWAY SHOWN AS TO BE ABANDONED SHALL BE ABANDONED WITH FLOWABLE FILL. DWM MAY REQUIRE ADDITIONAL LINES OUTSIDE OF ROADWAY TO BE ABANDONED ON A CASE BY CASE BASIS.

22. FOR PIPE INSTALLATIONS WITHIN STREAM, STREAM BOTTOM SHALL BE RETURNED TO EXISTING GRADE WITH FILL TO MATCH EXISTING MATERIALS. FILL MATERIAL SHALL NOT BE EASILY TRANSPORTED DOWNSTREAM.

23. CONTRACTOR SHALL BE REQUIRED TO OBTAIN AUTHORIZATION FROM THE CITY OF DORAVILLE PRIOR TO THE REMOVAL OF ITEMS FROM BERNARD HALPERN PARK.   RESTORATION OF ANY ITEMS REMOVED FROM THE PARK SHALL BE IN LIKE KIND OR BETTER AND SHALL BE INCLUDED IN THE COST OF THE WORK WITH NO ADDITIONAL PAYMENT.  CONTRACTOR SHALL ALSO SUBMIT FOR APPROVAL ANY ITEMS TO BE REPLACED.

ADDITIONAL NOTES

1. THE CONTRACTOR IS REQUIRED TO PERFORM PRE-CONSTRUCTION VIDEO OF THE ENTIRE CONSTRUCTION AREA PRIOR TO ANY CONSTRUCTION. THE CONTRACTOR SHALL REPAIR ANY DAMAGED PROPERTY WITHIN THEIR CONSTRUCTION AREA THAT DIFFERS OR IS NOT SHOWN ON THE PRE-CONSTRUCTION VIDEO.

2. TRENCH DEWATERING DIRECTLY INTO A STREAM IS PROHIBITED. ALL DEWATERING MUST BE FILTERED THROUGH METHODS DEFINED IN THE MANUAL FOR SEDIMENT AND EROSION CONTROL IN GEORGIA, LATEST EDITION.

3. CONTRACTOR IS RESPONSIBLE FOR THE HORIZONTAL/VERTICAL LOCATING OF EXISTING UTILITIES (INCLUDING ANY UTILITIES NOT SHOWN ON PLANS) AND MAINTAINING UTILITY SERVICES AND SHALL REPAIR AND/OR REPLACE ANY DAMAGED SERVICES AS SOON AS POSSIBLE.

4. STORM WATER MANAGEMENT FOR THIS PROJECT IS PROVIDED ON-SITE. STORM WATER MANAGEMENT FOR THIS PROJECT CONSISTS OF TEMPORARY EROSION AND SEDIMENT CONTROLS TO BE INSTALLED DURING THE PROPOSED WORK. AT THE COMPLETION OF THE PROJECT THE TEMPORARY MEASURE SHALL BE REMOVED.

5. THERE SHALL BE NO INCREASE IN FLOWS OR COMPENSATION IN OTHER DRAINAGE AREAS, WHICH RESULT IN AN INCREASED PEAK DISCHARGE ONTO ADJACENT PROPERTY.

6. THE CONTRACTOR IS RESPONSIBLE FOR ALL SITE SAFETY AS WELL AS THE WAYS, MEANS AND METHODS OF CONSTRUCTION.

7. WATER AND SEWER FEES NEED TO BE PAID BY THE CONTRACTOR UNDER THE FOLLOWING CIRCUMSTANCES: NEW CONSTRUCTION, REDEVELOPMENT, ADDITIONS, CHANGE OF USE, ETC. CONTRACTOR TO DETERMINE COST PRIOR TO BID AND INCLUDE INCIDENTAL TO THE WORK. THESE FEES ARE PAID AT 330 W. PONCE DE LEON AVENUE, 2ND FLOOR. FAILURE TO SETTLE THESE FEES SHALL RESULT IN DELAYS FOR OBTAINING WATER AND SEWER APPROVAL. CALL (404) 371-4918 FOR FEE CALCULATIONS OR ANY QUESTIONS.

8. FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL BY THE DWM ENGINEER / PROJECT MANAGER BEFORE CHANGES ARE IMPLEMENTED.

9. ALL ITEMS WHICH MUST BE REMOVED DURING CONSTRUCTION AND ARE NOT SPECIFICALLY SHOWN TO BE PAID FOR OTHERWISE, SHALL BE REMOVED AND PAID FOR IN THE UNIT PRICE BID FOR SANITARY SEWER. NO CLAIMS WILL BE CONSIDERED FOR EXTRA COMPENSATION.

10. CONTRACTOR TO SEQUENCE SANITARY SEWER INSTALLATION  SO AS NOT TO DAMAGE EXISTING UTILITIES AND WATER MAIN AND/OR DISRUPT EXISTING SERVICE.

11. THE CONTRACTOR IS TO MAINTAIN COMPLETE RECORDS AS LINE-WORK PROGRESSES AND SUBMIT WITH MONTHLY PAY APPLICATION.

12. USE BEDDING AS RECOMMENDED PER DWM STANDARD. BEDDING SHALL NOT BE MEASURED SEPARATELY FOR PAYMENT. COST SHALL BE INCLUDED IN THE UNIT PRICE BID FOR SANITARY SEWERS. NO CLAIMS WILL BE CONSIDERED FOR EXTRA COMPENSATION.

13. THE CONTRACTOR IS REQUIRED TO NOTIFY, IN ADVANCE IN WRITING, ALL RESIDENTS IN THE AREA AFFECTED BY THE WORK TO BE PERFORMED. THE NOTICE SHALL SHOW THE STARTING AND FINISHING DATES.

14. ALL MANHOLES LOCATED WITHIN ROADWAYS SHALL BE INSTALLED WITH CONCRETE COLLARS AND TRAFFIC RATED MANHOLE FRAMES AND COVERS PER GDOT STANDARDS.

15. ALL MANHOLES SHALL HAVE MANHOLE FRAMES AND COVERS UNLESS NOTED OTHERWISE.

16. NOTE THE NARROWER ALLOWED DISTURBED AREA/EASEMENTS WHEN CROSSING THROUGH STREAM BUFFERS (MAX. WIDTH = 45FT.)

17. FOR ALL TRENCH EXCAVATIONS 2D FEET OR DEEPER THE CONTRACTOR WILL BE REQUIRED TO SUBMIT AS A SUBMITTAL A PROTECTIVE SYSTEM DESIGNED AND STAMPED BY A PROFESSIONAL ENGINEER.

18. CONTRACTOR WILL BE REQUIRED TO SUBMIT BUOYANCY CALCULATIONS FOR ALL PRECAST MANHOLES. MANHOLES WITHIN THE 100 YEAR FLOOD PLAIN BOUNDARY WILL NEED TO CONTAIN FLOATATION COLLARS AND BE DESIGNED TO BE NON-BUOYANT.

19. THE MAXIMUM ALLOWABLE HEIGHT IS TWO (2) FEET ABOVE GROUND ELEVATION FOR MANHOLES NOT LOCATED IN THE ROADWAY AND NOT LOCATED IN THE 100 YEAR FLOOD PLAIN BOUNDARY AREA.

20. PER COUNTY STANDARDS ALL PIPE JOINTS SHALL BE SEALED ON THE OUTSIDE USING COAL TAR EPOXY WHEN LOCATED IN THE 100 YEAR FLOOD PLAIN.

21. CONTRACTOR TO MEET TRAFFIC CONTROL REQUIREMENTS OF MUTCD GDOT AND LOCAL MUNICIPALITY.

22. CONTRACTOR TO INSTALL GATE IF ACCESS ROAD IS TO REMAIN, SEE ATTACHED GATE DETAIL G-012 ON SHEET S-16.

23. REPLACEMENT PIPE SECTIONS  AND MANHOLES LABELED ABANDONED  TO BE FILLED WITH FLOWABLE FILL.

24. ALL MANHOLES TO BE ABANDONED AS PER THE LATEST DEKALB COUNTY STANDARDS.

25. ALL MANHOLES OVER 16 FEET DEEP REQUIRE SAFETY PLATFORMS, SEE DETAIL S-002 ON SHEET SD-01.

26. PROTECTO 401 COATING REQUIRED FOR ALL DUCTILE IRON PIPE IN CREEK CROSSING

27. ANY ERGO HINGED TYPE MANHOLE COVER AND CASTING WILL BE REQUIRED FOR ALL MANHOLES WHEN THE TOP ELEVATION OF THE MANHOLE IS GREATER THAN 3 FEET ABOVE FINISHED GRADE. SEE DETAIL S-029 ON SHEET SD-16.

28. AVOID ANY NATIONAL REGISTER OF HISTORIC PLACES (NRHP) ELIGIBLE, LISTED, OR UNKNOWN HISTORIC RESOURCES AND FEATURES INCLUDING BUT NOT LIMITED TO STRUCTURES, STAIRS, AND WALLS.

29. ADEQUATE PROTECTIVE MEASURES SHOULD BE UTILIZED TO ENSURE HISTORIC RESOURCES AND FEATURES WITHIN OR ADJACENT TO THE PROJECT AREA ARE NOT DAMAGED BY CONSTRUCTION ACTIVITIES.

30. ANY HISTORIC GRANITE CURBING ENCOUNTERED WITHIN THE AREA OF POTENTIAL EFFECT SHOULD BE RETAINED TO THE GREATEST EXTENT POSSIBLE OR REPLACE IN KIND.






RIVER TO TAP

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

GENERAL NOTES

| DESIGNED BY: | WFL |
| DRAWN BY: | JAS |
| CHECKED BY: | WK |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | 100081630 |
| DRAWING No. | G-01 |
| SHT | of XX. |

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:34pm

## LINETYPES

### EXISTING OVERHEAD
—E— Electric Line
—TV— Cable TV Line

### PROPERTY
—— City Limits Line
Limited Access
Center of Creek

### FENCE LINES
Barb Wire Fence
Chain link fence
Wood Fence

### EXISTING UNDERGROUND
—E— Electric
—T— Telecommunications
—TV— Cable TV
—W— Water
—SS— Sanitary Sewer
—G— Gas
—UNK— Unknown

### MISCELLANEOUS
—LOS— Limits of Survey
Flood Plain
Stream Buffer
Top of Bank
Limits of Disturbance

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| BLA | Begin Limited Access | IPF | Iron Pin Found |
| B/W | Bottom of wall | IPS | Iron Pin Set |
| C&G | Curb and Gutter | L/W | Low Wire Elevation |
| CE | Construction Easement | MW | Monitoring Well |
| CMP | Corrugated Metal Pipe | N/F | Now or Formerly |
| CO | Clean Out | OTP | Open Top Pipe |
| CPP | Corrugated Plastic Pipe | PB | Plat Book |
| DB | Deed Book | PG | Page |
| DIP | Ductile Iron Pipe | POB | Point of Beginning |
| DE | Drainage Easement | POC | Point of Commencement |
| ELA | End Limited Access | PVC | Polyvinyl Chloride Pipe |
| FES | Flared End Section | RCP | Reinforced Concrete Pipe |
| JB | Junction Box | SSE | Sanitary Sewer Easement |
| GI | Grate Inlet | T/W | Top of Wall |
| HW | Headwall | VCP | Vitrified Clay Pipe |
| I.E. | Invert Elevation | UNK | Unknown |

## LEGEND

### SURVEY CONTROL
Benchmark
Control Point

### TOPOGRAPHIC FEATURES
Right-of-Way Monument Found
Street Sign
Air Condition Unit
Bollard
Mailbox

### WATER
Fire Hydrant
Fire Department Connection
Water Meter
Water Valve
Water Valve Marker
Water Manhole
Water Vault

### ELECTRIC/POWER
Electric Box
Transformer
Underground Electric Manhole
Hand Hole
Guy Wire
Electric Meter
Power Pole/Utility Pole
Street Light/Light Pole

### DRAINAGE
Catch Basin Double-wing
Catch Basin Single-wing
Curb Inlet
Drop Inlet
Storm Drain Manhole

### SEWER
Sanitary Sewer Manhole
Cleanout

### TELEPHONE
Telephone Manhole
Telephone Terminal Box
Traffic Signal Box
Traffic Signal Pole
Underground Cable TV
Underground Telephone Box

### GAS
Gas Manhole
Gas Vault
Petroleum Valve
Gas Fill Cap
Gas Meter
Gas Valve

## UTILITY OWNERS

ATLANTA GAS LIGHT
10 PEACHTREE PL.
ATLANTA, GA 30309
800-427-5463

GEORGIA POWER
241 RALPH MCGILL BOULEVARD
ATLANTA, GA 30308
404-506-6539

BELLSOUTH/AT&T
DALE BURNEY
575 MOROSGO DRIVE
ATLANTA, GA 30324
800-288-2020



R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reyes & ASSOCIATES, INC.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

LEGEND AND ABBREVIATIONS

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. G-02
SHT of XX
NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:35pm

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-02

SOUTH RIVER

N84° 16' 22"W
572 L.F. 72" FRP
SAN SEWER

STA. 6+19
MH5

N71° 34' 39"W
273 L.F. 72" FRP
SAN SEWER

STA. 8+93
MH6
INSIDE
DROP

S44° 32' 57"W
47 L.F. 72" FRP
SAN SEWER

STA. 0+47
MH4

STA. 0+00
MH3

N10° 48' 02"W
363 L.F. 72" FRP
SAN SEWER

R2T
RIVER TO TAP

ACCURA

RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 0+00 TO STA 12+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No.
100081630
DRAWING No.
C-01
SHT  3  of  4

NOT FOR CONSTRUCTION

**MATCHLINE SEE SHT C-03**

MATCHLINE SEE SHT C-01

N/F
DAVID FREEMAN
TAX ID: 15 030 02 016
DEED BOOK 10451 PAGE 306

N3° 12' 01"E
247 L.F. 72" FRP
SAN SEWER

N3° 12' 01"E
276 L.F. 72" FRP
SAN SEWER

N/F
SNAPFINGER CONGREGATION
TAX ID: 15 030 03 071
DEED BOOK 23871 PAGE 530

CEN SOUTH RIVER
PROPERTY LINE

PERENNIAL STREAM 23

TOP LIMITS OF DISTURBANCE

STA.22+53
MH#11
INSIDE
DROP

STATE STREAM BUFFER

SOUTH RIVER

CUT & PLUG EXISTING
SANITARY SEWER

STA.15+02
MH#8

STREAM BUFFER

CEN OF STREAM

STATE STREAM BUFFER

PERENNIAL STREAM 25
SOUTH RIVER

ABANDON EXIST 54" DIP

STA.17+78
MH#9

N16° 31' 38"W
127 L.F. 72" FRP
SAN SEWER

EXIST 48" RCP SAN SEWER

EXIST 48" RCP SAN SEWER

N3° 12' 01"E
348 L.F. 72" FRP
SAN SEWER

STA.21+26
MH#10

STA.12+55
MH#7

STATE WATERS
NON BUFFERED
STATE WATER T

STATE WATERS
NON BUFFERED
STATE WATER T

FLOOD PLAN

N/F
DEKALB COUNTY
TAX ID: 15 030 02 010

SEWAGE PLANT SERVICE RD.

SEWAGE PLANT SERVICE RD.

N/F
DEKALB COUNTY
TAX ID: 15 030 02 001

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

72"  60"  72"   72"  8   72"   72"  9   72"   72"  10   72"  72"  11  8"

STATE STREAM
BUFFER

NON BUFFERED
STATE WATER 7

NON BUFFERED
STATE WATER 5

STATE STREAM
BUFFER

STATE STREAM
BUFFER

EXIST SURFACE

EXIST 54" RCP

PROPOSED 247 L.F.
72" FRP
@ 0.10%

PROPOSED 276 L.F.
72" FRP
@ 0.09%

PROPOSED 348 L.F.
72" FRP
@ 0.09%

EXIST 77.80' of 42"
Reinforced Concrete
@ 0.04%

STATE STREAM
BUFFER

920.53' of 54" Ductile Iron @ 0.03%

PROPOSED 127 L.F.
72" FRP
@ 0.09%

PROPOSED 341 L.F.
72" FRP @ 0.09%

247.67' of 42" Reinforced Concrete @ 0.00%

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 12+00 TO STA 24+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WK
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-02
SHT 3 of XX
NOT FOR CONSTRUCTION

**MATCHLINE SEE SHT C-04**

**MATCHLINE SEE SHT C-02**

SOUTH RIVER

PERENNIAL STREAM 24
CEN. SOUTH RIVER PROPERTY LINE
STATE WATERS
ABANDON EXISTING STREAM BUFFER
ABANDON EXIST MH
BORE PIT
STATE WATERS
ABANDON EXIST 42" RCP SAN SEWER
ABANDON EXIST MH
STREAM BUFFER
PARKING
JUNK HOUSE
FLOOD PLAIN
SEWAGE PLANT SERVICE RD

N72° 37' 48"W
341 L.F. 72" FRP
SAN SEWER
STA. 25+94
MH#12

S77° 35' 08"W
337 L.F. 72" FRP
SAN SEWER

STA. 29+31
MH#13
INSIDE DROP

S41° 32' 56"W
320 L.F. 72" FRP
SAN SEWER

N/F
DEKALB COUNTY
TAX ID: 15 035 01 169
DEED BOOK 3284 PAGE 225

FLOOD PLAIN

N/F
MORINGO PROPERTY LLC
TAX ID: 15 035 01 170
DEED BOOK 27214 PAGE 630

FLOOD PLAIN

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

0    50'    100'

PROPOSED 341 L.F.
72" FRP
@ 0.10%

PROPOSED 337 L.F.
72" FRP
@ 0.10%

PROPOSED 320 L.F.
72" FRP
@ 0.09%

CONCRETE ENCASEMENT
OF EXPOSED PIPE

247.67' of 42" Reinforced Concrete @ 0.05%

EXIST 280.80' of 42" Reinforced Concrete @ 0.10%

EXIST 1003.54' of 42" Reinforced Concrete @ 0.07%

EXIST 63.91' of 42" Reinforced Concrete @ 0.39%

EXIST 52" RCP

EXIST SURFACE

STATE STREAM BUFFER

PERENNIAL STREAM 24
INSIDE DROP

40'x20'
BORE PIT

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA. 24+00 TO STA 33+00

| | |
|---|---|
| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | 100081630 |
| DRAWING No. | C-03 |

SHT 4 of XX

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:33 pm



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-03

MATCHLINE SEE SHT C-05











ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 33+00 TO STA 41+00

DeKalb County
GEORGIA

| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |

PROJECT No. 100081630
DRAWING No. C-04
SHT 5 of XX

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:37pm

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

Plan labels:
- N/F DANNE E. WARING TAX ID: 15 029 01 026 DEED BOOK 25436 PAGE 193
- N/F CHERYL CAMPBELL TAX ID: 15 029 01 025 DEED BOOK 21071 - PAGE 617 PLAT BOOK 69 PAGE 76
- N/F DARLENE WESLEY TAX ID: 15 029 01-024 DEED BOOK 14339 - PAGE 267 PLAT BOOK 69 PAGE 76
- N/F ALFRED BUTLER TAX ID: 15 029 01 023 DEED BOOK 8876 PAGE 82 PLAT BOOK 69 PAGE 76
- N/F VONN SIMMONS TAX ID: 15 029 01 022 DEED BOOK 10912 PAGE 630 PLAT BOOK 69 PAGE 76
- N/F DONNA BEATREA TAX ID: 15 029 01-021 DEED BOOK 0933 PAGE 585 PLAT BOOK 69 PAGE 76
- N/F YAMICA CO. LTD TAX ID: 15 029 01 017 DEED BOOK 28217 PAGE 35
- ELSTON
- N72° 01' 58"W 566 L.F. 72" FRP SAN SEWER
- SOUTH RIVER
- STATE STREAM BUFFER
- STATE WATERS
- PERENNIAL STREAM 20' "SOUTH RIVER"
- CEN SOUTH RIVER PROPERTY LINE
- SOUTH RIVER
- N71° 57' 12"W 571 L.F. 72" FRP SAN SEWER
- STATE STREAM BUFFER
- ABANDON EXIST 42" RCP
- ABANDON EXIST MH
- STA.45+98 MH#16
- N72° 39' 31"W 415 L.F. 72" FRP SAN SEWER
- STA.50+12 MH#17 INSIDE DROP
- CUT & PLUG
- EXIST 52" PVC SAN SEWER
- EXIST 50" PVC SAN SEWER
- N/F DEKALB COUNTY TAX ID: 15 036 01 001 DEED BOOK 3284 - PAGE 225
- N/F INTR 3 LLC TAX ID: 15 036 01 094 DEED BOOK 24211 - PAGE 215 PLAT BOOK 65 PAGE 37
- RESICAP OF BORROWER LLC TAX ID: 15 029 01 093
- EX SAN SERVICE LATERAL
- FLOOD PLAN
- McGILL DR. 50' R/W
- PROPOSED PARALLEL SEWER
- MATCHLINE SEE SHT C-04
- MATCHLINE SEE SHT C-06

Profile labels:
- 72" (16) 72"
- 72" (17) 72" / 8"
- STA.45+98 MH#16
- STA.50+12 INSIDE DROP MH#17
- EXIST SURFACE
- PROPOSED 566 L.F. 72" FRP @ 0.08%
- EXIST 339.66' of 42" Reinforced Concrete @ 0.06%
- EXIST 435.49' of 42" Reinforced Concrete @ 0.08%
- EXIST 52" PVC
- EXIST 50" PVC
- PROPOSED 415 L.F. 72" FRP @ 0.08%
- PROPOSED 571 L.F. 72" FRP @ 0.08%
- 715.16' of 42" Reinforced Concrete @ 0.01%

**Title block:**

R2T RIVER TO TAP

ACCURA — ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DeKalb County GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 41+00 TO STA 53+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WK
APPROVED BY: RB
DATE: NOV. 2022

PROJECT No. 100081630
DRAWING No. C-05

SHT 6 of XX

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:33pm

Case 1:10-cv-04039-SDG   Document 163-3   Filed 07/30/25   Page 105 of 123





**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10








ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770.933.0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 53+00 TO STA 63+00

| | |
|---|---|
| DESIGNED BY: | WFL |
| DRAWN BY: | WK |
| CHCKED BY: | WK |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | C-06 |

SHT 8 of XX

NOT FOR CONSTRUCTION

MATCHLINE SEE SHT C-18

STA.67+90
MH#21

SOUTH RIVER

N/F
EMSGSW, LLC
TAX ID: 15 029 01 153
DEED BOOK 27844 PAGE 624

N/F
FREDERICK A. WATTS
TAX ID: 15 029 01 154
DEED BOOK 18933 PAGE 646

STATE STREAM BUFFER

WETLANDS
WETLAND 18

STATE WATERS

S49° 43' 35"W
570 L.F. 72" FRP
SAN SEWER

EXIST GAS PIPE (S)

ABANDON EXIST 42" RCP

N48° 46' 16"W
873 L.F. 72" FRP
SAN SEWER

N/F
DEKALB COUNTY
TAX ID: 15 036 01 001
DEED BOOK 3284 PAGE 225

MATCHLINE SEE SHT C-06

MATCHLINE SEE SHT C-08

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

0    50'    100'



EXIST SURFACE

EXIST 622.65 L.F. of 42" Reinforced Concrete @ 0.06%

907.74 L.F. of 42" Reinforced Concrete @ 0.11%

PROPOSED 570 L.F.
72" FRP
@ 0.09%

PROPOSED 873 L.F.
72" FRP
@ 0.09%

EXIST 54" PVC

EXIST 54" PVC

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 63+00 TO STA 74+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT NO. 100081630
DRAWING No. C-07
SHT 9 of XX
NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 74+00 TO STA 86+00

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

ACCURA
RK Reeve & Associates, Inc.

RIVER TO TAP

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-08
SHT10 of XX
NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 86+00 TO STA 98+00

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHEKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | C-09 |

SHT 11 of XX

NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

MATCHLINE SEE SHT C-09

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

**DEPT. OF WATERSHED MANAGEMENT**
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 99+00 TO STA 106+00

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-10
SHT 12 of XX
NOT FOR CONSTRUCTION

RIVER TO TAP

Printed: April 20, 2023 12:41pm



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ 1" = 50
VERT: 1" = 10

**PLAN AND PROFILE**
STA 106+00 TO STA 119+00

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-6280

DESIGNED BY: WFL
DRAWN BY: JWL
CHKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT NO: 100081630
DRAWING No. C-11
SHT13 of XX

NOT FOR CONSTRUCTION

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

0    50'    100'

MATCHLINE SEE SHT C-11

MATCHLINE SEE SHT C-13

SOUTH RIVER

STA.119+22
MH#33
N24° 58' 39"W
240 L.F. 72" FRP
SAN SEWER

N77° 33' 39"W
459 L.F. 72" FRP
SAN SEWER

STA.126+21
MH#34A

N77° 33' 39"W
458 L.F. 72" FRP
SAN SEWER

STA.121+63
MH#34

**ATKINS**
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 119+00 TO STA 131+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHCKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-12
SHT14 of XX

NOT FOR CONSTRUCTION

SOUTH RIVER

CEN SOUTH RIVER PROPERTY LINE

PERENNIAL STREAM 20 SOUTH RIVER

STATE WATERS

TOP OF BANK

STATE STREAM BUFFER

STATE WATERS

STATE STREAM BUFFER

SOUTH RIVER

ABANDON EXIST MH

ABANDON EXISTING TRUNK

ABANDON EXIST MH

N/F
ROSS Z. ANNA;
TAX ID 15 060 01 129
DEED BOOK 7761 PAGE 611
PLAT BOOK 95 PAGE 60...

STA.136+86
MHH37

15-060-5084

42" RCP INV 721.51

42" RCP INV 722.19

42" RCP INV 721.32

N39° 41' 00"W
190 L.F. 72" FRP
SAN SEWER

N32° 27' 32"E
843 L.F. 72" FRP
SAN SEWER

N/F
ARTHUR P. MURTAGH
TAX ID 15 060 01 206
DEED BOOK 25288 PAGE 684

N82° 34' 56"W
42 L.F. 72" FRP
SAN SEWER

STA.134+96
MHH36A

STA.134+54
MHH36

15-060-5083

15-060-5082

PROPOSED PARALLEL SEWER

STREAM BUFFER

N/F
OWEN CONNISS
TAX ID 15 060 01 207
DEED BOOK 14921 PAGE 116
PLAT BOOK 120 PAGE 112

N/F
DEBBE STEPHEN LEWIS
TAX ID 15 060 01 208
DEED BOOK 25053 PAGE 115

FLOOD PLAIN

FLOOD PLAIN

15-060-5092

STA.130+79
MHH35

STREAM

S41° 27' 14"W
375 L.F. 72" FRP

SOUTH RIVER

MATCHLINE SEE SHT C-12

MATCHLINE SEE SHT C-14

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

0   50'   100'

72"   72"

36   36A   72"   37   72"

131+00 131+50 132+00 132+50 133+00 133+50 134+00 134+50 135+00 135+50 136+00 136+50 137+00 137+50 138+00 138+50 139+00 139+50 140+00 140+50 141+00 141+50 142+00 142+50 143+00 143+50 144+00 144+50 145+00

770 768 766 764 762 760 758 756 754 752 750 748 746 744 742 740 738 736 734 732 730 728 726 724 722 720 718 716 714 712 710

PROPOSED 42 L.F.
72" FRP
@ 0.10%

EXIST SURFACE

PROPOSED 375 L.F.
72" FRP
@ 0.09%

PROPOSED 190 L.F.
72" FRP
@ 0.09%

PROPOSED 843 L.F.
72" FRP
@ 0.09%

433.55' of 36" Reinforced Concrete @ 0.12%

246.66' of 36" Reinforced Concrete @ 0.06%

635.64' of 36" Reinforced Concrete @ 0.02%

R2T RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DeKalb County GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 131+00 TO STA 145+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHKED BY: IKK
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-13
SHT15  of  XX

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:45pm



PLAN
SCALE: 1" = 50

PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-13

MATCHLINE SEE SHT C-15

N69° 55'12"E
509 L.F. 72" FRP
SAN SEWER

N40° 48'20"W
382 L.F. 72" FRP
SAN SEWER

N10° 19'03"E
445 L.F. 72" FRP
SAN SEWER

STA.150+38
MH#40

STA.154+83
MH#41

STA.145+20
MH#38A

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 145+00 TO STA 156+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2002

PROJECT No. 100081630
DRAWING No. C-14

SHT16 of XX

NOT FOR CONSTRUCTION





## PLAN

STA.159+74
MH#43

STA.162+23
MH#44

N53° 49'16"W
250 L.F. 72" FRP
SAN SEWER

N65° 54'57"W
290 L.F. 72" FRP
SAN SEWER

STA.165+13
MH#45

N73° 09'56"W
278 L.F. 72" FRP
SAN SEWER

STA.158+64
MH#42

STATE STREAM BUFFER

STATE WATERS

ABANDON EXISTING TRUNK

SOUTH RIVER

STA.167+90
MH#46

N85° 28'19"W
109 L.F. 72" FRP
SAN SEWER

FLOOD PLAIN

EXIST. ROP SAN SEWER

ABANDON EXIST. 36" RCP SAN SEWER

MATCHLINE SEE SHT C-14

MATCHLINE SEE SHT C-16

RIVER TO TAP

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

0    50'    100'

PROPOSED 382 L.F.
72" FRP
@ 0.06%

PROPOSED 109 L.F.
72" FRP
@ 0.06%

PROPOSED 250 L.F.
72" FRP
@ 0.06%

PROPOSED 290 L.F.
72" FRP
@ 0.06%

PROPOSED 278 L.F.
72" FRP
@ 0.06%

EXIST SURFACE

CONCRETE ENCASE EXISTING PIPE

EXIST 42" RCP

EXIST 42" RCP

EXIST 36" RCP

72"  72"     72"  72"          72"  72"          72"  72"          72"

42      43              44                45                46

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 156+00 TO STA 168+00

DeKalb County
GEORGIA

DESIGNED BY: WFL
DRAWN BY: JAB
CHCKED BY: WK
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-15
SHT 17 of XX

NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-15

MATCHLINE SEE SHT C-17

SOUTH RIVER

S80° 33' 54"W
542 L.F. 72" FRP
SAN SEWER

S83° 50' 40"W
101 L.F. 72" FRP
SAN SEWER

N75° 21' 54"W
405 L.F. 72" FRP
SAN SEWER

STA.173+32
MH#47

STA.174+33
MH#48

STA.178+38
MH#49

STA.182+05
MH#50

ACCURA

RK Reeves & Associates, Inc

R2T
RIVER TO TAP

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 168+00 TO STA 181+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WK
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-16
SHT18 of XX
NOT FOR CONSTRUCTION

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-16

N/F
HWAN HAY 2 LLC
TAX ID: 15 059 03 030
DEED BOOK 27901 PAGE 417
PLAT BOOK 110 PAGE 83
PLAT BOOK 109 PAGE 82

N2° 42' 49"W
188 L.F. 72" FRP
SAN SEWER

N/F
SELEIHA S. THORPE
TAX ID: 15 059 02 008
DEED BOOK 20013 PG. P92
PB. 109 PG. 19

N/F
GLORIA D. WISE
TAX ID: 15 059 02 009
DEED BOOK 21644 PAGE 618
PLAT BOOK 109 PAGE 19

N/F
MARIA BONILLA
TAX ID: 15 059 02 008
DEED BOOK 27089 PG11
PB. 109 PG. 19

N/F
GREGORY B. LEVETT AND SONS
TAX ID: 15 070 03 006
DEED BOOK 11425 PAGE 93

SOUTH RIVER

STATE STREAM BUFFER

STA.191+84
MH#53

STA.190+96
MH#52

N3° 27' 25"E
404 L.F. 72" FRP
SAN SEWER

EXIST BRIDGE
262 L.F.-PROPOSED 48" SANITARY SEWER
(SEE SECTION-2 FOR CONTINUATION)

SHOAL CREEK

STA 186+92
MH#51

N2° 42' 49"W
299 L.F. 72" FRP
SAN SEWER

STA.183+93
MH#50A

N/F
ALFORD DUBLIN
TAX ID: 15 059 02 001
DEED BOOK 26218 PAGE 672

N/F
EDITHE RUTH WHITE
TAX ID: 15 059 02 005
DEED BOOK 7901- PAGE 680

**Profile labels:**

72" (50) 72" (50A) 72" 72" (51) 72" 72" (52) 72" (53) 72" 30"

PROPOSED 188 L.F.
72" FRP
@ 0.10%

PROPOSED 299 L.F.
72" FRP
@ 0.06%

PROPOSED 404 L.F.
72" FRP
@ 0.06%

PROPOSED 88 L.F.
72" FRP
@ 0.07%

EXIST SURFACE

30"x15"
BORE PIT

15"x15"
RECEIVING PIT

100 L.F. 96" STEEL CASING PIPE
WITH 0.814" W.T.

CONCRETE
ENCASE
EXPOSED 72"
FRP PIPE

**Title block:**

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 181+00 TO STA 192+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHCKED BY: WX
APPROVED BY: RB
DATE: NOV. 2002

PROJECT No. 100081630
DRAWING No. C-17
SHT 19 of XX

NOT FOR CONSTRUCTION

Printed: April 30, 2003 12:45pm

PLAN
SCALE: 1" = 50

PROFILE
SCALE
HORIZ 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-07

MATCHLINE SEE SHT C-07

MATCHLINE SEE SHT C-19

N51° 44' 20"E
427 L.F. 24" DIP FRP
SAN SEWER

N34° 15' 16"E
407 L.F. 24" DIP FRP
SAN SEWER

STA.4+31
MH#55

STA.67+90
MH#21

STA.8+38
MH#56

PROPOSED 427 L.F.
24" DIP FRP
@ 0.13%

PROPOSED 407 L.F.
24" DIP FRP
@ 0.13%

CONCRETE ENCASE
EXPOSED 24" DIP SEWER

PROPOSED 198 L.F.
24" CLASS 250 DIP
@ 0.26%

EXIST SURFACE

SOUTH RIVER

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 0+00 TO STA 9+00

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-18
SHT 20 of XX

NOT FOR CONSTRUCTION

RIVER TO TAP

ACCURA

RK Reeves & Associates, Inc.

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

0    50'    100'

N82° 55' 26"E
198 L.F. 24" DIP FRP
SAN SEWER

N77° 29' 44"E
227 L.F. 24" DIP FRP
'SAN SEWER

N75° 01' 19"E
278 L.F. 24" DIP FRP
SAN SEWER

N24° 46' 05"E
26 L.F. 24" DIP FRP
SAN SEWER

MATCHLINE SEE SHT C-18

STA. 10+36
MH#57

STA. 12+63
MH#58

STA. 15+41
MH#59

EXISTING 16" DIP
SANITARY SEWER

**Profile section:**

PROPOSED 198 L.F.
24" DIP FRP
@ 0.26%

PROPOSED 227 L.F.
24" DIP FRP
@ 0.34%

PROPOSED 278 L.F.
24" DIP FRP
@ 0.51%

PROPOSED 26 L.F.
24" DIP FRP
@ 5.45%

EXIST SURFACE

ABANDON EXIST. 16" DIP SANITARY SEWER

ABANDON EXIST 16" DIP SANITARY SEWER

ABANDON EXIST. 16" DIP SANITARY SEWER

EXIST 16" DIP SANITARY SEWER

**Title block:**

RIVER TO TAP

R2T

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeve & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

PLAN AND PROFILE
STA 9+00 TO STA 18+00

| | |
|---|---|
| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |

PROJECT No. 100081630

DRAWING No. **C-19**

SHT 21 of XX

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:47pm



## STANDARD DETAILS

Standard Precast Manhole

09/17

NOT TO SCALE     DETAIL NO.   S-001



### MANHOLE CROSS SECTION

### SECTION AT SAFETY PLATFORM

## STANDARD DETAILS

Safety Platform Detail

09/17

NOT TO SCALE     DETAIL NO.   S-002



## STANDARD DETAILS

Outside Drop Connection
For Precast Manhole

09/17

NOT TO SCALE     DETAIL NO.   S-003




RIVER TO TAP

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280





DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS -1

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. SD-01
SHT 22 of XXX
NOT FOR CONSTRUCTION



MANHOLE WALL

O-RING GASKETS

TONGUE AND GROOVE JOINTS

ALTERNATE GASKET LOCATIONS

NOTE:

AFTER INSTALLATION JOINTS SHALL BE GROUTED SMOOTH WITH
CEMENT GROUT ON INSIDE AND OUT. ALSO AN EXTERNAL WRAP
SUCH AS INFI-SHIELD GATOR WRAP OR EQUAL SHALL SEAL EACH
OUTSIDE JOINT.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Manhole Joint Detail**<br>**With Joint Wrap** | |
| NOT TO SCALE | DETAIL NO.   S-004 |



REMOVE FRAME PLUS
COVER AND TURN OVER
TO DCDWM

FIN. GRADE.

DEMOLISH TOP MANHOLE
STRUCTURE TO A DEPTH
OF 2' (MIN) BELOW
FINISH GRADE.

VARIES

2' MIN.

FILL REMAINING MANHOLE
STRUCTURES TO EXISTING
GRADE WITH RUBBLE AND
COMPACTED EARTH IN 6"
LAYERS.

DRILL 4" HOLE IN
BASE SLAB FOR
DRAINAGE

ABANDON ALL SEWERS
CONNECTING TO
MANHOLES AND SEAL
OPENING IN WALL W/
WATERTIGHT GROUT PLUG.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Method of Manhole Abandonment** | |
| NOT TO SCALE | DETAIL NO.   S-005 |



1/2"

2"

1"

1 1/2"

1/2"

7/8

RED SAFETY
REFLECTOR

1"

5"

10"

10"

NOTES:

1. STEPS MAY BE CAST IRON, COATED STEEL, PLASTIC
OR ALUMINUM AND MEET ASTM C-478 REQUIREMENTS.

2. MINIMUM DESIGN LIVE LOAD SHALL BE A SINGLE
CONCENTRATED LOAD OF 300LBS.

3. STEPS SHALL BE A MINIMUM OF 10" WIDE, EMBEDDED
A MINIMUM OF 3", AND PROJECT MINIMUM CLEAR DISTANCE OF 4".

4. MAXIMUM VERTICAL SPACING SHALL BE 12" IN THE COMPLETED MANHOLE.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Typical Manhole Step** | |
| NOT TO SCALE | DETAIL NO.   S-006 |




R2T

RIVER TO TAP

ACCURA

RK REEVE & ASSOCIATES, Inc.

DeKalb County
GEORGIA



ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280





DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS - 2

| DESIGNED BY: | WFL |
|---|---|
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |

| PROJECT No. | DRAWING No. |
|---|---|
| 100081630 | SD-02 |

SHT 23 of XX

Plotted: April 20, 2023 12:47pm



48"
CONCRETE
3000 P.S.I.

48"

TWO
NON-PENETRATING
PICK-HOLES

CONCRETE

9"

SEE DETAIL S-009, TRAFFIC
MANHOLE FRAME AND COVER

GRAY IRON ASTM A48 CL30
FRAME WT = 282 LBS
LID WT. = 178 LBS
TOTAL WT. = 460 LBS

NOTE: CONCRETE COLLARS ONLY REQUIRED IN STREETS,
ROADWAYS AND OTHER AREAS SUBJECT TO VEHICULAR
TRAFFIC.

| | STANDARD DETAILS | 09.17 |
|---|---|---|
| DeKalb County GEORGIA | Concrete Collar for Manhole Frame and Cover | WATER |
| | NOT TO SCALE | DETAIL NO.   S-007 |




1/2" PICK HOLE

ISOMETRIC OF
1/4" HIGH LETTERS

TOP VIEW

1/2" PICK HOLE

4 -1/2" x 3" HEX
HEAD BRONZE BOLTS

ROUND RUBBER GASKET

25-1/4"
16-5/8"
23"

2-3/8"
1-1/2"
5/8"

7/8"
5/8"

20-1/2"
25-1/2"
36"

4"

1/2"

GRAY IRON
ASTM A48 CL30
TOTAL WT. = 320 LBS.

SIDE VIEW

NOTES:

1. MANHOLES CONSTRUCTED IN NON-PAVED AREAS
SHALL BE INSTALLED WITH BOLT DOWN LID.

2. "DEKALB SEWER" MUST FIT WITHIN LID DIMENSIONS,
LETTER HEIGHT WILL BE 2 INCHES.

| | STANDARD DETAILS | 09.17 |
|---|---|---|
| DeKalb County GEORGIA | Bolt Down Manhole Frame and Cover | WATER |
| | NOT TO SCALE | DETAIL NO.   S-008 |



1/2" PICK HOLE

ISOMETRIC OF
1/4" HIGH LETTERS

1/2" PICK HOLE

TOP VIEW

24 + 1/16" - 0"
23-7/8"+0"-1/16"
16- 5/8"
16- 1/4"

2-15/16"
8-1/16"

1/4" RAD FILLETS TYP

3/4"
23"
24"
34"

5/8"

SIDE VIEW

GRAY IRON ASTM A48 CL30
FRAME WT = 282 LBS
LID WT. = 178 LBS

TOTAL WT. = 460 LBS

1-3/4"
1-7/16"

5/16"

NOTES:

1. "DEKALB SEWER" MUST FIT WITHIN LID
DIMENSIONS, LETTER HEIGHT WILL BE 2 INCHES.

11/16"

1/8" TYP

| | STANDARD DETAILS | 09.17 |
|---|---|---|
| DeKalb County GEORGIA | Traffic Manhole Frame and Cover | WATER |
| | NOT TO SCALE | DETAIL NO.   S-009 |



RIVER TO TAP



ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVE & ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280





DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS - 3

| DESIGNED BY: | WFL |
|---|---|
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | SD-03 |

SHT 24  of  XX

NOT FOR CONSTRUCTION



| PIPE SIZE | "A" | "D" | "T" |
|---|---|---|---|
| 6" & 15" | 0' – 90' | 4'–0" | 5" |
| 18" | 0' – 60' | 4'–0" | 5" |
| 18" | 60' – 90' | 5'–0" | 6" |
| 21" & 24" | 0' – 60' | 5'–0" | 6" |
| 21" & 24" | 60' – 90' | 6'–0" | 7" |

NOTE:

1. MINIMUM CENTERLINE RADIUS OF MANHOLE INVERT = 1.5 x PIPE DIAMETER

MIN SLOPE 1"/FT TYP

PIPE SIZE

| | 09/17 |
|---|---|
| **STANDARD DETAILS** | |
| **Invert Plan** | |
| NOT TO SCALE | DETAIL NO.   S-010 |



8" MIN.

12" MIN.

3"

4"

CUT OPENING PIPE OD + 8"

NEW PIPE

CONC. FILL REQ'D AROUND NEW PIPE (3000 PSI)

EXISTING STRUCTURE WALL

| | 09/17 |
|---|---|
| **STANDARD DETAILS** | |
| **New Line Connection to an Existing Structure** | |
| NOT TO SCALE | DETAIL NO.   S-011 |



DCDWM SEWER MAIN

FIN GRADE

6" CLEAN OUT

RIGHT OF WAY

6" SERVICE LINE

3'–0" MAX.

4" LATERAL BY DEVELOPER

NOTE 1

NOTE 2

WYE

VARIES    1'–0"    2'–0"

NOTES:

1. PLUG 6" SERVICE LINE.

2. CONNECT DEVELOPER'S 4" LATERAL TO 6" SERVICE LINE W/ 4" X 6" FERNCO COUPLING INCLUDING SST BANDS

| | 09/17 |
|---|---|
| **STANDARD DETAILS** | |
| **Typical Service Line and Clean Out Detail** | |
| NOT TO SCALE | DETAIL NO.   S-012 |



RIVER TO TAP





ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS -4

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630

DRAWING No. SD-04

SHT25 of XX

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:47pm



**Class "A" Bedding**

NOTES:

1. CONCRETE DEPTH BELOW PIPE:

   a.) PIPE DIAMETER UP TO 12":

      i.) EQUAL TO 1/2 TIMES THE OUTSIDE DIAMETER (OD)

      ii.) MINIMUM 6"

   b.) PIPE DIAMETER GREATER THAN 12":

      i.) EQUAL TO 1/4 TIMES THE OUSIDE DIAMETER (OD)

      ii.) MINIMUM 6"

   c.) MAXIMUM 12"

| STANDARD DETAILS | 09/17 |
|---|---|
| **Class "A" Bedding** | |
| NOT TO SCALE | DETAIL NO.   S-013 |



**Class "B" Bedding**

NOTES:

1. BEDDING DEPTH BELOW PIPE:

   a.) PIPE DIAMETER UP TO 12":

      i.) EQUAL TO 1/2 TIMES THE OUTSIDE DIAMETER (OD)

      ii.) MINIMUM 4"

   b.) PIPE DIAMETER GREATER THAN 12":

      i.) EQUAL TO 1/4 TIMES THE OUSIDE DIAMETER (OD)

      ii.) MINIMUM 6"

   c.) MAXIMUM 12"

| STANDARD DETAILS | 09/17 |
|---|---|
| **Class "B" Bedding** | |
| NOT TO SCALE | DETAIL NO.   S-014 |



NOTES:

1. DEEP HOUSE CONNECTIONS MAY BE ALLOWED WHEN SEWER INVERT IS 12 FEET OR GREATER BELOW SURFACE.

2. FROM THE TAPPING SADDLE ALL LATERALS SHALL BE DIP.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Deep Service Connection Detail** | |
| NOT TO SCALE | DETAIL NO.   S-015 |



RIVER TO TAP



ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves & Associates, Inc.

DeKalb County
GEORGIA

**ATKINS**

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280







DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS - 5

| | |
|---|---|
| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |

| PROJECT No. | DRAWING No. |
|---|---|
| 100081630 | **SD-05** |

SHT 26 of XX

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 12:45pm