# Exhibit 2
# (Part 2 of 4)

# Atkins, Basis of Design Report

# (May 12, 2023)



**Alternate Deep Service Connection Detail**

CURB
C.O.

VERIFY DEPTH TO ENSURE
ADEQUATE SLOPE, (1% MIN.)
TO CUSTOMER

1% SLOPE (MIN.)

USE (2) 45° BENDS
NOTE 2

NOTE 2

PINNED OR SLEEVED AS
NECESSARY TO SUPPORT
RISER BEFORE AND DURING
BACKFILL OPERATION

45° BEND

NO JOINTS ALLOWED
IN VERTICAL RISER

WYE ON MAIN

#57 STONE

NOTES:

1. THIS DETAIL SHALL NOT BE USED WITHOUT WRITTEN PERMISSION FROM DCDWM.

2. CRUSHER RUN BACKFILL TAMPED IN 6" LAYERS TO NOT LESS THAN 95% STANDARD PROCTOR DENSITY BELOW ANY PAVED AREA.

3. ALL THE LATERAL CONNECTIONS INCLUDING THE WYE SHALL BE DIP.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Alternate Deep Service Connection Detail** | |
| NOT TO SCALE | DETAIL NO. S-016 |

---



**SANITARY SEWER LATERAL CONNECTION**

WYE WITH 6" BRANCH
6" 45° BEND
SEWER MAIN SIZE VARIES
WYE WITH 6" BRANCH
6" 45° BEND
TYP SEE NOTE 5
CURB (SEE NOTE 4)
LOT LINE
TEMP PLUG TYP

PLAN
NTS

STAKE TO SHOW LOCATION OF PLUG TYP
SLOPE TO TERMINAL DEPTH @ 1.0% MIN TYP
FIN GRADE
TYP SEE NOTE 5
TEMP PLUG TYP SEE NOTES 2 AND 5
ROTATE 22.5° TYP
SPRING LINE
SEWER MAIN
2" MIN EXTENSION

SINGLE LATERAL    SINGLE LATERAL

PROFILE
NTS

NOTES:

1. INVERT OF SERVICE LATERAL SHALL NOT ENTER SEWER MAIN BELOW SPRING LINE.

2. SERVICE LATERAL SHALL BE CAPPED BY DEVELOPER'S CONTRACTOR.

3. ALL FITTINGS SHOWN ARE TO BE INSTALLED.

4. SERVICE CONNECTIONS SHALL BE PERMANENTLY MARKED BY CUTTING AN "S" IN THE CURB DIRECTLY OVER THE LATERAL.

5. DEVELOPER'S CONTRACTOR SHALL INSTALL CLEANOUT.

| STANDARD DETAILS | 09/17 |
|---|---|
| **SANITARY SEWER LATERAL CONNECTION** | |
| NOT-TO-SCALE | DETAIL NO. S-017 |

---



**Service Stub Location Detail**

4" X 4" X 6' LG PT WOOD POST OR 2" X 6' LG PVC PIPE, NOTE 1
BUILDING LINE
PROPERTY LINE
RIGHT-OF-WAY
6" TEMP CAP (HAND INSTALLED LOOSLY, INSTALL 4" LATERAL FROM THIS POINT)
6" CLEANOUT
SERVICE STUB END DEPTH MINIMUM 3 FT
6" SERVICE STUB INSTALLED LOW SIDE OF LOT
CURB
DEPTH OF SERVICE STUB MINIMUM 5 1/2 FT AT CURB CROSSING
SEWER MAIN
FLOW
SANITARY MANHOLE

NOTES:

1. IDENTIFY AS PER OSHA SAFETY STANDARD SPECIFICATION 1910.44 UTILITY PROTECTION MARKING PAINT (GREEN)

2. MINIMUM LENGTH OF SERVICE STUB IS ONE FULL PIPE JOINT LENGTH OR TO THE RIGHT-OF-WAY. MAXIMUM LENGTH OF SERVICE STUB IS 75 FEET.

3. REFER TO S-012 FOR SERVICE AND CLEANOUT PROFILE

| STANDARD DETAILS | 09/17 |
|---|---|
| **Service Stub Location Detail** | |
| NOT TO SCALE | DETAIL NO. S-018 |

---



RIVER TO TAP



ACCURA

ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVE & GA ASSOCIATES, Inc.

DeKalb County
GEORGIA

**ATKINS**

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280





DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS - 6

| | |
|---|---|
| DESIGNED BY: WFL | |
| DRAWN BY: JAB | |
| CHECKED BY: WX | |
| APPROVED BY: RB | |
| DATE: NOV. 2022 | |
| PROJECT No. 100081630 | DRAWING No. SD-06 |

SHT 2 of XX



NOT FOR CONSTRUCTION



NOTES:
1. THE FIRST SECTION OF THE SEWER LINE SHALL BE ISOLATED FROM THE REST OF THE PROPOSED SYSTEM.

2. THE FIRST MANHOLE OF THE PROPOSED SYSTEM SHALL BE USED TO PUMP OUT ANY INFLOW/INFILTRATION, MUD, ETC., THAT ENTERED THE SYSTEM DURING CONSTRUCTION.

3. THE PLUGS SHALL NOT BE REMOVED UNTIL APPROVAL OF PROPOSED SEWER SYSTEM BY DCDWM INSPECTORS.

| STANDARD DETAILS | 09.17 |
|---|---|
| Plug Location Detail | |
| NOT TO SCALE | DETAIL NO.   S-019 |



NOTES:
1. TRANSITION JOINTS: THE FOLLOWING SHALL BE UTILIZED FROM DUCTILE IRON PIPE TO PVC FOR PIPE SIZES LESS THAN 12 INCHES:

A. WATER MAIN TYPE COMPRESSION COUPLINGS WITH ADAPTER GASKETS AS NEEDED.

B. "FERNCO" TYPE FLEXIBLE RUBBER ADAPTER COUPLING (SHOWN) OR APPROVED EQUAL.

2. TRANSITION COUPLINGS SHALL BE CONSTRUCTED AS SHOWN ABOVE.

| STANDARD DETAILS | 09.17 |
|---|---|
| Transition Coupling Detail | |
| NOT TO SCALE | DETAIL NO.   S-020 |



| STANDARD DETAILS | 09.17 |
|---|---|
| LARGE DIAMETER MANHOLE BASE (ECCENTRIC) DETAIL | |
| NOT TO SCALE | DETAIL NO.   S-024 |



RIVER TO TAP



ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS - 7

| | |
|---|---|
| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKD BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | SD-07 |

SHT 28  of  XX

NOT FOR CONSTRUCTION

Plotted: April  20, 2023 12:45pm



STANDARD DETAILS

Large Diameter Manhole
Transition Base Detail

NOT TO SCALE

09/17

DETAIL NO.   S-025



NOTE:
1. MAY USE THE EXISTING PIPE AS THE MANHOLE CHANNEL WITH DCDWM APPROVAL. SHALL BE SAWCUT AT SPRING LINE AND SHELF.

STANDARD DETAILS

Manhole Over
Existing Sewer
(Doghouse)

Not To Scale

09/17

DETAIL NO.   S-026



NOTES:
1.   MINIMUM MANHOLE DIAMETER SHALL BE 5'-0".

STANDARD DETAILS

PIPED INSIDE DROP
CONNECTION FOR MANHOLE

Not To Scale

09/17

DETAIL NO.   S-027









ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION I

STANDARD DETAILS - 8

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022

PROJECT No.  1000816630
DRAWING No.  SD-08

SHT 29   of  XX

NOT FOR CONSTRUCTION















Plotted: April 20, 2023 12:45pm

SHT 30  of  XX

NOT FOR CONSTRUCTION

# PROPOSED PLANS
## FOR
## SHOAL CREEK TRUNK SEWER RELIEF PROJECT SECTION II
### DEPARTMENT OF WATERSHED MANAGEMENT
### DEKALB COUNTY, GEORGIA

*SEWER NOTES:*

* ALL DESIGN AND CONSTRUCTION SHALL COMPLY WITH DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT DESIGN STANDARDS CURRENT EDITION.
* THE DESIGN STANDARDS CURRENT EDITION IS PROVIDED ON THE DWM ECMS WEBSITE.
* www.dekalbcountyga.gov/watershed-management/office-engineering-construction-management-services
* CONTRACTOR SHALL PROVIDE RECORD DRAWINGS "AS-BUILT PLANS" AND "FINAL PLANS" (IF APPLICABLE) IN HARD COPY AND ELECTRONIC FORMAT (AUTOCAD OR MICROSTATION).
* FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL TO THE DWM CONSTRUCTION MANAGER.
* CONTRACTOR MUST NOTIFY WATER AND SEWER CONSTRUCTION INSPECTOR 72 HOURS PRIOR TO COMMENCING CONSTRUCTION ACTIVITIES.

NOTES:

1. ALL EROSION AND SEDIMENTATION CONTROLS AND ALL TREE PROTECTION MEASURES SHALL BE INSTALLED PRIOR TO GRADING.

2. CONTACTS:
   DEKALB WATERSHED MANAGEMENT:
   ALIA JOHNSON
   PHONE (770) 414-2389
   (678) 614-9053

   GDOT DISTRICT ACCESS MANAGEMENT ENGINEER:
   CHRISTOPHER McKINNEY, PHONE (770) 986-7070
   GDOT AREA 1 OFFICE, PHONE (404) 299-4381

3. NECESSARY BARRICADES, SUFFICIENT LIGHTS, SIGNS AND OTHER TRAFFIC CONTROL METHODS AS MAY BE NECESSARY FOR THE PROTECTION AND SAFETY OF THE PUBLIC SHALL BE PROVIDED AND MAINTAINED THROUGHOUT WIDENING OF AND CONSTRUCTION ON DEKALB COUNTY ROADS.

4. BEGIN CONSTRUCTION:  33.71469 N, 84.26403 W
   END CONSTRUCTION:   33.68335 N, 84.24863 W

5. PROJECT AREA= 17.12 ACRES
   DISTURBED AREA= 19.61 ACRES
   NPDES FEES= 19.61 x $40.00 = $784.57
   PAID TO DEKALB COUNTY AND $6784.57 PAID TO EPD.

6. PROJECT INCLUDES 57 PROPOSED MANHOLES.
   14,240  L.F. 48" DIP SANITARY SEWER.

7. 72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING. http:\\WWW.GEORGIA811.COM

8. DEKALB COUNTY IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS BY ENGINEERS OR OTHER DESIGN PROFESSIONS ON DESIGN OR COUNTY CODE REQUIREMENTS FOR THIS PROJECT.

9. CONTRACTOR SHALL PREVENT TRACKING OR FLOW OF MUD AND/OR SEDIMENT ONTO FLOODWAY, STREETS, AND ADJACENT PROPERTIES. ALL MATERIALS SPILLED, DROPPED, WASHED OR TRACKED FROM VEHICLES OR SITES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED IMMEDIATELY BY THE CONTRACTOR.

10. CONTRACTOR IS RESPONSIBLE OF ACQUIRING RIGHT OF ENTRIES FOR ACCESS/CONSTRUCTION PRIOR TO BEGINNING OF CONSTRUCTION.

11. A PORTION OF THIS PROJECT IS LOCATED WITHIN A 100 YEAR FLOODPLAIN AS SHOWN ON "F.I.A. OFFICIAL HAZARD MAP" COMMUNITY NO. 13063C0050E, DATED 9/5/2007.

12. THERE ARE WETLANDS LOCATED ON OR WITHIN 200 FEET OF THIS PROJECT.

13. ALL STATE WATERS WITHIN 200 FEET OF THIS PROJECT HAVE BEEN DELINEATED.

14. PROJECT IS LOCATED IN CITY OF DECATUR.

*OWNER*
DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT
180 SAMS ST B3200
DECATUR, GEORGIA  30030
CONTACT: ALIA JOHNSON
PHONE (770) 414-2389
(678) 614-9053
A.CJOHNSON@DEKALBCOUNTYGA.GOV

*OFFICERS*
CHIEF EXECUTIVE OFFICER      MICHAEL THURMOND

*DEKALB COUNTY BOARD OF COMMISSIONERS*
DISTRICT 1      ROBERT PATRICK
DISTRICT 2      JEFF RADER
DISTRICT 3      LARRY JOHNSON
DISTRICT 4      STEVE BRADSHAW
DISTRICT 5      MEREDA DAVIS JOHNSON
DISTRICT 6      EDWARD TERRY
DISTRICT 7      LORRAINE COCHRAN-JOHNSON

*DEPARTMENT OF WATERSHED MANAGEMENT*
DIRECTOR      DAVID HAYES (INTERIM)

*DESIGNER*      ATKINS, NORTH AMERICA
1600 RIVEREDGE PARKWAY, SUITE 700
ATLANTA, GEORGIA  30328

## DRAWING INDEX

| SHEET | DESCRIPTION |
|---|---|
| COV | COVER |
| G-01 | GENERAL NOTES |
| G-02 | LEGEND AND ABBREVIATIONS |
| C-01 | STA 0+00 TO STA 14+00 - PLAN AND PROFILE |
| C-02 | STA 14+00 TO STA 28+00 - PLAN AND PROFILE |
| C-03 | STA 28+00 TO STA 42+00 - PLAN AND PROFILE |
| C-04 | STA 42+00 TO STA 56+00 - PLAN AND PROFILE |
| C-05 | STA 56+00 TO STA 70+00 - PLAN AND PROFILE |
| C-06 | STA 70+00 TO STA 84+00 - PLAN AND PROFILE |
| C-07 | STA 84+00 TO STA 89+00 - PLAN AND PROFILE |
| C-08 | STA 89+00 TO STA 112+00 - PLAN AND PROFILE |
| C-09 | STA 112+00 TO STA 126+00 - PLAN AND PROFILE |
| C-10 | STA 126+00 TO STA 140+00 - PLAN AND PROFILE |
| C-11 | STA 140+00 TO STA 145+00 - PLAN AND PROFILE |
| SD-01 | STANDARD DETAILS - 1 |
| SD-02 | STANDARD DETAILS - 2 |
| SD-03 | STANDARD DETAILS - 3 |
| SD-04 | STANDARD DETAILS - 4 |
| SD-05 | STANDARD DETAILS - 5 |
| SD-06 | STANDARD DETAILS - 6 |
| SD-07 | STANDARD DETAILS - 7 |
| SD-08 | STANDARD DETAILS - 8 |
| SD-09 | STANDARD DETAILS - 9 |



TRUNK SEWER

### SITE MAP
SCALE: N.T.S.

SITE LOCATION:
SOUTH OF I-20 NEAR EMBER DR TO NEAR THE INTERSECTION OF FLAT SHOALS PKWY & BORING RD.



### FEMA / FIRM MAP
SCALE: N.T.S.

72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING.




**GEORGIA811**
Utilities Protection Center, Inc.
Know what's below.
Call before you dig.


DeKalb County GEORGIA





**ATKINS**
1600 Riveredge Parkway, Suite 700
Atlanta, Ga 30328
P: 770-933-0280


RK REEVES & ASSOCIATES, Inc.

24 HOUR CONTACT: BILL LIVINGSTON 678-581-3494
WILLIAM.LIVINGSTON@ATKINSGLOBAL.COM

I certify under penalty of law that this Plan was prepared after a site visit to the locations described herein by myself or my authorized agent, under my supervision.

Professional Engineer
GSWCC Level II Certified Design Professional
Certification # 21845, Expires November 4, 2024

## 30% SUBMITTAL
## FEBUARY, 2023

## GENERAL NOTES FOR SANITARY SEWER RELOCATION

1. A PRECONSTRUCTION CONFERENCE MUST BE HELD WITH MEMBERS OF DEKALB DEPARTMENT OF WATERSHED MANAGEMENT (DWM), AND THE CONTRACTOR OF RECORD BEFORE ANY WORK CAN BE DONE ON SITE. CONTRACTOR TO NOTIFY DEKALB COUNTY PROJECT MANAGER 72 HOURS BEFORE THE BEGINNING OF EACH PHASE OF CONSTRUCTION.

2. ALL WORK SHALL COMPLY WITH THE LATEST EDITIONS OF MASTER SPECIFICATIONS AND DESIGN STANDARDS FOR DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT 'POTABLE WATER MAIN, GRAVITY SANITARY SEWER, AND SANITARY SEWER AND FORCE MAIN DESIGN STANDARDS: LATEST EDITION. IN ADDITION TO APPLICABLE STATE, FEDERAL, AND LOCAL MAY ALL CODES, ALL NECESSARY LICENSES AND PERMITS SHALL BE OBTAINED BY THE CONTRACTOR AT HIS OWN EXPENSE UNLESS PREVIOUSLY OBTAINED BY DWM.

3. DEVIATION FROM THESE PLANS WITHOUT THE PRIOR CONSENT OF DWM OR HIS REPRESENTATIVE OR THE ENGINEER MAY BE CAUSE FOR THE WORK CONSTRUED TO BE UNACCEPTABLE.

4. IF THE CONTRACTOR DAMAGES ANY EXISTING UTILITIES DURING CONSTRUCTION, HE SHALL, AT HIS OWN EXPENSE, HAVE REPLACED OR REPAIRED THE UTILITIES TO THEIR ORIGINAL, OR BETTER CONDITION AND QUALITY, AS APPROVED BY THE REPRESENTATIVE OF THE APPROPRIATE UTILITY COMPANY.

5. CONTRACTOR IS TO MEET ALL LOCAL UTILITY COMPANY REGULATIONS IN ANY READJUSTMENT OR RELOCATION OF EXISTING SERVICES.

6. CONTRACTOR SHALL ADJUST NEW PIPELINE LOCATION BASED ON FIELD CONDITIONS AND FIELD INSPECTOR REQUIREMENTS.

7. INSTALLATION OF EROSION CONTROL MEASURES AND PRACTICES SHALL TAKE PLACE PRIOR TO AND CONCURRENT WITH LAND DISTURBING ACTIVITIES. ALL EROSION AND CONTROL MEASURES SHALL BE MAINTAINED AT ALL TIMES AND SHALL BE INSPECTED REGULARLY USING THE EROSION AND SEDIMENT CONTROL CHECKLIST. ADDITIONAL EROSION AND SEDIMENT CONTROL MEASURES SHALL BE INSTALLED IF DEEMED NECESSARY BY THE DWM.

8. DRAINAGE SYSTEMS SHALL BE MAINTAINED, KEPT FREE OF DEBRIS, AND IN OPERATING CONDITION AT ALL TIMES DURING CONSTRUCTION OF THIS PROJECT. THIS MAY INCLUDE, BUT NOT BE LIMITED TO, REPLACEMENT OR RECONSTRUCTION OF EXISTING DRAINAGE STRUCTURES THAT HAVE BEEN DAMAGED OR REMOVED OR RE-GRADED AS REQUIRED BY THE ENGINEER. EXCEPT FOR THOSE DRAINAGE ITEMS SHOWN AT SPECIFIC LOCATIONS IN THE PLANS AND HAVING SPECIFIC PAY ITEMS IN THE DETAILED ESTIMATE, NO SEPARATE PAYMENT WILL BE MADE FOR ANY COSTS INCURRED TO COMPLY WITH THIS REQUIREMENT.

9. ALL SIGNS, MAILBOXES, FENCING, LANDSCAPING, ETC. SHALL BE PROTECTED DURING CONSTRUCTION. SHOULD IT BE REQUIRED TO REMOVE OR DISTURB SUCH ITEMS, THE CONTRACTOR SHALL SEEK APPROVAL FROM THE OWNER FIRST AND IF APPROVED, THE REMOVAL OR DISTURBANCE OF SUCH ITEMS WILL BE DONE AT NO ADDITIONAL COST TO THE OWNER. SHOULD THE OWNER DEEM ANY ITEMS AS DAMAGED, THE CONTRACTOR SHALL REPLACE THE ITEM IN LIKE AND KIND AT NO ADDITIONAL EXPENSE TO DEKALB COUNTY. TRANSPLANTED AND/OR REPLACED ITEMS SHALL BE GUARANTEED BY THE CONTRACTOR FOR ONE YEAR AFTER WORK IS COMPLETED. TRAFFIC CONTROL SIGNS AND MAIL BOXES SHALL BE REPLACED THE DAY OF THEIR REMOVAL.

10. CONTRACTOR SHALL FURNISH SUITABLE BORROW MATERIAL FOR THE PROJECT THAT SHALL BE APPROVED BY THE DEKALB DWM INSPECTOR PRIOR TO USE. ALL SPOIL MATERIALS, REFUSE, AND DEBRIS SHALL BE REMOVED FROM THE SITE BY THE CONTRACTOR AND LEGALLY DISPOSED OF AT AN APPROPRIATE OFFSITE LOCATION. BURNING OF REFUSE, DEBRIS, OR SPOIL MATERIAL AT THE PROJECT SITE IS NOT ALLOWED.

11. ALL PROJECT SITE AREAS DISTURBED BY CONTRACTOR OPERATIONS SHALL BE STABILIZED WITH PERMANENT GRASSING UNLESS OTHERWISE NOTED. PERMANENT GRASSING SHALL BE SOD UNLESS OTHERWISE SPECIFICALLY NOTED IN THE CONTRACT DOCUMENTS OR APPROVED BY THE OWNER. ANY AREAS OUTSIDE THE PROJECT SITE AREA THAT ARE DISTURBED SHALL BE RESTORED AT THE EXPENSE OF THE CONTRACTOR.

12. THE CONTRACTOR SHALL RESTORE ALL DISTURBED GRAVEL, PAVED, OR CONCRETE ENTRANCES, DRIVES, DRIVEWAYS, AND APRONS TO PRECONSTRUCTION CONDITIONS AND IN ACCORDANCE WITH APPLICABLE DOT AND DEKALB COUNTY STANDARDS AND REQUIREMENTS.

13. THE SIZE, TYPE, MATERIALS, AND LOCATIONS OF EXISTING UNDERGROUND UTILITIES SHOWN ON THE PLANS ARE BASED ON THE BEST AVAILABLE INFORMATION. SUBSURFACE UTILITY INFORMATION SHOWN IS APPROXIMATE ONLY AND NO GUARANTEE IS MADE THAT ALL UTILITIES AND OTHER FEATURES ARE REPRESENTED ON THE PLANS ARE CORRECT. IT IS THE RESPONSIBILITY OF THE CONTRACTOR TO DETERMINE THE LOCATION AND SIZE OF ALL EXISTING UTILITIES PRIOR TO BEGINNING CONSTRUCTION.

14. IF THE CONTRACTOR ENCOUNTERS SUBSURFACE CONDITIONS DIFFERENT FROM THOSE SHOWN ON THE PLANS, HE SHALL IMMEDIATELY NOTIFY THE OWNER AND ENGINEER. NO EXISTING UTILITY SHALL BE DISTURBED WITHOUT PROPER AUTHORITY AND THEN ONLY IN SUCH A MANNER AS PRESCRIBED AND APPROVED BY THE OWNER OF THE EXISTING UTILITY.

15. SHOULD IT BE DEEMED NECESSARY TO DISTURB AN EXISTING UTILITY, THE CONTRACTOR IS TO NOTIFY THE OWNER AND THE OWNER OF THE UTILITY WHEN NECESSARY. CONTRACTOR IS TO CEASE WORK UNTIL SATISFACTORY ARRANGEMENTS HAVE BEEN MADE WITH THE UTILITY OWNER TO PROPERLY CARE FOR AND RELOCATE THE UTILITY. NO CLAIMS SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

16. THE CONTRACTOR SHALL TAKE ALL NECESSARY PRECAUTIONS TO PROTECT EXISTING UTILITIES FROM DAMAGE. ANY DAMAGE TO EXISTING UTILITIES CAUSED BY THE CONTRACTOR SHALL BE REPAIRED AT THE CONTRACTOR'S EXPENSE. EITHER THE CONTRACTOR OR UTILITY OWNER WILL PERFORM THE REPAIR AT THE DISCRETION OF THE UTILITY OWNER. NO CLAIMS FOR DAMAGES SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

17. THE CONTRACTOR SHALL PROVIDE ALL PIPE FITTINGS AND APPURTENANCES REQUIRED FOR THE COMPLETE INSTALLATION OF THE PROPOSED PIPELINE, WHETHER OR NOT SUCH ITEMS ARE SHOWN OR CALLED OUT ON THE PLANS. THE CONTRACTOR IS ADVISED THAT FIELD ADJUSTMENTS MAY BE REQUIRED BASED ON ACTUAL SUBSURFACE CONDITIONS AND LOCATIONS OF EXISTING BURIED UTILITIES ENCOUNTERED DURING CONSTRUCTION. THE CONTRACTOR SHALL NOT RECEIVE ANY ADDITIONAL PAYMENT OR TIME EXTENSION FOR THESE ITEMS IN PLANS OR FOR FIELD ADJUSTMENTS MADE DUE TO ACTUAL SUBSURFACE CONDITIONS AND UTILITY LOCATIONS.

18. AT COMPLETION OF CONSTRUCTION, ALL VALVE BOXES, METERS, AND APPURTENANCES SHALL BE SET FOR PROPER FINISH GRADE. PRECAST STRUCTURES, MANHOLE FRAMES AND COVERS ARE TO BE SET FLUSH WITH FINISHED GRADE UNLESS OTHERWISE INDICATED IN THE PLANS OR SPECIFICATIONS.

19. CONTRACTOR SHALL DISCONNECT ALL SERVICE LATERALS FROM THE EXISTING LINE AND RECONNECT TO THE NEW PROPOSED SEWER.

20. CONTRACTOR SHALL INSTALL CONSTRUCTION FENCING ALONG THE LIMITS OF DISTURBANCE.

21. ALL EXISTING LINES UNDER ROADWAY SHOWN AS TO BE ABANDONED SHALL BE ABANDONED WITH FLOWABLE FILL. DWM MAY REQUIRE ADDITIONAL LINES OUTSIDE OF ROADWAY TO BE ABANDONED ON A CASE BY CASE BASIS.

22. FOR PIPE INSTALLATIONS WITHIN STREAM, STREAM BOTTOM SHALL BE RETURNED TO EXISTING GRADE WITH FILL TO MATCH EXISTING MATERIALS. FILL MATERIAL SHALL NOT BE EASILY TRANSPORTED DOWNSTREAM.

23. CONTRACTOR SHALL BE REQUIRED TO OBTAIN AUTHORIZATION FROM THE CITY OF DORAVILLE PRIOR TO THE REMOVAL OF ITEMS FROM BERNARD HALPERN PARK.  RESTORATION OF ANY ITEMS REMOVED FROM THE PARK SHALL BE IN LIKE KIND OR BETTER AND SHALL BE INCLUDED IN THE COST OF THE WORK WITH NO ADDITIONAL PAYMENT. CONTRACTOR SHALL ALSO SUBMIT FOR APPROVAL ANY ITEMS TO BE REPLACED.

## ADDITIONAL NOTES

1. THE CONTRACTOR IS REQUIRED TO PERFORM PRE-CONSTRUCTION VIDEO OF THE ENTIRE CONSTRUCTION AREA PRIOR TO ANY CONSTRUCTION. THE CONTRACTOR SHALL REPAIR ANY DAMAGED PROPERTY WITHIN THEIR CONSTRUCTION AREA THAT DIFFERS OR IS NOT SHOWN ON THE PRE-CONSTRUCTION VIDEO.

2. TRENCH DEWATERING DIRECTLY INTO A STREAM IS PROHIBITED. ALL DEWATERING MUST BE FILTERED THROUGH METHODS DEFINED IN THE MANUAL FOR SEDIMENT AND EROSION CONTROL IN GEORGIA, LATEST EDITION.

3. CONTRACTOR IS RESPONSIBLE FOR THE HORIZONTAL/VERTICAL LOCATING OF EXISTING UTILITIES (INCLUDING ANY UTILITIES NOT SHOWN ON PLANS) AND MAINTAINING UTILITY SERVICES AND SHALL REPAIR AND/OR REPLACE ANY DAMAGED SERVICES AS SOON AS POSSIBLE.

4. STORM WATER MANAGEMENT FOR THIS PROJECT IS PROVIDED ON-SITE. STORM WATER MANAGEMENT FOR THIS PROJECT CONSISTS OF TEMPORARY EROSION AND SEDIMENT CONTROLS TO BE INSTALLED DURING THE PROPOSED WORK. AT THE COMPLETION OF THE PROJECT THE TEMPORARY MEASURE SHALL BE REMOVED.

5. THERE SHALL BE NO INCREASE IN FLOWS OR COMPENSATION IN OTHER DRAINAGE AREAS, WHICH RESULT IN AN INCREASED PEAK DISCHARGE ONTO ADJACENT PROPERTY.

6. THE CONTRACTOR IS RESPONSIBLE FOR ALL SITE SAFETY AS WELL AS THE WAYS, MEANS AND METHODS OF CONSTRUCTION.

7. WATER AND SEWER FEES NEED TO BE PAID BY THE CONTRACTOR UNDER THE FOLLOWING CIRCUMSTANCES: NEW CONSTRUCTION, REDEVELOPMENT, ADDITIONS, CHANGE OF USE, ETC. CONTRACTOR TO DETERMINE COST PRIOR TO BID AND INCLUDE INCIDENTAL TO THE WORK. THESE FEES ARE PAID AT 330 W. PONCE DE LEON AVENUE, 2ND FLOOR. FAILURE TO SETTLE THESE FEES SHALL RESULT IN DELAYS. FOR OBTAINING WATER AND SEWER APPROVAL, CALL (404) 371-4918 FOR FEE CALCULATIONS OR ANY QUESTIONS.

8. FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL BY THE DWM ENGINEER / PROJECT MANAGER BEFORE CHANGES ARE IMPLEMENTED.

9. ALL ITEMS WHICH MUST BE REMOVED DURING CONSTRUCTION AND ARE NOT SPECIFICALLY SHOWN TO BE PAID FOR SEPARATELY, SHALL BE REMOVED AND PAID FOR IN THE UNIT PRICE BID FOR SANITARY SEWER. NO CLAIMS WILL BE CONSIDERED FOR EXTRA COMPENSATION.

10. CONTRACTOR TO SEQUENCE SANITARY SEWER INSTALLATION  SO AS NOT TO DAMAGE EXISTING UTILITIES AND WATER MAIN AND/OR DISRUPT EXISTING SERVICE.

11. THE CONTRACTOR IS TO MAINTAIN COMPLETE RECORDS AS LINE-WORK PROGRESSES AND SUBMIT WITH MONTHLY PAY APPLICATION.

12. USE BEDDING AS RECOMMENDED PER DWM STANDARD. BEDDING SHALL NOT BE MEASURED SEPARATELY FOR PAYMENT. COST SHALL BE INCLUDED IN THE UNIT PRICE BID FOR SANITARY SEWERS. NO CLAIM WILL BE CONSIDERED FOR EXTRA COMPENSATION.

13. THE CONTRACTOR IS REQUIRED TO NOTIFY, IN ADVANCE IN WRITING, ALL RESIDENTS IN THE AREA AFFECTED BY THE WORK TO BE PERFORMED. THE NOTICE SHALL SHOW THE STARTING AND FINISHING DATES.

14. ALL MANHOLES LOCATED WITHIN ROADWAYS SHALL BE INSTALLED WITH CONCRETE COLLARS AND TRAFFIC RATED MANHOLE FRAMES AND COVERS PER GDOT STANDARDS.

15. ALL MANHOLES SHALL HAVE WATER TIGHT FRAMES AND COVERS UNLESS NOTED OTHERWISE.

16. NOTE THE NARROWER ALLOWED DISTURBED AREA/EASEMENTS WHEN CROSSING THROUGH STREAM BUFFERS (MAX. WIDTH = 45FT.)

17. FOR ALL TRENCH EXCAVATIONS 20 FEET OR DEEPER THE CONTRACTOR WILL BE REQUIRED TO SUBMIT AS A SUBMITTAL A PROTECTIVE SYSTEM DESIGNED AND STAMPED BY A PROFESSIONAL ENGINEER.

18. CONTRACTOR WILL BE REQUIRED TO SUBMIT BUOYANCY CALCULATIONS FOR ALL PRECAST MANHOLES. MANHOLES WITHIN THE 100 YEAR FLOOD PLAIN BOUNDARY WILL NEED TO CONTAIN FLOATATION COLLARS AND BE DESIGNED TO BE NON-BUOYANT.

19. THE MAXIMUM ALLOWABLE HEIGHT IS TWO (2) FEET ABOVE GROUND ELEVATION FOR MANHOLES NOT LOCATED IN THE ROADWAY AND NOT LOCATED IN THE 100 YEAR FLOOD PLAIN BOUNDARY AREA.

20. PER COUNTY STANDARDS ALL PIPE JOINTS SHALL BE SEALED ON THE OUTSIDE USING COAL TAR EPOXY WHEN LOCATED IN THE 100 YEAR FLOOD PLAIN.

21. CONTRACTOR TO MEET TRAFFIC CONTROL REQUIREMENTS OF MUTCD GDOT AND LOCAL MUNICIPALITY.

22. CONTRACTOR TO INSTALL GATE IF ACCESS ROAD TO REMAIN, SEE ATTACHED GATE DETAIL G-012 ON SHEET SD-16.

23. REPLACEMENT PIPE SECTIONS  AND MANHOLES LABELED ABANDONED  TO BE FILLED WITH FLOWABLE FILL.

24. ALL MANHOLES TO BE ABANDONED AS PER THE LATEST DEKALB COUNTY DETAILS.

25. ALL MANHOLES OVER 16 FEET DEEP REQUIRE SAFETY PLATFORMS, SEE DETAIL S-002 ON SHEET SD-01.

26. PROTECTO 401 COATING REQUIRED FOR ALL DUCTILE IRON PIPE IN CREEK CROSSING

27. AN EPDG HINGED TYPE MANHOLE COVER AND CASTING WILL BE REQUIRED FOR ALL MANHOLES WHEN THE TOP ELEVATION OF THE MANHOLE IS GREATER THAN 3 FEET ABOVE FINISHED GRADE, SEE DETAIL S-029 ON SHEET SD-16.

28. AVOID ANY NATIONAL REGISTER OF HISTORIC PLACES (NRHP) ELIGIBLE, LISTED, OR UNKNOWN HISTORIC RESOURCES AND FEATURES INCLUDING BUT NOT LIMITED TO STRUCTURES, STAIRS, AND WALLS.

29. ADEQUATE PROTECTIVE MEASURES SHOULD BE UTILIZED TO ENSURE HISTORIC RESOURCES AND FEATURES WITHIN OR ADJACENT TO THE PROJECT AREA ARE NOT DAMAGED BY CONSTRUCTION ACTIVITIES.

30. ANY HISTORIC GRANITE CURBING ENCOUNTERED WITHIN THE AREA OF POTENTIAL EFFECT SHOULD BE RETAINED TO THE GREATEST EXTENT POSSIBLE OR REPLACE IN KIND.








ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, GA 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

GENERAL NOTES

| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHKED BY: | WX |
| APPROVED BY: | WX |
| DATE: | NOV, 2022 |
| PROJECT No. | 100081630 |
| DRAWING No. | G-01 |

SHT 2  OF 22

NOT FOR CONSTRUCTION

RIVER TO TAP

DeKalb County
GEORGIA

Plotted: April 20, 2023 3:29pm

## LINETYPES

**EXISTING OVERHEAD**
- —E— Electric Line
- —TV— Cable TV Line

**PROPERTY:**
- City Limits Line
- Limited Access
- Center of Creek

**FENCE LINES**
- Barb Wire Fence
- Chain link fence
- Wood Fence

**EXISTING UNDERGROUND**
- —E(UG)— Electric
- —T(UG)— Telecommunications
- —TV(UG)— Cable TV
- —W(UG)— Water
- —SS— Sanitary Sewer
- —G(UG)— Gas
- —UNK(UG)— Unknown

**MISCELLANEOUS**
- —LOS— Limits of Survey

## LEGEND

**SURVEY CONTROL**
- BM Benchmark
- Control Point

**TOPOGRAPHIC FEATURES**
- RRM Right-of-Way Monument Found
- Street Sign
- Air Condition Unit
- BOL Bollard
- Mailbox

**WATER**
- Fire Hydrant
- Fire Department Connection
- Water Meter
- Water Valve
- Water Valve Marker
- Water Manhole
- Water Vault

**ELECTRIC/POWER**
- Electric Box
- Transformer
- Underground Electric Manhole
- Hand Hole
- Guy Wire
- Electric Meter
- Power Pole/Utility Pole
- Street Light/Light Pole

**DRAINAGE**
- Catch Basin Double-wing
- Catch Basin Single-wing
- Curb Inlet
- Drop Inlet
- Storm Drain Manhole

**SEWER**
- Sanitary Sewer Manhole
- Cleanout

**TELEPHONE**
- Telephone Manhole
- Telephone Terminal Box
- Traffic Signal Box
- Traffic Signal Pole
- Underground Cable TV
- Underground Telephone Box

**GAS**
- Gas Manhole
- Gas Vault
- Petroleum Valve
- Gas Fill Cap
- Gas Meter
- Gas Valve

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| BLA | Begin Limited Access | IPF | Iron Pin Found |
| B/W | Bottom of wall | IPS | Iron Pin Set |
| C&G | Curb and Gutter | L/W | Low Wire Elevation |
| CE | Construction Easement | MW | Monitoring Well |
| CMP | Corrugated Metal Pipe | N/F | Now or Formerly |
| CO | Clean Out | OTP | Open Top Pipe |
| CPP | Corrugated Plastic Pipe | PB | Plat Book |
| DB | Deed Book | PG | Page |
| DIP | Ductile Iron Pipe | POB | Point of Beginning |
| DE | Drainage Easement | POC | Point of Commencement |
| ELA | End Limited Access | PVC | Polyvinyl Chloride Pipe |
| FES | Flared End Section | RCP | Reinforced Concrete Pipe |
| JB | Junction Box | SSE | Sanitary Sewer Easement |
| GI | Grate Inlet | T/W | Top of Wall |
| HW | Headwall | VCP | Vitrified Clay Pipe |
| I.E. | Invert Elevation | UNK | Unknown |

## UTILITY OWNERS

ATLANTA GAS LIGHT
10 PEACHTREE PL.
ATLANTA, GA 30309
800–427–5463

GEORGIA POWER
241 RALPH MCGILL BOULEVARD
ATLANTA, GA 30308
404–506–6539

BELLSOUTH/AT&T
DALE BURNEY
575 MOROSGO DRIVE
ATLANTA, GA 30324
800–288–2020


R2T
RIVER TO TAP


ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeve & ASSOCIATES, Inc.


DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280





DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

LEGEND AND ABBREVIATIONS

| | |
|---|---|
| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | G-02 |

SHT 2  OF 22

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 3:28pm



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA 0+00 TO STA 14+00

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

ACCURA
RK Reeve & Associates, Inc.

R2T
RIVER TO TAP

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WK
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-01
SHT 3 OF 22
NOT FOR CONSTRUCTION

**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10



PLAN
SCALE: 1" = 50

PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

R2T
RIVER TO TAP

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA 14+00 TO STA 28+00

| DESIGNED BY: WFL | |
| DRAWN BY: JAB | |
| CHKED BY: WX | |
| APPROVED BY: RB | |
| DATE: NOV. 2022 | |
| PROJECT No. 100081630 | DRAWING No. C-02 |

SHT 4 OF 22

NOT FOR CONSTRUCTION



PLAN
SCALE: 1" = 50

PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

SHOAL CREEK

MATCHLINE SEE SHT C-02

MATCHLINE SEE SHT C-04

R2T
RIVER TO TAP

ACCURA

RK Reeves & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA. 28+00 TO STA. 42+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WK
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-03
SHT 5 OF 22
NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ. 1" = 50
VERT: 1" = 10

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA 42+00 TO STA 56+00

RIVER TO TAP

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WK
APPROVED BY: RB
PROJECT No. 100081630
DRAWING No. C-04
SHT 6 OF 22
NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-04

MATCHLINE SEE SHT C-06

NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ 1" = 50
VERT: 1" = 10

NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

R2T
RIVER TO TAP

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA. 84+00 TO STA. 98+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV, 2022
PROJECT No.: 100081630
DRAWING No.: C-07
SHT 9 OF 22
NOT FOR CONSTRUCTION



**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-07

MATCHLINE SEE SHT C-09

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA 89+00 TO STA 112+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: RR
APPROVED BY: RR
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-08
SHT10 OF 22
NOT FOR CONSTRUCTION

R2T
RIVER TO TAP

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

PLAN
SCALE: 1" = 50'

PROFILE
SCALE
HORIZ: 1" = 50'
VERT: 1" = 10'



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA 112+00 TO STA 126+00

| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |

| PROJECT No. | DRAWING No. |
| 100081630 | C-09 |

SHT11 OF 22

NOT FOR CONSTRUCTION

RIVER TO TAP

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA





**PLAN**
SCALE: 1" = 50

**PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

MATCHLINE SEE SHT C-10

R2T
RIVER TO TAP

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

SECTION II PLAN AND PROFILE
STA 140+00 TO STA 145+00

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. C-11
SHT13 OF 22
NOT FOR CONSTRUCTION







**STANDARD DETAILS**

09/17

**Standard Precast Manhole**

NOT TO SCALE    DETAIL NO.   S-001

**STANDARD DETAILS**

09/17

**Safety Platform Detail**

NOT TO SCALE    DETAIL NO.   S-002

**STANDARD DETAILS**

09/17

**Outside Drop Connection For Precast Manhole**

NOT TO SCALE    DETAIL NO.   S-003








RIVER TO TAP

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS -1

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630   DRAWING No. SD-01
SHT 15 OF 23
NOT FOR CONSTRUCTION



MANHOLE WALL

O-RING GASKETS

TONGUE AND GROOVE JOINTS

ALTERNATE GASKET LOCATIONS

NOTE:

AFTER INSTALLATION JOINTS SHALL BE GROUTED SMOOTH WITH
CEMENT GROUT ON INSIDE AND OUT. ALSO AN EXTERNAL WRAP
SUCH AS INFI-SHIELD GATOR WRAP OR EQUAL SHALL SEAL EACH
OUTSIDE JOINT.

| STANDARD DETAILS | 09/17 |
| **Manhole Joint Detail With Joint Wrap** | |
| NOT TO SCALE | DETAIL NO.    S-004 |



REMOVE FRAME PLUS
COVER AND TURN OVER
TO DCDWM

FIN. GRADE

DEMOLISH TOP MANHOLE
STRUCTURE TO A DEPTH
OF 2' (MIN) BELOW
FINISH GRADE.

2' MIN.

VARIES

FILL REMAINING MANHOLE
STRUCTURES TO EXISTING
GRADE WITH RUBBLE AND
COMPACTED EARTH IN 6"
LAYERS.

DRILL 4" HOLE IN
BASE SLAB FOR
DRAINAGE

ABANDON ALL SEWERS
CONNECTING TO
MANHOLES AND SEAL
OPENING IN WALL W/
WATERTIGHT GROUT PLUG.

| STANDARD DETAILS | 09/17 |
| **Method of Manhole Abandonment** | |
| NOT TO SCALE | DETAIL NO.    S-005 |



RED SAFETY
REFLECTOR

NOTES:

1. STEPS MAY BE CAST IRON, COATED STEEL, PLASTIC
OR ALUMINUM AND MEET ASTM C-478 REQUIREMENTS.

2. MINIMUM DESIGN LIVE LOAD SHALL BE A SINGLE
CONCENTRATED LOAD OF 300LBS.

3. STEPS SHALL BE A MINIMUM OF 10" WIDE, EMBEDDED
A MINIMUM OF 3" AND PROJECT MINIMUM CLEAR DISTANCE OF 4".

4. MAXIMUM VERTICAL SPACING SHALL BE 12" IN THE COMPLETED MANHOLE.

| STANDARD DETAILS | 09/17 |
| **Typical Manhole Step** | |
| NOT TO SCALE | DETAIL NO.    S-006 |


R2T
RIVER TO TAP


ACCURA
ACCURRA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DC
DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS - 2

| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | SD-02 |

SHT 16 OF 23

Plotted: April 20, 2022 3:32pm



CONCRETE
3000 P.S.I.
48"
48"
DEKALB RIVER
CONCRETE
9"
TWO
NON-PENETRATING
PICK-HOLES

SEE DETAIL S-009, TRAFFIC
MANHOLE FRAME AND COVER

GRAY IRON ASTM A48 CL30
FRAME WT = 282 LBS
LID  WT. = 178 LBS
TOTAL WT. =  460 LBS

NOTE: CONCRETE COLLARS ONLY REQUIRED IN STREETS,
ROADWAYS AND OTHER AREAS SUBJECT TO VEHICULAR
TRAFFIC.

STANDARD DETAILS                         09/17
Concrete Collar for
Manhole Frame and Cover
NOT TO SCALE           DETAIL NO.   S-007

---



1/2" PICK HOLE

ISOMETRIC OF
1/4" HIGH LETTERS

1/2" PICK HOLE

4 -1/2" x 3" HEX
HEAD BRONZE BOLTS

TOP VIEW

ROUND RUBBER GASKET

25-1/4"
16-5/8"
23"
2-3/8"
5/8"
7/8"
5/8"
20-1/2"
25-1/2"
36"
1/2"

SIDE VIEW

GRAY IRON
ASTM A48 CL30
TOTAL. WT. = 320 LBS.

NOTES:

1. MANHOLES CONSTRUCTED IN NON-PAVED AREAS
SHALL BE INSTALLED WITH BOLT DOWN LID.

2. "DEKALB SEWER" MUST FIT WITHIN LID DIMENSIONS,
LETTER HEIGHT WILL BE 2 INCHES.

STANDARD DETAILS                         09/17
Bolt Down Manhole Frame and Cover
NOT TO SCALE           DETAIL NO.   S-008

---




1/2" PICK HOLE

ISOMETRIC OF
1/4" HIGH LETTERS

1/2" PICK HOLE

TOP VIEW

24 + 1/16" - 0"
23-7/8"+0"-1/16"
16- 5/8"
16- 1/4"
2-15/16"
8-1/16"

1/4 RAD FILLETS TYP

1"
22"
24-34"
34"
5/8"

SIDE VIEW

5/16"
1-3/4"
1-1/16"
11/16"
1/8" TYP

GRAY IRON ASTM A48 CL30
FRAME WT = 282 LBS
LID  WT. = 178 LBS

TOTAL WT. =  460 LBS

NOTES:

1. "DEKALB SEWER" MUST FIT WITHIN LID
DIMENSIONS, LETTER HEIGHT WILL BE 2 INCHES.

STANDARD DETAILS                         09/17
Traffic Manhole Frame and Cover
NOT TO SCALE           DETAIL NO.   S-009

---

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS - 3

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. SD-03
SHT 17  OF  23

NOT FOR CONSTRUCTION



| PIPE SIZE | "A" | "D" | "T" |
|-----------|-----|-----|-----|
| 6" & 15" | 0' – 90° | 4'–0" | 5" |
| 18" | 0' – 60° | 4'–0" | 5" |
| 18" | 60° – 90° | 5'–0" | 6" |
| 21" & 24" | 0' – 60° | 5'–0" | 6" |
| 21" & 24" | 60° – 90° | 6'–0" | 7" |

NOTE:

1. MINIMUM CENTERLINE RADIUS OF
   MANHOLE INVERT = 1.5 x PIPE DIAMETER

| STANDARD DETAILS | 09/17 |
|---|---|
| **Invert Plan** | |
| NOT TO SCALE | DETAIL NO.   S-010 |



NOTES:

CONC. FILL REQ'D
AROUND NEW PIPE
(3000 PSI)

EXISTING STRUCTURE WALL

| STANDARD DETAILS | 09/17 |
|---|---|
| **New Line Connection to an Existing Structure** | |
| NOT TO SCALE | DETAIL NO.   S-011 |



NOTES:

1. PLUG 6" SERVICE LINE.

2. CONNECT DEVELOPER'S 4" LATERAL TO 6" SERVICE
   LINE W/ 4" X 6" FERNCO COUPLING INCLUDING SST BANDS

| STANDARD DETAILS | 09/17 |
|---|---|
| **Typical Service Line and Clean Out Detail** | |
| NOT TO SCALE | DETAIL NO.   S-012 |




R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS -4

| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | SD-04 |

SHT 18   OF 23
NOT FOR CONSTRUCTION

Plotted: April 20, 2023 5:33pm



NOTES:

1. CONCRETE DEPTH BELOW PIPE:

   a.) PIPE DIAMETER UP TO 12":

      i.) EQUAL TO 1/2 TIMES THE OUTSIDE DIAMETER (OD)

      ii.) MINIMUM 6"

   b.) PIPE DIAMETER GREATER THAN 12":

      i.) EQUAL TO 1/4 TIMES THE OUSIDE DIAMETER (OD)

      ii.) MINIMUM 6"

   C.) MAXIMUM 12"

| STANDARD DETAILS | 09/17 |
|---|---|
| Class "A" Bedding | |
| NOT TO SCALE | DETAIL NO.   S-013 |



NOTES:

1. BEDDING DEPTH BELOW PIPE:

   a.) PIPE DIAMETER UP TO 12":

      i.) EQUAL TO 1/2 TIMES THE OUTSIDE DIAMETER (OD)

      ii.) MINIMUM 4"

   b.) PIPE DIAMETER GREATER THAN 12":

      i.) EQUAL TO 1/4 TIMES THE OUSIDE DIAMETER (OD)

      ii.) MINIMUM 4"

   C.) MAXIMUM 12"

| STANDARD DETAILS | 09/17 |
|---|---|
| Class "B" Bedding | |
| NOT TO SCALE | DETAIL NO.   S-014 |



NOTES:
1. DEEP HOUSE CONNECTIONS MAY BE ALLOWED WHEN SEWER INVERT IS 12 FEET OR GREATER BELOW SURFACE.

2. FROM THE TAPPING SADDLE ALL LATERALS SHALL BE DIP.

| STANDARD DETAILS | 09/17 |
|---|---|
| Deep Service Connection Detail | |
| NOT TO SCALE | DETAIL NO.   S-015 |








RIVER TO TAP

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS - 5

| DESIGNED BY: | WFL |
|---|---|
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | SD-05 |

SHT19   OF  23

NOT FOR CONSTRUCTION

Plotted: April  20, 2023  3:33pm



NOTES:

1. THIS DETAIL SHALL NOT BE USED WITHOUT WRITTEN PERMISSION FROM DCDWM.
2. CRUSHER RUN BACKFILL TAMPED IN 6" LAYERS TO NOT LESS THAN 95% STANDARD PROCTOR DENSITY BELOW ANY PAVED AREA.
3. ALL THE LATERAL CONNECTIONS INCLUDING THE WYE SHALL BE DIP.

| STANDARD DETAILS | 09:17 |
|---|---|
| Alternate Deep Service Connection Detail | |
| NOT TO SCALE | DETAIL NO.    S-016 |



NOTES:

1. INVERT OF SERVICE LATERAL SHALL NOT ENTER SEWER MAIN BELOW SPRING LINE.
2. SERVICE LATERAL SHALL BE CAPPED BY DEVELOPER'S CONTRACTOR.
3. ALL FITTINGS SHOWN ARE TO BE INSTALLED.
4. SERVICE CONNECTIONS SHALL BE PERMANENTLY MARKED BY CUTTING AN "S" IN THE CURB DIRECTLY OVER THE LATERAL.
5. DEVELOPER'S CONTRACTOR SHALL INSTALL CLEANOUT.

| STANDARD DETAILS | 09:17 |
|---|---|
| SANITARY SEWER LATERAL CONNECTION | |
| NOT-TO-SCALE | DETAIL NO.    S-017 |



NOTES:

1. IDENTIFY AS PER OSHA SAFETY STANDARD SPECIFICATION 1910.44 UTILITY PROTECTION MARKING PAINT (GREEN)
2. MINIMUM LENGTH OF SERVICE STUB IS ONE FULL PIPE JOINT LENGTH OR TO THE RIGHT-OF-WAY. MAXIMUM LENGTH OF SERVICE STUB IS 75 FEET.
3. REFER TO S-012 FOR SERVICE AND CLEANOUT PROFILE

| STANDARD DETAILS | 09:17 |
|---|---|
| Service Stub Location Detail | |
| NOT TO SCALE | DETAIL NO.    S-018 |





RIVER TO TAP



DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280





DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS - 6

| DESIGNED BY: | WFL |
|---|---|
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | SD-06 |

SHT 20 OF 23
NOT FOR CONSTRUCTION



EXISTING SANITARY SEWER, TYPICAL

NEW/EXISTING MANHOLE

PLUG, TYPICAL (PROPERLY SECURED)

FROM PROPOSED DEVELOPMENT OR NEW CONSTRUCTION

NEWLY INSTALLED SANITARY SEWER

PROPOSED SANITARY MANHOLE

MANHOLE COVER W/ 316 SST LOCKING BOLTS TO BE INSTALLED AND REMOVED ONLY BY INSPECTOR, TYPICAL.

NOTES:
1. THE FIRST SECTION OF THE SEWER LINE SHALL BE ISOLATED FROM THE REST OF THE PROPOSED SYSTEM.

2. THE FIRST MANHOLE OF THE PROPOSED SYSTEM SHALL BE USED TO PUMP OUT ANY INFLOW/INFILTRATION, MUD, ETC., THAT ENTERED THE SYSTEM DURING CONSTRUCTION.

3. THE PLUGS SHALL NOT BE REMOVED UNTIL APPROVAL OF PROPOSED SEWER SYSTEM BY DCDWM INSPECTORS.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Plug Location Detail** | |
| NOT TO SCALE | DETAIL NO.   S-019 |



PVC

DIP

CUT BELL END OF PVC PIPE ADAPTED TO PUSH-ON END OF DIP

DI RJ COUPLING W/ ADAPTER GASKETS TO SUIT

PVC

DIP

FLEXIBLE RUBBER ADAPTER COUPLING (SHOWN) SEE NOTE 1B BELOW

PVC

DIP

SUPPORT WITH CONCRETE BED VARIES BY SIZE

NOTES:
1. TRANSITION JOINTS: THE FOLLOWING SHALL BE UTILIZED FROM DUCTILE IRON PIPE TO PVC FOR PIPE SIZES LESS THAN 12 INCHES:

A. WATER MAIN TYPE COMPRESSION COUPLINGS WITH ADAPTER GASKETS AS NEEDED.

B. "FERNCO" TYPE FLEXIBLE RUBBER ADAPTER COUPLING (SHOWN) OR APPROVED EQUAL.

2. TRANSITION COUPLINGS SHALL BE CONSTRUCTED AS SHOWN ABOVE.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Transition Coupling Detail** | |
| NOT TO SCALE | DETAIL NO.   S-020 |



APPROVED M.H. STEPS @ MAX. SEPARATION 12 VERTICAL INCHES SEE DETAIL S-006

4"-0" DIAMETER

RISER SECTION

ECCENTRIC REDUCER CONE

TONGUE AND GROOVE JOINT SEALED BY O-RING GASKET SEE DETAIL S-004

CONCRETE BENCH

INVERT (PRECAST OR MONOLITIC) SEE DETAIL S-010

5'-0" DIAMETER OR LARGER

1'-0" MIN. TOP OF PIPE OPENING TO LIP OF BASE

0.8 PIPE ID

5" MIN. BOTTOM OF PIPE OPENING TO INSIDE OF BASE

12" LAYER OF #57 STONE

| STANDARD DETAILS | 09/17 |
|---|---|
| **LARGE DIAMETER MANHOLE BASE (ECCENTRIC) DETAIL** | |
| NOT TO SCALE | DETAIL NO.   S-024 |


R2T
RIVER TO TAP


ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves & Associates, Inc.


DeKalb County
GEORGIA


ATKINS
1600 Riveredge Parkway, Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS -7

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. SD-07
SHT 21 OF 23

NOT FOR CONSTRUCTION

Plotted: April 20, 2023 5:57pm