# Exhibit 2
# (Part 3 of 4)

# Atkins, Basis of Design Report

# (May 12, 2023)







| | 09:17 |
|---|---|
| STANDARD DETAILS | |
| Large Diameter Manhole Transition Base Detail | |
| NOT TO SCALE | DETAIL NO.   S-025 |

| | 09:17 |
|---|---|
| STANDARD DETAILS | |
| Manhole Over Existing Sewer (Doghouse) | |
| Not To Scale | DETAIL NO.   S-026 |

NOTE:
1. MAY USE THE EXISTING PIPE AS THE MANHOLE CHANNEL WITH DCDWM APPROVAL. SHALL BE SAWCUT AT SPRING LINE AND SHELF.

NOTES:
1. MINIMUM MANHOLE DIAMETER SHALL BE 5'-0".

| | 09:17 |
|---|---|
| STANDARD DETAILS | |
| PIPED INSIDE DROP CONNECTION FOR MANHOLE | |
| Not To Scale | DETAIL NO.   S-027 |









DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS - 8

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630
DRAWING No. SD-08
SHT 22 OF 23
NOT FOR CONSTRUCTION





STANDARD DETAILS — 09:17

Typical Large Width Creek Crossing For Pipe Bottom Above 50 years Flood Elevation (Sheet 1 of 2)
Not to Scale

DETAIL NO.  CC-012

NOTES:

1. THIS DETAIL APPLIES TO SEWERS RANGING FROM 8" TO 15" IN DIAMETER. FOR SEWERS GREATER THAN 15", SUBMIT A DETAILED DESIGN FOR REVIEW AND APPROVAL.

2. COUPLINGS SHALL BE LONG BODY TYPE AND COMPLETELY EXPOSED. COUPLINGS TO BE AS MANUFACTURED BY DRESSER INDUSTRIES — STYLE 62 TRANSITION COUPLING OR APPROVED EQUAL. CENTER RING LENGTH FOR 8" AND SMALLER PIPE SHALL BE 5". CENTER RING LENGTH FOR 10" TO 15" PIPE SHALL BE 7". THE CENTER RING, GLANDS, BOLTS AND NUTS SHALL RECEIVE A MINIMUM 40 MIL EPOXY.

3. FOOTING DEPTH SHALL BE SUITABLE GRADE AS DETERMINED BY THE ENGINEER., BUT SHALL NOT BE LESS THAN AS SHOWN, (EXCEPT WHEN PIER IS ANCHORED TO SOLID ROCK).

4. STEEL PIPE MUST BE SEAMLESS OR STRAIGHTSEAM. SPIRAL WELD IS NOT ALLOWED. THE INSIDE DIAMETER OF THE STEEL PIPE TO MATCH THE INSIDE DIAMETER OF THE DUCTILE IRON PIPE. STEEL PIPE TO BE COATED PER THE SPECIFICATIONS. USE DUCTILE IRON PIPE FOR NARROW CREEK CHANNELS. SEE NOTE 9.

5. REFER TO DETAIL FOR PIERS ON SOLID ROCK.

6. DUCTILE IRON PIPE TO EXTEND TO THE NEXT MANHOLE. NO PIPE TRANSITIONS BETWEEN MANHOLES SHALL BE ALLOWED.

7. CREEK CROSSINGS MAY REQUIRE A PERMIT FROM THE STATE AND FEDERAL REGULATORY AGENCIES. WHERE THE PIPE BOTTOM CANNOT BE INSTALLED ABOVE THE 25 YEAR FLOOD ELEVATION, SPECIAL APPROVAL MUST BE GIVEN BY THE COUNTY AND/OR REGULATORY AGENCIES.

8. THE CREEK UPSTREAM AND DOWNSTREAM OF THE AERIAL CROSSING MAY NEED STRAIGHTENED FOR PROPER INSTALLATION OF THE PIERS. APPROVAL MAY BE REQUIRED FROM REGULATORY AGENCIES TO STRAIGHTEN CREEK. STABILIZE ALL DISTURBED BANKS WITH RIP RAP.

9. STANDARD DUCTILE IRON PIPE CAN BE USED FOR CREEK CROSSINGS IF THE CROSSING IS 18'-0" OR LESS. LONG SPAN DUCTILE IRON PIPE AS RECOMMENDED BY THE MANUFACTURER CAN BE USED FOR CROSSINGS 36'-0" AND LESS.

STANDARD DETAILS — 09:17

Typical Large Width Creek Crossing For Pipe Bottom Above 50 years Flood Elevation (Sheet 2 of 2)
Not to Scale

DETAIL NO.  CC-013







DeKalb County GEORGIA



ATKINS
1600 Riveredge Parkway, Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS - 9

DESIGNED BY: WFL
DRAWN BY: JAB
CHECKED BY: WX
APPROVED BY: RB
DATE: NOV. 2022
PROJECT No. 100081630  DRAWING No. SD-09
SHT 23 OF 23
NOT FOR CONSTRUCTION

Plotted: April 20, 2023 5:53pm

RIVER TO TAP

ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

**ATKINS**
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

UC No.
FOR DATE

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA SHOAL CREEK
TRUNK SEWER RELIEF PROJECT SECTION II

STANDARD DETAILS - 10

| | |
|---|---|
| DESIGNED BY: | WFL |
| DRAWN BY: | JAB |
| CHECKED BY: | WX |
| APPROVED BY: | RB |
| DATE: | NOV. 2022 |
| PROJECT No. | DRAWING No. |
| 100081630 | SD-10 |

SHT 23 OF 23
NOT FOR CONSTRUCTION

# PROPOSED PLANS
## FOR

# SHOAL CREEK TRUNK SEWER
# RELIEF PROFECT SECTION IIIA

### DEPARTMENT OF WATERSHED MANAGEMENT
### DEKALB COUNTY, GEORGIA

SEWER NOTES:

- ALL DESIGN AND CONSTRUCTION SHALL COMPLY WITH DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT DESIGN STANDARDS CURRENT EDITION.
- THE DESIGN STANDARDS CURRENT EDITION IS PROVIDED ON THE DWM ECMS WEBSITE.
- www.dekalbcountyga.gov/watershed-management/office-engineering-construction-management-services
- CONTRACTOR SHALL PROVIDE RECORD DRAWINGS "AS-BUILT PLANS" AND "FINAL PLANS" (IF APPLICABLE) IN HARD COPY AND ELECTRONIC FORMAT (AUTOCAD OR MICROSTATION).
- FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL TO THE DWM CONSTRUCTION MANAGER.
- CONTRACTOR MUST NOTIFY WATER AND SEWER CONSTRUCTION INSPECTOR 72 HOURS PRIOR TO COMMENCING CONSTRUCTION ACTIVITIES.

NOTES:

1. ALL EROSION AND SEDIMENTATION CONTROLS AND ALL TREE PROTECTION MEASURES SHALL BE INSTALLED PRIOR TO GRADING.

2. CONTACTS:
   DEKALB WATERSHED MANAGEMENT:
   ALIA JOHNSON
   PHONE (770) 414—2389
           (678) 614—9053

   GDOT DISTRICT ACCESS MANAGEMENT ENGINEER:
   CHRISTOPHER McKINNEY, PHONE (770) 986—7070
   GDOT AREA 1 OFFICE, PHONE (404) 299—4381

3. NECESSARY BARRICADES, SUFFICIENT LIGHTS, SIGNS AND OTHER TRAFFIC CONTROL METHODS AS MAY BE NECESSARY FOR THE PROTECTION AND SAFETY OF THE PUBLIC SHALL BE PROVIDED AND MAINTAINED THROUGHOUT WIDENING OF AND CONSTRUCTION ON DEKALB COUNTY ROADS.

4. BEGIN CONSTRUCTION:   ########   #######
   END CONSTRUCTION:   ########   #######

5. PROJECT AREA= ### ACRES
   DISTURBED AREA= ## ACRES
   NPDES FEES= ##### x $40.00 = $####
   PAID TO DEKALB COUNTY AND $#### PAID TO EPD.

6. PROJECT INCLUDES 70 PROPOSED MANHOLES.
   1,323 L.F. 48" DIP SANITARY SEWER.
   11,852 L.F. 42" DIP SANITARY SEWER.
   1,597 L.F. 36" DIP SANITARY SEWER.
   1,035 L.F. 24" DIP SANITARY SEWER.

7. 72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING. http:\\WWW.GEORGIA811.COM

8. DEKALB COUNTY IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS BY ENGINEERS OR OTHER DESIGN PROFESSIONS ON DESIGN OR COUNTY CODE REQUIREMENTS FOR THIS PROJECT.

9. CONTRACTOR SHALL PREVENT TRACKING OR FLOW OF MUD AND/OR SEDIMENT ONTO FLOODWAY, STREETS AND ADJACENT PROPERTIES. ALL MATERIALS SPILLED, DROPPED, WASHED OR TRACKED FROM VEHICLES OR SITES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED IMMEDIATELY BY THE CONTRACTOR.

10. CONTRACTOR IS RESPONSIBLE OF ACQUIRING RIGHT OF ENTERS FOR ACCESS/CONSTRUCTION PRIOR TO BEGINNING OF CONSTRUCTION.

11. A PORTION OF THIS PROJECT IS LOCATED WITHIN A 100 YEAR FLOODPLAIN AS SHOWN ON "F.I.A. OFFICIAL HAZARD MAP" COMMUNITY NO. 13089C0132J AND 13089C0134J, DATED 5/16/2013.

12. THERE ARE WETLANDS LOCATED ON OR WITHIN 200 FEET OF THIS PROJECT.

13. ALL STATE WATERS WITHIN 200 FEET OF THIS PROJECT HAVE BEEN DELINEATED.

14. PROJECT IS LOCATED IN ########.

OWNER

DEKALB COUNTY DEPARTMENT OF
WATERSHED MANAGEMENT
180 SAMS ST B3200
DECATUR, GEORGIA 30030
CONTACT: ALIA JOHNSON
PHONE (770) 414—2389
        (678) 614—9053
A.C.JOHNSON@DEKALBCOUNTYGA.GOV

OFFICERS
CHIEF EXECUTIVE OFFICER      MICHAEL THURMOND

DEKALB COUNTY BOARD OF COMMISSIONERS
DISTRICT 1      ROBERT PATRICK
DISTRICT 2      JEFF RADER
DISTRICT 3      LARRY JOHNSON
DISTRICT 4      STEVE BRADSHAW
DISTRICT 5      MEREDA DAVIS JOHNSON
DISTRICT 6      EDWARD TERRY
DISTRICT 7      LORRAINE COCHRAN—JOHNSON

DEPARTMENT OF WATERSHED MANAGEMENT
DIRECTOR      DAVID HAYES (INTERIM)

DESIGNER      RIVER 2 TAP
              1841 PEELER RD, UNIT C
              ATLANTA, GEORGIA 30338

### DRAWING INDEX

| SHEET | DESCRIPTION |
|---|---|
| COV | COVER |
| G—00—01 | GENERAL NOTES |
| G—00—02 | LEGEND AND ABBREVIATIONS |
| G—01—01 | GENERAL OVERALL PLAN — LINE A.1 |
| G—01—02 | GENERAL OVERALL PLAN — LINE A.1 |
| G—01—03 | GENERAL OVERALL PLAN — LINE A.2 |
| C—01—01 | PLAN AND PROFILE — LINE A.1 |
| C—01—02 | PLAN AND PROFILE — LINE A.1 |
| C—01—03 | PLAN AND PROFILE — LINE A.1 |
| C—01—04 | PLAN AND PROFILE — LINE A.1 |
| C—01—05 | PLAN AND PROFILE — LINE A.1 |
| C—01—06 | PLAN AND PROFILE — LINE A.1 |
| C—01—07 | PLAN AND PROFILE — LINE A.1 |
| C—01—08 | PLAN AND PROFILE — LINE A.1 |
| C—01—09 | PLAN AND PROFILE — LINE A.1 |
| C—01—10 | PLAN AND PROFILE — LINE A.1 |
| C—01—11 | PLAN AND PROFILE — LINE A.1 |
| C—02—01 | PLAN AND PROFILE — LINE A.2 |
| SD—01 | STANDARD DETAILS — 1 |
| SD—02 | STANDARD DETAILS — 2 |
| SD—03 | STANDARD DETAILS — 3 |
| SD—04 | STANDARD DETAILS — 4 |
| SD—05 | STANDARD DETAILS — 5 |
| SD—06 | STANDARD DETAILS — 6 |
| SD—07 | STANDARD DETAILS — 7 |
| SD—08 | STANDARD DETAILS — 8 |
| SD—09 | STANDARD DETAILS — 9 |

Note: Since the submittal of the 60% BDR and 30% drawings, there have been two major realignments to the proposed design. Additionally, the added scope segments have not been added to the drawings as the survey is still in progress at time of BDR submittal.

Section 3A C-01-07: Realignment to the other side (East) of Shoal Creek through Shoal Creek II Park (South of Glenwood Rd.).

Section 3B C-02-04: Alignment through East Decatur Greenway has been updated as of an onsite meeting with DC and EDG in field on Friday 4/21.



TRUNK SEWER

SECTION III
LINE A.2

SECTION III
LINE A.1

**SITE MAP**
SCALE 1" = 2500'

SITE LOCATION:
NORTH OF I—20 NEAR EMBER DR TO MEMORIAL DR
NEAR LINE ST.



FIRM PANEL 13089C0134J, DATED MAY 16, 2013



FIRM PANEL 13089C0132J, DATED MAY 16, 2013

**FEMA / FIRM MAP**
SCALE N.T.S.

72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER
BEFORE ANY PLANNED DIGGING.


GEORGIA811
Utilities Protection Center, Inc.
Know what's below. Call before you dig.


DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway, Suite 700
Atlanta, Ga 30328
P: 770-933-0280


RK REEVES & ASSOCIATES, Inc.


1841 PEELER RD.
UNIT C
ATLANTA, GA 30338
WWW.R2TINC.COM
RIVER TO TAP

**30% SUBMITTAL**
**FEBRUARY, 2023**

### GENERAL NOTES FOR SANITARY SEWER RELOCATION

1. A PRECONSTRUCTION CONFERENCE MUST BE HELD WITH MEMBERS OF DEKALB DEPARTMENT OF WATERSHED MANAGEMENT (DWM), AND THE CONTRACTOR OF RECORD BEFORE ANY WORK CAN BE DONE ON SITE. CONTRACTOR TO NOTIFY DEKALB COUNTY PROJECT MANAGER 72 HOURS BEFORE THE BEGINNING OF EACH PHASE OF CONSTRUCTION.

2. ALL WORK SHALL COMPLY WITH THE LATEST EDITIONS OF MASTER SPECIFICATIONS AND DESIGN STANDARDS FOR DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT "POTABLE WATER MAIN, GRAVITY SANITARY SEWER, AND SANITARY SEWER AND FORCE MAIN DESIGN STANDARDS: LATEST EDITION. IN ADDITION TO APPLICABLE STATE, FEDERAL, AND LOCAL CODES, ALL NECESSARY LICENSES AND PERMITS SHALL BE OBTAINED BY THE CONTRACTOR AT HIS OWN EXPENSE UNLESS PREVIOUSLY OBTAINED BY DWM.

3. DEVIATION FROM THESE PLANS WITHOUT THE PRIOR CONSENT OF DWM OR HIS REPRESENTATIVE OR THE ENGINEER MAY BE CAUSE FOR THE WORK COMPLETED TO BE UNACCEPTABLE.

4. IF THE CONTRACTOR DAMAGES ANY EXISTING UTILITIES DURING CONSTRUCTION, HE SHALL, AT HIS OWN EXPENSE, HAVE REPLACED OR REPAIRED THE UTILITIES TO THEIR ORIGINAL OR BETTER CONDITION AND QUALITY, AS APPROVED BY THE REPRESENTATIVE OF THE APPROPRIATE UTILITY COMPANY.

5. CONTRACTOR IS TO MEET ALL LOCAL UTILITY COMPANY REGULATIONS IN ANY READJUSTMENT OR RELOCATION OF EXISTING SERVICES.

6. CONTRACTOR SHALL ADJUST NEW PIPELINE LOCATION BASED ON FIELD CONDITIONS AND FIELD INSPECTOR REQUIREMENTS.

7. INSTALLATION OF EROSION CONTROL MEASURES AND PRACTICES SHALL TAKE PLACE PRIOR TO AND CONCURRENT WITH LAND DISTURBING ACTIVITIES. ALL EROSION AND CONTROL MEASURES SHALL BE MAINTAINED AT ALL TIMES AND SHALL BE INSPECTED REGULARLY USING THE EROSION AND SEDIMENT CONTROL CHECKLIST. ADDITIONAL EROSION AND SEDIMENT CONTROL MEASURES SHALL BE INSTALLED IF DEEMED NECESSARY BY THE OWNER.

8. DRAINAGE SYSTEMS SHALL BE MAINTAINED, KEPT FREE OF DEBRIS, AND IN OPERATING CONDITION AT ALL TIMES DURING CONSTRUCTION OF THIS PROJECT. THIS MAY INCLUDE, BUT NOT BE LIMITED TO, REPLACEMENT OR RECONSTRUCTION OF EXISTING DRAINAGE STRUCTURES THAT HAVE BEEN DAMAGED OR REMOVED OR RE-GRADED AS REQUIRED BY THE ENGINEER, EXCEPT FOR THOSE DRAINAGE ITEMS SHOWN AT SPECIFIC LOCATIONS IN THE PLANS AND HAVING SPECIFIC PAY ITEMS IN THE DETAILED ESTIMATE. NO SEPARATE PAYMENT WILL BE MADE FOR ANY COSTS INCURRED TO COMPLY WITH THIS REQUIREMENT.

9. ALL SIGNS, MAILBOXES, FENCING, LANDSCAPING, ETC. SHALL BE PROTECTED DURING CONSTRUCTION. SHOULD IT BE REQUIRED TO REMOVE OR DISTURB SUCH ITEMS, THE CONTRACTOR SHALL SEEK APPROVAL FROM THE OWNER FIRST AND IF APPROVED, THE REMOVAL OR DISTURBANCE OF SUCH ITEMS WILL BE DONE AT NO ADDITIONAL COST TO THE OWNER. SHOULD THE OWNER DEEM ANY ITEMS AS DAMAGED, THE CONTRACTOR SHALL REPLACE THE ITEM IN LIKE AND KIND AT NO ADDITIONAL EXPENSE TO DEKALB COUNTY. TRANSPLANTED AND/OR REPLACED ITEMS SHALL BE GUARANTEED BY THE CONTRACTOR FOR ONE YEAR AFTER WORK IS COMPLETED. TRAFFIC CONTROL SIGNS AND MAIL BOXES SHALL BE REPLACED THE DAY OF THEIR REMOVAL.

10. CONTRACTOR SHALL FURNISH SUITABLE BORROW MATERIAL FOR THE PROJECT THAT SHALL BE APPROVED BY THE DEKALB DWM INSPECTOR PRIOR TO USE. ALL SPOIL MATERIALS, REFUSE, AND DEBRIS SHALL BE REMOVED FROM THE SITE BY THE CONTRACTOR AND LEGALLY DISPOSED OF AT AN APPROPRIATE OFFSITE LOCATION. BURNING OF REFUSE, DEBRIS, OR SPOIL MATERIAL AT THE PROJECT SITE IS NOT ALLOWED.

11. ALL PROJECT SITE AREAS DISTURBED BY CONTRACTOR OPERATIONS SHALL BE STABILIZED WITH PERMANENT GRASSING UNLESS OTHERWISE NOTED. PERMANENT GRASSING SHALL BE SOD UNLESS OTHERWISE SPECIFICALLY NOTED IN THE CONTRACT DOCUMENTS OR APPROVED BY THE OWNER. ANY AREAS OUTSIDE THE PROJECT SITE AREA THAT ARE DISTURBED SHALL BE RESTORED AT THE EXPENSE OF THE CONTRACTOR.

12. THE CONTRACTOR SHALL RESTORE ALL DISTURBED GRAVEL, PAVED, OR CONCRETE ENTRANCES, DRIVES, DRIVEWAYS, AND APRONS TO PRECONSTRUCTION CONDITIONS AND IN ACCORDANCE WITH APPLICABLE DOT AND DEKALB COUNTY STANDARDS AND REQUIREMENTS.

13. THE SIZE, TYPE, MATERIALS, AND LOCATIONS OF EXISTING UNDERGROUND UTILITIES SHOWN ON THE PLANS ARE BASED ON THE BEST AVAILABLE INFORMATION. SUBSURFACE UTILITY INFORMATION SHOWN IS APPROXIMATE ONLY AND NO GUARANTEE IS MADE THAT ALL UTILITIES AND OTHER FEATURES ARE REPRESENTED ON THE PLANS ARE CORRECT. IT IS THE RESPONSIBILITY OF THE CONTRACTOR TO DETERMINE THE LOCATION AND SIZE OF ALL EXISTING UTILITIES PRIOR TO BEGINNING CONSTRUCTION.

14. IF THE CONTRACTOR ENCOUNTERS SUBSURFACE CONDITIONS DIFFERENT FROM THOSE SHOWN ON THE PLANS, HE SHALL IMMEDIATELY NOTIFY THE OWNER AND ENGINEER. NO EXISTING UTILITY SHALL BE DISTURBED WITHOUT PROPER AUTHORITY AND THEN ONLY IN SUCH A MANNER AS PRESCRIBED AND APPROVED BY THE OWNER OF THE EXISTING UTILITY.

15. SHOULD IT BECOME NECESSARY TO DISTURB AN EXISTING UTILITY, THE CONTRACTOR IS TO NOTIFY THE OWNER AND THE OWNER OF THE UTILITY WHEN NECESSARY. CONTRACTOR IS TO CEASE WORK UNTIL SATISFACTORY ARRANGEMENTS HAVE BEEN MADE WITH THE UTILITY OWNER TO PROPERLY CARE FOR AND RELOCATE THE UTILITY. NO CLAIMS SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

16. THE CONTRACTOR SHALL TAKE ALL NECESSARY PRECAUTIONS TO PROTECT EXISTING UTILITIES FROM DAMAGE. ANY DAMAGE TO EXISTING UTILITIES CAUSED BY THE CONTRACTOR SHALL BE REPAIRED AT THE CONTRACTOR'S EXPENSE. EITHER THE CONTRACTOR OR UTILITY OWNER WILL PERFORM THE REPAIR AT THE DISCRETION OF THE UTILITY OWNER. NO CLAIMS FOR DAMAGES SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

17. THE CONTRACTOR SHALL PROVIDE ALL PIPE FITTINGS AND APPURTENANCES REQUIRED FOR THE COMPLETE INSTALLATION OF THE PROPOSED PIPELINE, WHETHER OR NOT SUCH ITEMS ARE SHOWN OR CALLED OUT ON THE PLANS. THE CONTRACTOR IS ADVISED THAT FIELD ADJUSTMENTS MAY BE REQUIRED BASED ON ACTUAL SUBSURFACE CONDITIONS AND LOCATIONS OF EXISTING BURIED UTILITIES ENCOUNTERED DURING CONSTRUCTION. THE CONTRACTOR SHALL NOT RECEIVE ANY ADDITIONAL PAYMENT OR TIME EXTENSION FOR ITEMS NOT BEING SHOWN IN PLANS OR FOR FIELD ADJUSTMENTS MADE DUE TO ACTUAL SUBSURFACE CONDITIONS AND UTILITY LOCATION.

18. AT COMPLETION OF CONSTRUCTION, ALL VALVE BOXES, METERS, AND APPURTENANCES SHALL BE SET FOR PROPER FINISH GRADE. PRECAST STRUCTURES, MANHOLE FRAMES AND COVERS ARE TO BE SET FLUSH WITH FINISHED GRADE UNLESS OTHERWISE INDICATED IN THE PLANS OR SPECIFICATIONS.

19. CONTRACTOR SHALL DISCONNECT ALL SERVICE LATERALS FROM THE EXISTING LINE AND RECONNECT TO THE NEW PROPOSED SEWER.

20. CONTRACTOR SHALL INSTALL CONSTRUCTION FENCING ALONG THE LIMITS OF DISTURBANCE.

21. ALL EXISTING LINES UNDER ROADWAY SHOWN AS TO BE ABANDONED SHALL BE ABANDONED WITH FLOWABLE FILL. DWM MAY REQUIRE ADDITIONAL LINES OUTSIDE OF ROADWAY TO BE ABANDONED ON A CASE BY CASE BASIS.

22. FOR PIPE INSTALLATIONS WITHIN STREAM, STREAM BOTTOM SHALL BE RETURNED TO EXISTING GRADE WITH FILL TO MATCH EXISTING MATERIALS. FILL MATERIAL SHALL NOT BE EASILY TRANSPORTED DOWNSTREAM.

23. CONTRACTOR SHALL BE REQUIRED TO OBTAIN AUTHORIZATION FROM THE CITY OF DORAVILLE PRIOR TO THE REMOVAL OF ITEMS FROM BERNARD HALPERN PARK. RESTORATION OF ITEMS REMOVED FROM THE PARK SHALL BE IN LIKE KIND OR BETTER AND SHALL BE INCLUDED IN THE COST OF THE WORK WITH NO ADDITIONAL PAYMENT. CONTRACTOR SHALL ALSO SUBMIT FOR APPROVAL ANY ITEMS TO BE REPLACED.

### ADDITIONAL NOTES

1. THE CONTRACTOR IS REQUIRED TO PERFORM PRE-CONSTRUCTION VIDEO OF THE ENTIRE CONSTRUCTION AREA PRIOR TO ANY CONSTRUCTION. THE CONTRACTOR SHALL REPAIR ANY DAMAGED PROPERTY WITHIN THEIR CONSTRUCTION AREA THAT DIFFERS OR IS NOT SHOWN ON THE PRE-CONSTRUCTION VIDEO.

2. TRENCH DEWATERING DIRECTLY INTO A STREAM IS PROHIBITED. ALL DEWATERING MUST BE FILTERED THROUGH METHODS DEFINED IN THE MANUAL FOR SEDIMENT AND EROSION CONTROL IN GEORGIA, LATEST EDITION.

3. CONTRACTOR IS RESPONSIBLE FOR THE HORIZONTAL/VERTICAL LOCATING OF EXISTING UTILITIES (INCLUDING ANY UTILITIES NOT SHOWN ON PLANS) AND MAINTAINING UTILITY SERVICES AND SHALL REPAIR AND/OR REPLACE ANY DAMAGED SERVICES AS SOON AS POSSIBLE.

4. STORM WATER MANAGEMENT FOR THIS PROJECT IS PROVIDED ON-SITE. STORM WATER MANAGEMENT FOR THIS PROJECT CONSISTS OF TEMPORARY EROSION AND SEDIMENT CONTROLS TO BE INSTALLED DURING THE PROPOSED WORK. AT THE COMPLETION OF THE PROJECT THE TEMPORARY MEASURE SHALL BE REMOVED.

5. THERE SHALL BE NO INCREASE IN FLOWS OR COMPENSATION IN OTHER DRAINAGE AREAS, WHICH RESULT IN AN INCREASED PEAK DISCHARGE ONTO ADJACENT PROPERTY.

6. THE CONTRACTOR IS RESPONSIBLE FOR ALL SITE SAFETY AS WELL AS THE WAYS, MEANS AND METHODS OF CONSTRUCTION.

7. WATER AND SEWER FEES NEED TO BE PAID BY THE CONTRACTOR UNDER THE FOLLOWING CIRCUMSTANCES: NEW CONSTRUCTION, REDEVELOPMENT, ADDITIONS, CHANGE OF USE, ETC. CONTRACTOR TO DETERMINE COST PRIOR TO BID AND INCLUDE INCIDENTAL TO THE WORK. THESE FEES ARE PAID AT 330 W. PONCE DE LEON AVENUE, 2ND FLOOR. FAILURE TO SETTLE THESE FEES SHALL RESULT IN DELAYS FOR OBTAINING WATER AND SEWER APPROVAL. CALL (404) 371-4918 FOR FEE CALCULATIONS OR ANY QUESTIONS.

8. FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL BY THE DWM ENGINEER / PROJECT MANAGER BEFORE CHANGES ARE IMPLEMENTED.

9. ALL ITEMS WHICH MUST BE REMOVED DURING CONSTRUCTION AND ARE NOT SPECIFICALLY SHOWN TO BE PAID FOR OTHERWISE, SHALL BE REMOVED AND PAID FOR IN THE UNIT PRICE BID FOR SANITARY SEWER. NO CLAIMS WILL BE CONSIDERED FOR EXTRA COMPENSATION.

10. CONTRACTOR TO SEQUENCE SANITARY SEWER INSTALLATION SO AS NOT TO DAMAGE EXISTING UTILITIES AND WATER MAIN AND/OR DISRUPT EXISTING SERVICE.

11. THE CONTRACTOR IS TO MAINTAIN COMPLETE RECORDS AS LINE-WORK PROGRESSES AND SUBMIT WITH MONTHLY PAY APPLICATION.

12. USE BEDDING AS RECOMMENDED PER DWM STANDARD. BEDDING SHALL NOT BE MEASURED SEPARATELY FOR PAYMENT. COST SHALL BE INCLUDED IN THE UNIT PRICE BID FOR SANITARY SEWERS. NO CLAIM WILL BE CONSIDERED FOR EXTRA COMPENSATION.

13. THE CONTRACTOR IS REQUIRED TO NOTIFY, IN ADVANCE IN WRITING, ALL RESIDENTS IN THE AREA AFFECTED BY THE WORK TO BE PERFORMED. THE NOTICE SHALL SHOW THE STARTING AND FINISHING DATES.

14. ALL MANHOLES LOCATED WITHIN ROADWAYS SHALL BE INSTALLED WITH CONCRETE COLLARS AND TRAFFIC RATED MANHOLE FRAMES AND COVERS PER GDOT STANDARDS.

15. ALL MANHOLES SHALL HAVE WATER TIGHT FRAMES AND COVERS UNLESS NOTED OTHERWISE.

16. NOTE THE NARROWER ALLOWED DISTURBED AREA/EASEMENTS WHEN CROSSING THROUGH STREAM BUFFERS (MAX. WIDTH = 45FT.)

17. FOR ALL TRENCH EXCAVATIONS 20 FEET OR DEEPER THE CONTRACTOR WILL BE REQUIRED TO SUBMIT AS A SUBMITTAL A PROTECTIVE SYSTEM DESIGNED AND STAMPED BY A PROFESSIONAL ENGINEER.

18. CONTRACTOR IS REQUIRED TO SUBMIT BUOYANCY CALCULATIONS FOR ALL PRECAST MANHOLES. MANHOLES WITHIN THE 100 YEAR FLOOD PLAIN BOUNDARY WILL NEED TO CONTAIN FLOATATION COLLARS AND BE DESIGNED TO BE NON-BUOYANT.

19. THE MAXIMUM ALLOWABLE HEIGHT IS TWO (2) FEET ABOVE GROUND ELEVATION FOR MANHOLES NOT LOCATED IN THE ROADWAY AND NOT LOCATED IN THE 100 YEAR FLOOD PLAIN BOUNDARY AREA.

20. PER COUNTY STANDARDS ALL PIPE JOINTS SHALL BE SEALED ON THE OUTSIDE USING COAL TAR EPOXY WHEN LOCATED IN THE 100 YEAR FLOOD PLAIN.

21. CONTRACTOR TO MEET TRAFFIC CONTROL REQUIREMENTS OF MUTCD GDOT AND LOCAL MUNICIPALITY.

22. CONTRACTOR TO INSTALL GATE IF ACCESS ROAD IS TO REMAIN, SEE ATTACHED GATE DETAIL G-012 ON SHEET SD-16.

23. REPLACEMENT PIPE SECTIONS AND MANHOLES LABELED ABANDONED TO BE FILLED WITH FLOWABLE FILL.

24. ALL MANHOLES TO BE ABANDONED AS PER THE LATEST DEKALB COUNTY DETAILS.

25. ALL MANHOLES OVER 16 FEET DEEP REQUIRE SAFETY PLATFORMS, SEE DETAIL S-002 ON SHEET SD-01.

26. PROTECTO 401 COATING REQUIRED FOR ALL DUCTILE IRON PIPE IN CREEK CROSSING.

27. AN ERGO HINGED TYPE MANHOLE COVER AND CASTING WILL BE REQUIRED FOR ALL MANHOLES WHEN THE TOP ELEVATION OF THE MANHOLE IS GREATER THAN 3 FEET ABOVE FINISHED GRADE. SEE DETAIL S-029 ON SHEET SD-16.

28. AVOID ANY NATIONAL REGISTER OF HISTORIC PLACES (NRHP) ELIGIBLE, LISTED, OR UNKNOWN HISTORIC RESOURCES AND FEATURES INCLUDING BUT NOT LIMITED TO STRUCTURES, STAIRS, AND WALLS.

29. ADEQUATE PROTECTIVE MEASURES SHOULD BE UTILIZED TO ENSURE HISTORIC RESOURCES AND FEATURES WITHIN OR ADJACENT TO THE PROJECT AREA ARE NOT DAMAGED BY CONSTRUCTION ACTIVITIES.

30. ANY HISTORIC GRANITE CURBING ENCOUNTERED WITHIN THE AREA OF POTENTIAL EFFECT SHOULD BE RETAINED TO THE GREATEST EXTENT POSSIBLE OR REPLACE IN KIND.


RIVER TO TAP




DeKalb County
GEORGIA



**ATKINS**
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA
GENERAL NOTES

| | |
|---|---|
| DESIGNED BY: | HB |
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN, 2021 |
| PROJECT No. | DRAWING No. |
| 12345678 | G-00-01 |

SHT 2 OF 27
NOT FOR CONSTRUCTION

## LINETYPES

### EXISTING OVERHEAD

E — Electric Line
TV — Cable TV Line

### PROPERTY

City Limits Line
000 — Limited Access
Center of Creek

### FENCE LINES

X — Barb Wire Fence
O — Chain link fence
O — Wood Fence

### EXISTING UNDERGROUND

E(U) — Electric
TEL — Telecommunications
TVU — Cable TV
W(U) — Water
SS — Sanitary Sewer
G(U) — Gas
UNK(U) — Unknown

### MISCELLANEOUS

LOS — Limits of Survey

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| BLA | Begin Limited Access | IPF | Iron Pin Found |
| B/W | Bottom of wall | IPS | Iron Pin Set |
| C&G | Curb and Gutter | L/W | Low Wire Elevation |
| CE | Construction Easement | MW | Monitoring Well |
| CMP | Corrugated Metal Pipe | N/F | Now or Formerly |
| CO | Clean Out | OTP | Open Top Pipe |
| CPP | Corrugated Plastic Pipe | PB | Plat Book |
| DB | Deed Book | PG | Page |
| DIP | Ductile Iron Pipe | POB | Point of Beginning |
| DE | Drainage Easement | POC | Point of Commencement |
| ELA | End Limited Access | PVC | Polyvinyl Chloride Pipe |
| FES | Flared End Section | RCP | Reinforced Concrete Pipe |
| JB | Junction Box | SSE | Sanitary Sewer Easement |
| GI | Grate Inlet | T/W | Top of Wall |
| HW | Headwall | VCP | Vitrified Clay Pipe |
| I.E. | Invert Elevation | UNK | Unknown |

## LEGEND

### SURVEY CONTROL

⊕ BM   Benchmark
△   Control Point

### TOPOGRAPHIC FEATURES

☒ RMN   Right-of-Way Monument Found
   Street Sign
⊠   Air Condition Unit
● BOL   Bollard
☒   Mailbox

### WATER

○   Fire Hydrant
⊗   Fire Department Connection
⊙   Water Meter
⊗   Water Valve
⊙   Water Valve Marker
⊙   Water Manhole
⊡   Water Vault

### ELECTRIC/POWER

☒   Electric Box
☐   Transformer
⊙   Underground Electric Manhole
⊡   Hand Hole
—   Guy Wire
⊙   Electric Meter
⊙   Power Pole/Utility Pole
☆   Street Light/Light Pole

### DRAINAGE

⌂   Catch Basin Double-wing
⌂   Catch Basin Single-wing
■ CI   Curb Inlet
■ DI   Drop Inlet
⊙ SDMH   Storm Drain Manhole

### SEWER

⊙   Sanitary Sewer Manhole
◎   Cleanout

### TELEPHONE

①   Telephone Manhole
☐   Telephone Terminal Box
⊞   Traffic Signal Box
⊕   Traffic Signal Pole
①   Underground Cable TV
☐   Underground Telephone Box

### GAS

⊙   Gas Manhole
☐   Gas Vault
⊘   Petroleum Valve
①   Gas Fill Cap
⊙   Gas Meter
⊙   Gas Valve

## UTILITY OWNERS

*ATLANTA GAS LIGHT
10 PEACHTREE PL.
ATLANTA, GA 30309
800-427-5463*

*GEORGIA POWER
241 RALPH MCGILL BOULEVARD
ATLANTA, GA 30308
404-506-6539*

*BELLSOUTH/AT&T
DALE BURNEY
575 MOROSGO DRIVE
ATLANTA, GA 30324
800-288-2020*


RIVER TO TAP




DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

GEORGE AJ

UC. No.

EXP. DATE

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

LEGEND AND ABBREVIATIONS

| | |
|---|---|
| DESIGNED BY: | HB |
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2023 |
| PROJECT No. | DRAWING No. |
| 12345678 | G-00-02 |

SHT 3 OF 27



MATCH LINE – STA 32+50
FOR CONTINUATION SEE DWG G-01-01

MATCH LINE – STA 67+50
FOR CONTINUATION SEE DWG G-01-02

HORIZONTAL ALIGNMENT
LINE A.1 GRAVITY SEWER

HORIZONTAL ALIGNMENT
LINE A.1 GRAVITY SEWER

DISCHARGE LINE A.1
GRAVITY SEWER
0+00
LATITUDE 33.714536
LONGITUDE −84.264618

MATCH LINE – STA 32+50
FOR CONTINUATION SEE DWG G-01-01

OVERALL PLAN – SHOAL CREEK GRAVITY SEWER
LINE A.1 STA: 00+00 – STA: 65+00

200' 100' 0 200' 400'
SCALE 1"=200'

| PROPERTY INFORMATION | | | |
|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 1 | N/F VILLAS AT DECATUR LLC | 2892 EASTHYCK CIR | 15 136 01 005 | RM75/C5 |
| 2 | N/F DEKALB BOARD OF EDUCATION | 2925 MISTY WATERS DR | 15 136 01 002 | –E6 |
| 3 | N/F MUNDY ALEXANDER JR | 3037 TONEY DR | 15 136 01 110 | R75/R3 |
| 4 | N/F JORDAN MARY LOUISE | 2526 MIRIAM LN | 15 136 11 001 | R75/R3 |
| 5 | N/F BAKER DAVID L | 2516 MIRIAM LN | 15 136 11 002 | R75/R3 |
| 6 | N/F KATABARWA AGASHA K | 2510 MIRIAM LN | 15 136 11 003 | R75/R3 |
| 7 | N/F MILLEN CHRIS M | 2502 MIRIAM LN | 15 136 11 004 | R75/R3 |
| 8 | N/F ADAMS DURBIN WELDON | 2498 MIRIAM LN | 15 136 11 005 | R75/R3 |
| 9 | N/F ROBERTS SYDNEY L | 2492 MIRIAM LN | 15 136 11 006 | R75/R3 |
| 10 | N/F DAVIS EUGENE | 2486 MIRIAM LN | 15 136 11 007 | R75/R3 |
| 11 | N/F CHINNIS ANTHONY R | 2480 MIRIAM LN | 15 136 11 008 | R75/R3 |
| 12 | N/F KEMP AUDREY P | 2474 MIRIAM LN | 15 136 11 009 | R75/R3 |
| 13 | N/F AGLEY-ZINSOU NAOMI | 2468 MIRIAM LN | 15 136 11 010 | R75/R3 |
| 14 | N/F PETTY LINDA | 2462 MIRIAM LN | 15 153 01 116 | R75/R3 |
| 15 | N/F MEADOWS JANICE D | 2454 MIRIAM LN | 15 153 01 115 | R75/R3 |
| 16 | N/F PUCKETT JAMES K | 2448 MIRIAM LN | 15 153 01 114 | R75/R3 |
| 17 | N/F BANKS KATHERINE | 2440 MIRIAM LN | 15 153 01 113 | R75/R3 |
| 18 | N/F SFR HOLDCO OWNER LP | 2434 MIRIAM LN | 15 153 01 112 | R75/R3 |
| 19 | N/F KONGVOLD BRYCE A | 2428 MIRIAM LN | 15 153 01 111 | R75/R3 |
| 20 | N/F GRIFFIN POPE GWENDOLYN | 2420 MIRIAM LN | 15 153 01 118 | R75/R3 |
| 21 | N/F WALKER TORREAN D | 2416 MIRIAM LN | 15 153 01 110 | R75/R3 |
| 22 | N/F WATSON BENNIE F | 2396 MIRIAM LN | 15 153 01 108 | R75/R3 |
| 23 | N/F DEKALB COUNTY | 2406 MIRIAM LN | 15 153 01 117 | R75/E1 |
| 24 | N/F DEKALB COUNTY | 3095 WADSWORTH MILL PL | 15 153 01 157 | –E1 |
| 25 | N/F DEKALB COUNTY | 3045 WADSWORTH MILL PL | 15 153 01 038 | –E1 |
| 26 | N/F BUCK GEORGE S | 3035 MCAFEE RD | 15 153 01 200 | R75/R3 |
| 27 | N/F BUCK GEORGE SIMPSON | 3008 WADSWORTH MILL PL | 15 153 01 201 | R75/R3 |
| 28 | N/F DEKALB COUNTY | 3643 GLENWOOD RD | 15 168 03 003 | –E1 |




RIVER TO TAP




DeKalb County
GEORGIA



ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

GENERAL OVERALL PLAN
LINE A.1

| | |
|---|---|
| DESIGNED BY: HB | |
| DRAWN BY: HB | |
| CHECKED BY: AR | |
| APPROVED BY: GA | |
| DATE: JAN, 2023 | |
| PROJECT No. 12345678 | DRAWING No. G-01-01 |
| SHT 4 OF 27 | |

NOT FOR CONSTRUCTION



## OVERALL PLAN – SHOAL CREEK GRAVITY SEWER
### LINE A.1 STA: 65+00 – END

| PROPERTY INFORMATION | | | |
|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 28 | N/F DEKALB COUNTY | 3643 GLENWOOD RD | 15 168 03 003 | –E1 |
| 29 | N/F FYR SFR BORROWER LLC | 1983 SHANNON RIDGE CT | 15 168 03 124 | R75/R3 |
| 30 | N/F LOPEZ MARCIA O | 1999 SHANNON RIDGE CT | 15 168 03 125 | R75/R3 |
| 31 | N/F DEKALB COUNTY | 3620 GLENWOOD RD | 15 185 01 033 | R75/E1 |
| 32 | N/F DEKALB COUNTY | 3600 GLENWOOD RD | 15 185 01 002 | R75/E1 |
| 33 | N/F DEKALB COUNTY | 2925 WHITE OAK DR | 15 185 09 019 | –E1 |
| 34 | N/F BELVEDERE PARK INC | 2945 R SANTA MONICA DR | 15 185 09 020 | –E3 |
| 35 | N/F FC NOTE ACQUISTION LP | 0 WHITE OAK LN | 15 184 20 077 | –R3 |
| 36 | N/F FC NOTE ACQUISTION LP | 2840 WHITE OAK LN | 15 184 20 076 | –R9 |
| 37 | N/F FC NOTE ACQUISTION LP | 1600 WELKA DR | 15 184 20 047 | RM-75/R8 |
| 38 | N/F DEKALB COUNTY | 1630 R LINE ST | 15 184 01 107 | –E1 |
| 39 | N/F DEKALB COUNTY | 1615 MELANIE CT | 15 184 01 099 | R75/E1 |
| 40 | N/F JACKSON FRANKLIN | 1609 MELANIE CT | 15 184 01 100 | R75/R3 |
| 41 | N/F LEGGETT BARBARA SHROPSHIRE | 1603 MELANIE CT | 15 184 01 101 | R75/R3 |
| 42 | N/F KAISER DARREN R | 1597 MELANIE CT | 15 184 01 102 | R75/R3 |
| 43 | N/F FAIRLEE JJD LLC | 2711 FAIRLEE DR | 15 184 01 110 | RM85/C3 |
| 44 | N/F DEKALB COUNTY | 1570 DELANO DR | 15 183 21 021 | –E1 |
| 45 | N/F DEKALB COUNTY | 3149 MEMORIAL DR | 15 202 11 001 | –E1 |
| 46 | N/F DEKALB COUNTY | 1539 WOODFERN DR | 15 202 12 043 | –E1 |
| 47 | N/F CORBETT ELAINA L | 1531 WOODFERN DR | 15 202 12 017 | OI/R3 |







200'  100'  0        200'           400'

SCALE 1"=200'

10+35
BEGIN LINE A.2
GRAVITY SEWER

LATITUDE 33.738122
LONGITUDE -84.267260

HORIZONTAL ALIGNMENT
LINE A.2 GRAVITY SEWER

HORIZONTAL ALIGNMENT
LINE A.1 GRAVITY SEWER

0+00
DISCHARGE LINE A.2
GRAVITY SEWER =
LINE A.1 STA 80.97

LATITUDE 33.735444
LONGITUDE -84.268165

| PROPERTY INFORMATION | | | | |
|---|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 48 | N/F DEKALB COUNTY | 3643 GLENWOOD RD | 15 168 03 003 | -IE1 |
| 49 | N/F MICKLE ELIZABETH | 3685 GLENWOOD RD | 15 168 03 002 | R75/R3 |



RIVER TO TAP



ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.



DeKalb County
GEORGIA



ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

GEORGE K.F.

LIC. No.



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

GENERAL OVERALL PLAN
LINE A.2

| DESIGNED BY: | HB |
|---|---|
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN, 2023 |

| PROJECT No. | DRAWING No. |
|---|---|
| 12345678 | G-01-03 |

SHT  6  OF  27

NOT FOR CONSTRUCTION

OVERALL PLAN – SHOAL CREEK GRAVITY SEWER
LINE A.2 STA: 0+00 – END







SEWERLINE A.1 PLAN
SCALE: 1" = 50

SEWERLINE A.1 PROFILE
SCALE
HORIZ 1" = 50
VERT: 1" = 10

NOT FOR CONSTRUCTION

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2013
PROJECT No. 12345678
DRAWING No. C-01-01
SHT 7 OF 27

RIVER TO TAP

DeKalb County
GEORGIA

FOR CONTINUATION SEE SHT C-01-02





**SEWERLINE A.1 PLAN**
SCALE: 1" = 50'

**SEWERLINE A.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN. 2013
PROJECT No. 12345678
DRAWING No. C-01-03
SHT 9 OF 27

NOT FOR CONSTRUCTION

FOR CONTINUATION  SEE SHT C-01-02

FOR CONTINUATION SEE SHT C-01-04

SHOAL CREEK

SHOAL CREEK

SHOAL CREEK



**SEWERLINE A.1 PLAN**
SCALE: 1" = 50

**SEWERLINE A.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-01-03

FOR CONTINUATION SEE SHT C-01-05

SHOAL CREEK

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

R2T
RIVER TO TAP

ACCURA
RK Reeves & Associates, Inc.

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2023
PROJECT No. 12345678
DRAWING No. C-01-04
SHT10 OF 27
NOT FOR CONSTRUCTION



## SEWERLINE A.1 PLAN
SCALE: 1" = 50

## SEWERLINE A.1 PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

NOT FOR CONSTRUCTION

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

RIVER TO TAP

DeKalb County
GEORGIA

| DESIGNED BY: | HB |
| DRAWN BY: | HB |
| CHKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2023 |

PROJECT No. 12345678
DRAWING No. C-01-05
SHT 11 OF 27



**SEWERLINE A.1 PLAN**
SCALE: 1" = 50

**SEWERLINE A.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

NOT FOR CONSTRUCTION

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

| DESIGNED BY: HB | |
| DRAWN BY: HB | |
| CHCKED BY: AR | |
| APPROVED BY: EA | |
| DATE: JAN. 2023 | |
| PROJECT No. 12345678 | DRAWING No. C-01-06 |
| | SHT:12 OF 27 |



**SEWERLINE A.1 PLAN**
SCALE: 1" = 50

**SEWERLINE A.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

SHOAL CREEK

SHOAL CREEK

CENTERLINE OF CREEK

FOR CONTINUATION SEE SHT C-06

FOR CONTINUATION SEE SHT C-08

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN. 2023
PROJECT No. 12345678
DRAWING No. L-01-07
SHT 13 OF 27

NOT FOR CONSTRUCTION

R2T
RIVER TO TAP

ACCURA

RK Reeves & Associates, Inc.

DeKalb County
GEORGIA



**SEWERLINE A.1 PLAN**
SCALE: 1" = 50

**SEWERLINE A.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-01-07

FOR CONTINUATION SEE SHT C-01-09

SHOAL CREEK

CENTERLINE OF CREEK

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

DeKalb County
GEORGIA

RIVER TO TAP

| DESIGNED BY: HB |
| DRAWN BY: HB |
| CHECKED BY: AR |
| APPROVED BY: EA |
| DATE: JAN. 2023 |
| PROJECT No. 12345678 | DRAWING No. C-01-08 |

SHT 14   OF  22
NOT FOR CONSTRUCTION



SEWERLINE A.1 PLAN
SCALE 1" = 50

SEWERLINE A.1 PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

DESIGNED BY: HB
DRAWN BY: HH
CHKED BY: AR
APPROVED BY: GA
DATE: JAN, 2011

PROJECT No. 12345678
DRAWING No. C-01-09
SHT15 OF 27

NOT FOR CONSTRUCTION



SHOAL CREEK

SHOAL CREEK

SHOAL CREEK

FOR CONTINUATION
SEE SHT C-01-11

**SEWERLINE 'A'.1 PLAN**
SCALE: 1" = 50
0        50        100'

**SEWERLINE A.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

R2T
RIVER TO TAP

ACCURA
RK Reeves & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN, 2011
PROJECT No. 12345678   DRAWING No. C-01-10
SHT:15 OF 27
NOT FOR CONSTRUCTION



SEWERLINE A.1 PLAN
SCALE: 1" = 50'

SEWERLINE A.1 PROFILE
SCALE
HORIZ: 1" = 50'
VERT: 1" = 10'

CONTINUATION SEE SHT C-01-10

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.1

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2013
PROJECT No.: 12345678
DRAWING No.: C-01-11
SHT:16 OF 27

NOT FOR CONSTRUCTION

RIVER TO TAP
R2T

DeKalb County
GEORGIA



**SEWERLINE A.1 & A.2 PLAN**
SCALE: 1" = 50

**SEWERLINE A.1 & A.2 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, INC.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

GEORGIA R.P.
LIC. No.
DSGN. No.     EXP. DATE

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

SECTION IIIA PLAN AND PROFILE
LINE A.2

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN. 2023
PROJECT No. 12345678
DRAWING No. C-02-01
SHT 17 OF 22
NOT FOR CONSTRUCTION

Plotted: February 06, 2023 12:50pm



## STANDARD DETAILS
### Standard Precast Manhole
NOT TO SCALE

DETAIL NO. S-001

09/17



## STANDARD DETAILS
### Safety Platform Detail
NOT TO SCALE

DETAIL NO. S-002

09/17



## STANDARD DETAILS
### Outside Drop Connection For Precast Manhole
NOT TO SCALE

DETAIL NO. S-003

09/17



RIVER TO TAP



ACCURA

ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, INC.

DeKalb County
GEORGIA

ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

UC No.

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS -1

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2023

PROJECT No. 12345678
DRAWING No. SD-01

SHT 19 OF 27

NOT FOR CONSTRUCTION



MANHOLE WALL

O-RING GASKETS

TONGUE AND GROOVE JOINTS

ALTERNATE GASKET LOCATIONS

NOTE:

AFTER INSTALLATION JOINTS SHALL BE GROUTED SMOOTH WITH CEMENT GROUT ON INSIDE AND OUT. ALSO AN EXTERNAL WRAP SUCH AS INFI-SHIELD GATOR WRAP OR EQUAL SHALL SEAL EACH OUTSIDE JOINT.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Manhole Joint Detail With Joint Wrap** | |
| NOT TO SCALE | DETAIL NO.   S-004 |



REMOVE FRAME PLUS COVER AND TURN OVER TO DCDWM

FIN. GRADE

DEMOLISH TOP MANHOLE STRUCTURE TO A DEPTH OF 2' (MIN) BELOW FINISH GRADE.

VARIES

2" MIN.

FILL REMAINING MANHOLE STRUCTURES TO EXISTING GRADE WITH RUBBLE AND COMPACTED EARTH IN 6" LAYERS.

DRILL 4" HOLE IN BASE SLAB FOR DRAINAGE

ABANDON ALL SEWERS CONNECTING TO MANHOLES AND SEAL OPENING IN WALL W/ WATERTIGHT GROUT PLUG.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Method of Manhole Abandonment** | |
| NOT TO SCALE | DETAIL NO.   S-005 |



1/2"
2"
1"
1 1/2"
1/2"
7/8"
RED SAFETY REFLECTOR
1"
5"
10"

NOTES:

1. STEPS MAY BE CAST IRON, COATED STEEL, PLASTIC OR ALUMINUM AND MEET ASTM C-478 REQUIREMENTS.

2. MINIMUM DESIGN LIVE LOAD SHALL BE A SINGLE CONCENTRATED LOAD OF 300LBS.

3. STEPS SHALL BE A MINIMUM OF 10" WIDE, EMBEDDED A MINIMUM OF 3" AND PROJECT MINIMUM CLEAR DISTANCE OF 4".

4. MAXIMUM VERTICAL SPACING SHALL BE 12" IN THE COMPLETED MANHOLE.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Typical Manhole Step** | |
| NOT TO SCALE | DETAIL NO.   S-006 |



RIVER TO TAP



ACCURA

RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

GEORGE ALY
UC. No.     DOF. DATE



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS - 2

| DESIGNED BY: | HB |
|---|---|
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN, 2023 |

| PROJECT No. | DRAWING No. |
|---|---|
| 12345678 | SD-02 |

SHT  20  OF  27

NOT FOR CONSTRUCTION



48"

CONCRETE 3000 P.S.I.

48"

CONCRETE

9"

TWO NON-PENETRATING PICK-HOLES

SEE DETAIL S-009, TRAFFIC MANHOLE FRAME AND COVER

GRAY IRON ASTM A48 CL30
FRAME WT = 282 LBS
LID WT. = 178 LBS

TOTAL WT. = 460 LBS

NOTE: CONCRETE COLLARS ONLY REQUIRED IN STREETS, ROADWAYS AND OTHER AREAS SUBJECT TO VEHICULAR TRAFFIC.

| STANDARD DETAILS | 09:17 |
| Concrete Collar for Manhole Frame and Cover | |
| NOT TO SCALE | DETAIL NO.   S-007 |

---



1/2" PICK HOLE

ISOMETRIC OF 1/4" HIGH LETTERS

TOP VIEW

1/2" PICK HOLE

4 -1/2" x 3" HEX HEAD BRONZE BOLTS

ROUND RUBBER GASKET

25-1/4"
16-5/8"
23"
2-3/8"
1-1/2"
5/8"
7/8"
1/4"
20-1/2"
25-1/2"
36"
4"

SIDE VIEW

GRAY IRON ASTM A48 CL30
TOTAL WT. = 320 LBS.

NOTES:

1. MANHOLES CONSTRUCTED IN NON-PAVED AREAS SHALL BE INSTALLED WITH BOLT DOWN LID.

2. "DEKALB SEWER" MUST FIT WITHIN LID DIMENSIONS, LETTER HEIGHT WILL BE 2 INCHES.

| STANDARD DETAILS | 09:17 |
| Bolt Down Manhole Frame and Cover | |
| NOT TO SCALE | DETAIL NO.   S-008 |

---



1/2" PICK HOLE

ISOMETRIC OF 1/4" HIGH LETTERS

TOP VIEW

1/4" RAD FILLETS TYP

24 + 1/16" - 0"
23-7/8"+0"-1/16"
16- 5/8"
16- 1/4"
2-15/16"
8-1/16"
3/4"
22"
24-34"
34"
5/8"
1"

5/16"
1-3/4"
1-3/16"
1/8" TYP
11/16"

SIDE VIEW

GRAY IRON ASTM A48 CL30
FRAME WT = 282 LBS
LID WT. = 178 LBS

TOTAL WT. = 460 LBS

NOTES:

1. "DEKALB SEWER" MUST FIT WITHIN LID DIMENSIONS, LETTER HEIGHT WILL BE 2 INCHES.

| STANDARD DETAILS | 09:17 |
| Traffic Manhole Frame and Cover | |
| NOT TO SCALE | DETAIL NO.   S-009 |

---

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS - 3

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN, 2023
PROJECT No. 12345678
DRAWING No. SD-03
SHT 21 OF 27

NOT FOR CONSTRUCTION



| PIPE SIZE | "A" | "D" | "E" |
|-----------|-----|-----|-----|
| 6" & 15" | 0' — 90' | 4'—0" | 5" |
| 18" | 0' — 60' | 4'—0" | 5" |
| 18" | 60' — 90' | 5'—0" | 6" |
| 21" & 24" | 0' — 60' | 5'—0" | 6" |
| 21" & 24" | 60' — 90' | 6'—0" | 7" |

NOTE:

1. MINIMUM CENTERLINE RADIUS OF
   MANHOLE INVERT = 1.5 × PIPE DIAMETER

| | STANDARD DETAILS | 09/17 |
|---|---|---|
| | **Invert Plan** | |
| | NOT TO SCALE | DETAIL NO.    S-010 |




NOTES:

1. PLUG 6" SERVICE LINE.

2. CONNECT DEVELOPER'S 4" LATERAL TO 6" SERVICE
   LINE W/ 4" × 6" FERNCO COUPLING INCLUDING SST BANDS

| | STANDARD DETAILS | 09/17 |
|---|---|---|
| | **New Line Connection to an Existing Structure** | |
| | NOT TO SCALE | DETAIL NO.    S-011 |



| | STANDARD DETAILS | 09/17 |
|---|---|---|
| | **Typical Service Line and Clean Out Detail** | |
| | NOT TO SCALE | DETAIL NO.    S-012 |



DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS -4

| DESIGNED BY: | HB |
|---|---|
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2023 |

| PROJECT No. | DRAWING No. |
|---|---|
| 12345678 | SD-04 |

SHT 22 OF 27

NOT FOR CONSTRUCTION



NOTES:

1. CONCRETE DEPTH BELOW PIPE:

   a.) PIPE DIAMETER UP TO 12":

       i.) EQUAL TO 1/2 TIMES THE OUTSIDE DIAMETER (OD)

       ii.) MINIMUM 6"

   b.) PIPE DIAMETER GREATER THAN 12":

       i.) EQUAL TO 1/4 TIMES THE OUSIDE DIAMETER (OD)

       ii.) MINIMUM 6"

   c.) MAXIMUM 12"

| STANDARD DETAILS | 09/17 |
|---|---|
| **Class "A" Bedding** | |
| NOT TO SCALE | DETAIL NO.    S-013 |



NOTES:

1. BEDDING DEPTH BELOW PIPE:

   a.) PIPE DIAMETER UP TO 12":

       i.) EQUAL TO 1/2 TIMES THE OUTSIDE DIAMETER (OD)

       ii.) MINIMUM 4"

   b.) PIPE DIAMETER GREATER THAN 12":

       i.) EQUAL TO 1/4 TIMES THE OUSIDE DIAMETER (OD)

       ii.) MINIMUM 6"

   c.) MAXIMUM 12"

| STANDARD DETAILS | 09/17 |
|---|---|
| **Class "B" Bedding** | |
| NOT TO SCALE | DETAIL NO.    S-014 |



NOTES:
1. DEEP HOUSE CONNECTIONS MAY BE ALLOWED WHEN SEWER INVERT IS 12 FEET OR GREATER BELOW SURFACE.

2. FROM THE TAPPING SADDLE ALL LATERALS SHALL BE DIP.

| STANDARD DETAILS | 09/17 |
|---|---|
| **Deep Service Connection Detail** | |
| NOT TO SCALE | DETAIL NO.    S-015 |


RIVER TO TAP




DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS - 5

| | |
|---|---|
| DESIGNED BY: HB | |
| DRAWN BY: HB | |
| CHECKED BY: AR | |
| APPROVED BY: GA | |
| DATE: JAN, 2023 | |
| PROJECT No. 12345678 | DRAWING No. SD-05 |
| SHT 23 OF 27 | |

NOT FOR CONSTRUCTION



NOTES:

1. THIS DETAIL SHALL NOT BE USED WITHOUT WRITTEN PERMISSION FROM DCDWM.
2. CRUSHER RUN BACKFILL TAMPED IN 6" LAYERS TO NOT LESS THAN 95% STANDARD PROCTOR DENSITY BELOW ANY PAVED AREA.
3. ALL THE LATERAL CONNECTIONS INCLUDING THE WYE SHALL BE DIP.

| STANDARD DETAILS | 09.17 | |
|---|---|---|
| Alternate Deep Service Connection Detail | | |
| NOT TO SCALE | DETAIL NO. | S-016 |




NOTES:

1. INVERT OF SERVICE LATERAL SHALL NOT ENTER SEWER MAIN BELOW SPRING LINE.
2. SERVICE LATERAL SHALL BE CAPPED BY DEVELOPER'S CONTRACTOR.
3. ALL FITTINGS SHOWN ARE TO BE INSTALLED.
4. SERVICE CONNECTIONS SHALL BE PERMANENTLY MARKED BY CUTTING AN "S" IN THE CURB DIRECTLY OVER THE LATERAL.
5. DEVELOPER'S CONTRACTOR SHALL INSTALL CLEANOUT.

| STANDARD DETAILS | 09.17 | |
|---|---|---|
| SANITARY SEWER LATERAL CONNECTION | | |
| NOT-TO-SCALE | DETAIL NO. | S-017 |



NOTES:

1. IDENTIFY AS PER OSHA SAFETY STANDARD SPECIFICATION 1910.44 UTILITY PROTECTION MARKING PAINT (GREEN)
2. MINIMUM LENGTH OF SERVICE STUB IS ONE FULL PIPE JOINT LENGTH OR TO THE RIGHT-OF-WAY. MAXIMUM LENGTH OF SERVICE STUB IS 75 FEET.
3. REFER TO S-012 FOR SERVICE AND CLEANOUT PROFILE

| STANDARD DETAILS | 09.17 | |
|---|---|---|
| Service Stub Location Detail | | |
| NOT TO SCALE | DETAIL NO. | S-018 |



RIVER TO TAP





DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS - 6

| DESIGNED BY: | HB |
|---|---|
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2023 |
| PROJECT No. | DRAWING No. |
| 12345678 | SD-06 |

SHT 24 OF 27

NOT FOR CONSTRUCTION



**Plug Location Detail**

- EXISTING SANITARY SEWER, TYPICAL
- NEW/EXISTING MANHOLE
- PLUG, TYPICAL (PROPERLY SECURED)
- FROM PROPOSED DEVELOPMENT OR NEW CONSTRUCTION
- NEWLY INSTALLED SANITARY SEWER
- PROPOSED SANITARY MANHOLE
- MANHOLE COVER W/ 316 SST LOCKING BOLTS TO BE INSTALLED AND REMOVED ONLY BY INSPECTOR, TYPICAL

NOTES:
1. THE FIRST SECTION OF THE SEWER LINE SHALL BE ISOLATED FROM THE REST OF THE PROPOSED SYSTEM.

2. THE FIRST MANHOLE OF THE PROPOSED SYSTEM SHALL BE USED TO PUMP OUT ANY INFLOW/INFILTRATION, MUD, ETC., THAT ENTERED THE SYSTEM DURING CONSTRUCTION.

3. THE PLUGS SHALL NOT BE REMOVED UNTIL APPROVAL OF PROPOSED SEWER SYSTEM BY DCDWM INSPECTORS.

| STANDARD DETAILS | 09/17 |
|---|---|
| Plug Location Detail | |
| NOT TO SCALE | DETAIL NO.   S-019 |



**Transition Coupling Detail**

- PVC
- DIP
- CUT BELL END OF PVC PIPE ADAPTED TO PUSH-ON END OF DIP
- DI RJ COUPLING W/ ADAPTER GASKETS TO SUIT
- PVC
- DIP
- FLEXIBLE RUBBER ADAPTER COUPLING (SHOWN) SEE NOTE 1B BELOW
- PVC
- DIP
- SUPPORT WITH CONCRETE BED VARIES BY SIZE

NOTES:
1. TRANSITION JOINTS: THE FOLLOWING SHALL BE UTILIZED FROM DUCTILE IRON PIPE TO PVC FOR PIPE SIZES LESS THAN 12 INCHES:

   A. WATER MAIN TYPE COMPRESSION COUPLINGS WITH ADAPTER GASKETS AS NEEDED.

   B. "FERNCO" TYPE FLEXIBLE RUBBER ADAPTER COUPLING (SHOWN) OR APPROVED EQUAL.

2. TRANSITION COUPLINGS SHALL BE CONSTRUCTED AS SHOWN ABOVE.

| STANDARD DETAILS | 09/17 |
|---|---|
| Transition Coupling Detail | |
| NOT TO SCALE | DETAIL NO.   S-020 |



- APPROVED M.H. STEPS @ MAX. SEPARATION 12 VERTICAL INCHES SEE DETAIL S-006
- 4'-0" DIAMETER
- RISER SECTION
- TONGUE AND GROOVE JOINT SEALED BY RM-1 RING GASKET SEE DETAIL S-004
- ECCENTRIC REDUCER CONE
- CONCRETE BENCH
- 6'-0" DIAMETER OR LARGER
- INVERT (PRECAST OR PLACED) SEE DETAIL S-015
- 1'-0" MIN. TOP OF PIPE OPENING TO LIP OF BASE
- 0.8 PIPE ID
- 6" MIN. BOTTOM OF PIPE OPENING TO INSIDE OF BASE
- 12" LAYER OF #57 STONE

| STANDARD DETAILS | 09/17 |
|---|---|
| LARGE DIAMETER MANHOLE BASE (ECCENTRIC) DETAIL | |
| NOT TO SCALE | DETAIL NO.   S-024 |


R2T
RIVER TO TAP


ACCURA
RK REEVES & ASSOCIATES, Inc.


DeKalb County
GEORGIA


ATKINS
1600 Riveredge Parkway, Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS - 7

| DESIGNED BY: | HB |
|---|---|
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2023 |
| PROJECT No. | DRAWING No. |
| 12345678 | SD-07 |

SHT 25 OF 27

NOT FOR CONSTRUCTION







STANDARD DETAILS

Large Diameter Manhole Transition Base Detail

NOT TO SCALE

09:17

DETAIL NO.   S-025

STANDARD DETAILS

Manhole Over Existing Sewer (Doghouse)

Not To Scale

09:17

DETAIL NO.   S-026

STANDARD DETAILS

PIPED INSIDE DROP CONNECTION FOR MANHOLE

Not To Scale

09:17

DETAIL NO.   S-027

NOTE:
1. MAY USE THE EXISTING PIPE AS THE MANHOLE CHANNEL WITH DCDWM APPROVAL. SHALL BE SAWCUT AT SPRING LINE AND SHELF.

NOTES:
1. MINIMUM MANHOLE DIAMETER SHALL BE 5'-0".



RIVER TO TAP



DeKalb County
GEORGIA

ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280



DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIA

STANDARD DETAILS - 8

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2023
PROJECT No.   DRAWING No.
12345678       SD-08
SHT 26 OF 27
NOT FOR CONSTRUCTION

.

# PROPOSED PLANS
## FOR

# SHOAL CREEK TRUNK SEWER
# RELIEF PROFECT SECTION IIIB

## DEPARTMENT OF WATERSHED MANAGEMENT
## DEKALB COUNTY, GEORGIA

*OWNER*

DEKALB COUNTY DEPARTMENT OF
WATERSHED MANAGEMENT
180 SAMS ST 83200
DECATUR, GEORGIA 30030
CONTACT: ALIA JOHNSON
PHONE (770) 414-2389
        (678) 614-9053
ACJOHNSON@DEKALBCOUNTYGA.GOV

*OFFICERS*
CHIEF EXECUTIVE OFFICER    MICHAEL THURMOND

*DEKALB COUNTY BOARD OF COMMISSIONERS*
DISTRICT 1    ROBERT PATRICK
DISTRICT 2    JEFF RADER
DISTRICT 3    LARRY JOHNSON
DISTRICT 4    STEVE BRADSHAW
DISTRICT 5    MEREDA DAVIS JOHNSON
DISTRICT 6    EDWARD TERRY
DISTRICT 7    LORRAINE COCHRAN-JOHNSON

*DEPARTMENT OF WATERSHED MANAGEMENT*
DIRECTOR    DAVID HAYES (INTERIM)

*DESIGNER*    RIVER 2 TAP
              1841 PEELER RD, UNIT C
              ATLANTA, GEORGIA 30338

**SEWER NOTES**

- ALL DESIGN AND CONSTRUCTION SHALL COMPLY WITH DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT DESIGN STANDARDS, CURRENT EDITION.
- THE DESIGN STANDARDS CURRENT EDITION IS PROVIDED ON THE DWM ECMS WEBSITE.
- www.dekalbcountyga.gov/watershed-management/office-engineering-construction-management-services
- CONTRACTOR SHALL PROVIDE RECORD DRAWINGS "AS-BUILT PLANS" AND "FINAL PLANS" (IF APPLICABLE) IN HARD COPY AND ELECTRONIC FORMAT (AUTOCAD OR MICROSTATION).
- FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL TO THE DWM CONSTRUCTION MANAGER.
- CONTRACTOR MUST NOTIFY WATER AND SEWER CONSTRUCTION INSPECTOR 72 HOURS PRIOR TO COMMENCING CONSTRUCTION ACTIVITIES;

**NOTES:**

1. ALL EROSION AND SEDIMENTATION CONTROLS AND ALL TREE PROTECTION MEASURES SHALL BE INSTALLED PRIOR TO GRADING.

2. CONTACTS:
   DEKALB WATERSHED MANAGEMENT:
   ALIA JOHNSON
   PHONE (770) 414-2389
        (678) 614-9053

   GDOT DISTRICT ACCESS MANAGEMENT ENGINEER:
   CHRISTOPHER McKINNEY, PHONE (770) 986-7070
   GDOT AREA 1 OFFICE, PHONE (404) 299-4381

3. NECESSARY BARRICADES, SUFFICIENT LIGHTS, SIGNS AND OTHER TRAFFIC CONTROL METHODS AS MAY BE NECESSARY FOR THE PROTECTION AND SAFETY OF THE PUBLIC SHALL BE PROVIDED AND MAINTAINED THROUGHOUT WIDENING OF AND CONSTRUCTION ON DEKALB COUNTY ROADS.

4. BEGIN CONSTRUCTION:  ▒▒▒▒▒  ▒▒▒▒▒*
   END CONSTRUCTION:    ▒▒▒▒▒  ▒▒▒▒▒*

5. PROJECT AREA= ▒▒▒ ACRES
   DISTURBED AREA= ▒▒▒ ACRES
   NPDES FEES= $▒▒▒ X $40.00 = $▒▒▒▒▒
   PAID TO DEKALB COUNTY AND $▒▒▒▒ PAID TO EPD.

6. PROJECT INCLUDES 99 PROPOSED MANHOLES.
   2,360 L.F. 30" DIP SANITARY SEWER.
   865 L.F. 12" DIP SANITARY SEWER.
   7,660 L.F. 24" DIP SANITARY SEWER.
   3,797 L.F. 20" DIP SANITARY SEWER.
   1,609 L.F. 18" DIP SANITARY SEWER.
   1,959 L.F. 16" DIP SANITARY SEWER.
   2,388 L.F. 12" DIP SANITARY SEWER.

7. 72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING. http:\\WWW.GEORGIA811.COM

8. DEKALB COUNTY IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS BY ENGINEERS OR OTHER DESIGN PROFESSIONS ON DESIGN OR COUNTY CODE REQUIREMENTS FOR THIS PROJECT.

9. CONTRACTOR SHALL PREVENT TRACKING OR FLOW OF MUD AND/OR SEDIMENT ONTO FLOODWAY, STREETS AND ADJACENT PROPERTIES. ALL MATERIALS SPILLED, DROPPED, WASHED OR TRACKED FROM VEHICLES OR SITES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED IMMEDIATELY BY THE CONTRACTOR.

10. CONTRACTOR IS RESPONSIBLE OF ACQUIRING RIGHT OF ENTRIES FOR ACCESS/CONSTRUCTION PRIOR TO BEGINNING OF CONSTRUCTION.

11. A PORTION OF THIS PROJECT IS LOCATED WITHIN A 100 YEAR FLOODPLAIN AS SHOWN ON "F.I.A. OFFICIAL HAZARD MAP" COMMUNITY NO. 13089C0068K DATED 8/15/2019 AND 13089C0069J DATED 5/16/2013.

12. THERE ARE WETLANDS LOCATED ON OR WITHIN 200 FEET OF THIS PROJECT.

13. ALL STATE WATERS WITHIN 200 FEET OF THIS PROJECT HAVE BEEN DELINEATED.

14. PROJECT IS LOCATED IN ▒▒▒▒▒▒.

## DRAWING INDEX

| SHEET | DESCRIPTION |
|---|---|
| COV | COVER |
| G-00-01 | GENERAL NOTES |
| G-00-02 | LEGEND AND ABBREVIATIONS |
| G-01-01 | GENERAL OVERALL PLAN – LINE B.1 |
| G-01-01 | GENERAL OVERALL PLAN – LINE B.1 |
| G-02-01 | GENERAL OVERALL PLAN – LINE B.2 |
| G-02-02 | GENERAL OVERALL PLAN – LINE B.2 |
| G-03-01 | GENERAL OVERALL PLAN – LINE B.3 |
| C-01-01 | PLAN AND PROFILE – LINE B.1 |
| C-01-02 | PLAN AND PROFILE – LINE B.1 |
| C-01-03 | PLAN AND PROFILE – LINE B.1 |
| C-01-04 | PLAN AND PROFILE – LINE B.1 |
| C-01-05 | PLAN AND PROFILE – LINE B.1 |
| C-01-06 | PLAN AND PROFILE – LINE B.1 |
| C-01-07 | PLAN AND PROFILE – LINE B.1 |
| C-02-01 | PLAN AND PROFILE – LINE B.2 |
| C-02-02 | PLAN AND PROFILE – LINE B.2 |
| C-02-03 | PLAN AND PROFILE – LINE B.2 |
| C-02-04 | PLAN AND PROFILE – LINE B.2 |
| C-02-05 | PLAN AND PROFILE – LINE B.2 |
| C-02-06 | PLAN AND PROFILE – LINE B.2 |
| C-03-01 | PLAN AND PROFILE – LINE B.3 |
| C-03-02 | PLAN AND PROFILE – LINE B.3 |
| SD-01 | STANDARD DETAILS – 1 |
| SD-02 | STANDARD DETAILS – 2 |
| SD-03 | STANDARD DETAILS – 3 |
| SD-04 | STANDARD DETAILS – 4 |
| SD-05 | STANDARD DETAILS – 5 |
| SD-06 | STANDARD DETAILS – 6 |
| SD-07 | STANDARD DETAILS – 7 |
| SD-08 | STANDARD DETAILS – 8 |
| SD-09 | STANDARD DETAILS – 9 |



TRUNK SEWER

SECTION III
LINE B.2

SECTION III
LINE B.3

SECTION III
LINE B.1

**SITE LOCATION:**
NORTH OF MEMORIAL DRIVE NEAR LINE ST TO S
COLUMBIA DR. NEAR COMMERCE DR.

**SITE MAP**
SCALE 1" = 2500'

FIRM PANEL 13089C0069J, DATED MAY 16, 2013

FIRM PANEL 13089C0068K, DATED AUG 15, 2019

**FEMA / FIRM MAP**
SCALE N.T.S.

72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING.



Know what's below.
Call before you dig.



DeKalb County
GEORGIA



ATKINS
1600 Riveredge Parkway, Suite 700
Atlanta, Ga 30328
P: 770-933-0280

RK Reeves & Associates, Inc.



R2T
RIVER TO TAP

1841 PEELER RD.
UNIT C
ATLANTA, GA 30338
WWW.R2TINC.COM

**30% SUBMITTAL**
**FEBRUARY, 2023**

## GENERAL NOTES FOR SANITARY SEWER RELOCATION

1. A PRECONSTRUCTION CONFERENCE MUST BE HELD WITH MEMBERS OF DEKALB DEPARTMENT OF WATERSHED MANAGEMENT (DWM), AND THE CONTRACTOR OF RECORD BEFORE ANY WORK CAN BE DONE ON SITE. CONTRACTOR TO NOTIFY DEKALB COUNTY PROJECT MANAGER 72 HOURS BEFORE THE BEGINNING OF EACH PHASE OF CONSTRUCTION.

2. ALL WORK SHALL COMPLY WITH THE LATEST EDITIONS OF MASTER SPECIFICATIONS AND DESIGN STANDARDS FOR DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT "POTABLE WATER MAIN, GRAVITY SANITARY SEWER, AND SANITARY SEWER FORCE MAIN DESIGN STANDARDS; LATEST EDITION. IN ADDITION TO APPLICABLE STATE, FEDERAL, AND LOCAL CODES, ALL NECESSARY LICENSES AND PERMITS SHALL BE OBTAINED BY THE CONTRACTOR AT HIS OWN EXPENSE UNLESS PREVIOUSLY OBTAINED BY DWM.

3. DEVIATION FROM THESE PLANS WITHOUT THE PRIOR CONSENT OF DWM OR HIS REPRESENTATIVE OR THE ENGINEER MAY BE CAUSE FOR THE WORK COMPLETED TO BE UNACCEPTABLE.

4. IF THE CONTRACTOR DAMAGES ANY EXISTING UTILITIES DURING CONSTRUCTION, HE SHALL, AT HIS OWN EXPENSE, HAVE REPLACED OR REPAIRED THE UTILITIES TO THEIR ORIGINAL OR BETTER CONDITION AND QUALITY, AS APPROVED BY THE REPRESENTATIVE OF THE APPROPRIATE UTILITY COMPANY.

5. CONTRACTOR IS TO MEET ALL LOCAL UTILITY COMPANY REGULATIONS IN ANY READJUSTMENT OR RELOCATION OF EXISTING SERVICES.

6. CONTRACTOR SHALL ADJUST NEW PIPELINE LOCATION BASED ON FIELD CONDITIONS AND FIELD INSPECTOR REQUIREMENTS.

7. INSTALLATION OF EROSION CONTROL MEASURES AND PRACTICES SHALL TAKE PLACE PRIOR TO AND CONCURRENT WITH LAND DISTURBING ACTIVITIES. ALL EROSION AND CONTROL MEASURES SHALL BE MAINTAINED AT ALL TIMES AND SHALL BE INSPECTED REGULARLY USING THE EROSION AND SEDIMENT CONTROL CHECKLIST. ADDITIONAL EROSION AND SEDIMENT CONTROL MEASURES SHALL BE INSTALLED IF DEEMED NECESSARY BY THE OWNER.

8. DRAINAGE SYSTEMS SHALL BE MAINTAINED, KEPT FREE OF DEBRIS, AND IN OPERATING CONDITION AT ALL TIMES DURING CONSTRUCTION OF THIS PROJECT. THIS MAY INCLUDE, BUT NOT BE LIMITED TO, REPLACEMENT OR RECONSTRUCTION OF EXISTING DRAINAGE STRUCTURES THAT HAVE BEEN DAMAGED OR REMOVED OR RE-GRADED AS REQUIRED BY THE ENGINEER, EXCEPT FOR THOSE DRAINAGE ITEMS SHOWN AT SPECIFIC LOCATIONS IN THE PLANS AND HAVING SPECIFIC PAY ITEMS IN THE DETAILED ESTIMATE. NO SEPARATE PAYMENT WILL BE MADE FOR ANY COSTS INCURRED TO COMPLY WITH THIS REQUIREMENT.

9. ALL SIGNS, MAILBOXES, FENCING, LANDSCAPING, ETC. SHALL BE PROTECTED DURING CONSTRUCTION. SHOULD IT BE REQUIRED TO REMOVE OR DISTURB SUCH ITEMS, THE CONTRACTOR SHALL SEEK APPROVAL FROM THE OWNER FIRST AND IF APPROVED, THE REMOVAL OR DISTURBANCE OF SUCH ITEMS WILL BE DONE AT NO ADDITIONAL COST TO THE OWNER. SHOULD THE OWNER DEEM ANY ITEMS AS DAMAGED, THE CONTRACTOR SHALL REPLACE THE ITEM IN LIKE AND KIND AT NO ADDITIONAL EXPENSE TO DEKALB COUNTY. TRANSPLANTED AND/OR REPLACED ITEMS SHALL BE GUARANTEED BY THE CONTRACTOR FOR ONE YEAR AFTER WORK IS COMPLETED. TRAFFIC CONTROL SIGNS AND MAIL BOXES SHALL BE REPLACED THE DAY OF THEIR REMOVAL.

10. CONTRACTOR SHALL FURNISH SUITABLE BORROW MATERIAL FOR THE PROJECT THAT SHALL BE APPROVED BY THE DEKALB DWM INSPECTOR PRIOR TO USE. ALL SPOIL MATERIALS, REFUSE, AND DEBRIS SHALL BE REMOVED FROM THE SITE BY THE CONTRACTOR AND LEGALLY DISPOSED OF AT AN APPROPRIATE OFFSITE LOCATION. BURNING OF REFUSE, DEBRIS, OR SPOIL MATERIAL AT THE PROJECT SITE IS NOT ALLOWED.

11. ALL PROJECT SITE AREAS DISTURBED BY CONTRACTOR OPERATIONS SHALL BE STABILIZED WITH PERMANENT GRASSING UNLESS OTHERWISE NOTED. PERMANENT GRASSING SHALL BE SOD UNLESS OTHERWISE SPECIFICALLY NOTED IN THE CONTRACT DOCUMENTS OR APPROVED BY THE OWNER. ANY AREAS OUTSIDE THE PROJECT SITE AREA THAT ARE DISTURBED SHALL BE RESTORED AT THE EXPENSE OF THE CONTRACTOR.

12. THE CONTRACTOR SHALL RESTORE ALL DISTURBED GRAVEL, PAVED, OR CONCRETE ENTRANCES, DRIVES, DRIVEWAYS, AND APRONS TO PRECONSTRUCTION CONDITIONS AND IN ACCORDANCE WITH APPLICABLE DOT AND DEKALB COUNTY STANDARDS AND REQUIREMENTS.

13. THE SIZE, TYPE, MATERIALS, AND LOCATIONS OF EXISTING UNDERGROUND UTILITIES SHOWN ON THE PLANS ARE BASED ON THE BEST AVAILABLE INFORMATION. SUBSURFACE UTILITY INFORMATION SHOWN IS APPROXIMATE ONLY AND NO GUARANTEE IS MADE THAT ALL UTILITIES AND OTHER FEATURES ARE REPRESENTED ON THE PLANS ARE CORRECT. IT IS THE RESPONSIBILITY OF THE CONTRACTOR TO DETERMINE THE LOCATION AND SIZE OF ALL EXISTING UTILITIES PRIOR TO BEGINNING CONSTRUCTION.

14. IF THE CONTRACTOR ENCOUNTERS SUBSURFACE CONDITIONS DIFFERENT FROM THOSE SHOWN ON THE PLANS, HE SHALL IMMEDIATELY NOTIFY THE OWNER AND ENGINEER. NO EXISTING UTILITY SHALL BE DISTURBED WITHOUT PROPER AUTHORITY AND THEN ONLY IN SUCH A MANNER AS PRESCRIBED AND APPROVED BY THE OWNER OF THE EXISTING UTILITY.

15. SHOULD IT BECOME NECESSARY TO DISTURB AN EXISTING UTILITY, THE CONTRACTOR IS TO NOTIFY THE OWNER AND THE OWNER OF THE UTILITY WHEN NECESSARY. CONTRACTOR IS TO CEASE WORK UNTIL SATISFACTORY ARRANGEMENTS HAVE BEEN MADE WITH THE UTILITY OWNER TO PROPERLY CARE FOR AND RELOCATE THE UTILITY. NO CLAIMS SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

16. THE CONTRACTOR SHALL TAKE ALL NECESSARY PRECAUTIONS TO PROTECT EXISTING UTILITIES FROM DAMAGE. ANY DAMAGE TO EXISTING UTILITIES CAUSED BY THE CONTRACTOR SHALL BE REPAIRED AT THE CONTRACTOR'S EXPENSE. EITHER THE CONTRACTOR OR UTILITY OWNER WILL PERFORM THE REPAIR AT THE DISCRETION OF THE UTILITY OWNER. NO CLAIMS FOR DAMAGES SHALL BE ALLOWED BY THE CONTRACTOR ON ACCOUNT OF ANY DELAY OCCASIONED THEREBY.

17. THE CONTRACTOR SHALL PROVIDE ALL PIPE FITTINGS AND APPURTENANCES REQUIRED FOR THE COMPLETE INSTALLATION OF NEW SANITARY SEWER PIPELINE, WHETHER OR NOT SUCH ITEMS ARE SHOWN OR CALLED OUT ON THE PLANS. THE CONTRACTOR IS ADVISED THAT FIELD ADJUSTMENTS MAY BE REQUIRED BASED ON ACTUAL SUBSURFACE CONDITIONS AND LOCATIONS OF EXISTING BURIED UTILITIES ENCOUNTERED DURING CONSTRUCTION. THE CONTRACTOR SHALL NOT RECEIVE ANY ADDITIONAL PAYMENT OR TIME EXTENSION FOR ITEMS NOT BEING SHOWN IN PLANS OR FOR FIELD ADJUSTMENTS MADE DUE TO ACTUAL SUBSURFACE CONDITIONS AND UTILITY LOCATION.

18. AT COMPLETION OF CONSTRUCTION, ALL VALVE BOXES, METERS, AND APPURTENANCES SHALL BE SET FOR PROPER FINISH GRADE. PRECAST STRUCTURES, MANHOLE FRAMES AND COVERS ARE TO BE SET FLUSH WITH FINISHED GRADE UNLESS OTHERWISE INDICATED IN THE PLANS OR SPECIFICATIONS.

19. CONTRACTOR SHALL DISCONNECT ALL SERVICE LATERALS FROM THE EXISTING LINE AND RECONNECT TO THE NEW PROPOSED SEWER.

20. CONTRACTOR SHALL INSTALL CONSTRUCTION FENCING ALONG THE LIMITS OF DISTURBANCE.

21. ALL EXISTING LINES UNDER ROADWAY SHOWN AS TO BE ABANDONED SHALL BE ABANDONED WITH FLOWABLE FILL. DWM MAY REQUIRE ADDITIONAL LINES OUTSIDE OF ROADWAY TO BE ABANDONED ON A CASE BY CASE BASIS.

22. FOR PIPE INSTALLATIONS WITHIN STREAM, STREAM BOTTOM SHALL BE RETURNED TO EXISTING GRADE WITH FILL TO MATCH EXISTING MATERIALS. FILL MATERIAL SHALL NOT BE EASILY TRANSPORTED DOWNSTREAM.

23. CONTRACTOR SHALL BE REQUIRED TO OBTAIN AUTHORIZATION FROM THE CITY OF DORAVILLE PRIOR TO THE REMOVAL OF ITEMS FROM BERNARD HALPERN PARK.    RESTORATION OF ANY ITEMS REMOVED FROM THE PARK SHALL BE IN LIKE KIND OR BETTER AND SHALL BE INCLUDED IN THE COST OF THE WORK WITH NO ADDITIONAL PAYMENT.  CONTRACTOR SHALL ALSO SUBMIT FOR APPROVAL ANY ITEMS TO BE REPLACED.

## ADDITIONAL NOTES

1. THE CONTRACTOR IS REQUIRED TO PERFORM PRE-CONSTRUCTION VIDEO OF THE ENTIRE CONSTRUCTION AREA PRIOR TO ANY CONSTRUCTION. THE CONTRACTOR SHALL REPAIR ANY DAMAGED PROPERTY WITHIN THEIR CONSTRUCTION AREA THAT DIFFERS OR IS NOT SHOWN ON THE PRE-CONSTRUCTION VIDEO.

2. TRENCH DEWATERING DIRECTLY INTO A STREAM IS PROHIBITED. ALL DEWATERING MUST BE FILTERED THROUGH METHODS DEFINED IN THE MANUAL FOR SEDIMENT AND EROSION CONTROL IN GEORGIA, LATEST EDITION.

3. CONTRACTOR IS RESPONSIBLE FOR THE HORIZONTAL/VERTICAL LOCATING OF EXISTING UTILITIES (INCLUDING ANY UTILITIES NOT SHOWN ON PLANS) AND MAINTAINING UTILITY SERVICES AND SHALL REPAIR AND/OR REPLACE ANY DAMAGED SERVICES AS SOON AS POSSIBLE.

4. STORM WATER MANAGEMENT FOR THIS PROJECT IS PROVIDED ON-SITE. STORM WATER MANAGEMENT FOR THIS PROJECT CONSISTS OF TEMPORARY EROSION AND SEDIMENT CONTROLS TO BE INSTALLED DURING THE PROPOSED WORK. AT THE COMPLETION OF THE PROJECT THE TEMPORARY MEASURE SHALL BE REMOVED.

5. THERE SHALL BE NO INCREASE IN FLOWS OR COMPENSATION IN OTHER DRAINAGE AREAS, WHICH RESULT IN AN INCREASED PEAK DISCHARGE ONTO ADJACENT PROPERTY.

6. THE CONTRACTOR IS RESPONSIBLE FOR ALL SITE SAFETY AS WELL AS THE WAYS, MEANS AND METHODS OF CONSTRUCTION.

7. WATER AND SEWER FEES NEED TO BE PAID BY THE CONTRACTOR UNDER THE FOLLOWING CIRCUMSTANCES: NEW CONSTRUCTION, REDEVELOPMENT, ADDITIONS, CHANGE OF USE, ETC. CONTRACTOR TO DETERMINE COST PRIOR TO BID AND INCLUDE INCIDENTAL TO THE WORK. THESE FEES ARE PAID AT 330 W. PONCE DE LEON AVENUE, 2ND FLOOR. FAILURE TO SETTLE THESE FEES SHALL RESULT IN DELAYS FOR SERVICE. WATER AND SEWER APPROVAL. CALL (404) 371-4918 FOR FEE CALCULATIONS OR ANY QUESTIONS.

8. FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL BY THE DWM ENGINEER / PROJECT MANAGER BEFORE CHANGES ARE IMPLEMENTED.

9. ALL ITEMS WHICH MUST BE REMOVED DURING CONSTRUCTION AND ARE NOT SPECIFICALLY SHOWN TO BE PAID FOR OTHERWISE, SHALL BE REMOVED AND PAID FOR IN THE UNIT PRICE BID FOR SANITARY SEWER. NO CLAIMS WILL BE CONSIDERED FOR EXTRA COMPENSATION.

10. CONTRACTOR TO SEQUENCE SANITARY SEWER INSTALLATION  SO AS NOT TO DAMAGE EXISTING UTILITIES AND WATER MAIN AND/OR DISRUPT EXISTING SERVICE.

11. THE CONTRACTOR IS TO MAINTAIN COMPLETE RECORDS AS LINE-WORK PROGRESSES AND SUBMIT WITH MONTHLY PAY APPLICATION.

12. USE BEDDING AS RECOMMENDED PER DWM STANDARD. BEDDING SHALL NOT BE MEASURED SEPARATELY FOR PAYMENT. COST SHALL BE INCLUDED IN THE UNIT PRICE BID FOR SANITARY SEWERS. NO CLAIM WILL BE CONSIDERED FOR EXTRA COMPENSATION.

13. THE CONTRACTOR IS REQUIRED TO NOTIFY, IN ADVANCE IN WRITING, ALL RESIDENTS IN THE AREA AFFECTED BY THE WORK TO BE PERFORMED. THE NOTICE SHALL SHOW THE STARTING AND FINISHING DATES.

14. ALL MANHOLES LOCATED WITHIN ROADWAYS SHALL BE INSTALLED WITH CONCRETE COLLARS AND TRAFFIC RATED MANHOLE FRAMES AND COVERS PER GDOT STANDARDS.

15. ALL MANHOLES SHALL HAVE WATER TIGHT FRAMES AND COVERS UNLESS NOTED OTHERWISE.

16. NOTE THE NARROWER ALLOWED DISTURBED AREA/EASEMENTS WHEN CROSSING THROUGH STREAM BUFFERS (MAX. WIDTH = 45FT.)

17. FOR ALL TRENCH EXCAVATIONS 20 FEET OR DEEPER THE CONTRACTOR WILL BE REQUIRED TO SUBMIT AS A SUBMITTAL A PROTECTIVE SYSTEM DESIGNED AND STAMPED BY A PROFESSIONAL ENGINEER.

18. CONTRACTOR SHALL BE REQUIRED TO SUBMIT BUOYANCY CALCULATIONS FOR ALL PRECAST MANHOLES. MANHOLES WITHIN THE 100 YEAR FLOOD PLAIN BOUNDARY WILL NEED TO CONTAIN FLOATATION COLLARS AND BE DESIGNED TO BE NON-BUOYANT.

19. THE MAXIMUM ALLOWABLE HEIGHT IS TWO (2) FEET ABOVE GROUND ELEVATION FOR MANHOLES NOT LOCATED IN THE ROADWAY AND NOT LOCATED IN THE 100 YEAR FLOOD PLAIN BOUNDARY AREA.

20. PER COUNTY STANDARDS ALL PIPE JOINTS SHALL BE SEALED ON THE OUTSIDE USING COAL TAR EPOXY WHEN LOCATED IN THE 100 YEAR FLOOD PLAIN.

21. CONTRACTOR TO MEET TRAFFIC CONTROL REQUIREMENTS OF MUTCD GDOT AND LOCAL MUNICIPALITY.

22. CONTRACTOR TO INSTALL GATE IF ACCESS ROAD IS TO REMAIN, SEE ATTACHED GATE DETAIL G-012 ON SHEET SD-16.

23. REPLACEMENT PIPE SECTIONS  AND MANHOLES LABELED ABANDONED  TO BE FILLED WITH FLOWABLE FILL.

24. ALL MANHOLES TO BE ABANDONED AS PER THE LATEST DEKALB COUNTY DETAILS.

25. ALL MANHOLES OVER 16 FEET DEEP REQUIRE SAFETY PLATFORMS, SEE DETAIL S-002 ON SHEET SD-01.

26. PROTECTO 401 COATING REQUIRED FOR ALL DUCTILE IRON PIPE IN CREEK CROSSING

27. AN ERGO HINGED TYPE MANHOLE COVER AND CASTING WILL BE REQUIRED FOR ALL MANHOLES WHEN THE TOP ELEVATION OF THE MANHOLE IS GREATER THAN 3 FEET ABOVE FINISHED GRADE. SEE DETAIL S-029 ON SHEET SD-16.

28. AVOID ANY NATIONAL REGISTER OF HISTORIC PLACES (NRHP) ELIGIBLE, LISTED, OR UNKNOWN HISTORIC RESOURCES AND FEATURES INCLUDING BUT NOT LIMITED TO STRUCTURES, STAIRS, AND WALLS.

29. ADEQUATE PROTECTIVE MEASURES SHOULD BE UTILIZED TO ENSURE HISTORIC RESOURCES AND FEATURES WITHIN OR ADJACENT TO THE PROJECT AREA ARE NOT DAMAGED BY CONSTRUCTION ACTIVITIES.

30. ANY HISTORIC GRANITE CURBING ENCOUNTERED WITHIN THE AREA OF POTENTIAL EFFECT SHOULD BE RETAINED TO THE GREATEST EXTENT POSSIBLE OR REPLACE IN KIND.






RIVER TO TAP

**ATKINS**
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

**DeKalb County**
GEORGIA

**DEPT. OF WATERSHED MANAGEMENT**
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

GENERAL NOTES

| | |
|---|---|
| DESIGNED BY: | HB |
| DRAWN BY: | HB |
| CHKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2021 |

PROJECT No. 12345678    DRAWING No. G-00-01

SHT 2 OF 33

NOT FOR CONSTRUCTION

Printed: January 26, 2023 3:45pm

## LINETYPES

### EXISTING OVERHEAD
- —V— E ——  Electric Line
- —V— TV ——  Cable TV Line

### EXISTING UNDERGROUND
- —— E(B) ——  Electric
- —— T(B) ——  Telecommunications
- —— TV(B) ——  Cable TV
- —— W(B) ——  Water
- —— SS ——  Sanitary Sewer
- —— G(B) ——  Gas
- —— UNK(B) ——  Unknown

### PROPERTY
- ——————  City Limits Line
- ——— 000 ———  Limited Access
- ——————  Center of Creek

### FENCE LINES
- —x——x—  Barb Wire Fence
- —○——○—  Chain link fence
- —□——□—  Wood Fence

### MISCELLANEOUS
- —— LOS ——  Limits of Survey

## LEGEND

### SURVEY CONTROL
- ⊕ BM  Benchmark
- △  Control Point

### TOPOGRAPHIC FEATURES
- ⊞ RRM  Right-of-Way Monument Found
- ⊡  Street Sign
- ⬚  Air Condition Unit
- ● BOL  Bollard
- ⬚ MBX  Mailbox

### WATER
- ○  Fire Hydrant
- ⊗  Fire Department Connection
- ⊠  Water Meter
- ⋈  Water Valve
- ⊗  Water Valve Marker
- ⊙  Water Manhole
- ⊡  Water Vault

### ELECTRIC/POWER
- ⊡  Electric Box
- ⊡  Transformer
- Ⓔ  Underground Electric Manhole
- ⊡  Hand Hole
- ⊙  Page
- —  Guy Wire
- Ⓔ  Electric Meter
- ⊙  Power Pole/Utility Pole
- ☆  Street Light/Light Pole

### DRAINAGE
- ⬭  Catch Basin Double-wing
- ⬭  Catch Basin Single-wing
- ▥ CI  Curb Inlet
- ▥ DI  Drop Inlet
- ⊙ SDMH  Storm Drain Manhole

### SEWER
- ⊙  Sanitary Sewer Manhole
- ○  Cleanout

### TELEPHONE
- Ⓣ  Telephone Manhole
- ⊡  Telephone Terminal Box
- ⊡  Traffic Signal Box
- ⊙  Traffic Signal Pole
- ⊙  Underground Cable TV
- ⊡  Underground Telephone Box

### GAS
- Ⓖ  Gas Manhole
- ⊡  Gas Vault
- Ⓟ  Petroleum Valve
- ⊙  Gas Fill Cap
- Ⓜ  Gas Meter
- ⊡  Gas Valve

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| BLA | Begin Limited Access | IPF | Iron Pin Found |
| B/W | Bottom of wall | IPS | Iron Pin Set |
| C&G | Curb and Gutter | L/W | Low Wire Elevation |
| CE | Construction Easement | MW | Monitoring Well |
| CMP | Corrugated Metal Pipe | N/F | Now or Formerly |
| CO | Clean Out | OTP | Open Top Pipe |
| CPP | Corrugated Plastic Pipe | PB | Plat Book |
| DB | Deed Book | PG | Page |
| DIP | Ductile Iron Pipe | POB | Point of Beginning |
| DE | Drainage Easement | POC | Point of Commencement |
| ELA | End Limited Access | PVC | Polyvinyl Chloride Pipe |
| FES | Flared End Section | RCP | Reinforced Concrete Pipe |
| JB | Junction Box | SSE | Sanitary Sewer Easement |
| GI | Grate Inlet | T/W | Top of Wall |
| HW | Headwall | VCP | Vitrified Clay Pipe |
| I.E. | Invert Elevation | UNK | Unknown |

## UTILITY OWNERS

*ATLANTA GAS LIGHT*
*10 PEACHTREE PL.*
*ATLANTA, GA 30309*
*800–427–5463*

*GEORGIA POWER*
*241 RALPH MCGILL BOULEVARD*
*ATLANTA, GA 30308*
*404–506–6539*

*BELLSOUTH/AT&T*
*DALE BURNEY*
*575 MOROSGO DRIVE*
*ATLANTA, GA 30324*
*800–288–2020*


RIVER TO TAP




DeKalb County
GEORGIA

**ATKINS**
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

LEGEND AND ABBREVIATIONS

| | |
|---|---|
| **DESIGNED BY:** HB | |
| **DRAWN BY:** HB | |
| **CHECKED BY:** AR | |
| **APPROVED BY:** GA | |
| **DATE:** JAN. 2023 | |
| **PROJECT NO.** 12345678 | **DRAWING No.** G-00-02 |

SHT 3 OF 33

NOT FOR CONSTRUCTION



MATCH LINE – STA 40+00
FOR CONTINUATION SEE DWG G-01-01

MATCH LINE – STA 57+50
FOR CONTINUATION SEE DWG G-01-02

HORIZONTAL ALIGNMENT
LINE B.1 GRAVITY SEWER

HORIZONTAL ALIGNMENT
LINE B.1 GRAVITY SEWER

HORIZONTAL ALIGNMENT
LINE B.3 GRAVITY SEWER

0+00 LINE B.3 =
STA 41+60 LINE B.1

MATCH LINE – STA 40+00
FOR CONTINUATION SEE DWG G-01-01

HORIZONTAL ALIGNMENT
LINE B.2 GRAVITY SEWER

LATITUDE 33.749985
LONGITUDE -84.281362
0+00 LINE B.2 =
STA 6+11 LINE B.1

STA 0+00 LINE B.1 =
STA 152+21 LINE A.1
LATITUDE 33.748349
LONGITUDE -84.280926

HORIZONTAL ALIGNMENT
LINE A.1 GRAVITY SEWER

SCALE 1"=200'

200'  100'  0        200'          400'

### OVERALL PLAN – SHOAL CREEK GRAVITY SEWER
### LINE B.1 STA: 00+00 – STA: 57+50

| PROPERTY INFORMATION | | | |
|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 1 | N/F DEKALB COUNTY | 1539 WOODFERN DR | 15 202 12 043 | –/E1 |
| 2 | N/F CORBETT ELAINA L | 1531 WOODFERN DR | 15 202 12 017 | OI/R3 |
| 3 | N/F WHITLOW JODY | 1519 WOODFERN DR | 15 202 12 016 | R75/R3 |
| 4 | N/F ROCKWELL SAMANTHA | 1515 WOODFERN DR | 15 202 12 015 | R75/R3 |
| 5 | N/F DURDEN EMILY MILLER | 1509 WOODFERN DR | 15 202 12 014 | R75/R3 |
| 6 | N/F STRYANT HOMES LIMITED LIABILITY COMPANY | 1505 WOODFERN DR | 15 202 12 013 | R75/R3 |
| 7 | N/F HAMRICK BRENDA G | 1501 WOODFERN DR | 15 202 12 012 | R75/R3 |
| 8 | N/F DE PREE CHRISTOPHER G | 1495 WOODFERN DR | 15 202 12 011 | R75/R3 |
| 9 | N/F DE PREE CHRISTOPHER | 1491 WOODFERN DR | 15 202 12 010 | R75/R3 |
| 10 | N/F GUARISCO LORI L | 1504 OLDFIELD RD | 15 202 12 019 | R75/R3 |
| 11 | N/F DEKALB COUNTY | 1475 OLDFIELD RD | 15 202 03 114 | R75/R3 |
| 12 | N/F NUNES SCOTT M | 1445 OLDFIELD RD | 15 202 03 056 | R75/R3 |
| 13 | N/F BROWN LACHLAN K | 1441 DEERWOOD DR | 15 202 03 081 | R75/R3 |
| 14 | N/F DEKALB COUNTY | 1417 CHEVELLE LN | 15 202 03 084 | –/E1 |
| 15 | N/F ONE FAMILY REALTY GROUP LLC | 1423 R DEERWOOD DR | 15 202 03 083 | R75/R3 |
| 16 | N/F | | 15 202 01 001 | |
| 17 | N/F ENGLISH THOMAS H | 1379 DEERWOOD DR | 15 202 01 008 | R75/R3 |
| 18 | N/F MARET DEXTER L HIS ESTATE, ADMINISTRATOR | 1375 DEERWOOD DR | 15 202 01 009 | R75/R3 |
| 19 | N/F MARET DEXTER L HIS ESTATE, ADMINISTRATOR | 1371 DEERWOOD DR | 15 202 01 010 | R75/R3 |
| 20 | N/F ELLIS ALAN D | 1357 DEERWOOD DR | 15 202 01 013 | R75/R3 |
| 21 | N/F KEOGH DECLAN | 1343 DEERWOOD DR | 15 215 04 008 | –/E3 |
| 22 | N/F JEBENS HAROLD J | 1339 DEERWOOD DR | 15 215 04 007 | R75/R3 |
| 23 | N/F STEWART EDWARD M | 1333 DEERWOOD DR | 15 215 04 006 | R75/R3 |
| 24 | N/F COSTELLO BETH A | 1329 DEERWOOD DR | 15 215 04 005 | R75/R3 |
| 25 | N/F RICCETTI ANGELA J | 1325 DEERWOOD DR | 15 215 04 004 | R75/R3 |
| 26 | N/F KEYSTONE PROPERTY SOLUTIONS INC | 1319 DEERWOOD DR | 15 215 04 009 | R75/R3 |
| 27 | N/F SHOEMAKER MARK C | 1315 DEERWOOD DR | 15 215 04 003 | R75/R3 |
| 28 | N/F DEKALB COUNTY | 1301 DEERWOOD DR | 15 215 04 001 | R75/E1 |
| 29 | N/F DEKALB COUNTY | 99 MIDWAY RD | 15 215 12 024 | –/E1 |
| 30 | N/F CITY OF DECATUR | 1 MIDWAY RD | 15 215 12 025 | –/E1 |
| 31 | N/F BELLENGUEZ LAVIN LAURENCE | 172 MIDWAY RD | 15 215 12 033 | –/R3 |
| 32 | N/F RESIDENCES OF CLARKE HILL HOA INC | 140 MIDWAY RD | 15 215 12 105 | –/R9 |
| 33 | N/F GUTMAN DAVID A | 180 MIDWAY RD | 15 215 12 052 | –/R3 |
| 34 | N/F SHERMAN KENNETH | 345 MIMOSA DR | 15 215 12 042 | –/R3 |
| 35 | N/F NAMBA ELAINE M | 347 MIMOSA DR | 15 215 12 041 | –/R3 |
| 36 | N/F GUTMAN DAVID A | 2511 MCKINNON DR | 15 215 12 035 | –/R3 |
| 37 | N/F DTR TRUST | 2500 MCKINNON DR | 15 215 13 131 | –/R3 |

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES
& ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

GEORGIA P.E.
LIC. No.                  EXP. DATE

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

GENERAL OVERALL PLAN
LINE B.1

| DESIGNED BY: | HB |
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN, 2023 |
| PROJECT No. | DRAWING No. |
| 12345678 | G-01-01 |
| SHT 4 OF 33 |

NOT FOR CONSTRUCTION

Printed: January 26, 2023 3:53 pm





200'  100'  0        200'        400'

SCALE 1"=200'

HORIZONTAL ALIGNMENT
LINE B.1 GRAVITY SEWER

MATCH LINE - STA 55+50
FOR CONTINUATION SEE DWG G-01-01

### OVERALL PLAN - SHOAL CREEK GRAVITY SEWER
### LINE B.1 STA: 57+50 - END

| PROPERTY INFORMATION | | | |
|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 39 | N/F COLUMBIA THEOLOGICAL SEMINARY | 605 KIRK RD | 15 215 13 127 | -E6 |
| 40 | N/F COLUMBIA THEOLOGICAL SEMINARY | 609 KIRK RD | 15 215 01 001 | -E6 |
| 41 | N/F COLUMBIA THEOLOGICAL SEMINARY | 615 KIRK RD | 15 215 13 128 | -E6 |
| 42 | N/F COLUMBIA THEOLOGICAL SEMINARY | 701 S COLUMBIA DR | 15 215 11 016 | -E6 |
| 43 | N/F BENJAMIN HEIDI | 542 KIRK RD | 15 215 13 024 | -R3 |
| 44 | N/F SCOTT AND JENNIFER NELSON REVOC LVG TRST | 544 KIRK RD | 15 215 13 062 | -R3 |
| 45 | N/F SHEEHAN TIMOTHY P | 528 KIRK RD | 15 215 13 021 | -R3 |
| 46 | N/F MISSION HAVEN INC | 167 INMAN DR | 15 215 13 027 | -E2 |
| 47 | N/F PEACH DEVELOPMENT CORP | 127 KIRK XING | 15 215 13 060 | -R3 |
| 48 | N/F MARTINO ALICIA M | 159 INMAN DR | 15 215 13 028 | -R3 |
| 49 | N/F WOOD KENNETH F | 345 SHADOWMOOR DR | 15 234 06 061 | -R3 |
| 50 | N/F BOARD OF EDUCATION CITY OF DEC | 510 AVERY ST. | 15 234 06 062 | -E1 |
| 51 | N/F MOSSER SARA S | 229 SHADOWMOOR DR | 15 234 06 049 | -R3 |
| 52 | N/F DOCHERTY STEVEN J | 225 SHADOWMOOR DR | 15 234 06 048 | -R3 |
| 53 | N/F RUARK MBERLY SOMERS REVOCA LIVING TRUST | 221 SHADOWMOOR DRIVE | 15 234 06 047 | R3 |
| 54 | N/F HARRIS MARC EUGENE | 217 SHADOWMOOR DRIVE | 15 234 06 046 | R3 |
| 55 | N/F LUTE NICOLE | 213 SHADOWMOOR DRIVE | 15 234 06 045 | R3 |
| 56 | N/F POUSNER HOWARD ROSS | 209 SHADOWMOOR DRIVE | 15 234 06 044 | R3 |
| 57 | N/F KOCHEL MICHAEL STEVEN REVOC LIVING TRUST | 201 HILLDALE DRIVE | 15 234 06 050 | R3 |
| 58 | N/F BROWN CHRISTOPHER D | 205 SHADOWMOOR DRIVE | 15 234 06 043 | R3 |
| 59 | N/F EDWARDS MEGHAN N | 307 WINNONA DRIVE | 15 234 07 020 | R3 |
| 60 | N/F KARP ELIZABETH ANN | 313 WINNONA DRIVE | 15 234 07 021 | R3 |
| 61 | N/F DORFF MARIBETH R | 319 WINNONA DRIVE | 15 234 07 022 | R3 |
| 62 | N/F WESTHOLM LEIGH | 325 WINNONA DRIVE | 15 234 07 023 | R3 |
| 63 | N/F SHEHANE JENNIFER DAWN | 331 WINNONA DRIVE | 15 234 07 024 | R3 |
| 64 | N/F PILLOW RAYMOND K | 255 SOUTH COLUMBIA DRIVE | 15 234 07 012 | R3 |
| 65 | N/F SWANSON MICHELE D | 249 SOUTH COLUMBIA DRIVE | 15 234 07 011 | R3 |
| 66 | N/F PURDOM WAYNE M | 245 SOUTH COLUMBIA DRIVE | 15 234 07 010 | R3 |


RIVER TO TAP


ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves
& ASSOCIATES, Inc.


DeKalb County
GEORGIA


ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280


DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

GENERAL OVERALL PLAN
LINE B.1

| DESIGNED BY: | HB |
| DRAWN BY: | HB |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2023 |
| PROJECT No. | DRAWING No. |
| 12345678 | G-01-02 |
| SHT 5 OF 33 | |

NOT FOR CONSTRUCTION

Plotted: January 26, 2023 3:53pm



MATCH LINE – STA 35+00
FOR CONTINUATION SEE DWG G-02-01

MATCH LINE – STA 72+50
FOR CONTINUATION SEE DWG G-02-02

SCALE 1"=200'

HORIZONTAL ALIGNMENT
LINE B.2 GRAVITY SEWER

HORIZONTAL ALIGNMENT
LINE B.2 GRAVITY SEWER

LATITUDE 33.749985
LONGITUDE –84.281362
0+00 LINE B.2 =
STA. 6+11 LINE B.1

MATCH LINE – STA 35+00
FOR CONTINUATION SEE DWG G-02-01

*OVERALL PLAN – SHOAL CREEK GRAVITY SEWER*
*LINE B.2 STA: 0+00 – 72+50*

| PROPERTY INFORMATION | | | | |
|---|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 67 | N/F MELANSON NATHAN | 1487 WOODFERN DRIVE | 15 202 12 009 | R3 |
| 68 | N/F JOHNSON ANNIE PEARL | 1486 WOODFERN DRIVE | 15 202 12 008 | R3 |
| 69 | N/F GENATILINA CARINA | 1451 CONWAY ROAD | 15 201 01 009 | R3 |
| 70 | N/F SAMADI DAOUD | 1439 CONWAY ROAD | 15 201 01 010 | R3 |
| 71 | N/F RODRIGUEZ LOUIS H | 1431 CONWAY ROAD | 15 201 01 011 | R3 |
| 72 | N/F DAVID HENRY LLC | 1423 CONWAY ROAD | 15 201 01 012 | R3 |
| 73 | N/F DAVID HENRY LLC | 1415 CONWAY ROAD | 15 201 01 013 | R3 |
| 74 | N/F CANADIAN OX LLC | 1407 CONWAY ROAD | 15 201 01 014 | R3 |
| 75 | N/F QUINN SUAD | 1404 CONWAY ROAD | 15 201 02 010 | R3 |
| 76 | N/F QUINN SUAD S | 1394 CONWAY ROAD | 15 201 02 009 | R3 |
| 77 | N/F ROBBEY ROBIN M | 1388 CONWAY ROAD | 15 201 02 008 | R3 |
| 78 | N/F YASYERLI NAZMI ANIL | 1380 CONWAY ROAD | 15 201 02 007 | R3 |
| 79 | N/F COURTOIS JONATHAN | 1372 CONWAY ROAD | 15 201 02 006 | R3 |
| 80 | N/F STRAUSS GUY | 1364 CONWAY ROAD | 15 201 02 062 | R3 |
| 81 | N/F SNIPES KRISTEN | 1369 THOMAS ROAD | 15 201 02 041 | R3 |
| 82 | N/F DIETZ ANDREW | 1359 CONWAY ROAD | 15 201 02 005 | R3 |
| 83 | N/F CHAVEY JULIE A | 1357 THOMAS ROAD | 15 201 02 042 | R3 |
| 84 | N/F MATLOCK ANDY | 1347 VEASEY ROAD | 15 201 02 043 | R3 |
| 85 | N/F DEKALB COUNTY | 1339 VEASEY ROAD | 15 201 02 044 | E1 |
| 86 | N/F DEKALB COUNTY | 1331 VEASEY ROAD | 15 201 02 045 | E1 |
| 87 | N/F KUDZU CAPITAL LLC | 1301 THOMAS ROAD | 15 216 03 016 | R3 |
| 88 | N/F SECRETARY OF HOUSING AND URBAN DEVELOPME | 1278 THOMAS ROAD | 15 216 12 033 | R3 |
| 89 | N/F WARREN JOSHUA M | 1292 THOMAS ROAD | 15 216 12 018 | R3 |
| 90 | N/F RUSSELL TRINA F | 1268 THOMAS ROAD | 15 216 12 017 | R3 |
| 91 | N/F BELL JAMES LEE IV | 1262 THOMAS ROAD | 15 216 12 016 | R3 |
| 92 | N/F NAPIER JOHN | 1256 THOMAS ROAD | 15 216 12 015 | R3 |
| 93 | N/F CHAPMAN JASON TYRE | 1250 THOMAS ROAD | 15 216 12 014 | R3 |
| 94 | N/F HUGHES MAYA | 1244 THOMAS ROAD | 15 216 12 013 | R3 |
| 95 | N/F HILL ANDREW THOMAS | 1238 THOMAS ROAD | 15 216 12 035 | R3 |
| 96 | N/F DIAZ MATTHEW | 1232 THOMAS ROAD | 15 216 12 011 | R3 |
| 97 | N/F WILLIS REAL ESTATE CONCEPTS LLC | 1226 THOMAS ROAD | 15 216 12 010 | R3 |
| 98 | N/F BRILLANTE THOMAS CHRISTOPHER | 1220 THOMAS ROAD | 15 216 12 009 | R3 |
| 99 | N/F HAMMOND LEIGH | 1214 THOMAS ROAD | 15 216 12 008 | R3 |
| 100 | N/F DINH LINH | 1208 THOMAS ROAD | 15 216 12 007 | R3 |
| 101 | N/F GREENBAY HOMES LLC | 1202 THOMAS ROAD | 15 216 12 006 | R3 |
| 102 | N/F CRAYTON PITCHES CORINE BRENDA | 1194 THOMAS ROAD | 15 216 12 005 | R3 |
| 103 | N/F DUNCAN ANDREA STINSON | 1186 THOMAS ROAD | 15 216 12 004 | R3 |
| 104 | N/F DUNCAN ANDREA STINSON | 1178 THOMAS ROAD | 15 216 12 003 | R3 |
| 105 | N/F TANNER OLIVIA KATHERINE | 1170 THOMAS ROAD | 15 216 12 002 | R3 |
| 106 | N/F ANDERSON RYAN | 1164 THOMAS ROAD | 15 216 12 001 | R3 |
| 107 | N/F EAST DECATUR GREENWAY INC | 890 COLUMBIA DRIVE | 15 216 10 010 | E3 |
| 108 | N/F IMIAN STATION LP | 848 COLUMBIA DRIVE | 15 216 10 022 | R3 |
| 109 | N/F FRIENDS SCHOOL OF ATLANTA INC | 862 COLUMBIA DRIVE | 15 216 10 008 | E6 |
| 110 | N/F ATLANTA SMSA LTD PARTNERSHIP | 1085 KATIE KERR DRIVE | 15 216 10 025 | L4 |
| 111 | N/F ATLANTA SMSA L TD PARTN | 1089 KATIE KERR DRIVE | 15 216 10 024 | C3 |
| 112 | N/F O'CONNELL JOHN J JR | 1094 ASHBURY DRIVE | 15 216 10 036 | R3 |
| 113 | N/F BENNETT TIMOTHY | 1092 ASHBURY DRIVE | 15 216 10 037 | R3 |
| 114 | N/F GOLDY LARRY | 1088 ASHBURY DRIVE | 15 216 10 038 | R3 |
| 115 | N/F RAMIREZ ALFREDO | 1084 ASHBURY DRIVE | 15 216 10 039 | R3 |
| 116 | N/F SRIVASTAVA PAMELA | 1082 ASHBURY DRIVE | 15 216 10 040 | R3 |
| 117 | N/F YEREMIAN GILBERT | 1078 ASHBURY DRIVE | 15 216 10 041 | R3 |
| 118 | N/F KNIGHT MICAH | 1074 ASHBURY DRIVE | 15 216 10 042 | R3 |
| 119 | N/F JARRETT ROBERT E | 1070 ASHBURY DRIVE | 15 216 10 043 | R3 |
| 120 | N/F JONES JASON K | 1064 ASHBURY DRIVE | 15 216 10 044 | R3 |
| 121 | N/F BROWN COURTNEY | 1060 ASHBURY DRIVE | 15 216 10 045 | R3 |
| 122 | N/F HUGHES BRANDY | 1056 ASHBURY DRIVE | 15 233 01 085 | R3 |
| 123 | N/F ROBERTS JAMES | 1050 ASHBURY DRIVE | 15 233 01 084 | R3 |
| 124 | N/F GALOVNSKY MICHAEL S | 1046 ASHBURY DRIVE | 15 233 01 083 | R3 |
| 125 | N/F RANSDELL KEITH THOMAS | 1042 ASHBURY DRIVE | 15 233 01 082 | R3 |
| 126 | N/F GOSSEY DONNA D | 1038 ASHBURY DRIVE | 15 233 01 081 | R3 |
| 127 | N/F HORTON JANE B | 1034 ASHBURY DRIVE | 15 233 01 080 | R3 |
| 128 | N/F DOUGHERTY MAUREEN R | 2803 ASHBURY HEIGHTS ROAD | 15 233 01 088 | R3 |
| 129 | N/F WILLIAMS DAVID G | 2809 ASHBURY HEIGHTS ROAD | 15 233 01 089 | R3 |
| 130 | N/F BROWNING JOHN | 2813 ASHBURY HEIGHTS ROAD | 15 233 01 090 | R3 |
| 131 | N/F CZARNECKI STEPHEN P | 2817 ASHBURY HEIGHTS ROAD | 15 233 01 091 | R3 |
| 132 | N/F HASELWOOD JEREMY | 2821 ASHBURY HEIGHTS ROAD | 15 233 01 092 | R3 |
| 133 | N/F LIPSCOMB APRIL S | 2831 ASHBURY HEIGHTS ROAD | 15 233 01 157 | R3 |
| 134 | N/F CLARK KATHERINE H | 993 NORTH CARTER ROAD | 15 233 01 010 | R3 |
| 135 | N/F DOAN BROOKS H | 985 NORTH CARTER ROAD | 15 233 01 011 | R3 |
| 136 | N/F LIATIS ALEXIS JORGE | 979 NORTH CARTER ROAD | 15 233 01 012 | R3 |
| 137 | N/F BROCKINGTON SARAH E | 2835 ASHBURY HEIGHTS ROAD | 15 233 01 094 | R3 |
| 138 | N/F FREDERIKSEN JON PAULDING | 973 NORTH CARTER ROAD | 15 233 01 013 | R3 |


R2T
RIVER TO TAP


ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.
RK REEVES & ASSOCIATES, Inc.


DeKalb County
GEORGIA


ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

GEORGE AJAY
UC No.
SIGNED

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

GENERAL OVERALL PLAN
LINE B.2

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2023
PROJECT No. 12345678
DRAWING No. G-02-01
SHT 6 OF 33

NOT FOR CONSTRUCTION





| PROPERTY INFORMATION | | | | |
|---|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 138 | N/F FREDERIKSEN JON PAULDING | 873 NORTH CARTER ROAD | 15.232.01.013 | R3 |
| 139 | N/F FULMER ITALIA | 866 NORTH CARTER ROAD | 15.233.01.014 | R3 |
| 140 | N/F HAZELRIGG ROBYN A | 863 NORTH CARTER ROAD | 15.233.01.015 | R3 |
| 141 | N/F HAYNES EMILY F | 856 NORTH CARTER ROAD | 15.233.01.016 | R3 |
| 142 | N/F WIEDENFELD KURT A | 855 NORTH CARTER ROAD | 15.233.01.017 | R3 |
| 143 | N/F DEKALB BOARD OF EDUCATION | 325 KATIE KERR DRIVE | 15.233.01.086 | E8 |
| 144 | N/F DEKALB BOARD OF EDUCATION | 825 FORREST BOULEVARD | 15.233.01.022 | E8 |
| 145 | N/F AVONDALE ESTATES CITY OF | 824 FORREST BOULEVARD | 15.233.08.038 | E1 |
| 146 | N/F AVONDALE SWIM & TENNIS INC | 804 FORREST BOULEVARD | 15.233.08.040 | C3 |
| 147 | N/F AVONDALE SWIM & TENNIS INC | 31 DARTMOUTH AVENUE | 15.232.01.034 | C3 |






RIVER TO TAP



ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves & Associates, Inc.



DeKalb County
GEORGIA

ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

GENERAL OVERALL PLAN
LINE B.2

| | |
|---|---|
| DESIGNED BY: | HS |
| DRAWN BY: | HS |
| CHECKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN, 2023 |

| PROJECT No. | DRAWING No. |
|---|---|
| 12345678 | G-02-02 |

SHT  7  OF  33

NOT FOR CONSTRUCTION

200'  100'  0        200'        400'
SCALE 1"=200'

87+53
BEGIN LINE B.2
GRAVITY SEWER

LATITUDE 33.770611
LONGITUDE -84.270440

HORIZONTAL ALIGNMENT
LINE B.2 GRAVITY SEWER

MATCH LINE - STA 72+50
FOR CONTINUATION SEE DWG G-02-01

N CARTER RD

## OVERALL PLAN - SHOAL CREEK GRAVITY SEWER
## LINE B.2 STA: 72+50 - END

Plotted: January 26, 2023 4:09pm



27+95
BEGIN LINE B.3
GRAVITY SEWER

LATITUDE 33.760907
LONGITUDE -84.293562

HORIZONTAL ALIGNMENT
LINE B.1 GRAVITY SEWER

HORIZONTAL ALIGNMENT
LINE B.3 GRAVITY SEWER

0+00 LINE B.3 =
STA 41+60 LINE B.1

LATITUDE 33.756873
LONGITUDE -84.287658

| PROPERTY INFORMATION | | | | |
|---|---|---|---|---|
| PARCEL NO | PROPERTY OWNER | ADDRESS | PIN NUMBER | ZONING/CLASS |
| 149 | N/F JOHNSON DAVID F | 843 SOUTH CANDLER STREET | 15 214 02 022 | R3 |
| 150 | N/F EBERSOLD COLTON | 837 SOUTH CANDLER STREET | 15 214 02 021 | R3 |
| 151 | N/F JARONE DERRICKA JARONE HAZEL | 138 DRIFTWOOD PLACE | 15 214 02 028 | R3 |
| 152 | N/F GAYED WAAD | 831 SOUTH CANDLER STREET | 15 214 02 020 | R3 |
| 153 | N/F WEREKOH JODI L | 102 DRIFTWOOD PLACE | 15 214 02 029 | R3 |
| 154 | N/F COUDUMIER MARCO A RIVERA | 224 BUCHANAN TERRACE | 15 214 02 015 | R3 |
| 155 | N/F BUCHANAN 216 LLC | 216 BUCHANAN TERRACE | 15 214 02 016 | R3 |
| 156 | N/F CLIU LLC | 213 BUCHANAN TERRACE | 15 214 02 009 | R3 |
| 157 | N/F BUCHANAN 216 LLC | 207 BUCHANAN TERRACE | 15 214 02 010 | R3 |
| 158 | N/F CITY OF DECATUR GEORGIA | 205 EAST HILL STREET | 15 214 01 085 | E2 |
| 159 | N/F 705 S CANDLER STREET LLC | 705 SOUTH CANDLER STREET | 15 214 01 049 | C1 |



200'  100'   0         200'          400'

SCALE 1"=200'

OVERALL PLAN - SHOAL CREEK GRAVITY SEWER
LINE B.3 STA: 0+00 - END

Plotted: January 26, 2023 3:53 pm



RIVER TO TAP



ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

GEORGE A.P.

LIC. No.          EXP. DATE

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

GENERAL OVERALL PLAN
LINE B.3

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN, 2023
PROJECT No. 12345678   DRAWING No. G-03-01
SHT 8 OF 33
NOT FOR CONSTRUCTION



**SEWERLINE B.1 PLAN**
SCALE: 1" = 50

**SEWERLINE B.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

ATKINS

1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

R2T
RIVER TO TAP

ACCURA
RK REEVES & ASSOCIATES, Inc.

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.1

| | |
|---|---|
| DESIGNED BY: HB | |
| DRAWN BY: HB | |
| CHKED BY: AR | |
| APPROVED BY: EA | |
| DATE: JAN. 2023 | |

PROJECT No. 12345678
DRAWING No. C-01-01
SHT.09 OF 33

NOT FOR CONSTRUCTION



**SEWERLINE B.1 PLAN**
SCALE: 1" = 50

**SEWERLINE B.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-01-01

FOR CONTINUATION SEE SHT C-01-03

SHOAL CREEK

SHOAL CREEK

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.1

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.
RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN. 2023
PROJECT No. 12345678
DRAWING No. C-01-02
SHT 10 OF 53
NOT FOR CONSTRUCTION





SEWERLINE B.1 PLAN
SCALE: 1" = 50

SEWERLINE B.1 PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-01-03

FOR CONTINUATION SEE SHT C-01-05

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.1

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

R2T
RIVER TO TAP

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN. 2013
PROJECT No. 12345678    DRAWING No. C-01-04
SHT 12 OF 33

NOT FOR CONSTRUCTION



SEWERLINE B.1 PLAN
SCALE: 1" = 50

SEWERLINE B.1 PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.1

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2023
PROJECT No. 12345678
DRAWING No. C-01-05
SHT 15 OF 33

NOT FOR CONSTRUCTION



**SEWERLINE B.1 PLAN**
SCALE 1" = 50

**SEWERLINE B.1 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

---

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.1

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

ACCURA
RK REEVES & ASSOCIATES, Inc.

R2T
RIVER TO TAP

| DESIGNED BY: HB |
| DRAWN BY: HB |
| CHECKED BY: AR |
| APPROVED BY: EA |
| DATE: JAN. 2021 |
| PROJECT No. 12345678 | DRAWING No. C-01-06 |
| SHT 14 OF 33 |
NOT FOR CONSTRUCTION



SEWERLINE B.1 PLAN
SCALE: 1" = 50

SEWERLINE B.1 PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reeves & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.1

| DESIGNED BY: HB |
| DRAWN BY: HB |
| CHECKED BY: AR |
| APPROVED BY: GA |
| DATE: JAN. 2023 |
| PROJECT No. 12345678 | DRAWING No. C-01-07 |
| SHT 15 OF 33 |

NOT FOR CONSTRUCTION



**SEWERLINE B.2 PLAN**
SCALE: 1" = 50

**SEWERLINE B.2 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-02-02

R2T
RIVER TO TAP

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.2

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN. 2013

PROJECT No. 12345678
DRAWING No. C-02-01
SHT 16 OF 33

NOT FOR CONSTRUCTION



SEWERLINE B.2 PLAN
SCALE: 1" = 50

SEWERLINE B.2 PROFILE
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-02-01

FOR CONTINUATION SEE SHT C-02-03

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.2

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: GA
DATE: JAN, 2013
PROJECT No. 12345678
DRAWING No. C-02-02
SHT 17 OF 33

NOT FOR CONSTRUCTION

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

R2T
RIVER TO TAP



**SEWERLINE B.2 PLAN**
SCALE: 1" = 50

**SEWERLINE B.2 PROFILE**
SCALE
HORIZ 1" = 50
VERT: 1" = 10

NOT FOR CONSTRUCTION



**SEWERLINE B.2 PLAN**
SCALE: 1" = 50

**SEWERLINE B.2 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-02-03

FOR CONTINUATION SEE SHT C-02-05

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.2

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DeKalb County
GEORGIA

R2T
RIVER TO TAP

| DESIGNED BY: | HB |
| DRAWN BY: | HB |
| CHKED BY: | AR |
| APPROVED BY: | GA |
| DATE: | JAN. 2023 |
| PROJECT No. | DRAWING No. |
| 12345678 | C-02-04 |
| SHT 19 OF 33 |
| NOT FOR CONSTRUCTION |

Plotted: February 06, 2013, 5:30pm



**SEWERLINE B.2 PLAN**
SCALE: 1" = 50'

**SEWERLINE B.2 PROFILE**
SCALE
HORIZ: 1" = 50'
VERT: 1" = 10'

FOR CONTINUATION SEE SHT C-02-04

FOR CONTINUATION SEE SHT C-02-06

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK Reves & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.2

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN, 2013

PROJECT No.: 12345678
DRAWING No.: C-02-05
SHT 20 OF 33

NOT FOR CONSTRUCTION



**SEWERLINE B.2 PLAN**
SCALE: 1" = 50

**SEWERLINE B.2 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REVES & Associates, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P. 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.2

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN. 2023
PROJECT No. 12345678
DRAWING No. C-02-06
SHT 21 OF 33
NOT FOR CONSTRUCTION

Case 1:10-cv-04039-SDG   Document 163-5   Filed 07/30/25   Page 53 of 55



**SEWERLINE B.2 PLAN**
SCALE: 1" = 50

**SEWERLINE B.2 PROFILE**
SCALE
HORIZ: 1" = 50
VERT: 1" = 10

FOR CONTINUATION SEE SHT C-02-06

R2T
RIVER TO TAP

ACCURA
ACCURA ENGINEERING AND CONSULTING SERVICES, INC.

RK REEVES & ASSOCIATES, Inc.

DeKalb County
GEORGIA

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.2

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: BA
DATE: JAN. 2023
PROJECT No.: 12345678
DRAWING No.: C-02-07
SHT 22 OF 33

NOT FOR CONSTRUCTION





**SEWERLINE B.3 PLAN**
SCALE 1" = 50

**SEWERLINE B.3 PROFILE**
SCALE
HORIZ. 1" = 50
VERT. 1" = 10

ATKINS
1600 Riveredge Parkway,
Suite 700
Atlanta, Ga 30328
P: 770-933-0280

DeKalb County
GEORGIA

DEPT. OF WATERSHED MANAGEMENT
DEKALB COUNTY, GEORGIA
SHOAL CREEK TRUNK SEWER SECTION IIIB

SECTION IIIA PLAN AND PROFILE
LINE B.3

DESIGNED BY: HB
DRAWN BY: HB
CHECKED BY: AR
APPROVED BY: EA
DATE: JAN. 2013

PROJECT No. 12345678
DRAWING No. C-03-02

SHT 24 OF 33

NOT FOR CONSTRUCTION