# Exhibit 3

# Atkins, et al., Parallel Relief Sewer Option Memorandum (Feb. 25, 2025)

## Parallel Relief Sewer Option Memorandum

**Date:** February 25, 2025

**To:** Maria Houser, P.E. CIP PMT

**CC:** xxxxx

**Re:** Parallel Relief Sewers

## Introduction

DC DWM and its design consultants (Atkins Realis, Gresham Smith, CDM Smith, Freese and Nichols, Barge Design Group, and Stantec) reviewed technical options for all CD trunk sewer efforts.   The capacity limitations of the current trunk sewer network including the implementation of parallel relief sewers (augmenting capacity) and replacement of existing trunks in was explored for each project during the conceptual design/Basis of Design Report (BoDR) phase.  *It is important to note that the Shoal Creek project is highlighted in this discussion, but similar constraints and conditions were found in significant portions of each of the CD trunk sewer projects (highlights taken from the Shoal Creek BoDR).*

The summaries below summarize the primary findings from the various Engineer of Records (EOR) for DC's CD trunk projects:

- Existing trunk sewer conditions and physical locations/elevations were reviewed and surveyed (respectively) by each EOR.   Issues such as exposed pipes in creekbanks, locations within wetlands, adverse slopes, insufficient depth, structures located above existing trunks and internal physical defects (mostly related to hydrogen sulfide (H2S) attack or roots/structural defects) were found in all the projects.
- Parallel relief sewers were found to have constructability issues.
- Space constraints resulting from creekbanks, existing structures/homes, and topography (e.g. steep side slopes).

Sewer Sizing

In addition to the above, using the approved CD dynamic model results, a rough comparison (for Shoal Creek) of probable sizes needed (compared to proposed new sewers) was completed by DWM.

> *It should be noted that a parallel relief capacity only sewer would require a NEW large dewatering pump station at the Snapfinger AWPCF (30 mgd capacity minimum with an program level OPCC of $125,000,000).*

**Existing Trunk Sewer Issues**

<u>Internal Condition Issues</u>

CCTV inspection information for the existing trunks was reviewed during the conceptual design phase for each project.   A typical example of problems found is shown in Figure 1:

**Figure 1 – CCTV / Trunk Conditions**



S3A: Lining failures between MH 15-168-S019 to 15-168-S020

S3B: Lining failures in pipe between MH 15-214-S007 to 15-214-S045

Locations and physical findings of existing trunks were noted to include areas with structures located above the existing pipes, manholes in the actual stream or stream banks, exposed pipe (in Shoal Creek Section 1 in a section parallel to the South River),

insufficient cover (e.g. exposed ductile iron pipe sections), adverse (negative) or insufficient pipe slopes and located within existing wetlands/sensitive environments.

Figures 2 through 4 summarize findings for the Shoal Creek projects.  Note for the upper sections (3a/3b), most of the construction is proposed for the same trench.

**Figure 2 – Shoal Creek Section 1 Summary**



Figure 4-3: Section 1 Critical Areas

**Figure 3 – Shoal Creek Section 2 Summary (slopes)**



Figure 3-6: Section 2 with Poor Slopes Highlighted in Red

**Figure 4 – Shoal Creek Section 3 Summary (slopes)**



Figure 3-12: Inadequate Slope for Existing Pipe

Space Constraints and Constructability Issues
Each CD trunk sewer corridor was physically walked by the EOR and DWM personnel several times (once at 30% for alignment refinement to address conflicts, proximity to creek banks, structures, topography, stream crossing geometry (trying to keep crossings perpendicular to the creek), major roadway/GDOT crossings and sequencing constraints.

Snapshots were excerpted from the Atkins 100% design to illustrate examples (below).

**Figure 5 Section 2 GDOT Plan View**



**Figure 6 – Section 2 GDOT Crossing (profile)**



Figure 7 – Proximity to Structures Example



Figure 8 – Proximity of Existing to Rivers/Streams



Sewer Sizing

For the Shoal Creek Project (using the EPA-approved dynamic model for required flows at key locations), DWM completed a conceptual sizing of the relief sewers required and compared to proposed upsized trunk diameters.  Table 1 provides a high-level summary of the results (the relief sewers would be the same size or larger as existing pipes):

Table 1 – Trunk Option Sizing Comparisons

| Section | Existing Sewer | Relief Sewer | Upsized Sewer | Remarks |
|---|---|---|---|---|
| Section 1 | 54" and 36" | 42" | 72" | Entire Section |
| Section 2 | 24" | 36" | 54" | Entire section |
| Section 3a | 20-24" | 36" | 42" | At downstream |
| Section 3b | 18-20" | 18" | 36" | At downstream |

Other Considerations

DWM approached this evaluation using an "apples to apples" approach to ensure the best option was selected for detailed design.   DWM has rehabilitated over 30,000 lft of 36" and larger trunks as part of the ongoing CD-related work over the past 4 years and has detailed pricing for large diameter lining work (including access roads, bypass pumping and the actual Cured In Place Pipe (CIPP) process.   The overall costs are shown for each element (access roads, bypass pumping and CIPP installation) based on the construction completed to date.   Figure 9 illustrates a breakdown of one of the large diameter lining projects completed:

Figure 9 – Large Diameter CIPP Summary

[Donut chart showing: CIPP - Sewer Lining, $1,413,113; Bypass Pumping, $1,638,000; Access Road, $595,000]

*Of particular note – the rehabilitation work on the existing trunk cannot be realistically completed simultaneously with a parallel relief sewer and this would increase the duration of construction activities beyond the timeframe for the parallel relief sewer itself.  The durations would likely be **longer** than those for the new upsized trunk sewer option as well.*

Some photos of one of these large diameter projects (bypass pumping/access roads) have been provided to provide a picture of the scope of these projects.





Note bypass systems require additional space (disturbance/tree removal etc)

**Evaluation and Recommendation**

Using the Shoal Creek Project (as an example) the EOR came to the following conclusion (source Atkins Realis - 100% BoDR):

> **4.1.3.   Section 1 Alternative 2 – Parallel Relief Sewer**
>
> This alternative assesses installation of a parallel relief sewer for Section 1 while leaving the existing Section 1 as is. During the preliminary design phase, a parallel relief sewer was considered a valid alternative until the existing conditions were reviewed, and it has since been determined that the existing trunk sewer cannot remain in the existing condition. While adding a parallel relief sewer adds capacity and eliminates the surcharging, it does not address the existing issues with the pipe's slope, location, and condition. The most concerning of the issues is the pipe's cover, as there are segments which are exposed and cross the stream bank, which may result in the pipe failing and surcharging into the stream. Keeping the existing alignment in operation will result in higher costs, risks, and maintenance.
>
> This alternative is not recommended because the existing trunk sewer cannot remain in its existing conditions.

The specifics vary somewhat for each project but the end conclusion (by each EOR and concurred by DWM) was that constructing upsized trunks was the best solution (lowest all-in cost and lower construction periods).  The 100% drawings recently completed reflect this recommendation by the EORs.