# Exhibit 4

# Atkins, Construction Sequencing and Basis of Design Report Clarifications (Feb. 12, 2025)



# Shoal Creek Trunk Sewer Relief

**DATE**

2/12/2025

**SUBJECT**

Construction Sequencing and Basis of Design Report Clarifications

### Project Summary

The DeKalb County, Georgia, Department of Watershed Management owns and operates an expansive wastewater collection and transmission system. The Shoal Creek Trunk Sewer Relief Project (the Project) is an effort to meet the standards of the Consent Decree, Civil Action File No. 1:10-CV-4039-SDG, entered into by DeKalb County on December 20, 2011. The Consent Decree was later amended on September 22, 2021, also known as the Modified Consent Decree (MCD), to reflect additional discoveries and subsequent schedule modifications necessary to return the system to compliance.

This project is divided into four sections:

- Section 1: Snapfinger Creek Advanced Wastewater Treatment Facility to Flat Shoals Parkway
- Section 2: Flat Shoals Parkway to Highway I-20
- Section 3A: Highway I-20 to Memorial Drive
- Section 3B: Memorial Drive to South Columbia Drive

The Basis of Design Report (BDR) was developed as part of the 30% design package and was based on information available at the time of its development, in August 2023. The purpose of the BDR is to establish design concepts and associated technical criteria for the project. The report documents the technical components of the existing infrastructure, reviews alternative solutions, and provides improvement recommendations to meet the project objectives and requirements. It also documents the design criteria, probable regulatory requirements, land acquisition needs and methodology, and project implementation strategy for the recommended improvements.

The BDR is not intended to provide construction specifications to the contractors. As part of the 30% design package, only plan view layouts of the pipeline alignment were developed. There were no profile views developed at that time.



**MEMO**

### Explain the schedule on the construction drawings

The schedule shown on the front of the construction drawings is required for Georgia Land Development Permitting (LDP) as part of the Erosion and Sediment control plan review to indicate expected duration for which an area will be disturbed, ultimately driving how long a site needs to be monitored for stabilization. The schedule will be updated to be agnostic and show durations from Notice to Proceed.  The current schedule on the plans is a place-holder only and it is intended to be updated closer to time of LDP plan review and approval process.  It was driven by the County's current regulatory timelines associated with the Consent Decree.

### Post 100% design construction sequencing

The BDR from the 30% design states the following: "The new alignments for Sections 1 and 2 can be constructed with the existing line remaining in service while Section 3 will require bypass pumping, but all can be constructed simultaneously, if needed."

Following the completion of the 100% design documents, these statements are no longer true. The simultaneous construction of the sections is no longer technically feasible. Below are the reasons that the four (4) sections of the Shoal Creek Trunk Sewer should be built sequentially. It is best practice to construct downstream to upstream.

**Section 1**    There are at least seven (7) locations and possibly two (2) more that will require extensive temporary bypass pumping operations of the existing sewer trunk lines for the construction of Section 1. Temporary bypass pumping is required at the following stations where the proposed 72" sewer alignment crosses the existing sewer alignment: Sta.15+23, Sta. 28+82, Sta.128+75, Sta.137+50, Sta.150+50, Sta.196+75, and Sta.198+63. The sequencing and logistics of the temporary bypass pumping operations requires further evaluation.

**Section 2**    There are three (3) locations that will require extensive temporary bypass pumping operations of the existing sewer trunk line for the construction of Section 2. The temporary bypass pumping locations required for crossing the existing 24" sewer alignment with the proposed 54" sewer alignment are: Sta.129+75, Sta.132+70, and Sta.142+00. The sequencing and logistics of the temporary bypass pumping operations requires further evaluation.

**Section 3A and 3B**    It is recommended for Section 3A to be constructed in series with Section 3B, both constructed downstream to upstream. Again, it is no longer feasible to construct Sections 3A and 3B simultaneously. It is not recommended due to the downstream of the proposed 3B being lower than the existing 3A thus adding extensive pumping costs to the project. This would not have been known during the development of the BDR. The sequencing and logistics of the temporary bypass pumping operations requires further evaluation.

