# Exhibit 6

# Dekalb County, Shoal Creek Section 1 100% Drawings (2024)

# PROPOSED PLANS FOR
# SHOAL CREEK TRUNK SEWER RELIEF PROJECT SECTION I

## DEPARTMENT OF WATERSHED MANAGEMENT
## DEKALB COUNTY, GEORGIA

**SEWER NOTES**
- ALL DESIGN AND CONSTRUCTION SHALL COMPLY WITH DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT DESIGN STANDARDS CURRENT EDITION.
- THE DESIGN STANDARDS CURRENT EDITION IS PROVIDED ON THE DWM ECMS WEBSITE.
- FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL TO THE DWM CONSTRUCTION MANAGER.
- CONTRACTOR MUST NOTIFY WATER AND SEWER CONSTRUCTION INSPECTOR 72 HOURS PRIOR TO COMMENCING CONSTRUCTION ACTIVITIES.

**NOTES:**
1. ALL EROSION AND SEDIMENTATION CONTROLS AND ALL TREE PROTECTION MEASURES SHALL BE INSTALLED PRIOR TO GRADING.
2. CONTACTS:
   DEKALB WATERSHED MANAGEMENT:
   ALIA JOHNSON
   PHONE (770) 414-2389
   (678) 614-9053
   GDOT DISTRICT ACCESS MANAGEMENT ENGINEER:
   CHRISTOPHER McKINNEY, PHONE (770) 986-7070
   GDOT AREA 1 OFFICE, PHONE (404) 299-4381
3. NECESSARY BARRICADES, SUFFICIENT LIGHTS, SIGNS AND OTHER TRAFFIC CONTROL METHODS AS MAY BE NECESSARY FOR THE PROTECTION AND SAFETY OF THE PUBLIC SHALL BE PROVIDED AND MAINTAINED THROUGHOUT WIDENING OF AND CONSTRUCTION ON DEKALB COUNTY ROADS.
4. START / END
   BEGIN CONSTRUCTION: 33°39'48.75" N, 84°12'59.98" W
   END CONSTRUCTION: 33°40'58.71" N, 84°14'57.89" W
5. PROJECT AREA= 27.18 ACRES
   DISTURBED AREA= 27.18 ACRES
   NPDES FEES= 27.18 x $40.00 = $1095.20
   PAID TO DEKALB COUNTY and $1095.20 PAID TO EPD.
6. PROJECT INCLUDES 68 PROPOSED MANHOLES.
   19,880 L.F. 72" FRP SANITARY SEWER.
7. 72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING.
   http:\\WWW.GEORGOIA811.COM
8. DEKALB COUNTY IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS BY ENGINEERS OR OTHER DESIGN PROFESSIONS ON DESIGN OR COUNTY CODE REQUIREMENTS FOR THIS PROJECT.
9. CONTRACTOR SHALL PREVENT TRACKING OR FLOW OF MUD AND/OR SEDIMENT ONTO FLOODWAY, STREETS, AND ADJACENT PROPERTIES. ALL MATERIALS SPILLED, DROPPED, WASHED OR TRACKED FROM VEHICLES OR SITES ONTO ROADWAYS OR INTO STORM DRAINS, MUST BE REMOVED IMMEDIATELY BY THE CONTRACTOR.
10. CONTRACTOR IS RESPONSIBLE OF ACQUIRING RIGHT OF ENTRIES FOR ACCESS/CONSTRUCTION PRIOR TO BEGINNING OF CONSTRUCTION.
11. A PORTION OF THIS PROJECT IS LOCATED WITHIN A 100 YEAR FLOODPLAIN AS SHOWN ON "F.I.R.M. OFFICIAL HAZARD MAP" COMMUNITY NO. 13089C0134J, DATED MAY 16TH 2013.
12. THERE ARE WETLANDS LOCATED ON OR WITHIN 200 FEET OF THIS PROJECT.
13. ALL STATE WATERS WITHIN 200 FEET OF THIS PROJECT HAVE BEEN DELINEATED.

**ORIGINAL PLAN DATE:** JAN. 05, 2024

**24 HOUR CONTACT:** CASSANDRA MARSHALL 678-614-9060

I certify under penalty of law that this Plan was prepared after a site visit to the locations described herein by myself or my authorized agent, under my supervision.

Professional Engineer
GSWCC Level II Certified Design Professional
Certification # 21845, Expires November 4, 2024

**OWNER**
DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT
180 SAMS ST B3200
DECATUR, GEORGIA 30030
CONTACT: ALIA JOHNSON
PHONE (770) 414-2389
(678) 614-9053
ACJOHNSON@DEKALBCOUNTYGA.GOV

**OFFICERS**
CHIEF EXECUTIVE OFFICER — MICHAEL THURMOND
DEKALB COUNTY BOARD OF COMMISSIONERS
DISTRICT 1 — ROBERT PATRICK
DISTRICT 2 — MICHELLE LONG SPEARS
DISTRICT 3 — LARRY JOHNSON
DISTRICT 4 — STEVE BRADSHAW
DISTRICT 5 — MEREDA DAVIS JOHNSON
DISTRICT 6 — EDWARD TERRY
DISTRICT 7 — LORRAINE COCHRAN-JOHNSON

**DEPARTMENT OF WATERSHED MANAGEMENT**
DIRECTOR — DAVID HAYES
DESIGNER — ATKINS, NORTH AMERICA
1600 RIVEREDGE PARKWAY, SUITE 700
ATLANTA, GEORGIA 30328

## DRAWING INDEX

| SHEET | DESCRIPTION |
|---|---|
| COV | COVER |
| G-01 | GENERAL NOTES |
| G-02 | LEGEND AND ABBREVIATIONS |
| C-00 | STA 0+00 TO STA 8+00 - PLAN AND PROFILE |
| C-01 | STA 8+00 TO STA 19+00 - PLAN AND PROFILE |
| C-02 | STA 19+00 TO STA 31+00 - PLAN AND PROFILE |
| C-03 | STA 31+00 TO STA 40+50 - PLAN AND PROFILE |
| C-04 | STA 40+50 TO STA 48+00 - PLAN AND PROFILE |
| C-05 | STA 48+00 TO STA 60+00 - PLAN AND PROFILE |
| C-06 | STA 60+00 TO STA 70+50 - PLAN AND PROFILE |
| C-07 | STA 70+50 TO STA 81+00 - PLAN AND PROFILE |
| C-08 | STA 81+00 TO STA 93+00 - PLAN AND PROFILE |
| C-09 | STA 93+00 TO STA 105+00 - PLAN AND PROFILE |
| C-10 | STA 105+00 TO STA 113+00 - PLAN AND PROFILE |
| C-11 | STA 113+00 TO STA 126+00 - PLAN AND PROFILE |
| C-12 | STA 126+00 TO STA 138+00 - PLAN AND PROFILE |
| C-13 | STA 138+00 TO STA 152+00 - PLAN AND PROFILE |
| C-14 | STA 152+00 TO STA 164+00 - PLAN AND PROFILE |
| C-15 | STA 164+00 TO STA 176+00 - PLAN AND PROFILE |
| C-16 | STA 176+00 TO STA 188+00 - PLAN AND PROFILE |
| C-17 | STA 188+00 TO STA 201+00 - PLAN AND PROFILE |
| SD-01 | STANDARD DETAILS - 1 |
| SD-02 | STANDARD DETAILS - 2 |
| SD-03 | STANDARD DETAILS - 3 |
| SD-04 | STANDARD DETAILS - 4 |
| SD-05 | STANDARD DETAILS - 5 |
| SD-06 | STANDARD DETAILS - 6 |
| SD-07 | STANDARD DETAILS - 7 |
| SD-08 | STANDARD DETAILS - 8 |
| SD-09 | STANDARD DETAILS - 9 |
| SD-10 | STANDARD DETAILS - 10 |
| SD-11 | STANDARD DETAILS - 11 |
| SD-12 | STANDARD DETAILS - 12 |
| SD-13 | STANDARD DETAILS - 13 |
| EC-00 | EROSION CONTROL STA 0+00 - 8+00 |
| EC-01 | EROSION CONTROL STA 8+00 - 31+00 |
| EC-02 | EROSION CONTROL STA 31+00 - 47+00 |
| EC-03 | EROSION CONTROL STA 47+00 - 70+50 |
| EC-04 | EROSION CONTROL STA 70+50 - 93+00 |
| EC-05 | EROSION CONTROL STA 93+00 - 113+00 |
| EC-06 | EROSION CONTROL STA 113+00 - 138+00 |
| EC-07 | EROSION CONTROL STA 138+00 - 163+00 |
| EC-08 | EROSION CONTROL STA 163+00 - 188+00 |
| EC-09 | EROSION CONTROL STA 188+00 - 201+50 |
| CMP-01 | COMPREHENSIVE MONITORING PLAN NOTES |
| CMP-02 | COMPREHENSIVE MONITORING PLAN MAP |
| ECC-01 | EROSION CONTROL CHECKLIST |
| ECN-01 | EROSION CONTROL NOTES |
| SM-01 | SOIL MAP |
| DB-01 | DRAINAGE BASIN MAP |
| ECD-01 | EROSION CONTROL DETAILS - 1 |
| ECD-02 | EROSION CONTROL DETAILS - 2 |
| ECD-03 | EROSION CONTROL DETAILS - 3 |
| ECD-04 | EROSION CONTROL DETAILS - 4 |
| MHS-01 | MANHOLE SCHEDULE |
| PS-01 | PIPE SCHEDULE |
| TC-01 | TRAFFIC CONTROL-01 |
| TC-02 | TRAFFIC CONTROL-02 |
| TM-01 | TRAFFIC MAINTENANCE-01 |
| TP-00 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-01 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-02 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-03 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-04 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-05 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-06 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-07 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-08 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-09 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-10 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-11 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-12 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-13 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-14 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-15 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-16 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-17 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-18 | TREE PROTECTION AND TREE REMOVAL DETAILS |
| P-01 | PARTIAL PLAN - PROPERTIES |
| P-02 | PARTIAL PLAN - PROPERTIES |
| P-03 | PARTIAL PLAN - PROPERTIES |
| P-04 | PARTIAL PLAN - PROPERTIES |
| P-05 | PARTIAL PLAN - PROPERTIES |

### ACTIVITY SCHEDULE (2025 – 2027)

| Activity | 2025 (APR–DEC) | 2026 (JAN–DEC) | 2027 (JAN–DEC) |
|---|---|---|---|
| MOBILIZATION | | | |
| INSTALLATION OF TREE PROTECTION & SILT BARRIERS | | | |
| CLEARING AND GRUBBING | | | |
| SANITARY SEWER INSTALLATION | | | |
| MAINTAIN EROSION AND SEDIMENT CONTROL | | | |
| GRASSING AND PROPERTY RESTORATION | | | |
| REMOVE SEDIMENT CONTROL STRUCTURES | | | |
| DEMOBILIZATION | | | |



**SITE MAP** (SCALE N.T.S.)
SECTION ONE TRUNK SEWER
END CONSTRUCTION SECTION ONE / BEGIN CONSTRUCTION SECTION TWO: 33°40'58.71" N, 84°14'57.89" W
BEGIN CONSTRUCTION SECTION ONE: 33°39'48.75" N, 84°12'59.98" W

**SITE LOCATION:**
SOUTH OF FLAT SHOALS PKWY, NORTH OF WALDROP RD, TO SEWAGE PLANT SERVICE ROAD NEAR SNAPFINGER WASTEWATER TREATMENT PLANT. TO THE INTERSECTION OF FLAT SHOALS PKWY & BORING ROAD



**FEMA / FIRM MAP** (SCALE N.T.S.)
FIRM PANEL DATED MAY 16, 2013
DEKALB COUNTY 13089C0164J 5/16/2013 EFFECTIVE
HENRY COUNTY 13151C0040D 10/6/2016 EFFECTIVE
ZONE AE

**PERMIT REVIEW SET ONLY**

72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING.








AtkinsRéalis — 1600 Riveredge Parkway, Suite 700, Atlanta, Ga 30328
RK Reeves & Associates, Inc. — P: 770-933-0280
ACCURA Engineering and Consulting Services, Inc. — 3200 PRESIDENTIAL DRIVE, ATLANTA, GA 30340 — OFFICE 404-241-8722 — ACCURA.COM
R2T — RIVER TO TAP

**100% SUBMITTAL**
**SEPTEMBER 2024**