# Exhibit 7

# Dekalb County, Shoal Creek Section 2 100% Drawings (2024)

# PROPOSED PLANS
## FOR
# SHOAL CREEK TRUNK SEWER RELIEF PROJECT SECTION II
### DEPARTMENT OF WATERSHED MANAGEMENT
### DEKALB COUNTY, GEORGIA

**SEWER NOTES**
- ALL DESIGN AND CONSTRUCTION SHALL COMPLY WITH DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT DESIGN STANDARDS CURRENT EDITION.
- THE DESIGN STANDARDS CURRENT EDITION IS PROVIDED ON THE DWM ECMS WEBSITE.
- FIELD CHANGES DURING CONSTRUCTION MUST BE SUBMITTED FOR REVIEW AND APPROVAL TO THE DWM CONSTRUCTION MANAGER.
- CONTRACTOR MUST NOTIFY WATER AND SEWER CONSTRUCTION INSPECTOR 72 HOURS PRIOR TO COMMENCING CONSTRUCTION ACTIVITIES.

**NOTES:**
1. ALL EROSION AND SEDIMENTATION CONTROLS AND ALL TREE PROTECTION MEASURES SHALL BE INSTALLED PRIOR TO GRADING.
2. CONTACTS:
   DEKALB WATERSHED MANAGEMENT:
   ALIA JOHNSON
   PHONE (770) 414-2389
   (678) 614-9053
   GDOT DISTRICT ACCESS MANAGEMENT ENGINEER:
   CHRISTOPHER McKINNEY, PHONE (770) 986-7070
   GDOT AREA 1 OFFICE, PHONE (404) 299-4381
3. NECESSARY BARRICADES, SUFFICIENT LIGHTS, SIGNS AND OTHER TRAFFIC CONTROL METHODS AS MAY BE NECESSARY FOR THE PROTECTION AND SAFETY OF THE PUBLIC SHALL BE PROVIDED AND MAINTAINED THROUGHOUT WIDENING OF AND CONSTRUCTION ON DEKALB COUNTY ROADS.
4. START / END
   BEGIN CONSTRUCTION: 33.683N / 84.249W
   END CONSTRUCTION: 33.716N / 84.265W
5. PROJECT AREA= 20.58 ACRES
   DISTURBED AREA= 20.58 ACRES
   NPDES FEES= 20.58 x $40.00 = $823.20
   PAID TO DEKALB COUNTY AND $812 PAID TO EPD.
6. PROJECT INCLUDES 65 PROPOSED MANHOLES.
   14,940 L.F. 54" SANITARY SEWER.
7. 72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING.
   http:\\WWW.GEORGIA811.COM
8. DEKALB COUNTY IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS BY ENGINEERS OR OTHER DESIGN PROFESSIONS ON DESIGN OR COUNTY CODE REQUIREMENTS FOR THIS PROJECT.
9. CONTRACTOR SHALL PREVENT TRACKING OR FLOW OF MUD AND/OR SEDIMENT ONTO FLOODWAY, STREETS, AND ADJACENT PROPERTIES. ALL MATERIALS SPILLED, DROPPED, WASHED OR TRACKED FROM VEHICLES OR SITES ONTO ROADWAYS OR INTO STORM DRAINS, MUST BE REMOVED IMMEDIATELY BY THE CONTRACTOR.
10. CONTRACTOR IS RESPONSIBLE OF ACQUIRING RIGHT OF ENTRIES FOR ACCESS/CONSTRUCTION PRIOR TO BEGINNING OF CONSTRUCTION.
11. A PORTION OF THIS PROJECT IS LOCATED WITHIN A 100 YEAR FLOODPLAIN AS SHOWN ON "F.I.R.M. OFFICIAL HAZARD MAP" COMMUNITY NO. 13089C0134J, DATED MAY 16TH 2013.
12. THERE ARE WETLANDS LOCATED ON OR WITHIN 200 FEET OF THIS PROJECT.
13. ALL STATE WATERS WITHIN 200 FEET OF THIS PROJECT HAVE BEEN DELINEATED.

**OWNER**
DEKALB COUNTY DEPARTMENT OF WATERSHED MANAGEMENT
180 SAMS ST 83200
DECATUR, GEORGIA 30030
CONTACT: ALIA JOHNSON
PHONE (770) 414-2389
(678) 614-9053
ACJOHNSON@DEKALBCOUNTYGA.GOV

**OFFICERS**
CHIEF EXECUTIVE OFFICER — MICHAEL THURMOND

**DEKALB COUNTY BOARD OF COMMISSIONERS**
DISTRICT 1 — ROBERT PATRICK
DISTRICT 2 — MICHELLE LONG SPEARS
DISTRICT 3 — LARRY JOHNSON
DISTRICT 4 — STEVE BRADSHAW
DISTRICT 5 — MEREDA DAVIS JOHNSON
DISTRICT 6 — EDWARD TERRY
DISTRICT 7 — LORRAINE COCHRAN-JOHNSON

**DEPARTMENT OF WATERSHED MANAGEMENT**
DIRECTOR — DAVID HAYES

**DESIGNER**
ATKINS, NORTH AMERICA
1600 RIVEREDGE PARKWAY, SUITE 700
ATLANTA, GEORGIA 30328

24 HOUR CONTACT: CASSANDRA MARSHALL 678-614-9060

*I certify under penalty of law that this Plan was prepared after a site visit to the locations described herein by myself or my authorized agent, under my supervision.*

Professional Engineer
GSWCC Level II Certified Design Professional
Certification # 21845, Expires November 4, 2024

### ACTIVITY SCHEDULE (2025 – 2027)

| Activity | 2025 | 2026 | 2027 |
|---|---|---|---|
| MOBILIZATION | | | |
| INSTALLATION OF TREE PROTECTION & SILT BARRIERS | | | |
| CLEARING AND GRUBBING | | | |
| SANITARY SEWER INSTALLATION | | | |
| MAINTAIN EROSION AND SEDIMENT CONTROL | | | |
| GRASSING AND PROPERTY RESTORATION | | | |
| REMOVE SEDIMENT CONTROL STRUCTURES | | | |
| DEMOBILIZATION | | | |

### DRAWING INDEX

| SHEET | DESCRIPTION |
|---|---|
| COV | COVER |
| G-01 | GENERAL NOTES |
| G-02 | LEGEND AND ABBREVIATIONS |
| C-01 | STA 0+00 TO STA 14+00 — PLAN AND PROFILE |
| C-02 | STA 14+00 TO STA 28+00 — PLAN AND PROFILE |
| C-03 | STA 28+00 TO STA 42+00 — PLAN AND PROFILE |
| C-04 | STA 42+00 TO STA 56+00 — PLAN AND PROFILE |
| C-05 | STA 56+00 TO STA 70+00 — PLAN AND PROFILE |
| C-06 | STA 70+00 TO STA 84+00 — PLAN AND PROFILE |
| C-07 | STA 84+00 TO STA 98+00 — PLAN AND PROFILE |
| C-08 | STA 98+00 TO STA 112+00 — PLAN AND PROFILE |
| C-09 | STA 112+00 TO STA 126+50 — PLAN AND PROFILE |
| C-10 | STA 126+50 TO STA 139+50 — PLAN AND PROFILE |
| C-11 | STA 139+50 TO STA 150+00 — PLAN AND PROFILE |
| SD-01 | STANDARD DETAILS — 1 |
| SD-02 | STANDARD DETAILS — 2 |
| SD-03 | STANDARD DETAILS — 3 |
| SD-04 | STANDARD DETAILS — 4 |
| SD-05 | STANDARD DETAILS — 5 |
| SD-06 | STANDARD DETAILS — 6 |
| SD-07 | STANDARD DETAILS — 7 |
| SD-08 | STANDARD DETAILS — 8 |
| SD-09 | STANDARD DETAILS — 9 |
| SD-10 | STANDARD DETAILS — 10 |
| SD-11 | STANDARD DETAILS — 11 |
| SD-12 | STANDARD DETAILS — 12 |
| SD-13 | STANDARD DETAILS — 13 |
| SD-14 | STANDARD DETAILS — 14 |
| SD-15 | STANDARD DETAILS — 15 |
| S0.01 | STRUCTURAL LEAD SHEET |
| S0.02 | STRUCTURAL GENERAL NOTES |
| S0.03 | STRUCTURAL GENERAL NOTES & SPECIAL INSPECTION SCHEDULES |
| S1.01 | FOUNDATION PLAN & PIER SUPPORTS |
| S1.02 | FRAMING PLAN & PIER SUPPORTS |
| S2.01 | ELEVATIONS & PIER SUPPORTS |
| S2.02 | PIER SUPPORTS & SECTIONS AND DETAILS |
| S2.03 | PIER SUPPORTS & SECTIONS AND DETAILS |
| EC-01 | STA 0+00 — STA 28+00 — EROSION CONTROL |
| EC-02 | STA 28+00 — STA 56+00 — EROSION CONTROL |
| EC-03 | STA 56+00 — STA 84+00 — EROSION CONTROL |
| EC-04 | STA 84+00 — STA 112+00 — EROSION CONTROL |
| EC-05 | STA 112+00 — STA 140+00 — EROSION CONTROL |
| EC-06 | STA 140+00 — STA 146+98 — EROSION CONTROL |
| CMP-01 | COMPREHENSIVE MONITORING PLAN NOTES |
| CMP-02 | COMPREHENSIVE MONITORING PLAN MAPS |
| ECC-01 | EROSION CONTROL CHECKLIST |
| ECN-01 | EROSION CONTROL NOTES |
| SM-01 | SOIL MAP |
| DB-01 | DRAINAGE BASIN MAP |
| ECD-01 | EROSION CONTROL DETAILS — 1 |
| ECD-02 | EROSION CONTROL DETAILS — 2 |
| ECD-03 | EROSION CONTROL DETAILS — 3 |
| ECD-04 | EROSION CONTROL DETAILS — 4 |
| MHS-1 | MANHOLE SCHEDULE — 1 |
| PS-1 | PIPE SCHEDULE — 1 |
| TC-01 | TRAFFIC CONTROL-01 |
| TC-02 | TRAFFIC CONTROL-02 |
| TM-01 | TRAFFIC MAINTENANCE-01 |
| TP-01 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-02 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-03 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-04 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-05 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-06 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-07 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-08 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-09 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-10 | TREE PROTECTION AND TREE REMOVAL PLAN |
| TP-11 | TREE PROTECTION AND TREE REMOVAL PLAN AND STANDARD DETAILS |
| P-01 | PARTIAL PLANS — PROPERTIES |
| P-02 | PARTIAL PLANS — PROPERTIES |
| P-03 | PARTIAL PLANS — PROPERTIES |



SITE MAP (SCALE N.T.S.)

END CONSTRUCTION SECTION 2
BEGIN CONSTRUCTION SECTION 3A
33.716N / 84.265W

TRUNK SEWER

BEGIN CONSTRUCTION SECTION TWO
END CONSTRUCTION SECTION ONE
33.683N / 84.249W

SITE LOCATION:
SOUTH OF I-20 NEAR EMBER DR TO NEAR THE INTERSECTION OF FLAT SHOALS PKWY & BORING RD.



FIRM PANEL 13089C0134J, DATED MAY 16TH 2013.

**FEMA / FIRM MAP** (SCALE N.T.S.)

PERMIT REVIEW SET ONLY

| ORIGINAL PLAN DATE: JAN. 05, 2024 | |
|---|---|
| DATE | REVISION DESCRIPTION |
| | |
| | |
| | |

**100% SUBMITTAL**
**JULY 2024**

72 HRS NOTICE IS REQUIRED TO GEORGIA 811 UTILITY PROTECTION CENTER BEFORE ANY PLANNED DIGGING.

     

GEORGIA811 Utilities Protection Center, Inc. — Know what's below. Call before you dig.

DeKalb County, Georgia

AtkinsRéalis
1600 Riveredge Parkway, Suite 700
Atlanta, GA 30328

RK Reeves & Associates, Inc.
P: 770-933-0280

ACCURA ENGINEERING AND CONSULTING SERVICES, INC.
3300 PRESIDENTIAL DRIVE · ATLANTA, GA 30340
OFFICE 404-241-8722 · ACCURA.COM

R2T — RIVER TO TAP