# Exhibit 8

# Dekalb County, Supplementary Insights: A Focus on Prior Explanations in the 8(j) Plan (June 26, 2025)

# Supplementary Insights: A Focus on Prior Explanations in the 8(j) Plan

DATE: June 26, 2025

This Technical Memorandum (TM) addresses narrow issues raised by the U.S. Environmental Protection Agency (EPA) and Georgia Environmental Protection Division (EPD) (together "the Agencies") regarding the sequencing of construction required for Sections 1 and 2 of the Shoal Creek Trunk, by emphasizing information outlined in Section 2.g of the 8(j) Plan and in accompanying referenced technical documents.[1] Specifically, this TM addresses the Agencies' questions regarding why it is not feasible or advisable to use extensive project-level bypass pumping to enable concurrent construction or to construct certain Sections of Shoal Creek 2 in a separate trench, returning at a later point to complete construction at the five portions that cross the existing trunk sewer.

As described in the 8(j) Plan, the County carefully considered the various planning and construction coordination aspects of the trunk sewer capacity improvement projects. For Shoal Creek Trunk Sections 1 and 2, these efforts included:

1. Evaluation of flow path modifications to the downstream sewer connection geometrics to the Snapfinger Advanced Wastewater Treatment Facility (AWTF). It is mission critical to ensure that both existing trunks would not face adverse hydraulic conditions or additional Sanitary Sewer Overflows (SSOs). This evaluation was described in Section 2.g.1 of the 8(j) Plan.

2. Evaluation of the locations in Shoal Creek Section 2 where the proposed new trunk sewer would directly conflict with the existing trunk sewer and locations where the existing collector sewers (on the west side of new trunk) would be directly impacted by construction. This was described in Section 5.c.1 of the 8(j) Plan.

3. Evaluation of construction feasibility, environmental risk, and community impacts. This was described in Section 4 of the 8(j) Plan.

Figure 2.3 in the 8(j) plan identified a sequential construction approach for the Shoal Creek trunk sewers.

*Figure 2.3: Trunk Sewer Capacity Improvements Project Schedule*



E = Easement Acquisition
D = Design
P = Procurement
C = Construction

---

[1] The County submits this TM, notwithstanding the Agencies denial of the County's 8(j) Plan, to address questions raised by the Agencies in subsequent technical meetings. Furthermore, the Agencies' denial of the 8(j) Plan is being contested in court through the County's June 16, 2025 request for a Second Modification to the Consent Decree, which is pending. This TM does not waive any arguments by the County regarding the Agencies' reasoning in its denial of the 8(j) Plan.

# 1. Limitations to Concurrent Construction (SC Sections 1 and 2)

## a. Flow Path Modifications

The 8(j) Plan detailed system modifications needed from Flat Shoals Parkway to the Snapfinger AWTF. Figure 1 provides a map of the before (green) and after (purple) flow path necessary to convey the required flows.

**Figure 1**



Figure 1, developed from Figure 3.10 in the 8(j) Plan, indicates that peak flows in the trunk sewer system are projected to significantly increase after completion of the upstream trunk sewer projects (including Shoal Creek (Sections 2, 3A, and 3B), Cobb Fowler, and Doolittle). The Shoal Creek Trunk Sewer project will redirect all flow in the Shoal Creek trunk away from the existing parallel trunk sewer into the proposed 72-inch new Section 1 trunk sewer. _Until this new, higher capacity Shoal Section 1 trunk sewer is constructed, completing both the upstream Shoal and Cobb Fowler trunk sewer projects would result in increased surcharging and potential new SSOs, including the potential creation of new PFL sites, in the east downstream trunk sewer due to its existing capacity limitations._

## b. Shoal Creek Section 2 Conflicts

The proposed Shoal Creek Section 1 trunk will serve as the new outlet for the Shoal Creek 2, 3A, and 3B trunk system as well as the Doolittle trunk system. In evaluating the possibility of concurrent construction, the County conducted a comprehensive review of the proposed Shoal Creek 2 trunk sewer project, specifically analyzing its impact on the existing trunk sewer in that segment, including conflict points and areas where connecting local sewers on the west side would be directly affected. All such conflicts would necessitate project-wide bypass pumping as detailed in Section 2.g.2 of the County's 8(j) Plan.

As described in the 8(j) Plan, these conflicts present significant constructability challenges and would require complex phasing, temporary diversions, or rerouting, increasing the risk of service disruption and project delays

Figures 2 through 6 were developed using information provided in the 100% design drawings that accompanied the 8(j) Plan and provide an overview and detailed inset maps, with references to the 100% design drawings, highlighting these conflicts.

**Figure 2**



Figure 2 depicts five locations where the new trunk sewer crosses the existing trunk sewer (each crossing necessary due to space constraints, steep terrain, EPD buffer requirements, and the impacts of other design requirements).   These locations would require the new sewer to convey the existing flows from the existing trunk sewer to the location shown in Figure 1.   ***Without the new Shoal Creek Section 1 in service, there is insufficient capacity for Shoal Creek Section 1 to provide an adequate downstream hydraulic outlet.***

Additionally, there are 13 collector sewers that would require long-term bypass pumping as shown in Figure 2 (overview) and Figures 3-6 (detailed inset maps – below).  As detailed in Section 2.g.2 of the 8(j) Plan, long-term bypass pumping is a complex endeavor that creates additional environmental risks and issues including increased possibility of sewer spills into adjacent waterways and noise and exhaust emissions for residents.  These bypass pumps would be located in residential backyards and neighborhoods, with crews needing access at any time, day or night, for periods potentially extending over several years, depending on location.  Maintaining uninterrupted service to these connections during construction would require both long-term bypass pumping and frequent access in residential areas, increasing environmental risk and public disruption.  Further,

the visual and audio impacts of long-term bypass pumping in residential areas may increase the potential for public opposition.

**Figure 3**



**Figure 4**



**Figure 5**



**Figure 6**



### c. Construction Feasibility, Environmental Risk, and Community Disturbance

Concurrent construction of Shoal Sections 1 and 2, even if downstream hydraulic capacity were not an issue, would elevate the risk of sewage spills due to the prolonged reliance on contractor-maintained bypass pumping systems. Prolonged bypass operations also add significant operational costs, require constant maintenance, and elevate the risk of mechanical failure. Extended use in residential areas would cause noise, access limitations, and public safety concerns.

The Agencies have inquired about the feasibility of constructing certain sections of Shoal Section 2 with intentional gaps at the new sewer's intersections with the existing system, allowing for later "reconnection" to finalize the system (Reconnection Scenario). The County has assessed the Reconnection Scenario and concluded it presents permitting, constructability, and community disruption issues, that could present a risk to the construction timeline. First, returning at a later date to reconnect "gap" segments could trigger new permitting requirements, especially for disturbance in environmentally sensitive areas. Additionally, loss of contractor continuity over time may negatively affect construction quality and impact sewer acceptance testing protocols and create potential warrantee issues for this project.

Furthermore, the Reconnection Scenario could result in additional disruption to residents, as the original construction access paths along the corridor would no longer be available. For example, to facilitate construction of Shoal 2—100% of which runs along the stream and a portion of which is located away from the street behind structures (such as homes), additional construction access paths will need to be built along the construction corridor to provide access for heavy machinery and construction materials along steep slopes. Following construction completion, restoration work restores the properties similar to their original condition. Under the Reconnection Scenario, these construction access paths would effectively need to be constructed and restored twice, creating additional disruption to properties already impacted by the main line construction. By sequencing projects and following conventional and widely accepted construction practices, construction access would be along the project corridor with side access points as required. Construction would proceed following downstream-to-upstream sequencing with restoration completed shortly after the pipeline work is completed, tested, and accepted by the County. Once restoration work is completed, there would be no further construction impacts to downstream properties.

This standard approach minimizes the duration and extent of disruption to residents and ensures that restoration is completed efficiently, avoiding the need for repeated access to previously impacted properties.

## 2. Conclusion

Concurrent construction of Sections 1 and 2 of the Shoal Creek Trunk Sewer Project is not feasible when considering the full scope of challenges and risks. These include downstream hydraulic limitations, significant constructability conflicts, heightened environmental and SSO risks, and compounded impacts to nearby residents. In addition, long-term bypass pumping presents operational burdens and introduces further environmental hazards. The Reconnection Scenario would require costly remobilization, renewed permitting, and could compromise construction quality and testing reliability. Therefore, a sequential approach remains the most viable and practical path to achieve project completion and limit risks to the schedule.