IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and the STATE OF GEORGIA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:10-cv-04039-SDG |
| | ) | |
| DEKALB COUNTY, GEORGIA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>DECLARATION OF GAIL B. COAD</u>

I, Gail B. Coad, declare pursuant to 28 U.S.C. § 1746:

1.    I am over 18 years of age, and competent to testify regarding the matters discussed herein.

2.    I am the Sole Member and Principal of Coad Consulting LLC located in Amherst, NH with a mailing address of PO Box 517, Amherst, NH 03031.  I have a Master's Degree in Business Administration (1974) from Stanford University's Graduate School of Business in Palo Alto, California.  I also have a Bachelor of Arts Degree in Economics (1972) from Connecticut College in New London, Connecticut.  This declaration is based on my personal knowledge and expertise.  If called upon to testify, I could and would competently testify thereto.

3.     This declaration is in support of the Plaintiffs' Opposition to Defendant Dekalb County's Rule 60(b) Motion for a Second Modification to the Consent Decree in this case (Civil Action No 1:10-cv-04039-SDG).

4.     I have served as a consultant since 1988, focusing on providing economic and financial analysis services, primarily to government clients.  Prior to forming my own consulting firm, I was a Principal with Industrial Economics, Incorporated ("IEc") from 1989 to 2021.  I have testified in Federal and State court proceedings, as well as administrative hearings, on financial and ability to pay issues relating to municipalities, companies, and individuals.  Since 1991, I have provided support to the U.S. Department of Justice ("DOJ") and the U.S. Environmental Protection Agency ("EPA") on over fifty cases regarding the financial capability of municipalities or municipal entities to finance and support major expenditures for addressing combined sewer overflows, sanitary sewer overflows, and other pollution problems.  I have also advised clients about organizational and structural issues that may affect a utility's ability to comply with environmental requirements.

5.     I am working on this case as a subcontractor to IEc.  DOJ retained IEc on or about May 19, 2025, to provide support regarding the financial capability of DeKalb County (the "County") to complete the work required under the Modified Consent Decree entered by the Court in this case on September 22, 2021 and the

financial capability of DeKalb County to complete this work according to the timeline proposed by the County in its Motion for a Second Modification to the Consent Decree and according to EPA Region 4 Wastewater Enforcement Section Chief Jairo Castillo.

DeKalb County Request for No or Delayed Penalty

6.     On June 16, 2025, DeKalb County submitted a Rule 60(b) Motion for a Second Modification to the Consent Decree.  The County requested a $0 monetary civil penalty, or, in the alternative, a deferral on the determination of penalties until 2027.[1]

7.     Per DOJ's request, I evaluated the County's ability to pay up to a $10 million civil penalty for violations of the Consent Decree.  First, I evaluated the financial capability of the County's General Fund to afford a one-time penalty payment.  I then analyzed DeKalb County's ability to pay the remainder of the penalty through debt financing.  Based on the most recent data available in the County's 2023 Annual Comprehensive Financial Report, I conclude that the General Fund can afford a one-time payment of $4 million from available fund balances and a $6 million payment from payment over a two and a half year period, through additional cash generated from revenues or by short-term, three-year financing.

---

[1] *See* ECF 159 at 22-25.

8.    My opinion relies upon Government Finance Officers Association recommendations regarding a municipality's General Fund balance.  The Government Finance Officers Association's Guidance, entitled "Best Practices: Fund Balance Guidelines for the General Fund," recommends that a municipality maintain an unrestricted fund balance (i.e., including unassigned, assigned, and committed funds) to cover anticipated General Fund expenditures for no less than two months.[2] As of December 31, 2023, the County's General Fund had an unassigned fund balance of $54.4 million and an assigned fund balance of $23.6 million.[3]  The General Fund reported $443.3 million in total expenditures (including net transfers) in 2023.[4]  A one-time payment of $4 million would allow the County's General Fund to maintain sufficient unassigned and assigned fund

---

[2] Government Finance Officers Association, *Best Practices: Fund Balance Guidelines for the General Fund*, dated September 30, 2015 (July 3, 2025, 12:15 PM ET), https://www.gfoa.org/materials/fund-balance-guidelines-for-the-general-fund.

[3] DeKalb County, Georgia Department of Finance, *DeKalb County, Georgia Annual Comprehensive Financial Report for the Year Ended December 31, 2023*, at 35, (July 11, 2024, 4:10 PM ET) https://www.dekalbcountyga.gov/sites/default/files/users/user3677/DeKalb%20County%20Georgia%202023%20Annual%20Comprehensive%20Financial%20Report%20Compressed.pdf. The County did not have a committed fund balance as of December 31, 2023.

[4] *Id.,* at 37. My calculation is total General Fund expenditures minus transfers into the General Fund plus transfers from the General Fund.

balances to cover just over two months of annual expenditures, meeting the Government Finance Officers Association's minimum recommended target.[5]

9.    In addition, I calculated that DeKalb County can afford the remaining $6 million of the $10 million penalty through financing with a three-year term if necessary. I relied upon EPA's MUNIPAY model to corroborate my assessment of DeKalb County's financial capacity.[6] The MUNIPAY calculation determines affordable debt levels by analyzing the County's existing debt burden and capacity to raise property taxes to finance additional debt service, subject to any statutory debt limits. In this case, DeKalb County's outstanding general obligation debt as of December 31, 2023 was $90.6 million, well below the State of Georgia's debt limit applicable to the County of $5.1 billion (the ratio is 1.8%).[7] Increasing

---

[5] The sum of unassigned and assigned fund balances ($78 million) exceeds the minimum recommended General Fund balance ($74 million). The difference in these two values represents the General Fund balance that I consider available based on the Government Finance Officers Association's recommended target. The MUNIPAY model supports this finding.

[6] MUNIPAY (Version 2024.0.0; updated and released in June 2024) was developed under the direction of EPA's Office of Enforcement and Compliance Assurance. The MUNIPAY model is available on EPA's Penalty and Financial Models webpage at https://www.epa.gov/enforcement/penalty-and-financial-models. MUNIPAY is a screening tool that evaluates the ability to afford a penalty, compliance capital and one-time costs, compliance annual costs, and/or superfund costs for cities, towns, villages, and independent and publicly owned utilities.

[7] *DeKalb County, Georgia Annual Comprehensive Financial Report for the Year Ended December 31, 2023, supra* note 3, at 72. The debt limit is equal to 10% of the total assessed value of property in DeKalb County.

general obligation debt by $6 million results in a ratio of 1.9%, a negligible increase in DeKalb County's legal debt margin.

10.    According to DOJ, the County may also accrue stipulated penalties if it fails to meet the final deadline for the work prescribed in the Modified Consent Decree.  These penalties would increase as the delay lengthens.  Assuming that DeKalb County continues to have a strong financial position, it should be able to make payments in a reasonable range.

DeKalb County 2020 Request for Modification to Schedule

11.    In 2020, at the request of DOJ, I conducted two analyses assessing the County's financial capability to implement the proposed work required to comply with Clean Water Act requirements.  I based these analyses on EPA's 1997 Financial Capability Assessment Guidance ("1997 FCA Guidance") and subsequent policies which provided a protocol to assess appropriate schedules for municipalities to complete the work necessary to achieve compliance with the Clean Water Act.[8]

---

[8] EPA, *Combined Sewer Overflows – Final Guidance for Financial Capability Assessment and Schedule Development, February 1997, EPA-823-B-97-004*, (July 3, 2025, 12:27 PM ET), https://www.epa.gov/sites/default/files/2015-10/documents/csofc.pdf.
*See* additional guidance at: EPA, *Combined Sewer Overflow Additional Resources* (July 3, 2025, 12:27 PM ET), https://www.epa.gov/npdes/combined-sewer-overflow-additional-resources.

12.    The 1997 FCA Guidance was derived from EPA's interim 1995 methodology used to evaluate whether a community will suffer economic hardship by installing wastewater system improvements necessary to meet water quality standards.[9]  Further, it is a methodology that can be applied to any wastewater system to evaluate the impact on residential households and the overall financial health of the community.  At EPA and DOJ's direction in over fifty cases, I have used this approach to evaluate combined sewer overflow cases, sanitary sewer overflow cases, and other wastewater compliance issues.

13.    Under the 1997 FCA Guidance, Phase One of the analysis calculates the Residential Indicator, an assessment of the combined financial impact of wastewater treatment and controls on individual households in terms of percentage of median household income (sometimes referred to as cost per household).  Phase Two of the analysis calculates the Financial Capability Indicators, which evaluates the debt, socioeconomic, and financial conditions of the entity.

14.    Using the Residential Indicator analysis, I first computed the total costs that the County's wastewater utility will bear, including capital expenditures and operating costs necessary to come into compliance with the Clean Water Act,

---

[9] EPA, *Interim Economic Guidance for Water Quality Standards Workbook, March 1995, EPA-823-B-95-002*, (dated April 27, 1995), (July 3, 2025, 1:43 PM ET) https://www.epa.gov/system/files/documents/2024-01/interim-economic-guidance-water-quality-standards-workbook-1995.pdf.

as well as incorporating current operational and debt service expenses.  I then determined the proportion of the total costs attributable to residential households and, based on an estimate of the total households served by the utility, computed the cost per household.  Finally, I computed the cost per household as a percentage of median household income for the service area to determine the Residential Indicator.[10]

15.    The Financial Capability Indicators analysis evaluates six measures of the overall financial condition of the municipality, some relative to the nation as a whole, which are combined into a Financial Capability Indicators Score.  These measures include:

a.    Bond rating;

b.    Overall net debt as a percent of full market property value;

c.    Unemployment rate relative to national levels;

d.    Median household income relative to national levels;

e.    Property taxes as a percent of full market property value; and

f.    Property tax revenue collection rate.

---

[10] Although I computed the impact of an average cost per household relative to median household income, the utility may choose to adjust the burden certain residents pay through special programs or choices it makes on how to allocate the costs of service.

I generally perform the Financial Capability Indicators evaluation based on the condition of the municipal entity responsible for the utility, with the exception of the two demographic characteristics (unemployment and household income) which may be based on service area data.

16.    I then combined the Residential Indicator and Financial Capability Indicators results within the context of a Financial Capability Matrix to determine the level of burden (High, Medium, or Low) the proposed compliance program places on the community.  The level of burden then provides benchmarks for EPA to consider in determining the length of time a utility should have to complete its planned Clean Water Act improvements.

17.    In 2020, the first analysis I conducted using the 1997 FCA Guidance was a retrospective evaluation of the impact that DeKalb County faced when the initial Consent Decree was negotiated in 2010.  It is my understanding that at the time the Consent Decree was negotiated, DeKalb County did not submit a Financial Capability Assessment or otherwise make any financial argument regarding its ability to implement the program as delineated and scheduled in the Consent Decree.

18.    As directed by the 1997 FCA Guidance, I took into account the entire service area of DeKalb County's wastewater utility.[11]  The DeKalb County wastewater utility does not serve an approximately seven square mile area within the County, which is inside the City of Atlanta, and also does not service those residential households using septic systems.[12]  I calculated the number of served households in DeKalb County as of 2010 by conducting a GIS spatial analysis of a georeferenced service area map from the DeKalb County Prospectus for Water and Sewerage Refunding Bonds, Series 2015.[13]  Using overlays of the service area map and 2018 U.S. Census Bureau, American Community Survey 5-year estimates for occupied housing units (equal to households) by Census block group, I estimated

---

[11] 1997 FCA Guidance, page 12, requires that the residential share of total wastewater treatment and combined sewer overflow costs be divided by the number of households in the "total wastewater service area," and again, on page 14, states that the Cost per Household (line 109) should be calculated "by dividing total residential share costs (line 107) by the total number of households (line 108) in the permittee's total wastewater service area."  On page 15, the worksheet to calculate the Cost Per Household refers to the "Total number of Households in Service Area."

[12] North Georgia Water, *Final Report for the Septic System Impact to Surface Water Quality Study in Metropolitan Atlanta, July 2019* (July 25, 2019, at 1:02 PM ET), https://northgeorgiawater.org/wp-content/uploads/2019/08/2019-Septic-System-Surface-Water-Quality-Study.pdf.

[13] Co-Bond Counsel, *DeKalb County, Georgia Water and Sewerage Revenue Refunding Bonds (Second Resolution), Series 2015* (dated November 10, 2015), (July 3, 2025, at 12:36 PM ET), https://emma.msrb.org/EP888928-EP688234-EP1089944.pdf.

the number of unserved households as of 2018.[14]  As of 2010, based on

adjustments using the 2018 analysis, I estimated that the DeKalb County

wastewater utility served about 229,000 households with a median household

income of about $50,078.[15]

19.    My estimate of the 2010 Residential Indicator for DeKalb County's

entire service area, assuming Consent Decree capital expenditures of $700 million,

was in the range of 0.7% to 0.8%, depending on the interest rate assumption.[16] This

placed DeKalb County in the Low Burden category, meaning that the increase in

the bill for residential households would have been below average.[17]

20.    I also calculated the Financial Capability Indicators as of 2010 for

DeKalb County.  The Financial Capability Indicators score was in the upper Mid-

Range (2.33), meaning that the County's fiscal capability was above average.

21.    The table below summarizes the results of my 2010 Financial

Capability Assessment analysis of the proposed $700 million wastewater system

---

[14] I subtracted the number of unserved households from the total number of occupied housing units in the County.  I also subtracted the number of housing units with septic systems.

[15] U.S. Census Bureau, *2018 American Community Survey 5-Year Estimates*, Table S1901,
https://data.census.gov/table/ACSST5Y2018.S1901?q=s1901+dekalb+county.

[16] *See* Appendix A for detailed calculations of the Residential Indicator and Financial Capability Indicators in my 2010 and 2018 analyses.

[17] I based these values on an estimate of the residential share of costs in the range of 65 percent, typical of large utilities in my experience.  I updated my 2025 analysis based on more recent County-specific data.

program.  I concluded that DeKalb County was a Low Burden community as of

2010.  In my experience, the financial burden on DeKalb County of Consent

Decree compliance was very low relative to other wastewater cases I have been

involved with.  As a Low Burden utility, the 1997 FCA Guidance directed that the

schedule for required work should be based on technical feasibility.

| FINANCIAL CAPABILITY INDICATORS ("FCI") SCORE | RESIDENTIAL INDICATOR ("RI") (COST PER HOUSEHOLD AS A PERCENTAGE OF MEDIAN HOUSHOLD INCOME) | | |
|---|---|---|---|
| | LOW (BELOW 1.0%) | MID-RANGE (BETWEEN 1.0 AND 2.0%) | HIGH (ABOVE 2.0%) |
| WEAK (BELOW 1.5) | Medium Burden | High Burden | High Burden |
| MID-RANGE (BETWEEN 1.5 AND 2.5) | **Low Burden** Service Area RI: 0.7% to 0.8% FCI: 2.33 | Medium Burden | High Burden |
| STRONG (ABOVE 2.5) | Low Burden | Low Burden | Medium Burden |

DeKalb County's Financial Capability: 2018-2020

22.     In 2020, I also conducted a Financial Capability Assessment analysis

of DeKalb County's current ability to finance additional capital expenditures

required by the Consent Decree, including work not yet completed at the time.  For

this analysis, I relied on the 1997 FCA Guidance and financial and demographic

data from 2018.

23.     Using the methodology outlined above, I evaluated DeKalb County's ability to finance $350 million of additional capital expenditures, based on the upper bound of initial internal estimates that additional required costs were in the range of $300 to $350 million.  The 2020 analysis incorporated updated wastewater system costs and debt service, financing terms (two analyses based on 5.0% and 2.6% interest rates), and 2018 values for median household income ($57,813) and households (240,815).

24.     Based on these assumptions, I found that the Residential Indicator based on 2018 data was 0.7% at both a 5.0% and 2.6% bond interest rate.  These results placed the County in the Low Burden range.  Even with an estimate of a potential higher cost of $1 billion, the Residential Indicator was 0.9-1.0% depending on the interest rate on financing; 0.9% is in the Low Burden Category, and 1.0% is on the border of Low and Medium Burden.

25.     I also updated the Financial Capability Indicators to incorporate the most up-to-date information available at the time.  The Financial Capability Indicators result was 2.5, which is on the border of the Mid-Range and Strong.

26.     As shown in the exhibit below, I combined the results to determine the County's overall financial capability as of 2018.  I concluded that the County unequivocally remained in the Low Burden category.  Overall, the County's

financial situation as of 2018 was not significantly different from when it signed the Consent Decree.

| FINANCIAL CAPABILITY INDICATORS ("FCI") SCORE | RESIDENTIAL INDICATOR ("RI") (COST PER HOUSEHOLD AS A PERCENTAGE OF MEDIAN HOUSHOLD INCOME) | | |
|---|---|---|---|
| | LOW (BELOW 1.0%) | MID-RANGE (BETWEEN 1.0 AND 2.0%) | HIGH (ABOVE 2.0%) |
| WEAK (BELOW 1.5) | Medium Burden | High Burden | High Burden |
| MID-RANGE (BETWEEN 1.5 AND 2.5) | **Low Burden** Service Area RI: 0.7% FCI: 2.5 | Medium Burden | High Burden |
| STRONG (ABOVE 2.5) | **Low Burden** | Low Burden | Medium Burden |

DeKalb County 2025 Request for Modification to Schedule

27.    The County requested in its Rule 60(b) Motion an extension of the deadlines for Priority Fix List sites and the deadline for all Priority Areas to extend to 2037.  The County also requested that the complex rehabilitation minimum linear footage milestones for priority area trunk sewer lines be eliminated.

28.    DOJ has asked me to opine on the County's financial ability to conduct the required work by 2033, rather than the 2037 end date the County proposes.  This would require DeKalb County to move some projects forward in the schedule.  It is my understanding that EPA Wastewater Enforcement Section

14

Chief Jairo Castillo has identified projects that could be successfully completed in parallel with other work underway that would allow the County to complete its work by 2033.

29.     As of June 2025, DeKalb County estimates that it has spent approximately $570 million to implement Consent Decree requirements,[18] and the County projects that $1.5 billion more will be required to complete construction and achieve compliance with the Modified Consent Decree.[19]  I have reviewed a detailed project cost table and confirmed that these data match the County's $1.5 billion cost estimate in its Rule 60(b) Motion.[20]

30.     Similar to my work in 2020 described above, although the County has separate collection and transmission systems for sanitary waste and stormwater, in my work on cases of this type, I use updated guidance developed by EPA for municipalities with combined systems, because the financing of municipal wastewater collection and treatment system expenditures is the same regardless of the types of capital expenditures incurred.

31.     EPA's 1997 FCA Guidance was updated in 2023 and later amended in 2024.  EPA's 2024 Clean Water Act Financial Capability Assessment Guidance

---

[18] ECF 159 at 11 n.6.

[19] *Id.*, at 24.

[20] The County provided a table dated June 4, 2025 showing the proposed Consent Decree projects and expenditures by year over the period of 2025 through 2037. The total cost of the projected work is $1.545 billion.

("2024 FCA Guidance") provides a protocol for taking financial capability into account in setting a schedule for completing wastewater system programs to comply with Clean Water Act requirements.[21]

32.    EPA's 2024 FCA Guidance updates EPA's 1997 and interim 1995 methodologies are used to evaluate whether a community will suffer economic hardship by installing wastewater system improvements necessary to comply with Clean Water Act requirements or to meet water quality standards.  Further, the guidance provides a methodology that can be applied to any wastewater system to evaluate the impact on residential households and the overall financial health of the community.  As discussed above, I have used EPA's 1997 and 2024 guidance in over fifty cases to evaluate wastewater compliance issues.

33.    The 2024 FCA Guidance offers utilities or municipalities two approaches to evaluate a municipality's capability and present findings to the regulators to justify a project schedule.

    a.    The first (Alternative 1) is a "snapshot" evaluation of the financial impact on municipal households, the municipality's overall financial condition, and an assessment of the impact on

---

[21] EPA, *Clean Water Act Financial Capability Assessment Guidance, March 2024 Revision*, *EPA- 800b24001*, (last visited September 25, 2024, at 5:57 PM ET), https://www.epa.gov/system/files/documents/2023-01/cwa-financial-capability-assessment-guidance.pdf (issued March 2024 to correct a typographical error in the February 2023 Revision).

the lowest quintile income households in the service area.

These three analyses are combined to determine the overall

impact of the proposed compliance costs.

b.    The second option (Alternative 2) is for the municipality to

present financial modeling that shows the feasibility of

implementing the compliance program over time, including the

related impact on wastewater bills and service area households.

The 2024 FCA Guidance also identifies additional information that the

municipality can provide to support its concerns about implementing required

compliance measures and potentially obtain an extension for its schedule.

DeKalb Financial Capability Assessment Analysis: 2025

34.    For purposes of evaluating DeKalb County's financial capability to

implement the schedule and construction identified in its 60(b) Motion and

Consent Decree projects table, I have used the Alternative 1 analysis.  This

analysis is similar to the methodology in the original 1997 FCA Guidance in that it

retains the Residential Indicator and the Financial Capability Indicators, but it adds

a third step, the Lowest Quintile Poverty Indicator.  I have used this three-step

methodology to evaluate DeKalb County's financial capability based on 2023 financial and demographic information.[22]

35.    The 2024 FCA Guidance methodology for the Residential Indicator and Financial Capability Indicators is the same as the 1997 FCA Guidance methodology that I used in my 2020 analyses.[23]  I calculated the Residential Indicator and Financial Capability Indicators results and combined them within the context of a Financial Capability Matrix to determine the Financial Capability Assessment Score.  The Financial Capability Assessment Score is one measure of the level of financial impact (High, Medium, or Low) the proposed program places on DeKalb County residents.

36.    The 2024 FCA Guidance added an additional step in the Financial Capability Assessment to determine the overall financial impact on the community's service area, labelled the Lowest Quintile Poverty Indicator.  This analysis compiles the results of six indicators relating to the demographic condition of the service area or locality:

      a.    Upper limit of lowest quintile income (50% weighting);

---

[22] In May 2025, DOJ requested from DeKalb County its 2024 financial information, and DeKalb County stated that it would provide such information by June 13, 2025.  To date, the County has not yet provided it.

[23] *See* ¶¶ 13-16 above.  Note that the 2024 FCA Guidance updates information sources, but the calculations and direction remain the same.

      b.      Percentage of population with income below 200% of the Federal Poverty Level (10% weighting);

      c.      Percentage of households receiving food stamps or SNAP benefits (10% weighting);

      d.      Percentage of vacant housing units (10% weighting);

      e.      Trend in household growth (10% weighting); and

      f.      Percentage of unemployed population 16 and over in civilian labor force (10% weighting).

The results of these factors, each rated 1, 2, or 3 (Weak, Mid-Range, or Strong respectively), define the Lowest Quintile Poverty Indicator impact for the utility. I then combine the Lowest Quintile Poverty Indicator result with the Financial Capability Assessment Score to determine the overall level of impact that the utility's proposed compliance expenditures will impose.[24] The level of impact then provides benchmarks for EPA to consider in determining the length of time a utility should have to complete its planned Clean Water Act improvements.

     37.    As directed by the 2024 FCA Guidance, for my current evaluation of DeKalb County, I evaluated the households in the entire service area of the County as defined in my 2020 work, but I updated my estimates based on 2023 American

---

[24] *See* Appendix B for detailed calculations of the Residential Indicator, Financial Capability Indicators, and Lowest Quintile Poverty Indicator of my current analysis.

Community Survey data.[25]  I verified that the map of the service area in the County's 2023 bond prospectus appears unchanged from my previous analysis, and thus assumed that the proportion of the unserved households remained the same.[26] As of 2023, based on adjustments using the 2018 analysis and 2023 American Community Survey data, I estimate that the DeKalb County wastewater utility served approximately 247,000 households with a median household income of $77,683.[27]

38.    My estimate of the current Residential Indicator for DeKalb County's entire service area, assuming future Consent Decree capital expenditures of $1.5 billion, is between 0.7% and 0.8%, depending on debt financing

---

[25] *See* ¶¶ 18 and 23 above.

[26] *DeKalb County, Georgia Water and Sewerage Revenue Refunding Bonds, Second Resolution, Series 2023* (dated September 12, 2023) (last visited July 3, 2025, at 1:51 PM ET), https://emma.msrb.org/P11698308-P11305922-P11737065.pdf.

[27] U.S. Census Bureau, *2019-2023 American Community Survey 5-Year Estimates*, Table S1901, https://data.census.gov/table/ACSST5Y2023.S1901?q=s1901+dekalb+county.

assumptions.[28]  These results place DeKalb County in the Low Impact category.[29]

This is the same result that I calculated in my 2020 analysis.[30]

39.    I also calculated the Financial Capability Indicators for DeKalb

County based on 2023 financial and demographic data.  The Financial Capability

Indicators Score is on the border of Mid-Range and Strong (2.5), meaning that the

County's fiscal capability is significantly above average.  This is the same rating

that I computed in my 2020 analysis based on 2018 data.[31]

40.    The table below summarizes the results of the Financial Capability

Assessment of the proposed $1.5 billion wastewater system program.  I conclude

that DeKalb County is a Low Impact community as of 2025.[32]  In my experience,

the financial burden on the County of Consent Decree compliance is very low

relative to other similar wastewater cases I have been involved with.  In addition,

---

[28] DeKalb County's current cost per household is about 0.5 percent.

[29] These values are based on an estimate of the residential share of costs in the range of 60 percent, typical of large utilities in my experience.  This assumption may be conservative, given County data indicates that Residential customers are responsible for about 50 percent of billed flow, per the spreadsheet supporting DeKalb County's Draft Water and Sewer Revenue Sufficiency Study, dated January 24, 2025 ("Water – Units" tab).  However, in my experience residential customer share can be lower than household share, because it may not include households located in multi-family structures which are classified as Commercial customers.

[30] *See* ¶¶ 19 and 24 above.

[31] *See* ¶ 25 above.

[32] In the March 2024 FCA Guidance, EPA replaced "Burden" with "Impact" in the FCA Matrix.  The 2024 FCA Guidance also rearranged the cells in the FCA Matrix.

this result is identical to the conclusion of my 2020 analysis, which evaluated the financial impact on the County as of 2018.[33]

| FINANCIAL CAPABILITY INDICATORS ("FCI") SCORE | RESIDENTIAL INDICATOR ("RI") (COST PER HOUSEHOLD AS A PERCENTAGE OF MEDIAN HOUSHOLD INCOME) | | |
|---|---|---|---|
| | LOW (BELOW 1.0%) | MID-RANGE (BETWEEN 1.0 AND 2.0%) | HIGH (ABOVE 2.0%) |
| WEAK (BELOW 1.5) | Medium Impact | High Impact | High Impact |
| MID-RANGE (BETWEEN 1.5 AND 2.5) | **Low Impact** Service Area RI: 0.7% to 0.8% FCI: 2.5 | Medium Impact | High Impact |
| STRONG (ABOVE 2.5) | **Low Impact** | Low Impact | Medium Impact |

41.    The Lowest Quintile Poverty Indicator is the final consideration in my analysis.  I calculate that DeKalb County's Lowest Quintile Poverty Indicator Score is 1.8, a Medium Impact result.[34]  This means that the impact of the Modified Consent Decree's implementation costs on the County will have an average impact relative to communities nationally.

42.    Lastly, I combine the Lowest Quintile Poverty Indicator result with the Financial Capability Assessment result as shown in the table below (the Expanded Financial Assessment Matrix).  I conclude that given the $1.5 billion in

---

[33] *See* ¶ 26 above.
[34] *See* Appendix B for details of the calculation.

predicted future DeKalb County project costs, the County is a Low Impact community. This indicates that the County will not have difficulty financing the project costs of $1.5 billion. In addition, the 2024 FCA Guidance recommends that regulators should evaluate the scheduling based on the "unique facts at issue for the community" and that the schedules may not be "rigidly set according to the break points between the categories."[35] This ultimate "Low Impact" conclusion is the same as what I determined in 2020 regarding the County's financial capability as of 2010 and 2018.

| FINANCIAL CAPABILITY ASSESSMENT ("FCA") SCORE* | LOWEST QUINTILE POVERTY INDICATOR ("LQPI") SCORE | | |
|---|---|---|---|
| | LOW IMPACT | MEDIUM IMPACT | HIGH IMPACT |
| LOW IMPACT | Low Impact | **Low Impact** FCA = Low Impact LQPI = Medium Impact | Medium Impact |
| MEDIUM IMPACT | Low Impact | Medium Impact | High Impact |
| HIGH IMPACT | Medium Impact | High Impact | High Impact |

\* The Financial Capability Assessment Score combines the Residential Indicator and Financial Capability Indicators results.

[35] EPA, *Clean Water Act Financial Capability Assessment Guidance, March 2024 Revision, EPA- 800b24001*, *supra* note 21, at 32.

Additional Information Regarding DeKalb County's Financial Capability: 2025

43.    EPA's 2024 FCA Guidance encourages utilities to provide additional information that the municipality considers pertinent to its ability to implement project schedules, including consideration of various issues that are not otherwise identified in the 2024 FCA Guidance that may help present a "more accurate and complete picture" of a municipality's financial capability.[36]  In this matter DeKalb County has provided no information about its financial capability or current financial status to support its schedule extension request.[37]  Below, I summarize the status of rate increases, bond rating agency reviews, and changes in County demographics.

44.    DeKalb County increased wastewater rates in the range of 11% to 16% per year between 2010 and 2014, with a cumulative rate increase of 59% during that period.[38]  The typical wastewater bill increased from $32.95/month to $52.26/month between 2010 and 2014, assuming a household billed usage of 5.35 Centum (Hundred) Cubic Feet per month.[39]  The County did not increase

---

[36] *Id.*, at 7.
[37] *See* note 22, *supra.*
[38] DeKalb County Department of Watershed Management, *Rates and Fees* (last visited June 27, 2025), https://www.dekalbcountyga.gov/watershed-management/rates-and-fees.
[39] The average monthly usage in the sewer system service area is 5.35 Centum Cubic Feet, or 4,000 gallons, according to the County's 2023 Annual Comprehensive Financial Report.

wastewater rates again until 2022, when it increased rates by 6%.[40]  In February

2025, DeKalb County approved a series of 10% water and wastewater rate

increases over each of the next 10 years; the first rate increase was originally

planned to take effect July 1, 2025, followed by rate increases effective on

January 1 of each year thereafter until 2034.[41,42]  However, on June 30, 2025, the

County postponed the first planned 10% rate increase.  Apparently, the delay is

caused by the County's effort to finalize a contract with the Urban League of

Greater Atlanta, a customer advocate partner that will assist the County with

implementing the rate increases.[43,44] At the time of this declaration, I understand

---

[40] DeKalb County Department of Watershed Management, *Rates and Fees* (last visited June 27, 2025), https://www.dekalbcountyga.gov/watershed-management/rates-and-fees.

[41] DeKalb County, Georgia, *DeKalb County Board Approves CEO's Historic Infrastructure Plan, Largest Capital Investment in County History* (February 27, 2025, 3:29 PM ET), (last visited July 3, 2025, 1:52 PM ET), https://www.dekalbcountyga.gov/news/dekalb-county-board-approves-ceos-historic-infrastructure-plan-largest-capital-investment.

[42] Alia Pharr, *DeKalb approves increases in water, sewer rates through 2034,* The Atlanta Journal-Constitution (February 25, 2025), https://www.ajc.com/news/atlanta-news/dekalb-approves-increases-in-water-sewer-rates-through-2034/3PSRVFWM4JBHLMJB2Z5DF5IIYY/?utm.

[43] Alia Pharr, *DeKalb County postpones first large water, sewer rate hike*, The Atlanta Journal-Constitution (February 25, 2025), (last visited July 3, 2025, 1:53 PM ET), https://www.ajc.com/news/2025/06/dekalb-county-postpones-first-large-water-sewer-rate-hike/.

[44] Alia Pharr, *DeKalb approves increases in water, sewer rates through 2035* (February 25, 2025), (last visited July 3, 2025, 1:58 PM ET), https://www.dekalbcountyga.gov/news/dekalb-county-announces-update-water-and-sewer-rate-increase-timeline.

from the DOJ that the DeKalb County Board of Commissioners now plans to implement the first rate increase on August 15, 2025.

45.    Assuming a household billed usage of 5.35 Centum Cubic Feet per month, DeKalb County has the second-highest wastewater bill among nine similarly-sized cities and counties in Georgia, at $55.39, or $60.94 once the first 10% rate increase takes effect.  Atlanta, GA, has the highest monthly wastewater bill among the reviewed communities, totaling $67.83, while Cherokee County, GA has the lowest bill per month, totaling $29.61.[45,46]  These calculations are based on residential customers with 5/8" meter, excluding water meter replacement fees. These bills do not account for any revenues a utility collects to pay for services through other sources that are paid by residential households (e.g., sales or property taxes).

46.    I also reviewed the trends in County demographics based on American Community Survey data.  The County has experienced demographic and socio-economic growth since 2018.  Population rose from 743,187 in 2018 to 762,105 in 2023, a cumulative increase of 2.5%.  The number of households also rose by 2.5% over the same period, increasing from 277,757 in 2018 to 284,681 in

---

[45] City of Atlanta Department of Watershed Management, *Water and Sewer Rates* (last visited July 3, 2025, 1:59 PM ET), *https://www.atlantawatershed.org/waterrates/*
[46] Cherokee County Water & Sewerage Authority, *Rates & Billing | Sewer Rates* (last visited July 3, 2025, 2:00 PM ET), *https://ccwsa.com/sewer-rates/*.

2023.  Median household income increased from $59,280 in 2018 to $77,683 in 2023, while the lowest quintile household income rose from $25,594 to $30,704. Additionally, the DeKalb County unemployment rate decreased from 4.1% in 2018 to 3.7% in 2024.[47]

47.     As of 2023, 58.5% of housing units in DeKalb County were owner-occupied, while 41.5% were renter-occupied.  67.2% of total occupied housing units in the County were 1-unit, 21.1% were 10-or-more units, 11.2% were between 2 and 10 units, and the remaining 0.6% were mobile homes, boats, RVs, etc.  The average household size in DeKalb County was 2.64, compared to 2.54 in the United States.  The County's median household income for 1-person households was $48,071, while median household income was greater than $90,000 for 2-, 3-, 4-, and 5-person households.

48.     I reviewed the three most recent credit rating statements for DeKalb County's General Obligation bonds and Water and Sewerage Revenue bonds. Fitch Ratings ("Fitch"), Moody's Ratings ("Moody's"), and S&P Global Ratings ("S&P") all rated the County's Water & Sewerage Revenue bonds as "Strong."

    a.     In August 2024, Fitch upgraded its rating for DeKalb County's General Obligation Bonds from 'AA' to 'AA+,' citing the

---

[47] U.S. Bureau of Labor Statistics, *Unemployment Rate: DeKalb County, GA (U), Not Seasonally Adjusted* (2018-2024), (last visited July 3, 2025, 2:01 PM ET), *https://data.bls.gov/dataViewer/view/timeseries/LAUCN130890000000004.*

County's budgetary flexibility and favorable demographic and economic trends.[48] Fitch maintains an 'AA-' rating on the County's Water and Sewerage Revenue Bonds.

b.    In September 2023, Moody's assigned an 'Aa3' rating to DeKalb County's Water and Sewerage Refunding Revenue Bonds, Series 2023, citing the Watershed System's sizeable and diverse customer base, unlimited rate setting authority, and ability to maintain target financial metrics (e.g., debt service coverage ratio).[49]

c.    Finally, in March 2023, S&P affirmed its 'A+\stable' long-term rating on DeKalb County's Water and Sewerage bonds, also citing the Watershed System's service area and healthy debt service coverage.[50]

---

[48] Fitch Ratings, *Rating Action Commentary: Fitch Upgrades Dekalb County, GA's IDR, GO and WIFIA Loan Ratings to 'AA+' on Criteria Change* (August 8, 2024, 5:17 PM ET), (last visited July 3, 2025, 2:02 PM ET), *https://emma.msrb.org/P21832920-P21404705-P21846774.pdf*.

[49] Moody's Ratings, *Moody's assigns Aa3 to DeKalb County, GA Water and Sewer Enterprise's subordinate lien revenue bonds, outlook stable* (September 5, 2023), (last visited July 3, 2025, 2:02 PM ET), *https://emma.msrb.org/P31448003-P31124517-P31536717.pdf*.

[50] S&P Ratings, *Summary: DeKalb County, Georgia; Water/Sewer* (March 21, 2023), (last visited July 3, 2025, 2:03 PM ET), *https://emma.msrb.org/P21683314-P21295348-P21725721.pdf*.

49. In summary, I conclude:

a. DeKalb County's General Fund can afford a penalty of up to $10 million without any significant impact on its financial position, based on the most recent data available in the County's 2023 Annual Comprehensive Financial Report. Specifically, the General Fund can afford a one-time payment of $4 million from available fund balances and a $6 million payment over a two and a half year period, through additional cash generated from revenues or by short-term, three-year financing. Assuming the County's financial condition does not change materially, the County can afford additional stipulated penalties within a reasonable range.

b. The County's financial and demographic condition, as well as the Financial Capability Assessment as described above, demonstrate that the County can implement and pay for its estimated $1.5 billion of Consent Decree costs based on a technically feasible schedule. This result is consistent with my conclusions in my 2020 analyses of the financial impact of the Consent Decree work as of 2010 and 2018.

c.    In addition, the Financial Capability Assessment evaluates the
total cost of the work that DeKalb County proposes, not the
engineering feasibility of completing the work by a certain date.
The Financial Capability Assessment concludes that the impact
of the program is "Low" regardless of whether the end date is
2033 or 2037.

Executed on July 30, 2025

_____

Gail B. Coad
Principal and Sole Member
Coad Consulting LLC

**Appendix A: 2010 and 2018 FCAs**

**Phase I - Residential Indicator**

| Line | Description | Current 5.0% Financing (July 2020) | Current 2.6% Financing (July 2020) | 2010 6.1% Financing (July 2020) | 2010 4.2% Financing (July 2020) | Comment |
|------|-------------|------------|------------|------------|------------|---------|
| *Current Wastewater Costs* | | | | | | |
| 100 | Annual Operations and Maintenance Expenses | 96,879,553 | 96,879,553 | 63,445,437 | 63,445,437 | For Current, based on 2018 Watershed System Operating Expenses less depreciation and amortization, adjusted by the percentage of Watershed System revenues attributed to sewer in the DeKalb County 2018 CAFR, pgs. 40 and 130. DeKalb County does not break out sewer operating expenses in their CAFR. The Watershed System Fund accounts for the provision of water and sewer services to the residents of the County.<br><br>For 2010, based on 2010 Watershed System Operating Expenses less depreciation and amortization, adjusted by the percentage of Watershed System revenues attributed to sewer in the DeKalb County 2010 CAFR, pgs. F26 and S4. DeKalb County does not break out sewer operating expenses in their CAFR. |
| 101 | Annual Bond Debt Service | 36,937,083 | 36,937,083 | 14,168,613 | 14,168,613 | For Current, based on 2018 Watershed System principal and interest payments on bonds, adjusted by the percentage of Watershed System revenues attributed to sewer in the DeKalb County 2018 CAFR, pgs. 41 and 130. DeKalb County does not break out bond debt service for sewer in their CAFR.<br><br>For 2010, based on 2010 Watershed System principal and interest payments on bonds, adjusted by the percentage of Watershed System revenues attributed to sewer in the DeKalb County 2010 CAFR, pgs. F27 and S4. DeKalb County does not break out bond debt service for sewer in their CAFR. |
| 102 | **Total Current Wastewater Costs** | **133,816,637** | **133,816,637** | **77,614,050** | **77,614,050** | Calculated. |

2

| | | Current | | 2010 | | |
|---|---|---|---|---|---|---|
| Line | Description | 5.0% Financing (July 2020) | 2.6% Financing (July 2020) | 6.1% Financing (July 2020) | 4.2% Financing (July 2020) | Comment |
| *Projected WWT & CSO Costs (2018 $)* | | | | | | |
| | Total Project Cost | 350,000,000 | 350,000,000 | 700,000,000 | 700,000,000 | Assumes a Current project cost of $350 million (2018$) based on Mr. Klingenstein's expert opinion. The 2010 cost is based on County and EPA public announcements related to the CD entry. |
| | **O&M as a % of Total Project Cost** | 1.00% | 1.00% | 1.00% | 1.00% | Assume a 1% O&M as a % of Total Project Cost, based on prior case experience. |
| 103 | Estimated Annual Operations and Maintenance Expenses (Program Costs) | 3,500,000 | 3,500,000 | 7,000,000 | 7,000,000 | Calculated. |
| 104 | Annual Debt Service on Projects to be Funded | 22,768,002 | 16,945,935 | 51,399,574 | 41,469,812 | For Current, assume a 30-year term for financing and a 5.0% interest rate for funding of total project cost based on 25-year average of the Bond Buyer Revenue Bond Index as of January 2020. As a sensitivity analysis, IEc also assumes a 30-year term for financing and a 2.6% interest rate based on the average yield for DeKalb County Water and Sewerage Revenue Refunding Bonds, Series 2015. For 2010, assume a 30-year term for financing and a 6.1% interest rate for funding of total project cost based on 25-year average of the Bond Buyer Revenue Bond Index as of December 2010. As a sensitivity analysis, IEc also assumes a 30-year term for financing and a 4.2% interest rate based on the average yield for DeKalb County Water and Sewerage Revenue Refunding Bonds, Series 2006A and Series 2006B. Annual Reports for the State of Georgia Clean Water State Revolving Fund are not publicly available prior to FY 2017. |
| 105 | **Total Projected Costs (Current Dollars)** | **26,268,002** | **20,445,935** | **58,399,574** | **48,469,812** | Calculated. |
| 106 | **Total Current and Projected WWT and CSO Annual Costs** | **160,084,639** | **154,262,572** | **136,013,624** | **126,083,862** | Calculated. |

| Line | Description | Current 5.0% Financing (July 2020) | Current 2.6% Financing (July 2020) | 2010 6.1% Financing (July 2020) | 2010 4.2% Financing (July 2020) | Comment |
|---|---|---|---|---|---|---|
| | *Residential Factor Calculation* | | | | | |
| | Residential Factor | 65.0% | 65.0% | 65.0% | 65.0% | Assume a 65% Residential Factor based on experience with typical residential and total water flow in prior cases involving larger municipal systems. |
| 107 | Residential Share of Wastewater and CSO Annual Costs | 104,055,015 | 100,270,672 | 88,408,856 | 81,954,510 | Calculated. |
| 108 | Total Number of Households in Service Area | 240,815 | 240,815 | 228,561 | 228,561 | For Current, the number of unserved households in the service area are calculated by conducting a GIS spatial analysis of a georeferenced DeKalb County service area map from the DeKalb County Water and Sewerage Refunding Bonds, Series 2015 and 2018 5-Year ACS estimates for households (occupied housing units) by Census block group.  The number of unserved households are subtracted from the total number of households in DeKalb County, and then the number of households with septic systems in the County are also subtracted.

For 2010, the number of 2018 GIS-calculated unserved households are divided by the percentage increase in County occupied housing units from 2010 to 2018, according to ACS 5-Year data. The number of unserved households are subtraced from the 2010 total number of households in DeKalb County, and then the number of County septic systems are also subtracted. |
| 109 | **Annual Wastewater Cost Per Household (CPH)** | **432** | **416** | **387** | **359** | Calculated. |
| | **Calculation of Residential Indicator** | | | | | |
| 203 | Adjusted Median Household Income (retail service area) | 57,813 | 57,813 | 50,078 | 50,078 | For Current, a weighted-average MHI is calculated for the service area using the spatial distribution of GIS-calculated households and 2018 5-Year ACS MHI values for DeKalb County by Census block group.

For 2010, the 2018 weighted-average MHI for the service area is divided by the percentage increase in County MHI from 2010 to 2018, according to ACS 5-Year data. |
| | **CPH as a Percent of Adjusted MHI** | **0.7%** | **0.7%** | **0.8%** | **0.7%** | |
| | **Residential Indicator Category** | **Low** | **Low** | **Low** | **Low** | |

4

**Phase II - Financial Capability Indicators**

| Line | | Current Jul-20 | 2010 Jul-20 | Comment |
|---|---|---|---|---|
| | **Bond Rating (Worksheet 3)** | | | |
| 301 | Date | Mar-16 | Jan-06 | For Current, based on Moody's rating for the $143.4 million General Obligation Bonds, Series 2016 for DeKalb County. |
| | Rating Agency | Moody's | Moody's | |
| | Most Recent GO Bond Rating | Aa3 | Aaa | For 2010, based on Moody's rating for the $230 million General Obligation Bonds, Series 2006 for DeKalb County. |
| 302 | Date | Oct-15 | Apr-06 | For Current, based on Moody's rating for the $70.5 million Water and Sewerage Revenue Refunding Bonds (Second |
| | Rating Agency | Moody's | Moody's | Resolution), Series 2015 for DeKalb County. |
| | Most Recent Sewer Bond Rating | Aa3 | Aa2 | For 2010, based on Moody's rating for the $383 million Water and Sewer Revenue Bonds, Series 2006 for DeKalb County. |
| | Summary | Strong | Strong | |
| | Score | 3 | 3 | |
| | **Overall Net Debt as a Percent of Full Market Property Value (Worksheet 4)** | | | |
| 401 | Direct Net Debt | $276,934,000 | $319,868,000 | For Current, based on total direct debt applicable to DeKalb County in the DeKalb County 2018 CAFR, pg. 146. |
| 402 | Debt of Overlapping Entities | $452,990,000 | $61,006,000 | For 2010, based on total direct debt applicable to DeKalb County in the DeKalb County 2010 CAFR, pg. S18. For Current, based on total overlapping debt applicable to DeKalb County in the DeKalb County 2018 CAFR, pg. 146. |
| 403 | Overall Net Debt (401 + 402) | $729,924,000 | $380,874,000 | For 2010, based on total overlapping debt applicable to DeKalb County in the DeKalb County 2010 CAFR, pg. S18. Calculated. |
| 404 | Market Value of Property | $72,208,000,000 | $56,013,000,000 | For Current, based on estimated market value of real property in the DeKalb County 2018 CAFR, pg. 135. |
| 405 | Overall Net Debt as a Percent of Full Market Property Value (403/404 *100) | 1.0% | 0.7% | For 2010, based on estimated market value of real property in the DeKalb County 2010 CAFR, pg. S9. Calculated. |
| | Summary | Strong | Strong | |
| | Score | 3 | 3 | |
| | **Unemployment Rate (Worksheet 5)** | | | |
| 501 | Unemployment Rate - Permittee | 2.8% | 11.9% | For Current, based on the 2019 annual unemployment rate (not seasonally adjusted) for DeKalb County from the Bureau of Labor Statistics (BLS). |
| 503 | Average National Unemployment Rate | 3.7% | 9.6% | For 2010, based on the 2010 annual unemployment rate (not seasonally adjusted) for DeKalb County from the Bureau of Labor Statistics (BLS). For Current, based on the 2019 annual unemployment rate (not seasonally adjusted) for the United States from BLS. |
| | Service Area Unemployment compared to National Unemployment (501- 503) | -0.8% | 2.3% | For 2010, based on the 2010 annual unemployment rate (not seasonally adjusted) for the United States from BLS. Calculated. |
| | Summary | Mid-Range | Weak | |
| | Score | 2 | 1 | |

5

| Line | | Current Jul-20 | 2010 Jul-20 | Comment |
|---|---|---|---|---|
| | **Median Household Income (Worksheet 6)** | | | |
| 601 | MHI - Permittee | $59,280 | $51,349 | For Current, based on the 2018 5-Yr ACS value for DeKalb County. |
| | | | | For 2010, based on the 2010 5-Yr ACS value for DeKalb County. |
| 604 | National MHI | $60,293 | $51,914 | For Current, based on the 2018 5-Yr ACS value for the United States. |
| | | | | For 2010, based on the 2010 5-Yr ACS value for the United States. |
| | Permittee MHI compared to National MHI ((601-604)/604) | -1.7% | -1.1% | Calculated. |
| | Summary | Mid-Range | Mid-Range | |
| | Score | 2 | 2 | |
| | **Property Tax Revenues as Percent of Full Market Property Value (Worksheet 7)** | | | |
| 701 | Full Market Value of Real Property | $72,208,000,000 | $56,013,000,000 | For Current, based on estimated actual value of real property in the DeKalb County 2018 CAFR, pg. 135. |
| | | | | For 2010, based on the estimated actual value of real property in the DeKalb County 2010 CAFR, pg. S9. |
| 702 | Property Tax Revenues | $334,759,000 | $280,363,000 | For Current, based on property tax collections from year of levy and prior years in the DeKalb County 2018 CAFR, pg. 139. |
| | | | | For 2010, based on property tax collections from year of levy and prior years in the DeKalb County 2018 CAFR, pg. S14. |
| 703 | Property Tax Revenue as a Percent of Full Market Property Value (702/701 * 100) | 0.5% | 0.5% | Calculated. |
| | Summary | Strong | Strong | |
| | Score | 3 | 3 | |
| | **Property Tax Revenue Collection Rate (Worksheet 8)** | | | |
| 801 | Property Tax Revenues Collected | $334,759,000 | $280,363,000 | For Current, based on property tax collections from year of levy and prior years in the DeKalb County 2018 CAFR, pg. 139. |
| | | | | For 2010, based on property tax collections from year of levy and prior years in the DeKalb County 2010 CAFR, pg. S14. |
| 802 | Property Taxes Levied | $353,227,000 | $287,962,000 | For Current, based on property tax levy in the DeKalb County 2018 CAFR, pg. 139. |
| | | | | For 2010, based on property tax levy in the DeKalb County 2010 CAFR, pg. S14. |
| 803 | Property Tax Revenue Collection Rate (801/802 * 100) | 94.8% | 97.4% | Calculated. |
| | Summary | Mid-Range | Mid-Range | |
| | Score | 2 | 2 | |
| | **Summary of Permittee Financial Capability Indicators (Worksheet 9)** | | | |
| 901 | Bond Rating | 3 | 3 | |
| 902 | Overall Net Debt as Percent of Full Market Property Value | 3 | 3 | |
| 903 | Unemployment Rate | 2 | 1 | |
| 904 | MHI | 2 | 2 | |
| 905 | Property Tax Revenues as a Percent of Full Market Property Value | 3 | 3 | |
| 906 | Property Tax Revenue Collection Rate | 2 | 2 | |
| **907** | **Permittee Indicators Score (Average)** | **2.50** | **2.33** | |
| | **Financial Capability Category** | **Borderline Mid-Range/Strong** | **Mid-Range** | |

6

**Appendix B: Current FCA**

## Phase I - Residential Indicator

| Line | Description | June 2025 $1.5B Total CD Costs Mixed Debt Financing | June 2025 $1.5B Total CD Costs Rev Bond Financing | Comments |
|---|---|---|---|---|
| **Current Costs** | | | | |
| 100 | Annual Operations and Maintenance Expenses | 102,382,658 | 102,382,658 | 2023 Watershed System operating expenses less depreciation and amortization, adjusted by the percentage of Watershed System revenues attributed to sewer in the DeKalb County 2023 Annual Comprehensive Financial Report (ACFR), pages 45 and 140. DeKalb County does not separate sewer operating expenses in its ACFR. The Watershed System Fund accounts for the provision of water and sewer services to the residents of the County. All activities necessary to provide such services are accounted for in this fund. |
| 101 | Annual Debt Service (Principal and Interest) | 44,583,883 | 44,583,883 | 2023 Watershed System principal and interest payments on bonds, adjusted by the percentage of Watershed System revenues attributed to sewer in the DeKalb County 2023 ACFR, pages 46 and 140. DeKalb County does not break out bond debt service activities in its ACFR. |
| **102** | **Total Current Costs** | **146,966,540** | **146,966,540** | **Calculated.** |
| **Projected Costs (2025$)** | | | | |
| | **Total Consent Decree Project Cost to be Financed** | **1,545,042,090** | **1,545,042,090** | DeKalb County's cost estimate to complete the remaining Consent Decree work, according to DeKalb County's project schedule dated June 4, 2025. DeKalb County also indicated that completion of remaining Consent Decree projects will cost $1.5 billion in the County's Rule 60(b) Motion for a Second Modification to the Consent Decree and Incorporated Brief in Support, filed June 16, 2025. |
| | **Incremental O&M as a % of Project Cost** | **1%** | **1%** | Assumes that incremental annual O&M expenses are one percent of project cost, based on prior case experience. |
| | **% of Project Cost Financed Through WIFIA Debt** | **25%** | **0%** | Multiple analyses assuming the County finances projects from a mix of WIFIA, State Revolving Fund (SRF) loans, and revenue bonds. |
| | **% of Project Cost Financed Through SRF Debt** | **25%** | **0%** | |
| | **% of Project Cost Financed Through Revenue Bonds** | **50%** | **100%** | |
| | **Debt Financing** | | | For WIFIA loans, 38-year term and a 2.05 percent interest rate based on financing terms for DeKalb County's two outstanding WIFIA loans.

For SRF loans, 30-year term and a 2.90 percent interest rate based on the spreadsheet supporting DeKalb County's Draft Water and Sewer Revenue Sufficiency Study, dated January 24, 2025 ("General Assumptions RSA" and "Schedule A6_New Debt" tabs).

For revenue bonds, 30-year term and 4.5 percent interest rate based on the spreadsheet supporting DeKalb County's Draft Water and Sewer Revenue Sufficiency Study, dated January 24, 2025 ("General Assumptions RSA" and "Schedule A6_New Debt" tabs). Current financing conditions suggest that a 4.5 percent interest rate may be conservative for DeKalb County. The revenue bond yield as of June 2025 is 4.3 percent, according to the market value-weighted S&P Municipal Bond Index. The weighted-average yield on the County's Water and Sewer Revenue Refunding Bonds, Series 2023, is 3.09 percent, and the weighted-average yield on the Series 2022 bonds is 3.79 percent. |
| |   WIFIA Debt - Assumed Term | **38** | **38** | |
| |   WIFIA Debt - Assumed Interest Rate | **2.05%** | **2.05%** | |
| |   SRF Debt - Assumed Term | **30** | **30** | |
| |   SRF Debt - Assumed Interest Rate | **2.90%** | **2.90%** | |
| |   Revenue Bonds - Assumed Term | **30** | **30** | |
| |   Revenue Bonds - Assumed Interest Rate | **4.50%** | **4.50%** | |

| Line | Description | June 2025 $1.5B Total CD Costs Mixed Debt Financing | June 2025 $1.5B Total CD Costs Rev Bond Financing | Comments |
|------|-------------|---------------------------------------------------|--------------------------------------------------|----------|
| 103 | Estimated Increase in Annual Operations and Maintenance Expenses | 15,450,421 | 15,450,421 | Calculated. |
| 104 | Increase in Annual Debt Service on Projects to be Funded | 81,610,724 | 94,852,518 | Calculated. |
| 105 | **Total Projected Costs (Current Dollars)** | **97,061,145** | **110,302,939** | **Calculated.** |
| 106 | **Total Current and Projected Costs (Line 102 + Line 105)** | **244,027,686** | **257,269,479** | **Calculated.** |
| *Residential Factor Calculation* | | | | Assumes a 60 percent Residential Factor based on experience with typical residential and total water flow in prior cases involving larger municipal systems. This assumption may be conservative, given County data indicates that Residential customers are responsible for about 50 percent of billed flow, per the spreadsheet supporting DeKalb County's Draft Water and Sewer Revenue Sufficiency Study, dated January 24, 2025 ("Water - Units" tab). |
| | Residential Factor | 60.0% | 60.0% | |
| 107 | Residential Share of Total Costs | 146,416,611 | 154,361,687 | Calculated. |
| 108 | Total Number of Households in Service Area | 247,383 | 247,383 | Calculated the number of unserved households in the service area as of 2018 using GIS spatial analysis of a georeferenced DeKalb County service area map from the DeKalb County Water and Sewerage Refunding Bonds, Series 2015 and 2018 5-Year ACS estimates for occupied households by Census block group. Subtracted the number of unserved households from the total number of households in DeKalb County, and then subtracted the number of households with septic systems in the County. According to the service area map, the County provides service to the entire County with the exception of residents in an approximately seven square mile area inside the portion of the City of Atlanta which lies within DeKalb County. 

For this analysis, divided the number of 2018 GIS-calculated unserved households by the percentage increase in County occupied households from 2018 to 2023, according to 2023 ACS 5-Year data. Subtracted the number of unserved households from the total number of households in DeKalb County, and then subtracted the number of households with septic systems in the County. According to the County's Water and Sewerage Refunding Bonds, Series 2023, the service area has not materially changed since 2018. |
| 109 | **Annual Cost per Household (CPH)** | **592** | **624** | **Calculated.** |
| 203 | Median Household Income (MHI) | 77,683 | 77,683 | 2023 5-year MHI estimate for DeKalb County, GA. |
| | **CPH as a Percent of MHI** | **0.76%** | **0.80%** | |
| | **Residential Indicator Category** | **Low** | **Low** | |

9

## Phase II - Financial Capability Indicators Analysis

| Line | Description | June 2025 DeKalb County, GA | Comments |
|------|-------------|----------------------------|----------|
| | **Bond Rating (Worksheet 3)** | | |
| 301 | Date | 8/8/2024 | Fitch upgraded its rating from AA to AA+ for DeKalb County's outstanding |
| | Rating Agency | Fitch | $90.6 in million General Obligation Bonds (as of December 31, 2023). The |
| | Most Recent GO Bond Rating | AA+ | County issued the bonds in April 2016. |
| 302 | Date | 9/5/2023 | Moody's rating for DeKalb County's $55.9 million Water and Sewerage |
| | Rating Agency | Moody's | Refunding Revenue Bonds, Series 2023. |
| | Most Recent Sewer Bond Rating | Aa3 | |
| | Summary | Strong | |
| | Score | 3 | |
| | **Overall Net Debt as a Percent of Full Market Property Value (Worksheet 4)** | | |
| 401 | Direct Net Debt | $170,659,000 | Direct and overlapping debt applicable to DeKalb County in DeKalb County |
| 402 | Debt of Overlapping Entities | $267,515,000 | 2023 ACFR Statistical Section, page 158. |
| 403 | Overall Net Debt (401 + 402) | $438,174,000 | |
| 404 | Market Value of Property | $121,951,000,000 | Estimated market value of taxable property (residential and commercial) in DeKalb County 2023 ACFR Statistical Section, page 145. Excludes personal property. |
| 405 | Overall Net Debt as a Percent of Full Market Property Value (403 / 404 *100) | 0.4% | Calculated. |
| | Summary | Strong | |
| | Score | 3 | |
| | **Unemployment Rate (Worksheet 5)** | | |
| 501 | Permittee Unemployment Rate | 3.7% | 2024 annual unemployment rate for DeKalb County and United States (not |
| 503 | National Unemployment Rate | 4.0% | seasonally adjusted) from the Bureau of Labor Statistics (BLS). |
| | Permittee Unemployment Rate compared to National Unemployment Rate (501 - 503) | -0.4% | Calculated. |
| | Summary | Mid-Range | |
| | Score | 2 | |

| Line | Description | June 2025 DeKalb County, GA | Comments |
|---|---|---|---|
| | **Median Household Income (Worksheet 6)** | | |
| 601 | MHI - Permittee | $77,683 | 2023 5-Year Census Bureau ACS value for DeKalb County and the United |
| 602 | National MHI | $78,538 | States. |
| | Permittee MHI compared to National MHI ((601 - 602) / 602) | -1.1% | Calculated. |
| | Summary | Mid-Range | |
| | Score | 2 | |
| | **Property Tax Revenues as Percent of Full Market Property Value (Worksheet 7)** | | |
| 701 | Full Market Value of Real Property | $121,951,000,000 | See line 404. |
| 702 | Property Tax Revenues | $462,319,000 | Total current and delinquent property tax collections in DeKalb County 2023 ACFR Statistical Section, page 149. |
| 703 | Property Tax Revenue as a Percent of Full Market Property Value (702 / 701 * 100) | 0.4% | Calculated. |
| | Summary | Strong | |
| | Score | 3 | |
| | **Property Tax Revenue Collection Rate (Worksheet 8)** | | |
| 801 | Property Tax Revenues Collected | $462,319,000 | Total current and delinquent property tax collections in DeKalb County 2023 ACFR Statistical Section, page 149. |
| 802 | Property Taxes Levied | $485,907,000 | Current property tax levy in DeKalb County 2023 ACFR Statistical Section, page 149. |
| 803 | Property Tax Revenue Collection Rate (801/802 * 100) | 95.1% | Calculated. |
| | Summary | Mid-Range | |
| | Score | 2 | |
| | **Summary of Permittee Financial Capability Indicators (Worksheet 9)** | | |
| 901 | Bond Rating | 3 | |
| 902 | Overall Net Debt as Percent of Full Market Property Value | 3 | |
| 903 | Unemployment Rate | 2 | |
| 904 | MHI | 2 | |
| 905 | Property Tax Revenues as a Percent of Full Market Property Value | 3 | |
| 906 | Property Tax Revenue Collection Rate | 2 | |
| **907** | **Permittee Indicators Score (Average)** | **2.5** | |
| | **Financial Capability Category** | **Borderline Mid-Range/Strong** | |

## Phase III - Lowest Quintile Poverty Indicator

| LQPI # | Description | June 2025 DeKalb County, GA | Comments |
|---|---|---|---|
| | **LQPI #1: Upper Limit of Lowest Quintile Income (50% Weight)** | | |
| 1a | Upper Limit of Lowest Income Quintile, City | $30,704 | 2023 5-year ACS estimates, Table B19080 for DeKalb County, GA |
| 1b | Upper Limit of Lowest Income Quintile, Nation | $32,232 | and the United States. |
| 1c | Upper Limit of Lowest Income Quintile, City Compared to Nation | -4.7% | |
| | Summary | Mid-Range | |
| | Score | 2 | |
| | **LQPI #2: Percentage of Population with Income Below 200% of Federal Poverty Level (10% Weight)** | | |
| 2a | Percentage of Population with Income Below 200% of Federal Poverty Level, City | 29.4% | 2023 5-year ACS estimates, Table S1701 for DeKalb County, GA |
| 2b | Percentage of Population with Income Below 200% of Federal Poverty Level, Nation | 28.5% | and the United States. |
| 2c | Percentage of Population with Income Below 200% of Federal Poverty Level, City Compared to Nation | 3.4% | |
| | Summary | Mid-Range | |
| | Score | 2 | |
| | **LQPI #3: Percentage of Households Receiving Food Stamps/SNAP Benefits (10% Weight)** | | |
| 3a | Percentage of Households Receiving Food Stamps/SNAP Benefits, City | 12.8% | 2023 5-year ACS estimates, Table S2201 for DeKalb County, GA |
| 3b | Percentage of Households Receiving Food Stamps/SNAP Benefits, Nation | 11.8% | and the United States. |
| 3c | Percentage of Households Receiving Food Stamps/SNAP Benefits, City Compared to Nation | 8.5% | |
| | Summary | Mid-Range | |
| | Score | 2 | |

12

| LQPI # | Description | June 2025 DeKalb County, GA | Comments |
|---|---|---|---|
| | **LQPI #4: Percentage of Vacant Housing Units (10% Weight)** | | |
| 4a | Percentage of Vacant Housing Units, City | 13.4% | 2023 5-year ACS estimates, Table B25002 for DeKalb County, GA |
| 4b | Percentage of Vacant Housing Units, Nation | 10.4% | and the United States. |
| 4c | Percentage of Vacant Housing Units, City Compared to Nation | 28.1% | |
| | Summary | Weak | |
| | Score | 1 | |
| | **LQPI #5: Trend in Household Growth (10% Weight)** | | |
| 5 | Trend in Household Growth, City | 0.5% | 2018 and 2023 5-year ACS estimates, Table B25002 for DeKalb County, GA. |
| | Summary | Mid-Range | |
| | Score | 2 | |
| | **LQPI #6: Percentage of Unemployed Population 16 and Over in Civilian Labor Force (10% Weight)** | | |
| 6a | Percentage of Unemployed Population 16 and Over in Civilian Labor Force, City | 4.4% | 2023 5-year ACS estimates, Table DP03 for DeKalb County, GA and the United States. |
| 6b | Percentage of Unemployed Population 16 and Over in Civilian Labor Force, Nation | 3.3% | |
| 6c | Percentage of Unemployed Population 16 and Over in Civilian Labor Force, City Compared to Nation | 33.3% | |
| | Summary | Weak | |
| | Score | 1 | |
| | **Summary of Permittee Poverty Indicators** | | |
| 7a | Upper Limit of Lowest Income Quintile (50% Weight) | 2 | |
| 7b | Percentage of Population with Income Below 200% of Federal Poverty Level (10% Weight) | 2 | |
| 7c | Percentage of Households Receiving Food Stamps/SNAP Benefits (10% Weight) | 2 | |
| 7d | Percentage of Vacant Housing Units (10% Weight) | 1 | |
| 7e | Trend in Household Growth (10% Weight) | 2 | |
| 7f | Percentage of Unemployed Population 16 and Over in Civilian Labor Force (10% Weight) | 1 | |
| | **Lowest Quintile Poverty Indicator Score (Average)** | **1.8** | |
| | **Lowest Quintile Poverty Indicator Category** | **Medium Impact** | |