C.E. Williams
c/o Justice On Chapel Hill Organization




Honorable Steven D. Grimberg
United States District Judge
1701 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

RE: DeKalb County Consent Decree

22

Second Anonymous Letter November 23, 2025

**THE FOLLOWING PRESENTATION FROM THE DEKALB COUNTY CEO IS A TYPICAL DEKALB COUNTY GOVERNMENT GASLIGHTING EVENT THAT IS INCONSISTENT WITH WHAT THE COUNTY'S OWN OPERATIONAL DATA AND EVIDENCE SHOWS.**

**Here is the text of the story presented by Atlanta News First which includes the statements made by the DeKalb County CEO**

## DeKalb County to expand water treatment facility




The Snapfinger Wastewater Facility will undergo a multimillion-dollar expansion that will allow the county to treat more water at a time.

By Victor Williams
*Published: Oct. 29, 2025 at 11:20 PM EDT*

By Victor Williams

Published: Oct. 29, 2025 at 11:20 PM EDT

ATLANTA, Ga. (Atlanta News First) - Leaders in DeKalb County are discussing the possibility of expanding a facility that's expected to make a big difference in terms of infrastructure. The Snapfinger Wastewater Facility will undergo a multimillion-dollar expansion that will allow the county to treat more water at a time. "This particular plant was built in the 70s. At the time the renovation started, it was

functioning out 70% of its actual capacity," said DeKalb County CEO Lorraine Cochran-Johnson. Currently, it processes about 36 million gallons of water per day, and that number will soon grow to about 54 million gallons of water per day. "Many people are aware that over the years we suffered from sanitary sewer overflow. It has a will continue to diminish our sanitary sewer overflow. Because we want to be very cautious of our environmental footprint," Cochran-Johnson said. "Hopefully, if it improves the infrastructure and our bills don't have to go up so high, then that's a good thing," said Dianne Lasek, a concerned resident. Some residents like Adrian Bay are staring to reach the end of their bank accounts trying to make ends meet. "It's bad right now. I mean, I just moved into the area. I've been out here for a while, but the water bill is definitely going up. You can see a difference in it," Bay explained. Despite that, the CEO says even still it's small compared to other cities nearby. "DeKalb county has among the lowest in the metro area. For many years we had not progressively, or on a timeline, increased fees that were associated with water and sewer," Cochran-Johnson said.

Copyright 2025 WANF. All rights reserved.

**The Evidence clearly shows that the story presented by Atlanta News First and the dialogue from the DeKalb County CEO on October 29, 2025 are not reflective or consistent with the real truth about this matter!**

**Fact 1:**

The original Snapfinger Wastewater Treatment Plant (SWTP) operated as an advanced activated sludge plant ( plate/frame system). According to the aka (Magic Book) and those that operated the plant from the 1980s to early 2000s, *the plant could consistently operate at 28 to 36 million gallons of wastewater per day (MGD). Additionally, the plant could also operate up to 50 million gallons per day (MGD) if necessary and operational data clearly shows this.* The old plant (plate/frame) that the CEO is referring to is highlighted in the following operational chart and clearly shows that it can run at 50 MGD by using standard plant operational procedures. Combined with flow monitor data analysis the evidence shows that the **real reasons and causes for the numerous sewer spills were not caused by Snapfinger Wastewater Treatment Plant operations.**




While the chart is confusing to the layperson, to the trained eye, the former chart shows a clear example of how the old SWTP could operate near 50 MGD without having any spills. On the day in question, April 20, 2019, SWTP operating near 50 MGD with no reported sewer spills. The following chart which includes SWTP operational data shows that the plant processed 45 MGD and also sent 3,850,000 MG to the storage tank (EQ Tank) at SWTP on April 20, 2019.

| THE DATA WILL RAT THEM OUT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | IN GALLONS | | | |
| Day | Rain Gauge 02203960 | Rain Gauge 02203900 | Rain Gauge 02203863 | Rain Gauge 02203873 | SWTP - Average MGD PROCESSED | Est. EQ Tank Flow | Spills at Low Manhole Cover | Total Gallons in System |
| Oct 3-6 1995 | Hurricane Opal - Averaged 6 inches/day in DeKalb County | | | | | | | |
| 4/18/2019 | 0.00 inches | 0.00 inches | 0.00 inches | 0.00 inches | 28,000,000 | 0 | 0 | 28,000,000 |
| 4/19/2019 | 4.75 inches | 5.25 inches | 3.25 inches | 4.00 inches | 41,000,000 | 6,050,000 | 457,250 | 47,507,250 |
| 4/20/2019 | 4.75 inches | 5.35 inches | 3.85 inches | 4.15 inches | 45,000,000 | 3,850,000 | 0 | 48,850,000 |
| 2/5/2020 | 0.00 inches | 0.00 inches | 0.00 inches | 0.00 inches | 30,000,000 | 0 | 0 | 30,000,000 |
| 2/6/2020 | 3.17 inches | 2.20 inches | 2.30 inches | 2.20 inches | 44,000,000 | 4,500,000 | 0 | 48,500,000 |
| 2/7/2020 | 3.25 inches | 4.95 inches | 3.25 inches | 3.30 inches | 45,000,000 | 6,000,000 | 0 | 51,000,000 |

Many of the past operators that knew how to run the old plant will attest to the fact that the old plant could easily run at 50 MGD with competent staff. <u>More importantly, when asked via an open records request, even DeKalb County, Georgia Watershed Department officials indicated in writing that the old SWTP maximum operating capacity was 50 million gallons per day in 2022.</u>

So why would DeKalb County spend over $200+ million with an additional $800 million in change orders to get an additional 4 MGD (54 MGD total capacity from the newly constructed Bio-Reactor (Membrane Plant)?

Part of the reason is that when DeKalb County let most of the knowledge on how to run the old plant walk out the door in the early 2000s (purge), through forced retirements and other forms of attrition, they also let key knowledge of how to run the sewer collection system and SWTP leave also. Those that were left to run the system basically ran the old SWTP into the ground. Again, the evidence and there is plenty of it, more than substantiates this assertion. Hence, after running Watershed operations like F-Troop from 2000 – 2010, the 2010 Federal Consent decree came about.

**FACT 2 -** The layout of the old SWTP Advanced Activated Sludge Plant is highlighted in the following chart.



**FACT 3 -** And just so we are clear the old plate and frame system used clarifiers like 11A, 11B, 11C, 12A, and 12B. DeKalb County destroyed secondary clarifier 12B to make way for the so-called plant expansion (Bio Reactor Plant) saying it would stop all the sewer spills. This dialogue was told to the public, news media, consent decree prosecutors, and the consent decree Federal Judge. When they destroyed secondary clarifier 12B, they actually increased consent decree sewer spills, which according to science will always occur most frequently at the lowest manhole point in the system (manhole 15-034-s090). This location also has a lift station like many of the priority spill locations on the Consent Decree Report. By simply having a trained sanitation engineer examine County Flow Monitor data at this location shows that DeKalb County was misleading everyone as to the true nature of the numerous sewer spills in the County. The County recruited the news media and several noted environmental groups to spread this mantra throughout the community.

DeKalb County Government stated that they expanded the old SWTP as noted below (new Bio Reactor Plant outlined in red).



Snapfinger Advanced Wastewater Treatment Plant Expansion- Phases I And II

However the old Advanced Activated Sludge Plant and the new Bio Reactor Plant operations are significantly different and the so-called expansion was nothing more than a ruse. The Bio Reactor Plant was completed in 2024 and County official Marie Houser stated on many Zoom calls that the expansion was really a brand new plant.

# Snapfinger Advanced Wastewater Treatment Plant Expansion- Phases I And II



DeKalb County constructed a new, $198M state-of-the-art, 54 MGD Advanced Wastewater Treatment Plant (AWTP), contiguous with the existing wastewater treatment facility located on the South River. The new facility receives sewage from DeKalb County and surrounding counties.

**HOWEVER THE ABOVE CAPTION BORDERED IN RED SAYS THAT DEKALB COUNTY CONSTRUCTED A NEW $198 MILLION STATE-OF-THE-ART 54 MGD ADVANCED WASTEWATER TREATMENT PLANT.**

**The Evidence clearly shows that DeKalb County did not expand the existing SWTP (Advanced Activated Sludge Plant), they built a new wastewater treatment plant (Bio Reactor Plant) adjacent to the old plant. Again, the new Bio Reactor plant uses a membrane and centrifuges as the primary mechanisms to get the waste out of the wastewater. The Advanced Activated Sludge Plant (plate/frame) uses primary/secondary clarifiers as the primary mechanisms to get the waste out of the wastewater. Totally different operations.**

**More importantly, when they could not get the new plant to operate properly in 2025 (THE PLANT FAILED), DeKalb had to bring parts of the old plant back on-line as an emergency procedure to try and stay in permit. How they did that needs to be really scrutinized.**

The County appears to be clearly using the ruse in the October 29, 2025 press conference to cover-up their failings. Typical unexplained change orders routinely approved by the Board of Commissioners to fix many of the failures in the new Bio Reactor plant are strewn near and far.

Sensitive / Proprietary



3577 Parkway Lane Suite 100 | Peachtree Corners Georgia 30092
P: +1 770.446.4900 | F: +1 770.446.4910 | www.parsons.com

May 1, 2019

Mr. Matthew Welch
Department of Watershed Management
4752 Memorial Drive
Decatur, GA 30032

Subject: Proposal for Stop Gap Amendment No. 4 – Contract No. 07-901001, Snapfinger and Pole Bridge Creek Wastewater Treatment Plant Expansion

Dear Mr. Welch:

The following presents proposed modifications to the subject contract including adjustments to anticipated cost and scope of services to be provided under this contract.

On October 23, 2018, Parsons submitted a proposal to DeKalb County to revise the Amendment No. 3 scope of services and to extend the contract by 1 year due to delays in the Snapfinger AWTF Phase 2 construction contract. While the 10/23/18 scope is being evaluated and finalized by the County and Parsons, DeKalb County requested that Parsons furnish a "Stop Gap" proposal as Amendment No. 4 to perform services after the expenditure of Amendment 3 funds (expected June 30, 2019) through December 31, 2019. Dekalb County and Parsons acknowledge that the timing of certain scope items have shifted and that the work may now extend further, potentially meriting an increase above the original $6 million for those services. A change order will be submitted to address an extension of services and additional services provided under Amendment 3 and will be negotiated in 2019. Future amendment(s) will be required to cover the additional work required to complete the Phase 2 project.

Pursuant to DeKalb County's request, this Stop Gap Amendment 4 proposal:

- Provides for continuing the performance of work that exceeds the Amendment 3 scope including additional time for onsite personnel and review of defective work, and submittals.
- Authorizes and provides additional funding for Amendment 3 "Task 7 – Additional Services Requiring County's Written Authorization" for services to cover dewatering building commissioning work with an estimated completion date of December 31, 2019.

The scope and budget presented for this Stop Gap Amendment No. 4 are an estimate of the level of effort (hours and cost) required to perform the tasks included in Attachment A.1. There may be overruns and underruns per the line item breakdowns presented in Attachment A.1 due to the scope, timing, quality, and complexity of the work performed by others. With execution of Stop Gap Amendment No. 4, the County acknowledges that money will be exchanged between line items to cover deficits with the approval of Dekalb's onsite Construction Manager up to the value of the total Contract No. 07-901001 amount.



# PROPOSED CHANGE ORDER REQUEST

*Department of Watershed Management*

**Contract Name:** Snapfinger Advanced Wastewater Treatment Plant Expansion

**Date:** 4/22/2019

**Contractor:** Parson Water & Infrastructure, Inc.

**Contract Number:** 07-901001

**Contract Amendment Number:** 4

**Contract Amendment Category:** ☑ Cost ☐ Schedule ☑ Scope ☑ Deliverables

| Original Contract $ Amount: | Contract Start Date: | Original Contract Days (Term) | Original Contract End Date: |
|---|---|---|---|
| $29,966,822.00 | 12/11/2007 | 1847 | 12/31/2012 |

| NTP Start Date | Original Performance Days (Time) | Original Performance End Date: |
|---|---|---|
| 3/18/2008 | 1749 | 12/31/2012 |

| Previous Change Order | Previous Time Extensions (Days): | Previous Changes to $ Amount: |
|---|---|---|
| Change Order No. 1: | 0 | $0.00 |
| Change Order No. 2: | 1826 | $7,689,758.00 |
| Change Order No. 3: | 1965 | $6,000,000.00 |
| Current Contract Amount: | Current Performance Time (Days): | Current Performance End Date: |
| $43,656,580.00 | 5540 | 5/19/2023 |

**Description of Proposed Changes:** See supporting documents attached.

**Justification of Proposed Changes:** Construction for Snapfinger Phase 2 is approximately 57% complete, with the dewatering building (DWB) scheduled to startup in early fall 2019. This "Stop Gap" Amendment 4, requested for your consideration, provides for continuance of Parsons services as the Engineer of Record through 12/31/19. Scope additions include DWB startup/commissioning with on-site staff, extra submittal/RFI review and DWB facility O&M/ training required by GA EPD.

| Proposed Additional Performance Days: | Proposed Cumulative Performance Days: | Proposed Performance End Date: | Proposed Contract End Date: |
|---|---|---|---|
| | | | |

| Proposed Changes to Dollar Amount: | Proposed Cumulative Contract Amount: | Amount Spent To Date as of (4/22/19): |
|---|---|---|
| $1,129,255.00 | $44,785,835.00 | $35,086,133.33 |

DeKalb County
GEORGIA

# PROPOSED CHANGE ORDER REQUEST

*Department of Watershed Management*

**Contract Name:** Snapfinger and Pole Bridge Wastewater Treatment Plant Expansion **Date:** 7/6/2020

**Contractor:** Parsons Water & Infrastructure, Inc.

**Contract Number:** 07-901001 **Contract Amendment Number:** 5

**Contract Amendment Category:** ☑ Cost ☑ Schedule ☑ Scope ☑ Deliverables

| Original Contract $ Amount: | Contract Start Date: | Original Contract Time: | Original Contract End Date: |
|---|---|---|---|
| $29,966,822.00 | 12/11/2007 | 1847 | 12/31/2012 |

| NTP Start Date: | Original Performance Days: | Original Performance End Date: |
|---|---|---|
| 12/11/2007 | 1847 | 12/31/2012 |

| Previous Change Order: | Previous Time Extensions (Days): | Previous Changes to $ Amount: |
|---|---|---|
| #1 | 0 | $0.00 |
| #2 | 1826 | $0.00 |
| #3 | 1965 | $6,000,000.00 |
| #4 | 0 | $1,129,255.00 |
| **Current Contract Amount:** | **Current Performance Time (Days):** | **Current Performance End Date:** |
| $37,096,077.00 | 5638 | 5/19/2023 |

**Description of Proposed Changes:**
See supporting documents attached.

**Justification of Proposed Changes:**
Construction for Snapfinger Phase 2 is approximately 77% complete, with the dewatering building (DWB) scheduled to startup in summer/fall 2020. This Amendment 5, requested for your consideration, provides for continuance of Parsons services as the Engineer of Record. Scope additions include updating the 2010 UV disinfection system design, funding for project commissioning work and better alignment of Parson's contract dates with the Contractor's overall construction schedule, incuding an assumed construction completion date extended to June 30, 2022 and Parsons contract completion date extended to September 30, 2025.

| Proposed Additional Performance Days: | Proposed Cumulative Performance Days: | Proposed Performance End Date: | Proposed Contract End Date: |
|---|---|---|---|
| 865 | 0 | 9/30/2025 | 9/30/2025 |

| Proposed Changes to Dollar Amount: | Proposed Cumulative Contract Amount: | Amount Spent To Date: |
|---|---|---|
| $5,464,563.00 | $42,560,640.00 | $36,670,155.82 |

**Describe Any Risk Associated With This Change:**
None

**Effect of NOT Approving This Change:**
No startup/commissioning services and no or limited continuance of services by the Engineer of Record through the remainder of construction, which could result in project delays and claims. Lack of an overall facility O&M manual and associated training, which could compel the GA EPD to not approve the project for operation.

**Engineering Manager's Approval:**

☑ Accepted ☐ Rejected

Signature: Keith Laguaite Digitally signed by Keith Laguaite Date: 2020.07.09 10:28:53 -04'00'

Print Name: F. Keith Laguaite

Date: 7-9-2020

**Watershed Director's Approval:**

☑ Accepted ☐ Rejected

Signature: Reginald Wells Digitally signed by Reginald Wells Date: 2020.07.09 10:47:22 -04'00'

Print Name: Reginald Wells

Date: 7/9/2020

**Chief Operating Officer's Approval:**

☑ Accepted ☐ Rejected

Signature: [signature]

Print Name: Zachary L. Williams

Date: 7/28/2020

*Contract Name:* *Snapfinger Advanced Wastewater Treatment Facilities Expansion - Phase 2*
*Contractor:* *Parsons Water & Infrastructure, Inc.*
*Contract Number:* 07-901001
*Contract Amendment Number:* 5

The evidence shows that many unlicensed engineers, contractors, County Attorneys, and Key County Financial employees were rubber stamping requests. "When County Citizens asked to see basic financial data such as where did the previous $600 million water/sewer fees bond go?" in a December 2024 Zoom Call with Commissioner Ted Terry, the only answer the Citizens got was that there was no formal budget and that there was no dynamic model, and that they were not there at the time. "That's the wrong answer!"

**FACT 4 -** As the evidence clearly shows on the following page, aerial pictures of SWTP on July 17, 2025 (drone video footage), that operations at the Advanced Activated Sludge Plant (old SWTP) ceased and that the newly built Bio Reactor plant at SWTP was clearly operational on this day. They clearly built a new wastewater treatment plant and called it a PLANT EXPANSION.

# Advanced Activated Sludge Plant SWTP on 7-17-2025







**New Bio Reactor Plant Operations SWTP on 7-17-2025**



**FACT 5 -** Further proof of this evidence can be found in the operational data for SWTP on July 17, 2025. It will show the old plant completely off-line as noted in the pictures and the new membrane plant fully operational on the date in question.

So how do you expand an old plant when the intention was clearly to build a new wastewater treatment plant and gaslight everyone? How could they have gotten away with this?

When the new plant failed and the county panicked instead of telling the public, its citizens, prosecutors for the consent decree, and the Judge for the consent decree THE TRUTH: they wasted hundreds of millions of taxpayer funds and federal dollars.

And came up with the story the CEO presented on October 29, 2025 because no one was clearly questioning them. They were breathing all that Gas from DeKalb.

The facts will show that they actually ran the new plant into the ground much faster than they did the old plant. All of this could have been avoided if they had taken the offer of having access to the AKA (Magic Book).

Additionally unlicensed contractors working on Consent Decree and other Watershed projects routinely create issues that increase sewer spills and cost

taxpayers millions of dollars. The example below created several consent decree spills and the county never addressed the issue and probably did not see it in their flow monitor data, which operates in real time. They currently have plans to make this location the point for more extreme sewer spills.



**(County Flow monitor data will clearly show that DeKalb County has misled everyone as too the real reasons behind the Federal Consent Decree sewer spills...**

**and it is not the wastewater treatment plant) aka the County's own data will clearly rat them out!!!!!**

So to cover their tracks, they are now saying they are building an expansion to the wastewater treatment plant, but what they are really doing is bringing in old contractors like Archer-Western to fix the problem while the County continues to gaslight everyone. Archer-Western is free from this problem because they know that DeKalb County has to be providing bad data to contractors, because operational data shows that SWTP clearly cannot be operating with EPA, Federal, and State of Georgia guidelines. A professional engineer (Loretta Washington PE) submitted detailed data outlining unlicensed contractors to State and Federal officials and was summarily ignored. Why did this happen?

The most glaring point to this story is where is the EPA, Georgia EPD, FBI, GBI, and elected officials that are supposed to be serving the Citizens of Georgia. More glaring is why has the press, news media, and specific non-profit environmental entities looked the other way and have contributed to creating an environment where DeKalb County can continue to gaslight its citizens and commit extreme taxpayer abuse and fraud.

We know that this story is complicated, but the heart of the story is simple. It is about the TAXPAYER MONEY AND FEDERAL FUNDS being passed around amongst cronies and friends, at the expense of the overall health of the hardworking citizens of DeKalb County. At the heart of the consent decree sewer spill problem are the industrial users in the County and many unlicensed contractors working on the consent decree and other watershed capital improvement issues that have unwittingly made the situation worse for the community.

Government entities, the media, and specific non-profit groups have tended to look the other way whenever a new company comes into the County or State of Georgia given dialogue similar to that below:

XYZ Company plans to invest $260 million towards expanding its operations and the project will create at least 136 full-time jobs, increasing the company's total workforce in DeKalb County to over 600 full-time jobs. While the Governor and Former DeKalb County CEO Michael Thurmond applauded many stories like this, someone in DeKalb County should have been looking out for the welfare of the Community. But it is always about the money, while the number of unnecessary deaths, adverse health outcomes, and declining property values continue due to dysfunctional operations and decision made by DeKalb County Government.

**This is also exactly what is happening with the:**

# DATA CENTERS ISSUE IN DEKALB!

**We have a million and one more stories like this that we can tell. And tell them we will, because this has gone much too far.**

(i.e. The Narvie J. Harris Elementary School Murders, The MLK High School Miscarriage of Justice, The numerous cancer clusters in South DeKalb County, the billions of taxpayer and federal funds unaccounted for.

- We need a special master for the consent decree.
- We need the special master to have access to the aka Magic Book which will get them up to speed in a few days.
- We need a DeKalb County citizens oversight/review board selected by the Court/Prosecutors (Federal Consent Decree) or anyone with no skin in the game going on in DeKalb County Georgia.
- We need a Comprehensive Health Assessment for the community and accounting and investigation of the numerous adverse health events we have experienced in the community.
- We need an Independent Forensic Financial Audit of DeKalb County operations and key County officials past and present.

Perhaps this letter will encourage more parties to become more curious too see "If What DeKalb County Says Really actually matches what the real evidence shows".

Hopefully, this will lead County Citizens to see that the CEO form of government is at the heart of this bad problem and that County Commissioners should have term limits. Otherwise, as numerous people close to this matter tell us, "DeKalb County is not serious about solving the consent decree problems, because they routinely use consent decree money and capital funds slated for Watershed Operations to keep the county from going bankrupt". Why else would DeKalb County ask the Court for a payment plan to pay for $4 million and $5 million in potential calendar year 2025 consent decree fines in calendar year 2026?

Has DeKalb County Government cast a spell or as the old folks say "Lawdy Please"

<u>"Double, double toil and trouble. Fire burn and cauldron bubble"</u>