

**Office of the Chief Executive Officer**
Zachary L. Williams
Executive Assistant, Chief Operating Officer

**Chief Executive Officer**
Lorraine Cochran-Johnson

**Board of Commissioners**

District 1
Robert Patrick

District 2
Michelle Long Spears

District 3
Nicole Massiah

District 4
Chakira Johnson

District 5
Mereda D. Johnson

District 6
Edward "Ted" Terry

District 7
LaDena Bolton

*Via Electronic Mail and U.S. Mail*
February 2, 2026

Chief, Clean Water Branch
ATTN: Mr. Paul Schwartz
Water Protection Division
U.S. Environmental Protection Agency - Region 4
61 Forsyth Street, S.W.
Atlanta, GA 30303

**RE:   Clean Water Act Consent Decree 1:10cv 4039-SDG**
**February 2, 2026 – 2026 Planned Projects for Minimum Linear Footage**

Dear Mr. Schwartz:

Pursuant to paragraph 7 of the Modification to the Consent Decree, entered by the United States Court for the Northern District of Georgia in U.S. v. DeKalb County, Case No. 1:10-cv-4039-SDG (Modification), which replaces paragraph 35(i) to the Consent Decree, DeKalb County is submitting the following document for your review and comment:

- **February 2, 2026 – 2026 Planned Projects for Minimum Linear Footage**

I certify under penalty of law that these documents and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering such information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations pursuant to CWA Section 309(c)(4).

If you have questions or comments regarding this submittal, please call me at 404-371-2174.

Respectfully,

Zachary L. Williams,
Chief Operating Officer and Executive Assistant
DeKalb County, Georgia

cc:   Georgia EPD
Maria V. Houser, Director of Consent Decree and Environmental Compliance
Reginald Wells, Director, DWM
Kerry Williams, Deputy Director, Engineering and Construction Management Services, DWM
Dora De Taboada, Assistant Director Regulatory Compliance, DWM
E. Fitzgerald Veira, Troutman Pepper Locke
Matthew C. Welch, Deputy County Attorney

# 2026 Minimum Linear Footage of Pipe Review, Design, and Rehabilitation Report

## Introduction

DeKalb County (hereafter, the "County") submits this certified report to identify projects in accordance with Paragraph 35(i) of the Modification to Consent Decree (MCD) (Civil Action 1:10-cv-04039-SDG) to provide:

> "a certified report to EPA/EPD, pursuant to the requirements of Section VII (Review of Submissions/Certification of Submissions) of the Consent Decree, identifying all projects planned to satisfy the Minimum Linear Footage of Pipe Review, Design, and Rehabilitation requirement for each Project Category for that calendar year, as well as a list of any lift station rehabilitation and/or construction and construction of additional storage planned for any subsequent years until completion of the PASARP and a deadline for completion of such project(s)."

The tables below detail the Minimum Linear Footage for each Project Category, as specified in Table E-1 of Appendix E of the MCD, and the County's planned projects to meet those linear footage requirements for 2026, in addition to any lift station or storage projects planned for subsequent years.

## Lineal Footage Requirements for 2026

Table 1 below summarizes the minimum linear footage required by the MCD by the end of 2026, the linear footage completed at the end of 2025, and the resulting footage required to be completed in calendar year 2026.

Table 1. Footage Required by MCD Commitments to be Completed in Calendar Year 2025

| Rehabilitation Type | To be completed by 12/31/2026 (LF) | Completed as of 12/31/2025 (LF)[1] | Required to be completed in calendar year 2026 (LF) |
|---|---|---|---|
| Simple Pipe Review | 855,000 | 883,835 | None - this task is complete. |
| Simple Pipe Rehabilitation | 845,000 | 813,912 | 31,088 |
| Complex Pipe Design | 270,000 | 359,432 / 387,876 | None – Complex Design to date has exceeded the 12/31/2027 MLF requirement of 270,000 LF |

---

[1] The County and EPA/EPD disagree on the methodology of counting completed work toward interim milestones. As explained in a June 24, 2024 letter to EPA/EPD, the County asserts that the same formulation used to derive 2019/2020 and 2021 MLF commitments (*i.e.*, including rehabbing linear footage from projects outside of Priority Areas where that work affected PFL sites) should continue for current MLF commitments. In a March 14, 2025 response, EPA/EPD disagreed and concluded that only work in Priority Areas should count toward current MLF commitments. This is one issue that the County is working to resolve in negotiating a second modification with EPA/EPD. In this Report, the County provides linear footage both for work completed in Priority Areas and work completed outside of Priority Areas that addresses PFL sites. This will be shown as xx/xx with the first number indicating footage within the Priority Areas and the second including footage outside of Priority Areas.

| Complex Pipe Rehabilitation | 223,000 | 188,462 / 198,204 | 34,538 / 24,796 |
|---|---|---|---|

## 2026 Plan

### Simple Pipe Review

Simple Pipe Review is defined in Appendix E of the MCD as the

> Visual review of pipeline assessment certification program coded closed circuit television video and development of Simple Pipe Rehabilitation recommendations to address severe defects noted during condition assessment.

At the end of 2025 the amount of Simple Pipe Review completed was 883,835 LF – 28,835 LF more than required by the MCD through the end of 2026. All PASARP Simple Pipe Review has been completed for all requirements for the MCD.

### Simple Pipe Rehabilitation

Simple Pipe Rehabilitation is defined in Appendix E of the MCD as

> Sewer rehabilitation to address structural issues identified during Simple Pipe Review. This can include point repairs, pipe lining, same size pipe replacement, and manhole lining.

The County has multiple contracts available that it will use to complete the required 31,088 LF of Simple Pipe Rehabilitation in 2026. Table 2 provides details on the projects to be completed in 2026 to meet these requirements.

Table 2. 2026 Simple Pipe Rehabilitation Projects

| Project Information | Status | Estimated LF |
|---|---|---|
| Cooperative Agreement with Insituform Technologies, Inc. (ITI) – small and large-diameter CIPP lining work | Work Orders In place | 17,500 |
| Cooperative Agreement with SAK Construction (SAK) | | 17,500 |
| Total Estimated Linear Footage for completion in 2026 | | 35,000 |

Through the above listed contracts, the County plans to complete approximately 35,000 LF of simple pipe rehabilitation in calendar year 2026, exceeding the 31,088 LF required by the MCD.

### Complex Pipe Design

Complex Pipe Design is defined in Appendix E of the MCD as the

> Process to determine how to address capacity limitations within the WCTS, utilizing the hydraulic model and growth projections, among other tools, to determine the extent of comprehensive rehabilitation needed to reduce I/I alone or in conjunction with adding capacity through increasing pipe conveyance capacity or adding storage. Design may include any permitting, land/easement acquisition, surveying, geotechnical studies, equipment acquisition, engineering plans, etc.

At the end of 2025 the amount of Complex Pipe Design completed exceeds the footage required by the MCD through the end of 2026. All PASARP Complex Pipe Design has been completed for all requirements for the MCD.

## Complex Pipe Rehabilitation

Complex Pipe Rehabilitation is defined in Appendix E of the MCD as

> Sewer rehabilitation that addresses capacity issues within the system. This can be addressed through comprehensive rehabilitation to reduce I/I through pipe lining, point repairs, same size pipe replacement, manhole lining, vented manhole lid replacement, cleanout replacement, lateral connection rehabilitation and lower lateral lining/replacement. In conjunction with comprehensive rehabilitation or alone, capacity relief projects can be constructed including pipe upsizing, construction of new relief sewers, or inline or offline storage.

The planned 2026 Complex Pipe Rehabilitation includes a mix of comprehensive rehabilitation and pipe upsizing projects as listed in Table 3.

Table 3. 2026 Complex Pipe Rehabilitation Projects

| Contract Package | Project Description[2] | Estimated LF |
|---|---|---|
| Package 5, Component 12 | Snapfinger Basin – Cobb Fowler Creek, I-SF2, Cobb Branch/Brookfield | 89 |
| Package 7, Component 4 | Intergovernmental Basin – North Fork Peachtree Creek | 2,683 |
| Shoal Creek Trunk Section 1 | Snapfinger Basin – Conley Creek, I-SF2, I-SF3 | 5,644 |
| Upper Snapfinger | Snapfinger Basin – Upper Snapfinger Creek, A-SF4, A-SF5, Comprehensive Rehab of 4,500 LF | 900 |
| Upstream Rehabilitation at Shoal Creek 3A, Cobb Fowler | Snapfinger Basin – Cobb Fowler, Shoal Creek, I-SF2, I-SF3 – Interim Measures | 11,827 |
| *Upstream Rehabilitation at Doolittle Creek Trunk* | *Snapfinger Basin – Doolittle Creek – Interim Measures* | *5,641* |
|  |  |  |
| Total Estimated Linear Footage for completion in 2026 | | 21,143/26,784 |

The combined comprehensive rehabilitation and complex pipe rehabilitation by pipe upsizing projects listed above will yield 26,784 LF of complex pipe rehabilitation credit, exceeding the 24,796 LF required for calendar year 2026.

---

[2] Interim measures are temporary projects outside of existing MCD work and are intended to reduce or eliminate SSOs on a shorter time frame than sewer rehabilitation. They are also the subject of ongoing negotiations with EPA/EPD.

## Lift Station Rehabilitation and Construction

A 160 MGD influent pump station is currently under design to replace the existing influent lift station at the Snapfinger Advanced Wastewater Treatment Facility (AWTF).   The new IPS will have a peak instantaneous pumping flow rate of 160 MGD, with a rate of 100 MGD flowing to the plant treatment facilities and 60 MGD diverted to on-site equalization facilities.  Additional scope was added to include utilization of existing basins for storage.  100% Design documents were received by the County on December 5, 2025.  Advertisement for construction is planned for 1st Quarter 2026 with construction to be substantially complete 3rd Quarter 2029.

The County has also proposed projects as interim relief measures to reduce the frequency and volume of sanitary sewer overflows at Priority Fix List (PFL) sites until completion of all PASARP projects.  One of these relief measures is to upgrade the pumps in the existing Snapfinger Influent Lift Station (ILS) by replacing the motors and impellers.  This project is projected to be completed by December 31, 2027.

## Additional Storage Construction

The County does not have plans to construct additional permanent storage before completion of PASARP.